IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JOHN HARVEY SCHNEIDER,               §
Individually and on Behalf of All Others §
Similarly Situated, *et al.*              §
                                     §
        Plaintiffs,                  §
                                     §
v.                                   §          NO. 1:22-CV-398-LY
                                     §
NATERA, INC., *et al.*                    §
                                     §
        Defendants.                  §
                                     §

**THE UNDERWRITER DEFENDANTS' JOINDER IN THE MOTION TO DISMISS**

Defendants Morgan Stanley & Co. LLC, Goldman Sachs & Co. LLC, Cowen and Company, LLC, SVB Leerink LLC, Robert W. Baird & Co., BTIG, LLC, and Craig-Hallum Capital Group LLC (collectively, the "Underwriter Defendants") join in the Motion to Dismiss [DE 78] (the "Motion") and associated Request for Judicial Notice filed by Defendants Natera, Inc., Steve Chapman, Michal Brophy, Matthew Rabinowitz, and Ramesh Hariharan. The Amended Complaint [DE 60] asserts only one claim against the Underwriter Defendants—Count IV (which is misnumbered and is sequentially the fifth count in the Amended Complaint)—under Section 12(a)(2) of the Securities Act. Am. Compl. ¶¶ 293–304. For the reasons explained in the Motion (at 1–11, 15–18, 25–28, 29–30), Plaintiffs fail to state a claim under the Securities Act. The Underwriter Defendants therefore respectfully request that the Court grant the Motion and dismiss with prejudice the sole claim asserted against them in the Amended Complaint.

Plaintiffs did not assert Securities Act claims in their original Complaint [DE 1], nor did they name as defendants in the original Complaint [DE 1] the Underwriters for Natera's July 2021 SPO. The Underwriter Defendants appear for the first time in the Amended Complaint (although

1

not in its caption), which alleges that the Underwriter Defendants violated Section 12(a)(2) of the Securities Act by selling stock as part of the July 2021 SPO using offering documents that contained allegedly untrue statements and material omissions. *See* Am. Compl. ¶¶ 251, 259–266, 297, 304. Unlike the Exchange Act claims, which are based in part on alleged Natera statements outside the SPO offering documents, the Section 12(a)(2) claim against the Underwriter Defendants can only be based on statements made in the SPO prospectus. 15 U.S.C. § 77*l*(a); *Gustafson v. Alloyd Co.*, 513 U.S. 561, 567–68 (1995). Plaintiffs ground their Section 12(a)(2) claim on (i) a single statement from Natera's 2020 10-K that was incorporated by reference in the offering documents, *id.* ¶ 272–273, and (2) the alleged omission in the offering documents of certain information about Natera's claimed product performance, related studies, and relationship with MGML, *id.* ¶¶ 274–276, 282.

These allegations fail to plead a Section 12(a)(2) claim:

- the statement in Natera's 10-K that was incorporated into the offering documents was not false or misleading, *see* Mot. at 1–11, 15–18, 25–28;

- the matters allegedly omitted from the offering documents did not render any affirmative statements in the offering documents false or misleading, *see id.* at 15–18, 25–27, nor was disclosure required under Items 105 or 303 of Regulation S-K, *id*. at 27–28; and

- the claim is time-barred under the Securities Act's one-year limitations provision, 15 U.S.C. § 77m, *see id.* at 29–30.

## CONCLUSION

The Underwriter Defendants respectfully request that the Court grant the Motion and dismiss with prejudice the Section 12(a)(2) claim asserted against them.

Dated:    December 16, 2022                    **O'MELVENY & MYERS LLP**

                                               */s/ Danny S. Ashby*
                                               Danny S. Ashby
                                                   Texas Bar No. 01370960
                                                   dashby@omm.com
                                               Justin R. Chapa
                                                   Texas Bar No. 24074019
                                                   jchapa@omm.com
                                               2501 N. Harwood Street, Suite 1700
                                               Dallas, Texas 75201
                                               T: (972) 360-1900
                                               F: (972) 360-1901

                                               Jonathan Rosenberg (*pro hac vice* pending)
                                                   jrosenberg@omm.com
                                               Lauren M. Wagner (*pro hac vice* prending)
                                                   lwagner@omm.com
                                               7 Times Square
                                               New York, NY 10036
                                               T: (212) 326-2000
                                               F: (212) 326-2061

                                               *Counsel for Defendants Morgan Stanley & Co. LLC, Goldman Sachs & Co. LLC, Cowen and Company, LLC, SVB Leerink LLC, Robert W. Baird & Co., BTIG, LLC, and Craig-Hallum Capital Group LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2022, the foregoing document was electronically filed and served upon all parties and counsel of record via the Court's CM/ECF system.

                                               */s/ Danny S. Ashby*
                                               Danny S. Ashby

3