# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF TEXAS

|  |  |
|---|---|
| JOHN HARVEY SCHNEIDER, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:22-cv-00398-LY |
| Plaintiff, | |
| v. | |
| NATERA, INC., STEVE CHAPMAN, MICHAEL BROPHY, MATTHEW RABINOWITZ, and RAMESH HARIHARAN, | |
| Defendants. | |

**DECLARATION OF JOSHUA E. D'ANCONA IN SUPPORT OF PLAINTIFFS'
OMNIBUS MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS'
MOTIONS TO DISMISS THE AMENDED CLASS ACTION COMPLAINT FOR
VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

I, Joshua E. D'Ancona declare as follows:

1.      I am a partner at the law firm of Kessler, Topaz, Meltzer & Check, LLP, Court-appointed Lead Counsel for Lead Plaintiff British Airways Pension Trustees Limited in the above-captioned action. I am admitted to practice before this Court *pro hac vice*.

2.      I submit this declaration in support of Plaintiffs' Omnibus Memorandum of Law in Opposition to Defendants' Motions to Dismiss the Amended Class Action Complaint for Violations of the Federal Securities Laws.

3.      Attached as Exhibit 1 is a true and correct copy of comments submitted in connection with Natera, Inc.'s "MolDX: Prospera™ DL38059 Local Coverage Determination."

4.      Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the trial transcript from the action captioned *CareDx, Inc. v. Natera, Inc.*, No. 1:19-cv-00662 (D. Del.).

5.      I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 17, 2023.

*S/ Joshua E. D'Ancona*
Joshua E. D'Ancona

1