# EXHIBIT 2

1

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

<table>
<tr><td>CAREDX, INC.,</td><td>)</td><td>CIVIL ACTION</td></tr>
<tr><td>Plaintiff,</td><td>)</td><td>NO. 19-662 CFC</td></tr>
<tr><td>v.</td><td>)</td><td></td></tr>
<tr><td>NATERA, INC.,</td><td>)</td><td></td></tr>
<tr><td>Defendant.</td><td>)</td><td></td></tr>
</table>

- - - -

Wilmington, Delaware
Tuesday, March 8, 2022
Jury Trial Transcript

- - - -

BEFORE:  HONORABLE COLM F. CONNOLLY, Chief Judge

Michele L. Rolfe, RPR, CRR

REDIRECT EXAMINATION - MR. BILLINGS

did you provide them with all the e-mails that we've looked at in this case that says there's no evidence to support claims of superiority?  Did you submit those to MolDX?

A.    I submitted the analytical paper, Altug, which had been peer-reviewed and published, and the analytical paper, Sigdel, which had also been peer-reviewed and published.

Q.    Please listen to my question.

When you made representations about superiority to MolDX, did you provide them with all the e-mails --

A.    No.

Q.    -- that we've all just gone through?

A.    I did not.

Q.    All right.  And then the last question, we talked a fair amount about head-to-head studies, and you said there's a lot of reasons why you wouldn't do head-to-head studies in diagnostics.

Do you recall that?

A.    Yes.

Q.    And, in fact, you had an internal discussion with your most senior leadership at Natera about doing a head-to-head study because there's people that wanted to do it to show superiority, or maybe not.  Correct?

A.    Correct.

Q.    And your answer was:  The reason we don't do head-to-head studies is because we are chicken.

DEPOSITION VIDEO - MS. LAHRI

You need to answer the question.

A.      Yes, I did say that.

Q.      Okay.

MR. REINES:  That's all I have, Your Honor.

THE COURT:  All right.  You may step down.
Thank you.

THE WITNESS:  Thank you.

THE COURT:  All right.  Next witness?

MR. REINES:  Back to the depositions.

THE COURT:  Okay.  We stop at 4:30, right?

MR. MAGEE:  So it's 40 minutes long.

(Discussion held off the record.)

MR. MAGEE:  I'd like to introduce the deposition video of Shephalie Lahri.  She's the director of marketing for organ transplant unit for Natera.

And in connection, I would like to introduce JTX-7, PTX-141, PTX-146, PTX-148, PTX-149, PTX-152, PTX-310, PTX-312, and PTX-315.

THE COURT:  Okay.  Any objection?

MS. COSTLEY:  No objection.

THE COURT:  They're admitted, thank you.

(JTX-7 admitted into evidence.)

(PTX-141 admitted into evidence.)

(PTX-146 admitted into evidence.)

(PTX-148 admitted into evidence.)