# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| JOHN HARVEY SCHNEIDER, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br> v.<br><br>NATERA, INC., STEVE CHAPMAN, MICHAEL BROPHY, MATTHEW RABINOWITZ, and RAMESH HARIHARAN,<br><br>    Defendants. | Case No. 1:22-cv-00398-DAE |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 26(c) and Local Rule CV-26(c), the parties[1] respectfully submit this joint motion for the entry of the confidentiality and protective order ("Protective Order") attached hereto, which is the model form Protective Order set out in Appendix H-2 to the Local Civil Rules, and which the parties have agreed to use in the above-captioned case.

Dated: March 20, 2024          Respectfully submitted,

---

[1] The Parties includes the following: (1) Lead Plaintiff British Airways Pension Trustees Limited and additional plaintiff Key West Police &Fire Pension Fund (together, the "Plaintiffs"); (2) Natera, Inc. ("Natera"), Steve Chapman ("Chapman"), Michael Brophy ("Brophy"), and Matthew Rabinowitz ("Rabinowitz," together with Chapman and Brophy, the "Executive Defendants"); (3) Roy Baynes, Monica Bertagnolli, Roelof F. Botha, Rowan Chapman, Todd Cozzens, James I. Healy, Gail Marcus, Herm Rosenman and Jonathan Sheena (together with the Executive Defendants, the "Securities Act Individual Defendants"); and (4) Morgan Stanley & Co. LLC, Goldman Sachs & Co. LLC, Cowen and Company, LLC, SVB Leerink LLC, Robert W. Baird & Co, BTIG, LLC, and Craig-Hallum Capital Group LLC (collectively, the "Underwriter Defendants").

**NIX PATTERSON, LLP**
By: /s/ *Cody Hill*
Jessica Underwood (Bar No. 24093291)
Cody Hill (Bar No. 24095836)
Jeffrey J. Angelovich (Bar No. 00786988)
8701 Bee Cave Road
Austin, TX 78746
Telephone: (512) 328-5333
Facsimile: (512) 495-1534
junderwood@nixlaw.com

*Liaison Counsel for Lead Plaintiff British
Airways Pension Trustees Limited*

**KESSLER TOPAZ
MELTZER & CHECK, LLP**
Gregory M. Castaldo (admitted *pro hac vice*)
Joshua E. D'Ancona (admitted *pro hac vice*)
Joshua A. Materese (admitted *pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
gcastaldo@ktmc.com
jdancona@ktmc.com
jmaterese@ktmc.com

*Lead Counsel for Lead Plaintiff British Airways
Pension Trustees Limited*

**BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP**
Lauren McMillen Ormsbee (admitted *pro hac
vice*)
1251 Avenue of the Americas, 44th Floor
New York, NY 10020
(212) 554-1400
lauren@blbglaw.com

*Counsel for Additional Named Plaintiff
Key West Police & Fire Pension Fund*

**KATTEN MUCHIN ROSENMAN LLP**
By: /s/ *Christina L. Costley*
Bruce G. Vanyo (admitted *pro hac vice*)
Christina L. Costley (admitted *pro hac
vice*)
Paul S. Yong (admitted *pro hac vice*)
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Telephone: (310) 788-4400
Facsimile: (310) 788-4471
bruce@katten.com
christina.costley@katten.com
paul.yong@katten.com

Eric R. Hail
State Bar No. 24047579
Ted A. Huffman
State Bar No. 24089015
Megan C. McKennon
State Bar No. 24102184
2121 N. Pearl Street, Suite 1100
Dallas, Texas 75201
Telephone: (214) 765-3600
Facsimile: (214) 765-3602
eric.hail@katten.com
ted.huffman@katten.com
megan.mckennon@katten.com

Sarah L. Eichenberger (admitted *pro hac
vice*)
50 Rockefeller Plaza
New York, New York 10020
Telephone: (212) 940-8800
Facsimile: (212) 940-8776
sarah.eichenberger@katten.com

*Counsel for Defendants Natera, Inc.,
Steve Chapman, Michael Brophy,
Matthew Rabinowitz, Paul Billings, Roy
Baynes, Monica Bertagnolli, Roelof F.
Botha, Rowan Chapman, Todd Cozzens,
James I. Healy, Gail Marcus, Herm
Rosenman, and Jonathan Sheena*

2

-and -
**O'MELVENY & MYERS LLP**
By: */s/ Danny S. Ashby*
Danny S. Ashby
Texas State Bar No. 01370960
2501 N. Harwood Street, Suite 1700
Dallas, Texas 75201
Telephone: (972) 360-1900
Fax: (972) 360-1901
dashby@omm.com

Jonathan Rosenberg (admitted *pro hac vice*)
Times Square Tower, 7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Fax: (212) 326-2061
jrosenberg@omm.com

*Counsel for Defendants Morgan Stanley & Co. LLC, Goldman Sachs & Co. LLC, Cowen and Company, LLC, SVB Leerink LLC, Robert W. Baird & Co., BTIG, LLC, and Craig-Hallum Capital Group LLC*

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed with the Court's electronic case filing (ECF) system on March 20, 2024 which caused an electronic copy of that document to be served on all counsel of record who have appeared in this matter.

/s/ *Cody Hill*
Cody Hill