**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| JOHN HARVEY SCHNEIDER, Individually and on Behalf of All Others Similarly Situated, | § | Case No. 1:22-cv-00398-DAE |
| Plaintiff, | § | |
| v. | § | |
| NATERA, INC., STEVE CHAPMAN, MICHAEL BROPHY, MATTHEW RABINOWITZ, and RAMESH HARIHARAN, | § | |
| Defendants. | § | |

**DECLARATION OF CHRISTINA L. COSTLEY IN SUPPORT OF**
**<u>THE NATERA DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS</u>**

# DECLARATION OF CHRISTINA L. COSTLEY

I, Christina L. Costley, declare as follows:

I am a partner at the law firm of Katten Muchin Rosenman LLP, counsel of record for Defendants Natera, Inc. ("Natera" or the "Company"), Steve Chapman, Michael Brophy, Matthew Rabinowitz, Paul Billings Roy Baynes, Monica Bertagnolli, Roelof F. Botha, Rowan Chapman, Todd Cozzens, James I. Healy, Gail Marcus, Herm Rosenman, and Jonathan Sheena (collectively, the "Natera Defendants") in the above-captioned action. I submit this declaration in support of Defendants' Motion for Judgment on the Pleadings.

1. Attached hereto as **Exhibit 1** is a true and correct copy of the short seller report titled "Natera: Pioneers in Deceptive Medical Billing," published by Hindenburg Research LLC on March 9, 2022, and updated on March 11, 2022.

2. Attached hereto as **Exhibit 2** is a true and correct copy of relevant excerpts of a Form 10-Q for the third quarter of Fiscal Year 2022 that Natera filed with the SEC on November 9, 2022.

3. Attached hereto as **Exhibit 3** is a true and correct copy of relevant excerpts of Form 10-Ks for Fiscal Years 2022 and 2023 that Natera filed with the SEC on March 1, 2023 and February 29, 2024, respectively.

4. Attached hereto as **Exhibit 4** is a true and correct copy of a subpoena, dated June 17, 2022, that the SEC issued to Natera in connection with its investigation into the Company. Defendants obtained this subpoena on April 15, 2024 pursuant to a Freedom of Information Act ("FOIA") request they made to the SEC on November 10, 2023.

5. Attached hereto as **Exhibit 5** is a true and correct copy of a no-action letter, dated September 5, 2023, sent by the SEC to Natera in connection with its investigation into the Company. Defendants obtained this letter on April 15, 2024 pursuant to a FOIA request they made to the SEC on November 10, 2023

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 30, 2024.

/s/ *Christina L. Costley*
Christina L. Costley