# Exhibit 5

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
BURNETT PLAZA, 801 CHERRY STREET, SUITE 1900, UNIT 18
FORT WORTH, TX 76102

FORT WORTH
REGIONAL OFFICE

September 5, 2023

**VIA EMAIL (bruce@katten.com)**
Bruce G. Vanyo
Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York, New York 10020

Re: *In the Matter of Natera, Inc. (FW-04507)*

Dear Bruce:

We have concluded the investigation as to Natera, Inc ("Natera"). Based on the information we have as of this date, we do not intend to recommend an enforcement action by the Commission against Natera. We are providing this notice under the guidelines set out in the final paragraph of Securities Act Release No. 5310, which states in part that the notice "must in no way be construed as indicating that the party has been exonerated or that no action may ultimately result from the staff's investigation." (The full text of Release No. 5310 can be found at: http://www.sec.gov/divisions/enforce/wells-release.pdf.)

Sincerely,

(b)(6); (b)(7)(C)