**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| JOHN HARVEY SCHNEIDER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>NATERA, INC., STEVE CHAPMAN, MICHAEL BROPHY, MATTHEW RABINOWITZ, and RAMESH HARIHARAN,<br><br>Defendants. | Case No. 1:22-cv-00398-DAE |

**DECLARATION OF JOSHUA A. MATERESE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**

I, Joshua A. Materese, hereby declare as follows:

1. I am a partner at the law firm of Kessler, Topaz, Meltzer & Check, LLP, Court-appointed Lead Counsel for Lead Plaintiff British Airways Pension Trustees Limited in the above-captioned action. I am admitted to practice before this Court *pro hac vice.*

2. I submit this declaration in support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel, and I have personal knowledge of or information bearing on the facts set forth herein.

3. Attached as Exhibit A is a true and correct copy of Plaintiffs' Summary of Responses to Local Civil Rule 23, Appendix A (Information Required – Motion for Class Action Certification).

4. Attached as Exhibit B is a true and correct copy of the Expert Report of Chad Coffman, CFA.

5. Attached as Exhibit C is a true and correct copy of the Declaration of Richard Pilsworth on behalf of British Airways Pension Trustees Limited in Support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

6. Attached as Exhibit D is a true and correct copy of the Declaration of Terry Garcia on behalf of Key West Police & Fire Pension Fund in Support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

7. Attached as Exhibit E is a true and correct copy of Kessler, Topaz, Meltzer & Check, LLP's current firm resume.

8. Attached as Exhibit F is a true and correct copy of Bernstein, Litowitz, Berger & Grossmann, LLP 's current firm resume.

9. Attached as Exhibit G is a true and correct copy of Nix Patterson, LLP's current firm resume.

Executed on this 4th day of June, 2024 in Radnor, Pennsylvania.

Dated: June 4, 2024

*/s/ Joshua A. Materese*
Joshua A. Materese

## CERTIFICATE OF SERVICE

I certify a copy of the foregoing document was filed in accordance with the protocols for e-filing in the United States District Court for the Western District of Texas on June 4, 2024 and served on all counsel of record who have consented to electronic notification via ECF.

*/s/ Joshua A. Materese*
Joshua A. Materese