# EXHIBIT C

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| JOHN HARVEY SCHNEIDER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NATERA, INC., STEVE CHAPMAN, MICHAEL BROPHY, MATTHEW RABINOWITZ, and RAMESH HARIHARAN,<br><br>Defendants. | Case No. 1:22-cv-00398-DAE |

**DECLARATION OF RICHARD PILSWORTH ON BEHALF OF BRITISH AIRWAYS PENSION TRUSTEES LIMITED IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**

I, Richard Pilsworth, declare as follows:

1. I respectfully submit this Declaration in support of the application of British Airways Pension Trustees Limited ("BAPTL"), as Custodian Trustee of the New Airways Pension Scheme, a Court-appointed Lead Plaintiff in the above-captioned action (the "Action"), to serve as a representative for the Class (as defined in Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel).

2. I serve as General Counsel for BAPTL. I am authorized to make this Declaration on behalf of BAPTL and have personal knowledge about the information in this Declaration.

3. As set forth in prior pleadings, BAPTL purchased or acquired shares of Natera, Inc. common stock during the Class Period and suffered loses when Natera, Inc.'s stock price declined following the corrective disclosure alleged in the Amended Class Action Complaint for Violations of the Federal Securities Laws ("Complaint," Dkt. No. 60).

4. BAPTL understands that the Private Securities Litigation Reform Act of 1995 ("PSLRA") was intended to encourage institutional investors and others with meaningful losses to direct securities class actions. As a Class Representative, BAPTL, a sophisticated institutional investor, is committed to vigorously prosecuting this litigation. BAPTL intends to obtain the largest recovery for the proposed Class consistent with good faith and sound judgment.

5. BAPTL has diligently pursued the effective prosecution of this Action and actively monitored its progress. Among other things, BAPTL has: (i) authorized the filing of the motion seeking to be appointed Lead Plaintiff; (ii) reviewed the Complaint and authorized its filing; (iii) reviewed Defendants' motions to dismiss the Complaint and replies in support thereof; (iv) reviewed and approved the filing of the opposition to Defendants' motions to dismiss the Complaint; (v) successfully moved for leave to file a sur-reply in connection with opposing Defendants' motions to dismiss the Complaint; (vi) successfully opposed Defendants' motions to

dismiss the Complaint; (vii) litigated disputes arising from the parties' discovery conference pursuant to Federal Rule of Civil Procedure 26; and (viii) propounded and responded (or will respond to) discovery. Moreover, since BAPTL's appointment as Lead Plaintiff, it has reviewed periodic updates and other correspondence from its counsel, Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz"), regarding all aspects of the case, including the progress of discovery and the filing of significant pleadings and Court orders. As a Class Representative, BAPTL would continue to diligently pursue the effective prosecution of the Action.

6. BAPTL is further committed to actively directing this litigation and maximizing the recovery for the proposed Class by attending hearings and/or trial, sitting for deposition (if requested), and overseeing the preparation and filing of pleadings, as appropriate.

7. BAPTL understands that as a Class Representative, it would owe a fiduciary duty to all members of the proposed Class to provide fair and adequate representation, and would continue to work actively with Class counsel and additional named plaintiff Key West Police & Fire Pension Fund in order to prosecute this Action in the interests of the Class members it represents and to try to obtain the best outcome for them, consistent with good faith and meritorious advocacy.

8. BAPTL seeks appointment of Kessler Topaz and Bernstein Litowitz Berger & Grossmann LLP ("BLB&G") as Class Counsel and Nix Patterson, LLP as Liaison Class Counsel based on their substantial experience and expertise in prosecuting securities class actions. BAPTL believes that Kessler Topaz, BLB&G, and Nix Patterson, LLP possess the necessary experience and resources to prosecute this case vigorously and effectively on behalf of the proposed Class.

9. Finally, BAPTL understands that its service as a Class Representative does not entitle it to any benefits not enjoyed by the rest of the Class beyond that which is provided by the

PSLRA. If there is a recovery in this case, BAPTL does not expect to receive any more than its pro-rata share of the amount recovered.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of June 2024.

DocuSigned by:

38CC2E379B28458...

Richard Pilsworth
*On behalf of British Airways Pension Trustees Limited, as Custodian Trustee of the New Airways Pension Scheme*