# EXHIBIT D

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| JOHN HARVEY SCHNEIDER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NATERA, INC., STEVE CHAPMAN, MICHAEL BROPHY, MATTHEW RABINOWITZ, and RAMESH HARIHARAN,<br><br>Defendants. | Case No. 1:22-cv-00398-DAE |

**DECLARATION OF TERRY GARCIA ON BEHALF OF KEY WEST POLICE & FIRE PENSION FUND IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**

I, Terry Garcia, declare as follows:

1. I respectfully submit this Declaration in support of the application of Key West Police & Fire Pension Fund ("Key West P&F"), additional Plaintiff in the above-captioned action (the "Action"), to serve as a representative for the Class (as defined in Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel).

2. I serve as the Chairman of Key West P&F. I am authorized to make this Declaration on behalf of Key West P&F and have personal knowledge about the information in this Declaration.

3. As set forth in prior pleadings, Key West P&F purchased or acquired shares of Natera, Inc. common stock during the Class Period and suffered loses when Natera, Inc.'s stock price declined following the corrective disclosure alleged in the Amended Class Action Complaint for Violations of the Key West P&F Federal Securities Laws ("Complaint," Dkt. No. 60).

4. Key West P&F understands that the Private Securities Litigation Reform Act of 1995 ("PSLRA") was intended to encourage institutional investors and others with meaningful losses to direct securities class actions. As a Class Representative, Key West P&F, a sophisticated institutional investor, is committed to vigorously prosecuting this litigation. Key West P&F intends to work with Lead Plaintiff British Airways Pension Trustees Limited to obtain the largest recovery for the proposed Class consistent with good faith and sound judgment.

5. Key West P&F has diligently pursued the effective prosecution of this Action and actively monitored its progress. Among other things, Key West P&F has: (i) authorized the filing of its motion (later withdrawn) seeking to be appointed Lead Plaintiff; (ii) reviewed the Complaint and authorized its filing; (iii) reviewed Defendants' motions to dismiss the Complaint and replies in support thereof; (iv) reviewed and approved the filing of the opposition to Defendants' motions to dismiss the Complaint; (v) successfully moved for leave to file a sur-reply in connection with

opposing Defendants' motions to dismiss the Complaint; (vi) successfully opposed Defendants' motions to dismiss the Complaint; (vii) litigated disputes arising from the parties' discovery conference pursuant to Federal Rule of Civil Procedure 26; and (viii) propounded discovery. Moreover, Key West P&F has reviewed periodic updates and other correspondence from its counsel, Bernstein Litowitz Berger & Grossmann LLP ("Bernstein LItowitz"), regarding all aspects of the case, including the progress of discovery and the filing of significant pleadings and Court orders. As a Class Representative, Key West P&F would continue to diligently pursue the effective prosecution of the Action.

6. Key West P&F is further committed to actively directing this litigation and maximizing the recovery for the proposed Class by attending hearings and/or trial, sitting for deposition (if requested), and overseeing the preparation and filing of pleadings, as appropriate.

7. Key West P&F understands that as a Class Representative, it would owe a fiduciary duty to all members of the proposed Class to provide fair and adequate representation, and would continue to work actively with Class counsel and Lead Plaintiff British Airways Pension Trustees Limited in order to prosecute this Action in the interests of the Class members it represents and to try to obtain the best outcome for them, consistent with good faith and meritorious advocacy.

8. Key West P&F seeks appointment of Bernstein Litowitz Berger & Grossmann LLP ("BLB&G") and Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz") as Class Counsel and Nix Patterson, LLP as Liaison Class Counsel based on their substantial experience and expertise in prosecuting securities class actions. Key West P&F believes that Kessler Topaz, BLB&G, and Nix Patterson, LLP possess the necessary experience and resources to prosecute this case vigorously and effectively on behalf of the proposed Class.

9. Finally, Key West P&F understands that its service as a Class Representative does not entitle it to any benefits not enjoyed by the rest of the Class beyond that which is provided by the PSLRA. If there is a recovery in this case, Key West P&F does not expect to receive any more than its pro-rata share of the amount recovered.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29TH day of MAY 2024.

Terry Garcia
*On behalf of Key West Police & Fire Pension Fund*