**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| JOHN HARVEY SCHNEIDER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NATERA, INC., STEVE CHAPMAN, MICHAEL BROPHY, MATTHEW RABINOWITZ, and RAMESH HARIHARAN,<br><br>Defendants. | Case No. 1:22-cv-00398-DAE |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**

Pending before the Court is the motion filed by Lead Plaintiff British Airways Pension Trustees Limited and Additional Plaintiff Key West Police & Fire Pension Fund (together, "Plaintiffs") to certify the above-captioned action (the "Action") as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure ("Rule"), appoint Plaintiffs as Class Representatives, and appoint Kessler, Topaz, Meltzer & Check, LLP ("KTMC") and Bernstein, Litowitz, Berger & Grossmann LLP ("BLB&G") as Class Counsel and Nix Patterson, LLP as Liaison Class Counsel (the "Motion").

Having considered Plaintiffs' Motion and all materials submitted in support of and in opposition to the Motion, and good cause having been shown, the Court hereby **GRANTS** Plaintiffs' Motion.

The Court finds, pursuant to Rule 23(a), that: (i) the Class (as defined below) is so numerous that joinder of all members is impracticable; (ii) there are questions of law and fact common to the Class; (iii) Plaintiffs' claims are typical of the Class; and (iv) Plaintiffs, proposed Class Counsel and Liaison Class Counsel will fairly and adequately protect the interests of the Class.

The Court further finds, pursuant to Rule 23(b)(3), that questions of law or fact common to members of the Class will predominate over any questions affecting only individual members, and that a class action is superior to other available methods for fairly and efficiently adjudicating this controversy.

The Court further finds, pursuant to Rule 23(g), that proposed Class Counsel KTMC and BLB&G, and proposed Liaison Class Counsel, Nix Patterson, LLP, will fairly and adequately represent the interests of the Class.

NOW THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

1. This action is hereby certified to proceed as a class action pursuant to Rule 23(a) and (b)(3) on behalf of a Class that is defined as follows:

> All persons and entities who purchased or otherwise acquired Natera common stock between February 27, 2020 and March 8, 2022, inclusive, and were damaged thereby. Excluded from the Class are Defendants, the officers and directors of Natera, members of their immediate families and their legal representatives, heirs, agents, affiliates, successors or assigns, Defendants' liability insurance carriers, and any affiliates or subsidiaries thereof, and any entity in which Defendants or their immediate families have or had a controlling interest.

2. Plaintiffs British Airways Pension Trustees Limited and Key West Police & Fire Pension Fund are hereby appointed as Class Representatives pursuant to Rule 23(a).

3. KTMC and BLB&G are hereby appointed as Class Counsel, and Nix Patterson, LLP is hereby appointed as Liaison Class Counsel pursuant to Rule 23(g).

**IT IS SO ORDERED.**

Dated: ________________

______________________________
THE HONORABLE DAVID A. EZRA
UNITED STATES DISTRICT JUDGE