**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| JOHN HARVEY SCHNEIDER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>NATERA, INC., STEVE CHAPMAN, MICHAEL BROPHY, MATTHEW RABINOWITZ, and RAMESH HARIHARAN,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:22-cv-00398-DAE |

**DECLARATION OF CHRISTINA L. COSTLEY IN SUPPORT OF DEFENDANTS' OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**

**DECLARATION OF CHRISTINA L. COSTLEY**

I, Christina L. Costley, declare as follows:

1. I am a partner at the law firm of Katten Muchin Rosenman LLP, counsel of record for Defendants Natera, Inc. ("Natera" or the "Company"), Steve Chapman, Michael Brophy, Matthew Rabinowitz, Paul Billings Roy Baynes, Monica Bertagnolli, Roelof F. Botha, Rowan Chapman, Todd Cozzens, James I. Healy, Gail Marcus, Herm Rosenman, and Jonathan Sheena (collectively, the "Natera Defendants") in the above-captioned action. I respectfully make this declaration in support of Defendants' Opposition to Lead Plaintiff's Motion for Class Certification and Appointment of Class Representative and Class Counsel (the "Opposition").

2. I submit this declaration to put before the Court true and correct copies of certain documents that are cited in the Opposition. Certain content in those documents to which the Opposition cites has been identified and marked in red boxes for the Court's convenience.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the Declaration of Bryan A. Woods, counsel for Hindenburg Research LLC, dated June 24, 2024.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the Woman's Health Patient FAQ page on Natera's website, including the Panorama test requisition form linked through that page (under the question, "How do I complete the requisition form?"), as of March 16, 2020. This webpage was made available through the "Wayback Machine," which is available at web.archive.org. The undersigned has confirmed through that site that the Panorama test requisition form was generally accessible on Natera's website throughout the class period alleged in this case (February 26, 2020 through March 14, 2022).

5. Attached hereto as **Exhibit 3** is a true and correct copy of the transcript of the deposition of Chad Coffman, taken on July 19, 2024.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the Expert Report of Douglas J. Skinner, dated August 16, 2024.

7. Attached hereto as **Exhibit 5** is a true and correct copy of an analyst report titled "Natera: Stock Trading Near Worst Case, Checks Suggest Modest Impacts," published by Piper Sandler on March 21, 2022.

8. Attached hereto as **Exhibit 6** is a true and correct copy of the transcript of the Rule 30(b)(6) deposition of Richard Pilsworth, taken on August 2, 2024.

9. Attached hereto as **Exhibit 7** is a true and correct copy of the article titled "Natera: Company Uses Third Party Non-Profit to Increase Likelihood of Insurance Reimbursement; Non-Profit Has Limited Paper Trail, Close Connections with Natera," published by The Capitol Forum on July 1, 2020.

10. Attached hereto as **Exhibit 8** is a true and correct copy of the article titled "Natera: Charity Apparently Established to Process Insurance Prior Authorizations has Close Ties to Former Senior VP of Natera," published by Capitol Forum on December 14, 2020.

11. Attached hereto as **Exhibit 9** is a true and correct copy of the article titled "When They Warn of Rare Disorders, These Prenatal Tests Are Usually Wrong," published by The New York Times on January 1, 2022.

12. Attached hereto as **Exhibit 10** is a true and correct copy of the short seller report titled "Natera: Pioneers in Deceptive Medical Billing," published by Hindenburg Research LLC on March 9, 2022, and updated on March 11, 2022.

13. Attached hereto as **Exhibit 11** is a true and correct copy of an email from Ovid Amadi to Michael Brophy, dated March 2, 2020, bearing Bates NTRA_0247248-50.

14. Attached hereto as **Exhibit 12** is a true and correct copy of an email from Ian Sheffield to Michael Brophy, dated March 2, 2020, bearing Bates NTRA_0247246-7.

15. Attached hereto as **Exhibit 13** is a true and correct copy of an email from Ian Sheffield to Michael Brophy, dated June 12, 2020, bearing Bates NTRA_0247232-4.

16. Attached hereto as **Exhibit 14** is a true and correct copy of an email from Blake Goodner to Michael Brophy, dated August 14, 2020, bearing Bates NTRA_0247217-20.

17. Attached hereto as **Exhibit 15** is a true and correct copy of an email from Blake Goodner to Michael Brophy, dated August 14, 2020, bearing Bates NTRA_0247224-6.

18. Attached hereto as **Exhibit 16** is a true and correct copy of an email from Tycho Peterson to Michael Brophy, dated October 8, 2020, bearing Bates NTRA_0247198-9.

19. Attached hereto as **Exhibit 17** is a true and correct copy of an email from Blake Goodner to Michael Brophy, dated October 8, 2020, bearing Bates NTRA_0247238-40.

20. Attached hereto as **Exhibit 18** is a true and correct copy of an email from Alex Nowak to Michael Brophy, dated October 9, 2020, bearing Bates NTRA_0247230-1.

21. Attached hereto as **Exhibit 19** is a true and correct copy of an email From Blake Goodner to Michael Brophy, dated December 14, 2020, bearing Bates NTRA_0247211-3.

22. Attached hereto as **Exhibit 20** is a true and correct copy of an email from Torie Ross to Michael Brophy, dated August 5, 2021, bearing Bates NTRA_0247214-6.

23. Attached hereto as **Exhibit 21** is a true and correct copy of an email From Blake Goodner to Michael Brophy, dated August 5, 2021, bearing Bates NTRA_0247206-8.

24. Attached hereto as **Exhibit 22** is a true and correct copy of relevant excerpts from the Prospectus on Form 424B5 filed by Natera with the SEC on July 22, 2021 in connection with its Secondary Public Offering.

25. Attached hereto as **Exhibit 23** is a true and correct copy of a declaration of State Street Bank and Trust, dated June 13, 2024, identifying transactions in Natera stock by British Airways Pension Trustees Limited, bearing Bates BAPTL 000315-6.

26. Attached hereto as **Exhibit 24** is a true and correct copy of relevant excerpts from Natera's Form 10-Q for the third quarter of 2019, filed with the SEC on November 8, 2019.

27. Attached hereto as **Exhibit 25** is a true and correct copy of relevant excerpts from Natera's Form 10-K for 2019, filed with the SEC on February 28, 2020.

28. Attached hereto as **Exhibit 26** is a true and correct copy of an analyst report titled "Taking some air out of Hindenburg short report; share weakness appears overdone; reiterate BUY," published by Canaccord Genuity on March 9, 2022.

29. Attached hereto as **Exhibit 27** is a true and correct copy of an analyst report titled "Buy the Dip; Short Report Concerns Likely Overblown," published by Morgan Stanley on March 22, 2022.

30. Attached hereto as **Exhibit 28** is a true and correct copy of Plaintiffs' First Set of Requests for Production of Documents to the Natera Defendants, dated November 16, 2023.

31. Attached hereto as **Exhibit 29** is a true and correct copy of a press release, titled "Natera Expands Panorama Non-Invasive Prenatal Test to Screen for Clinically Significant Microdeletions," issued by Natera on February 5, 2014.

32. Attached hereto as **Exhibit 30** is a true and correct copy of a press release, titled "Panorama NIPT Achieves 2 Million Test Milestone," issued by Natera on August 22, 2019.

33. Attached hereto as **Exhibit 31** is a true and correct copy of a press release, titled "Natera Reports Second Quarter 2015 Financial Results," issued by Natera on August 12, 2015.

34. Attached hereto as **Exhibit 32** is a true and correct copy of a press release, titled "Natera Reports Fourth Quarter and Year 2019 Financial Results," issued by Natera on February 26, 2020.

35. Attached hereto as **Exhibit 33** is a true and correct copy of a press release, titled "Natera Reports Fourth Quarter and Year 2020 Financial Results," issued by Natera on February 25, 2021.

36. Attached hereto as **Exhibit 34** is a true and correct copy of a press release, titled "Natera Reports First Quarter 2020 Financial Results," issued by Natera on May 6, 2020.

37. Attached hereto as **Exhibit 35** is a true and correct copy of a press release, titled "Natera Reports Second Quarter 2020 Financial Results," issued by Natera on August 5, 2020.

38. Attached hereto as **Exhibit 36** is a true and correct copy of a press release, titled "Natera Reports Third Quarter 2019 Financial Results," issued by Natera on November 6, 2019.

39. Attached hereto as **Exhibit 37** is a true and correct copy of the transcript of Natera's earnings call for the third quarter of 2019, held on November 6, 2019, as published by S&P Global.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 16, 2024

/s/ *Christina L. Costley*
Christina L. Costley