# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| JOHN HARVEY SCHNEIDER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>NATERA, INC., STEVE CHAPMAN, MICHAEL BROPHY, MATTHEW RABINOWITZ, and RAMESH HARIHARAN,<br><br>Defendants. | Case No. 1:22-cv-00398-LY |

**DECLARATION ON BEHALF OF BRYAN A. WOOD**

I, Bryan A. Wood, hereby declare as follows:

1. I am an attorney at Pugsley Wood LLP ("Pugsley Wood"), counsel for Hindenburg Research LLC ("Hindenburg Research") in this case.

2. Pugsley Wood specializes in representing clients in United States Securities and Exchange Commission ("SEC") whistleblower cases and we represented Hindenburg Research in that capacity in connection with the SEC's inquiry into Natera.

3. On February 2, 2024, Hindenburg Research was served by counsel for Natera, Inc., Steve Chapman, Michel Brophy, Matthew Rabinowitz, Paul Billings, Roy Baynes, Monica Bertagnolli, Roelof F. Botha, Rowan Chapman, Todd Cozzens, James I. Healy, Gail Marcus, Herm Rosenman, and Jonathan Sheena (collectively, the "Natera Defendants") with a subpoena in connection with the above-captioned matter (the "Subpoena"). This declaration is written as part of a resolution of the Subpoena.

4. On March 9, 2022, Hindenburg Research published a research report titled "Natera: Pioneers in Deceptive Medical Billing" (the "Hindenburg Report").

5. The Hindenburg Report's disclaimer states, "all information contained" therein was "obtained from public sources," including Natera's SEC filings and statements to investors, Natera's website, the My Genome My Life website, public records searches (including searches of corporate records, IRS filings, and property records), LinkedIn, Facebook, reviews on Yelp and the Better Business Bureau, administrative press releases, industry guidance (including guidance from the Society for Maternal-Fetal Medicine), and articles by the Capitol Forum (published on March 2, 2020; June 12, 2020; July 1, 2020; October 8, 2020; December 14, 2020; and August 5, 2021) and the New York Times ("When They Warn of Rare Disorders These Prenatal Tests are Usually Wrong," published January 1, 2022).

6. The Hindenburg Report was not intended to be used as the basis for a complaint or as evidence in a lawsuit.

7. The Hindenburg Report included a "Legal Disclaimer" that states, *inter alia*, that "[u]se of Hindenburg Research's research is at your own risk." It cautions readers to "do your own research and due diligence" and to consult with their own "legal . . . advisors" before taking action based on the Hindenburg Report. It also advises readers that they should "assume that . . . Hindenburg Research . . . has a short position" in the stock and "stands to realize significant gains in the event that the price of any stock covered herein declines." It states that "Hindenburg Research is not registered as an investment advisor." And it advises readers that "all information contained herein . . . has been obtained from public sources" and "is presented 'as is,' without warranty of any kind" and that Hindenburg Research "makes no representation, express or implied, as to the accuracy, timeliness, or completeness of any such information."

8. Based on this disclaimer, and the lack of discussion in the article about whether Natera's public statements were or were not false, it is our position that the Hindenburg Report has no relevance to the securities class action lawsuit captioned *Schneider v. Natera, et al.*, Case No. 1:22-cv-00398-LY (W.D. Tex.) and should not be used for any reason in that case.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ___27___ day of June, 2024

_______________________________________
Bryan A. Wood

**CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Katten Muchin Rosenman LLP, 2121 Avenue of the Stars, Suite 1100, Los Angeles, CA 90067-5010.

On June 27, 2024, I served the DELCARATION ON BEHALF OF BRYAN A. WOOD on the parties in this action by electronic mail transmission to the email addresses below:

Attorneys for Lead Plaintiff:
KESSLER TOPAZ MELTZER & CHECK LLP
Gregory M. Castaldo, gcastaldo@ktmc.com
Joshua E. D'Ancona, jdancona@ktmc.com
Joshua A. Materese, jmaterese@ktmc.com
Evan R. Hoey, ehoey@ktmc.com
Vanessa M. Milan, vmilan@ktmc.com
NIX PATTERSON LLP
Jessica Underwood, junderwood@nixlaw.com
Cody Hill, codyhill@nixlaw.com
Jeffrey Angelovic, jangelovic@nixlaw.com

Attorneys for Additional Plaintiff:
BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP
Lauren Ormsbee, lauren@blbglaw.com

Attorneys for the Natera Defendants:
KATTEN MUCHIN ROSENMAN LLP
Bruce G. Vanyo, bruce@katten.com
Christina L. Costley, christina.costley@katten.com
Paul S. Yong, paul.yong@katten.com
Sarah L. Eichenberger, sarah.eichenberger@katten.com
Eric R. Hail, eric.hail@katten.com
Ted A. Huffman, ted.huffman@katten.com
Megan C. McKennon, megan.mckennon@katten.com

Attorneys for the Underwriter Defendants:
O'MELVENY & MYERS LLP
Danny S. Ashby, dashby@omm.com
Jonathan Rosenberg, jrosenberg@omm.com
Lauren M. Wagner, lwagner@omm.com

Executed on June 27, 2024, at Los Angeles, California.

/s/ *Paul S. Yong*
Paul S. Yong