# EXHIBIT 2

Th hine - https://web.archive.org/web/20200316233622/https://www.natera.com/womens-health/panorama-faq

Toggle navigation

natera

Home » Women's Health » Panorama Prenatal NIPT

FOR PATIENTS FOR CLINICIANS TWINS FAQS

Vistara Single-Gene NIPT
Anora Miscarriage Test
Spectrum Preimplantation Genetics
Pricing & Billing

ABOUT US

Our Story
Our People
Our Technology
Investor Relations
Media
Careers
Contact Us

PORTAL



# Patient FAQ

## PRENATAL SCREEN OVERVIEW

Who should have Panorama prenatal screen?

When should I have Panorama prenatal screen?

What are the benefits of having the Panorama prenatal screen?

Who can I talk to about my Panorama Prenatal Screen results?

## PANORAMA PRENATAL SCREEN LOGISTICS

How do I request the Panorama Prenatal Screen?

What type of sample do I need to submit?

What should I be screened for?

ONCOLOGY

Signatera Residual Disease Test (MRD)
Signatera Research Pipeline

ORGAN TRANSPLANTATION

Prospera Transplant Assessment

WOMEN'S HEALTH

RESULTS & REPORTS

natera

How will I know when my results are available?

How are the results reported?

COSTS & BILLING

What is the cost of the Panorama Prenatal Screen?

Does my insurance cover the Panorama Prenatal Screen

How do I Pay my bill?

Does Natera offer payment plans for the Panorama Prenatal Screen?

What is an EOB and what amount will it include?

What is a deductible?

I didn't find the answer I was looking for...



# Provider FAQ

GENETIC COUNSELING

How can I contact a board-certified genetic counselor if I have questions about a patient result?

Does Natera provide assistance to patients who have high-risk Panorama results?

ORDERING & LOGISTICS

How do I begin offering Panorama in my practice?

How do I order more kits?

How do I complete the requisition form?

Click here to see a sample requisition form. Please complete the patient information on the upper left side and the clinician information on the upper right side. Please select the Panorama panel and the fetal sex option from the "Screening Requested" section by checking the appropriate box. Missing information on the requisition form may cause a delay in turnaround time for results.

SAMPLE REQUIREMENTS & SHIPPING

What are the sample requirements for Panorama?

How do I store collected samples before shipping?

Where and how should Panorama kits be stored?

RESULTS & REPORTING

natera

What does a Panorama report look like?

How do I log in to the portal to see patient results?

Oncology

Organ Transplantation

Women's Health

Our Story

News

Careers

Contact Us

Terms of Use | Privacy Policy | Notice of Privacy Practices

Notice of Data Collection for CA Residents

Licenses & Certifications

Back to Top

Vistara Single-Gene NIPT

Anora Miscarriage Test

Spectrum Preimplantation Genetics

Pricing & Billing

ABOUT US

Our Story

Our People

Our Technology

Investor Relations

Media

Careers

Contact Us

PORTAL

natera

Accession ID# or MRN: ______

1234567-2-X

Please place collection kit barcode here.

## DATE OF SAMPLE COLLECTION ______

### PATIENT

Patient Last Name ______ Patient First Name ______

Date of Birth (MM/DD/YY) ______ Cell Phone ______

Patient Email ______

Address ______

City ______ State ______ Zip ______ ☐ F ☐ M Biological Sex

### PAYMENT INFORMATION

☐ Bill Insurance ☐ Bill Clinic ☐ Bill Clinic / CA Prenatal Program PDC ☐ Self Pay

Insurance Company ______ Group Number ______

Member ID ______ Member Name ______

Prior Authorization Number (If Applicable) ______ Compassionate Care Ref # (if Applicable) ______

### PREGNANCY INFORMATION

Is patient pregnant? ☐ 1st Trimester ☐ 2nd Trimester ☐ 3rd Trimester ☐ Not pregnant

Expected Due Date (MM/DD/YY) ______ Patient Weight (lbs) ______

We do NOT accept vanishing twins, pregnancies with more than two fetuses OR egg donor/surrogates with twins. For twin pregnancies or singleton egg donor/surrogate pregnancies, check ALL that apply.

☐ **Twin pregnancy** ☐ Monochorionic ☐ Dichorionic ☐ Don't know

*Twin Defaults to ICD O30.001–Twin pregnancy, unspecified number of placenta/ amniotic sacs - first trimester. To use an alternate ICD code, list here* ______

☐ **Surrogate** or **egg donor** pregnancy Age of genetic mother at egg retrieval: ______

### PANORAMA PRENATAL SCREEN (SEE DETAILS ON BACK)

Panorama® ☐ Enroll patient in the **Automatic Redraw Program** (see back)

☐ **PANORAMA PRENATAL PANEL PLUS 22Q.11.2**

***Chromosomes 13, 18, 21, X and Y; Triploidy; 22q.11.2 deletion***

*22q is not available for dizygotic twins or egg donors.*

☐ I DO NOT want 22q.11.2

☐ I WANT fetal sex reported

☐ **PANORAMA EXTENDED PANEL** *(Not available for twins or egg donors)*

***Panorama Prenatal Panel PLUS 5 additional microdeletions***

☐ I WANT fetal sex reported

**ICD-10 CODE (REQUIRED):**

☐ O09.511 Supervision of elderly primigravida, 1st trimester
☐ O09.512 Supervision of elderly primigravida, 2nd trimester
☐ O09.521 Supervision of elderly multigravida, 1st trimester
☐ O09.522 Supervision of elderly multigravida, 2nd trimester
☐ Z34.81 Supervision of other normal pregnancy, 1st trimester
☐ Z34.82 Supervision of other normal pregnancy, 2nd trimester
☐ O28.5 Abnormal chromosomal & genetic finding on antenatal screening of mother

Other ICD-10 Code (see back) ______

### ORDERING CLINICIAN / REPORT RECIPIENTS

Clinic or Organization ______

**Enter or Check Clinician Name Below** Phone ______

☐ ☐ ☐
☐ ☐ ☐
☐ ☐ ☐
☐ ☐ ☐
☐ ☐ ☐
☐ ☐ ☐

Additional Report Recipient ______ Fax ______

**CLINICIAN ACKNOWLEDGEMENT (REQUIRED)**

I confirm the testing ordered herein is medically necessary and this patient has been informed of the details of the genetic test(s) ordered, including the risks, benefits, and alternatives, and has consented to testing as may be required by law, including NY CVR §79-l, as applicable.

Ordering Clinician / Authorized Signature ______

### FAMILY BACKGROUND

Personal / family history of a genetic disorder (list specific conditions and person affected): ______

**Patient ethnicity**

☐ African American/Black ☐ Ashkenazi Jewish ☐ East Asian
☐ Hispanic/Latin American ☐ Sephardic Jewish ☐ Southeast Asian
☐ Mediterranean ☐ French Canadian ☐ South Asian
☐ Caucasian/Non-Hispanic White ☐ Other ______

### HORIZON CARRIER SCREEN (SEE DETAILS ON BACK)

Horizon™ Is patient currently using hormonal medications? ☐ Y ☐ N

**SINGLE OPTIONS** *(Select ONLY if no panels are chosen)*

☐ **DMD** ☐ **CF** ☐ **SMA** ☐ **ADD Tay-Sachs Enzyme*** (to any options or as single option)

*Requires an additional blood tube when ordered; Saliva is not available for Enzyme

**PANEL OPTIONS**

☐ **H4** SMA, CF, Fragile X, DMD
☐ **H14** Pan-ethnic Standard

**To order test options below, select H14 PLUS add-on option below:**

☐ ADD 13 genes for Pan-ethnic Medium (**H27**)
☐ ADD 92 genes for Comprehensive Jewish (**H106**)
☐ ADD 260 genes for Pan-ethnic Extended (**H274**)

Note: Males are not screened for X-linked conditions; gene count will vary

**ICD-10 CODE (REQUIRED):**

☐ Z84.81 Family history of carrier of genetic disease
☐ Z31.430 Female: genetic disease carrier status for procreative management
☐ Z31.440 Male: genetic disease carrier status for procreative management
☐ Z81.0 Family history of intellectual disabilities
☐ Z31.5 Encounter for genetic counseling

Other ICD-10 Code (see back) ______

### VISTARA PRENATAL SCREEN (REQUIRES ADDITIONAL PATERNAL FORM – SEE DETAILS ON BACK)

Vistara ☐ **VISTARA**

Both biological parental samples are required and **must be received within 5 days** of maternal sample with additional Paternal form. Vistara cannot be performed for twin pregnancies or cases where there has been a fetal demise, vanishing twin, or reduction.

**ICD-10 CODE (REQUIRED):** ☐ O28.3 Ultrasound finding *Describe or attach abnormal ultrasound findings* ______ Other ICD-10 Code (see back) ______

### PATIENT ACKNOWLEDGMENT

**By my signature I acknowledge I have read and agreed to the Patient Acknowledgment for testing on the back page.** New York residents must check this box ❑ and sign below to permit Natera to use their samples for research and development; otherwise, their samples will be discarded within 60 days of testing. Natera may use the information included herein to contact me on my cell phone, home phone, email, or via text messaging for treatment options, billing/collection matters and health-related products, services or studies unless I opt out by checking this box. ❑

**Horizon patients:** I would like to share my Horizon test results with my partner and his/her healthcare provider for treatment purposes.

Partner Name: ______ DOB: ______

Phone Number: ______ (For "Partner Auto Enroll" Program) Patient Signature ______ Date ______

### AUTHORIZATION TO RECEIVE INFORMATION ON HEALTH-RELATED PRODUCTS AND SERVICES

I hereby authorize Natera or Cord Blood Registry (CBR) to contact me about health-related services provided by CBR who acquired Natera's Evercord business and with whom Natera has an ongoing relationship. This authorization will remain in effect unless I revoke this authorization in a writing addressed to the Privacy Officer at Natera, but that Natera may rely on this authorization until it receives the written revocation. Any revocation of this authorization will not affect any use or disclosure made prior to receipt of the revocation. I understand that Natera / CBR will not condition my treatment, payment, enrollment or eligibility for benefits on this authorization. Patient Signature ______ Date ______

natera® **SAMPLE REQUIREMENTS & ICD-10 CODES** *The Referring Clinician should select the ICD-10 code(s) that best describes the patient's clinical condition, even if such ICD-10 code is not listed below.*

NOTE: ALL YELLOW FIELDS ON THE FRONT OF THIS FORM ARE **REQUIRED**

## Panorama®

*For test specifications, see* ***www.panoramatest.com/panorama-test/test-specs***

**Patients must be at least 9 weeks gestation. 22q is not available for dizygoic twins or egg donors. Extended panel is not available for twins or egg donors.**

**Automatic Redraw Program:** If this box is checked on the front of this form, and the patient receives a no result due to low fetal fraction or a laboratory processing issue, Natera will contact the patient on your behalf to schedule a redraw at no charge. This program is only available if this is the patient's first sample (not a redraw) and the patient's fetal fraction is greater than 2%. This program is not recommended for patients with a gestational age greater than or equal to 14 weeks, 0 days, and may not be available in all areas.

TEST OPTIONS:

**Panorama Prenatal Panel Plus 22q.11.2, Includes Zygosity**
Chromosomes 13, 18, 21, and X and Y; Triploidy; 22q.11.2 deletion syndrome

**Panorama Extended Panel**
Chromosomes 13, 18, 21, and X and Y; Triploidy; 22q.11.2 deletion syndrome, 1p36 deletion syndrome, Cri-du-chat syndrome, Angelman syndrome, and Prader-Willi syndrome

***All Samples***

Two 10mL Tiger-top Streck Cell-Free DNA BCT® blood tubes

**General Screening**
- Twin Pregnancy with unspecified number of placenta/amniotic sac - first trimester .......... O30.001
- Encounter for antenatal screening of mother .......... Z36.0
- Encounter for other genetic testing of female for procreative management .......... Z31.438
- Supervision of other normal pregnancy, 1st trimester .......... Z34.81
- Supervision of other normal pregnancy, 2nd trimester .......... Z34.82

**Increased Risk**
- Supervision of elderly primigravida, 1st trimester .......... O09.511
- Supervision of elderly primigravida, 2nd trimester .......... O09.512
- Supervision of elderly multigravida, 1st trimester .......... O09.521
- Supervision of elderly multigravida, 2nd trimester .......... O09.522
- Supervision of other high risk pregnancies, 1st trimester .......... O09.891
- Supervision of other high risk pregnancies, 2nd trimester .......... O09.892

**Abnormal Findings**
- Abnormal hematological finding on antenatal screening of mother .......... O28.0
- Abnormal biochemical finding on antenatal screening of mother .......... O28.1
- Abnormal ultrasonic finding on antenatal screening of mother .......... O28.3
- Abnormal chromosomal and genetic finding on antenatal screening of mother .......... O28.5
- Maternal care for (suspected) chromosomal abnormality in fetus, fetus 1 .......... O35.1XX1
- Maternal care for (suspected) hereditary disease in fetus, fetus 1 .......... O35.2XX1
- Maternal care for other (suspected) fetal abnormality and damage, fetus 1 .......... O35.8XX1

**Family History**
- Family history of other disabilities and chronic diseases leading to disablement .......... Z82.8

## Horizon™

*For a complete list of diseases tested, see* ***www.horizonscreen.com***

GENES ANALYZED ON HORIZON PANELS

**Horizon 3**: CFTR, DMD, FMR1
**Horizon 4**: CFTR, DMD, FMR1, SMN1
**Horizon 14**: ACADM, ASPA, CFTR, DHCR7, DMD, FMR1, GALT, GBA, HBA1/HBA2, HBB, HEXA, IKBKAP, PKHD1, SMN1 *NOTE: Saliva not available for H14
**Horizon 27**: Horizon 14 + 13 genes (ASS1, BLM, CLN3, G6PC, FAH, FANCC, IDUA, IVD, MCOLN1, MMACHC, PEX1, PEX7, SMPD1)
**Horizon 106**: Horizon 14 + 92 genes, see www.horizonscreen.com
**Horizon 274**: Horizon 14 + 260 genes, see www.horizonscreen.com

***If ordering Tay-Sachs (TSE)***

One 10mL *and* one 6mL Lavender-top BD Vacutainer® K2 EDTA blood tube

***If NOT ordering TSE***

One 10mL Lavender-top BD Vacutainer® K2 EDTA blood tube
**OR**
One 2mL Oragene® saliva tube

**General Screening**
- Encounter for nonproductive screening for genetic disease carrier status .......... Z13.71
- Screening for other disorder .......... Z13.8
- Female for testing for genetic disease carrier status for procreative management .......... Z31.430
- Male for testing for genetic disease carrier status for procreative management .......... Z31.440
- Pregnant state, incidental .......... Z33.1
- Supervision of normal 1st pregnancy, 1st trimester .......... Z34.01
- Supervision of normal 1st pregnancy, 2nd trimester .......... Z34.02
- Supervision of other normal pregnancy, 1st trimester .......... Z34.81
- Supervision of normal pregnancy, unspecified trimester .......... Z34.91
- Encounter for genetic counseling .......... Z31.5

**Family History**
- Family history of intellectual disabilities .......... Z81.0
- Family history of other diseases of the musculoskeletal system and connective tissue .......... Z82.69
- Family history of carrier of genetic disease .......... Z84.81
- Family history of other specified conditions .......... Z84.89

## Vistara

*For test specifications, see* ***www.natera.com/vistara/conditions***

This test is **not recommended** for patients who have been diagnosed with a genetic disorder on the panel.

We recommend that samples be received in the lab within 72 hours after collection. Maternal samples received more than 5 days after date of collections will be rejected.

If the paternal sample is received more than 5 days after the maternal sample, the maternal and paternal samples will be rejected.

GENES ANALYZED ON VISTARA

**Craniosynostosis Syndromes**
FGFR2

**Noonan Spectrum Disorders**
BRAF, CBL, HRAS, KRAS, MAP2K1, MAP2K2, NRAS, SHOC2, SOS1, SOS2, RAF1, RITI, PTPN11

**Skeletal Disorders**
FGFR3, COL1A1, COL1A2

**Syndromic Disorders**
JAG1, CHD7, HDAC8, NIPBL, RAD21, SMC1A, SMC3, TSC1, TSC2, NSD1, SYNGAP1, CDKL5, MECP2

***Maternal Sample***

Two 10mL Tiger-top Streck Cell-Free DNA BCT® blood tubes

***Paternal or Egg Donor Sample***

One 6mL Lavender-top BD Vacutainer® K2 EDTA blood tube

(2mL Oragene® saliva tubes as an alternative are optional on request)

**General Screening**
- Other mental disorders complicating pregnancy, 1st trimester .......... O99.341
- Other mental disorders complicating pregnancy, 2nd trimester .......... O99.342
- Other mental disorders complicating pregnancy, 3rd trimester .......... O99.343
- Encounter for antenatal screening of mother .......... Z36.0

**Increased Risk**
- Supervision of elderly multigravida, 1st trimester .......... O09.521
- Supervision of elderly multigravida, 2nd trimester .......... O09.522
- Supervision of elderly primigravida, unspecified trimester .......... O09.519
- Supervision of elderly multigravida, unspecified trimester .......... O09.529
- Supervision of other high risk pregnancies, 1st trimester .......... O09.891
- Supervision of other high risk pregnancies, 2nd trimester .......... O09.892
- Supervision of other high risk pregnancies, 3rd trimester .......... O09.893
- Supervision of other high risk pregnancies, unspecified trimester .......... O09.899

**Abnormal Findings**
- Other abnormal findings on antenatal screening of mother .......... O28.1
- Abnormal ultrasonic finding on antenatal screening of mother .......... O28.3
- Abnormal radiologic finding on antenatal screening of mother .......... O28.4
- Abnormal chromosomal and genetic finding on antenatal screening of mother .......... O28.5
- Maternal care for (suspected) chromosomal abnormality in fetus, fetus 1 .......... O35.1XX1
- Maternal care, other (suspected) fetal abnormality/damage, not applicable/unspecified .... O35.9XX0
- Maternal care, other (suspected) fetal abnormality/damage, unspecified, fetus 1 .......... O35.0XX1

**Family History**
- Craniosynostosis .......... Q75.0
- Craniofacial dysostosis .......... Q75.1
- Other congenital malformations of musculoskeletal system .......... Q79.8
- Congenital malformation syndromes predominantly associated with short stature .......... Q87.1
- Rett's syndrome .......... F84.2
- Family history of carrier of genetic disease .......... Z84.81

## PATIENT ACKNOWLEDGMENT (READ AND SIGN THE FRONT OF THIS PAGE)

I have been informed of and understand the details of the tests ordered herein for me by my health care provider, including the risks, benefits and alternatives and I have consented to testing. I understand that the test results may inform me of a genetic condition that is present in myself or my partner that may require medical follow-up. I also understand that negative results do not rule out the possibility of a genetic condition in the fetus, myself and/or my partner. I authorize Natera or other provider to share the information on this form and my test results with my health insurer/health plan ("plan") on my behalf, with all benefits of my plan made payable directly to Natera or other provider. I understand that I am responsible for any amount not paid by my plan directly to Natera for tests ordered, including, without limitation, a) any copay-ments, deductibles or amounts deemed 'patient responsibility' or b) any amounts paid to me by my plan. This testing will not be covered by my plan if it is outside of the plan's coverage guidelines or deemed not medically necessary –(e.g. where prior authorization is required but not obtained) and I will be responsible for the cost of such testing between $249 and $1590 per test, discounts may apply. I assign to Natera the right to appeal on my behalf negative coverage decisions made by my plan and to assert all rights and claims reserved to me as the beneficiary thereof. I authorize Natera to charge my credit card for any balance I might owe with regard to my tests. The information obtained from my tests may be used in scientific publications or presentations, but my specific identity will not be revealed. Natera may reach out to my healthcare provider to obtain more information regarding clinical correlation and confirmatory testing. My leftover samples may be de-identified and used for research and development. I and my heirs will not receive payments, benefits, or rights to any resulting products or discoveries. If I do not want my samples used, I may send a request in writing to Natera Sample Retention Department at the address written below within 60 days after test results have been issued and my samples will be destroyed.