# EXHIBIT 5

PIPER | SANDLER Insight by **Key Opinion Leader**

COMPANY NOTE
March 21, 2022

# Natera, Inc. (NTRA) — Overweight

## Natera: Stock Trading Near Worst Case, Checks Suggest Modest Impacts

### CONCLUSION

We expect a modest, if any, impact on Natera's P&L from matters discussed in the recent short report. That said, we added conservatism in our model for a rather ambiguous worst case scenario and reduced growth across the portfolio (including Signatera which is unlikely to be impacted). We hosted a KOL call Friday, and the speaker said the short report likely grossly embellished what happens regularly in the lab industry. We spoke to a former employee who vouched that Natera didn't cross legal barriers that he knew of. Although we think the stock has meaningful headline risk and potentially some legal overhang, we think Natera's underlying business, particularly Signatera, is too valuable for the stock to be trading below 3.5x our 2024 revenue estimates, and we name Natera our best idea.

- **Best Idea Thesis**: We think Natera's lead in minimal residual disease (MRD) will parallel Foundation Medicine's (part of Roche) lead in comprehensive genomic profiling and GH's lead in liquid biopsy, and that Natera will be able to achieve longer-term market share over 50% in a total addressable market that we estimate at $15B. Although we took >$100M off our 2024 Signatera estimate based on the idea of management distraction, we still believe the value of Signatera alone is conservatively worth ~$3B, and investors have a free call option on the rest of the business.

- **Focus on the numbers.** Net-net, we think investors need to focus on number-based impacts as a result of accusations made by the short report. We think the downside is most likely a fine by the DOJ. We added in "reputational damages," to our model, but from our experience, negative news coverage modestly impacts physician ordering behavior. Although we adjusted our numbers down, we think we're taking a conservative approach, and in the end, we think Natera will continue to grow double digits through at least 2024, even with our lower numbers.

- **KOL Call From Friday.** In our speaker's view, the short report was an embellishment, and was written by someone who doesn't really understand the overall prior authorization process and how they work. He views prior authorization groups as common in healthcare, providing a valuable service for physicians and insurers, and thinks that if anything illegal was being done by one, that it would have been quickly picked up by an insurer and addressed. While not fully aware of MGML's relationship with NTRA, he said it was hard to say they did anything explicitly illegal based off of the short report.

- **Former employee check positive.** We interviewed a former employee in business development who said "although the company is very aggressive in the sales, everything was done to the letter of the law." He said he interacted with Steve Chapman often, and that the company is ethical.

### RISKS TO ACHIEVEMENT OF PT & RECOMMENDATION

Competition, reimbursement, new product adoption and regulation.

### COMPANY DESCRIPTION

Natera is a leader in NIPT and develops several diagnostic tests, including Signatera.

**PRICE: US$39.63**
**TARGET: US$70.00**
Our price target of ~$70 is based on a ~7x 2024E EV/Rev multiple on the company's MRD revenue, and a 4x multiple on the company's non MRD revenue, both of which are in line with peer medians.

**David Westenberg**
Sr. Research Analyst, Piper Sandler & Co.
727 281-6589, david.westenberg@psc.com

| Changes | Previous | Current |
|---|---|---|
| Rating | — | Overweight |
| Price Tgt | US$80.00 | US$70.00 |
| FY23E Rev (mil) | US$979.9 | US$951.6 |
| FY24E Rev (mil) | US$1,266.1 | US$1,119.6 |
| FY23E EPS | US$(5.07) | US$(4.65) |
| FY24E EPS | US$(4.99) | US$(4.01) |

| | |
|---|---|
| 52-Week High / Low | US$129.09 / US$26.10 |
| Shares Out (mil) | 94.8 |
| Market Cap. (mil) | US$3,756.9 |
| Avg Daily Vol (000) | 2,348 |
| Enterprise Value (mil) | $3,494.0 |
| Div Yield | 0.00% |
| Fiscal Year End | Dec |

**Price Performance - 1 Year**




*Source: Bloomberg*

| YEAR | REVENUE (US$ m) | | | | | | EARNINGS PER SHARE (US$) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mar | Jun | Sep | Dec | FY | FY RM | Mar | Jun | Sep | Dec | FY | FY P/E |
| 2022E | 181.3 | 180.0 | 193.0 | 198.7 | 752.9 | 5.0x | (1.39) | (1.39) | (1.42) | (1.36) | (5.56) | NM |
| 2023E | 225.3 | 233.3 | 243.3 | 249.8 | 951.6 | 3.9x | (1.12) | (1.22) | (1.22) | (1.10) | (4.65) | NM |
| 2024E | 269.9 | 276.6 | 283.2 | 289.9 | 1,119.6 | 3.4x | (1.05) | (1.04) | (0.99) | (0.92) | (4.01) | NM |

Piper Sandler does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decisions. This report should be read in conjunction with important disclosure information, including an attestation under Regulation Analyst Certification, found on pages 8 - 9 of this report or at the following site: http://www.pipersandler.com/researchdisclosures.

## Expert Interview Suggested Prior Auth Groups Common, Not Illegal

We hosted a call Friday with Gordon Brown of A&R Consultants. In Mr. Brown's view, the short report on Natera written two weeks ago was a "hit piece" by someone clearly trying to exaggerate the negatives of how reimbursement works in lab diagnostics. He thinks that the report misrepresented elements such as double billing. Also, allegations about the inclusions of micro deletions on bills/requests being Illegal don't make sense to him because they would quickly be caught by insurance companies. In other words, if Natera was doing something illegal by billing them for microdeletions, the insurance companies would likely have found this years ago.

Prior authorization groups are common and have existed for decades, according to Mr. Brown. They exist across the healthcare continuum and have become more prominent in diagnostics over the past five years. The advanced diagnostics space is so complicated, and physicians' offices have become so burdened with administrative tasks, that complex testing has and prior authorization of it has been outsourced to these third-party prior authorization companies, who have acted as facilitators.

He couldn't find anything blatantly illegal about what he had read about the way MGML worked. According to Mr. Brown, prior authorizations should have the approval of the physician they are being submitted on the behalf of. In some cases, an insurance company or its laboratory benefit manager may also have to provide authorization. As long as those are done, then prior auth groups would be acting legally. He did, however, think that MGML's 501(c) status and it having very few employees was suspicious. We note that DaVita (DNA: NC) uses the 501(c)3 for prior authorizations.

501(c)3 organizations that benefit a for-profit business aren't necessarily illegal, according to Mr. Brown. The organizations do require funding, which often comes in the form of donations. Mr. Brown thinks that a company paying a certain amount per prior authorization submitted would pass the smell test, as opposed to donations, as it would be directly linked to a specific service. We note that Natera's most recent structure with MGML is with a nominal fee per authorization.

Physicians use many portals to order tests, with the portals giving them guidance in terms of required information, formatting and coding. Mr. Brown thinks that likely any trained or qualified staff member at a physician's office can likely submit a prior authorization request on the physician's behalf.

Also, while to the best of our knowledge (and according to Natera) there were no specific login credentials on the MGML portal, he said that if there were and physicians were providing their login credentials to a third party, then it would be more the fault of the physicians than MGML. He also thinks that due to the administrative burden of processing prior authorizations, and given that it is a complex administrative process, that insurance companies would generally welcome a third party that provides the service and does it well.

## Downside Risk Examined In More Detail

We examine the most likely downside risk to numbers

- Potential fines
- Ending use of prior authorization organizations
- Management distracted/reputational damages

## We Think A Fine Is The Most Likely Downside Risk

We've had dozens of conversations with industry and have yet to run into someone who hasn't heard of, or even read, the short report on Natera. The report made several accusations that had a meaningful impact on the stock. We think the level of attention alone means a DOJ/OIG investigation in inevitable. Competitor checks suggest Natera is an aggressive company when it comes to its sales approach, and with the industry being highly regulated, there are a number of grey areas. Fines in the industry that we have seen ranged from the single-digit millions to the low hundreds of millions (in rare cases). Given the lack of precision we have in predicting which of the grey areas in the short report are true and may potentially constitute fines, we are not incorporating any into our estimates. Some of the allegations that appear definitively illegal are double billing, or if salespeople pretended to be physicians. Most of the rest of the report seems more grey areas.

We note, DOJ/OIG investigations tend to focus on where Medicare/Medicaid has been defrauded. Most of the allegations in the short report focused on prior authorization wouldn't apply to Medicaid patients, and the company noted that co-pays for Medicaid is de minimis in microdeletions and NIPT.

## Select Fines From The Lab Industry

| Company fined | Ticker | Year of the fine | Amount fined |
|---|---|---|---|
| Quest Diagnostics | DGX | 2009 | $302M |
| Labcorp | LH | 1996 | $187M |
| Damon Clinical Laboratories Inc. | (Private) | 1996 | $119M |
| Sutter Health | (Private) | 2021 | $90M |
| Health Diagnostics Laboratory Inc. | (Private) | 2015 | $49M |
| Genova Diagnostics | (Private) | 2020 | $43M |
| MetPath | (Private) | 1993 | $40M |
| Bio-Reference Labs | (Private) | 2020 | $12M |
| Natera | NTRA | 2018 | $11M |
| Corning Clinical Laboratories (Part of Quest) | DGX | 1995 | $9M |
| Myriad Genetics | MYGN | 2019 | $9M |
| Agendia | (Private) | 2020 | $8M |
| Quest Diagnostics | DGX | 1998 | $7M |
| Quest Diagnostics | DGX | 2017 | $6M |
| UC San Diego Health | (Private) | 2022 | $3M |
| Quest Diagnostics | DGX | 2015 | $2M |

Source: Piper Sandler & Co. research

## Potential Ending Use Of Prior Authorizations

Involvement with prior authorizations and even having employees with a close relationship with a prior authorization organization doesn't appear to be illegal from our checks. We admit from the outside, the close relationship between MGML and Natera is bad optics. Going forward, however, we think the usage of prior authorization organizations has been reduced meaningfully in NIPT as these tests are covered by private payers. Natera last stated 7% of current volumes received prior authorization via MyGenomeMyLife. We'd expect Natera to exit 2022 with less than 5% of volume going through MGML. We think all prior authorization volume overall will represent less than 10% by the end of the year. Also, we note that the short report posited that NTRA's volumes, as a percent of MGML's total volumes, were likely higher in 2018-2020 compared with the current years. We think that only matters in terms of potential fines being higher if the activity were found to be illegal.

## Management Distraction And Reputational Damages

Whether or not it's deserved, we think this will be time-consuming and likely a distraction for management. The time burden becomes more likely if Natera were to face DOJ/OIG criminal investigations. Beyond that, management will be facing investor questions for several months, and these events have already affected the cost of equity. We note that consensus cash burn over the next couple years exceeds current cash balance, implying there will be equity dilution impacts.

We've found historically that industry sales reps will aim to take advantage of bad PR. We've spoken to sales reps that will target physicians with negative news articles about their competitors. That said, when a physician orders a test from an esoteric lab, the order patterns becomes sticky. Past interviews with physicians have found that most do not involve themselves in industry matters (particularly the smaller diagnostics industry as opposed to the much larger pharmaceutical industry). Net-net, we're lowering numbers to reflect conservatism in reputational damages and potential distractions.

## Are Prior Authorizations Illegal?

In our view, many prior authorization groups such as MGML (as well as others such as Cover My Test, Westpac Labs, eviCore, Integrated Genetics, etc.) likely do not pop up out of nowhere, and are often started by companies or people in the industry.

In our view, there are a large number of "hoops" that have to be jumped through in order for diagnostic providers to receive reimbursement for tests. The overall medical billing system through which payors and providers negotiate and make payments is complex and makes it difficult for patients to get access to tests, which is what MGML was providing. This is particularly the case when payors haven't specifically covered a test for a particular patient, which requires them to approve of a test before they agree to pay for it – for instance, with average risk patients of NTRA's Panorama test.

We consider it to be in the interest of patients, the busy physicians and their staffs, and the payors for tests to receive authorization before the tests are performed, rather than the tests being run, the payors denying coverage, and then the process having to be worked through.

The Natera online portal for Panorama was also specifically noted in the short report, with it suggesting that people at MGML had access to password protected logins of doctors, which had been shared by Natera staff, with which the MGML staff would log in and order tests on behalf of the doctors. From what we understand, this wouldn't be possible.

## Former Employee Interview Ethics Check

Ultimately, we're putting our reputation on the line to defend Natera, so we looked for someone at the organization who would discuss ethical practices.

The short report mentioned the alleged illegal practice of Natera sales reps pretending to be physicians. The former employee said this is factually incorrect because the portal for ordering tests didn't have password-protected logins. He mentioned that MGML and other prior authorization organizations' function is actually closer to that of helping physicians' administrative staff in filling out requisition forms. He actually said the salesforces don't interact with physicians in this regard, they interact with the administrative staff, and the administrated staff of the physicians would use their physician ID numbers. Overall, he considered MGML and all prior authorization organizations as providing a convenience and facilitating access to a service and saw no ethics issue with what was happening in the industry. The former employee also told us that testing wasn't done until it had been cleared.

The employee did confirm from the short report that micro-deletion testing had to be opted out so it was automatically checked as something that was to be tested for. This is something Natera's management has confirmed. The former employee said neither patients nor insurance companies will pay for microdeletions anyway. He said Natera did this because it's part of their differentiation vs. other NIPT tests and because Natera needs to familiarize insurance companies that testing for microdeletions is normal.

Overall, the former employee said that the CEO and the organization as a whole operated legally and ethically. He believes that the organization likely has some negative appearance to outsiders because it's a competitive and aggressive environment. He mentioned that low-performing employees were also regularly cut, and NTRA employs a performance-driven culture. Comp plans were designed, according to the former employee, such that sales employees were aiming to not just maintain, but to grow their sales territories. We were told that some sales people would only get 50% of their compensation when they had hit 90% of their respective quotas, for example. He said that Natera was much more likely to rely on prior authorization organization because it correctly tried to build out the average risk market before their competitors. He said this is because Natera was earlier than others in anticipating average risk would receive coverage. He said that other companies largely ignored the average risk market and were too caught up in adding to their menus outside of NIPT.

## Valeant Case Study Not Applicable

Many investors remember prior authorizations from Valeant Pharmaceuticals. That said, the major issues had less to do with prior authorization and more to do with other practices. The main issue surrounded its use of a pharmacy that the company created, called Philidor. While this pharmacy had issues around payor authorizations, which led to a fine, the key issues in the case primarily surrounded several areas that cannot be applied to the case with Natera.

One major difference is Philidor employees were also shown to be altering doctors' orders as a means of steering customers to the more expensive Valeant drugs. These drugs had significantly more reimbursements. Valeant had purposely increased prices of their prescriptions and steered patients to purchase Valeant drugs from generics or competitors and their subsidiary helped obtain insurance coverage for their higher priced drugs.

The scheme worked as follows. First the doctor would write a prescription, which would be channeled through the specialty pharmacy (Philidor). The employees at Philidor fabricated that

patients used the appropriate first line therapies when they had not. This was used because the Valeant drug was allowed reimbursed for second line. The Philidor employees would then send the altered forms to the insurance companies so that the Valeant drug would be covered.

The differences here are stark. First, MGML was, from what we understand, not altering any doctors' orders, and there was no switching patients to a higher priced test. From what we understand MGML also worked with other companies and never switched tests from another provider to Natera.

## Other Things Mentioned In The Short Report (or not mentioned)

NYT article and accuracy questioned: The claim made in the short report, questioning the clinical utility of NTRA's NIPT and reproductive health offerings and the resultant class action lawsuits as a result of the New York Times article from Jan., in our view, greatly undersells how useful the tests actually are (i.e. the author seem to confuse a diagnostic with a screening test). While there may be bumps in the road as these tests are more widely applied, we think such tests like those that NTRA offers will continue to drive growth, particularly as more average risk pregnancies are tested.

No mention of MRD offerings: Notably, in our view, the short report made no mention of NTRA's Signatera minimal residual disease (MRD) test. We view Signatera as having potentially the best market positioning in MRD (particularly in the solid tumor space), and while the company's MRD volume represents less than 1/10th its reproductive health volume, we model them to do 50,000 MRD tests this year and 200,000 in 2023. This leaves a significant amount of runway to the company's estimate of 4M short-term eligible and 13M mid-term eligible populations for MRD.

**Model changes:**

We are updating our revenue/EPS estimates to the following:

2022: Revenue/EPS of $753M/-$5.56 (from $767M/-$5.74) vs. consensus of $781M/-$5.98
2023: Revenue/EPS of $952M/-$4.65 (from $980M/-$5.07) vs. consensus of $984M/-$5.21
2024: Revenue/EPS of $1,120M/-$4.01 (from $1,266M/-$4.99) vs. consensus of $1,175M/-$4.26

**Valuation:** Our price target of ~$70 (from $80) is based on a ~7x 2024E EV/Rev multiple on the company's MRD revenue and a 4x multiple on the company's non MRD revenue, both of which are in line with peer medians. We are now valuing the MRD business separately to more properly account for this revenue, which we see as a particularly important component of the company's future revenue and growth. We previously used a ~6x 2024E EV/Rev multiple on total company revenues. The decrease in price target is primarily due to a decrease in multiple for non MRD revenue, which carries higher risk, and our lower overall revenue estimates.

**Risks:** Competition, reimbursement, new product adoption and regulation.

David Westenberg, CFA, 727-281-6589
David.Westenberg@psc.com
Last updated 3/21/2022

## Natera (NTRA)

| ($ in thousands) | Q1 | Q2 | Q3 | Q4 | 2021 | Q1E | Q2E | Q3E | Q4E | 2022E | Q1E | Q2E | Q3E | Q4E | 2023E | Q1E | Q2E | Q3E | Q4E | 2024E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenue** | **152.32** | **142.03** | **158.12** | **173.0** | **625.5** | **181.3** | **180.0** | **193.0** | **198.7** | **752.9** | **225.3** | **233.3** | **243.3** | **249.8** | **951.6** | **269.9** | **276.6** | **283.2** | **289.9** | **1,119.6** |
| Cost of Revenue | (66.8) | (76.1) | (81.4) | (94.1) | (318) | (96) | (98) | (104) | (109) | (406) | (112) | (119) | (121) | (123) | (475) | (129) | (133) | (134) | (136) | (532) |
| **Gross Profit** | **85.5** | **65.9** | **76.7** | **78.9** | **307** | **85.7** | **82.4** | **88.6** | **90.1** | **347** | **113.8** | **114.6** | **122.4** | **126.3** | **477** | **140.4** | **143.9** | **149.2** | **153.8** | **587** |
| Research & Development | (40.2) | (53.8) | (98.5) | (71.8) | (264) | (80) | (83) | (93) | (90) | (346) | (87) | (93) | (105) | (96) | (381) | (103) | (107) | (110) | (109) | (429) |
| Selling, General & Administrative | (108.3) | (127.5) | (128.5) | (146.8) | (511) | (140) | (138) | (142) | (146) | (566) | (151) | (160) | (160) | (162) | (632) | (167) | (168) | (166) | (167) | (667) |
| Other | 0.0 | 0.0 | 0.0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Operating Expense | (148.5) | (181.2) | (226.9) | (218.6) | (775) | (219) | (221) | (235) | (237) | (912) | (238) | (253) | (264) | (257) | (1,013) | (270) | (275) | (276) | (276) | (1,097) |
| **Operating Income (Loss)** | **(63.0)** | **(115.3)** | **(150.2)** | **(139.7)** | **(468)** | **(133)** | **(139)** | **(147)** | **(147)** | **(565)** | **(124)** | **(138)** | **(142)** | **(131)** | **(535)** | **(129)** | **(131)** | **(127)** | **(122)** | **(509)** |
| Interest & Other Expense (Income) net | (0.7) | (0.5) | (0.8) | (0.9) | (2.924) | (1) | (1) | (1) | (1) | (4) | (1) | (1) | (1) | (1) | (4) | (1) | (1) | (1) | (1) | (4) |
| **Pretax Income (Loss)** | **(63.7)** | **(115.8)** | **(151.0)** | **(140.6)** | **(471.1)** | **(134)** | **(138)** | **(146)** | **(146)** | **(563)** | **(123)** | **(137)** | **(141)** | **(130)** | **(531)** | **(128)** | **(130)** | **(126)** | **(121)** | **(505)** |
| Provision for Income Taxes | (0.1) | (0.2) | (0.3) | 0.0 | (1) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Net Income (Loss) - Reported** | **(63.9)** | **(116.0)** | **(151.3)** | **(140.6)** | **(471.7)** | **(134)** | **(138)** | **(146)** | **(146)** | **(563)** | **(123)** | **(137)** | **(141)** | **(130)** | **(531)** | **(128)** | **(130)** | **(126)** | **(121)** | **(505)** |
| **EPS** | **(0.74)** | **(1.32)** | **(1.63)** | **(1.48)** | **(5.17)** | **(1.39)** | **(1.39)** | **(1.42)** | **(1.36)** | **(5.56)** | **(1.12)** | **(1.22)** | **(1.22)** | **(1.10)** | **(4.65)** | **(1.05)** | **(1.04)** | **(0.99)** | **(0.92)** | **(4.01)** |
| *Shares* | 86.7 | 88.1 | 92.6 | 95 | 91 | 97 | 99 | 103 | 107 | 101 | 110 | 113 | 116 | 119 | 114 | 122 | 125 | 128 | 131 | 126 |
| **Growth** | | | | | | | | | | | | | | | | | | | | |
| Revenue | 62% | 64% | 61% | 54% | 60% | 19% | 27% | 22% | 15% | 20% | 24% | 30% | 26% | 26% | 26% | 20% | 19% | 16% | 16% | 18% |
| Gross Profit | 74% | 67% | 66% | 50% | 64% | 0% | 25% | 16% | 14% | 13% | 33% | 39% | 38% | 40% | 38% | 23% | 26% | 22% | 22% | 23% |
| R&D | 121% | 134% | 273% | 122% | 164% | 98% | 55% | -6% | 26% | 31% | 9% | 12% | 13% | 6% | 10% | 19% | 15% | 5% | 14% | 13% |
| SG&A | 65% | 87% | 70% | 56% | 68% | 29% | 8% | 11% | 0% | 11% | 8% | 16% | 12% | 10% | 12% | 10% | 5% | 4% | 3% | 6% |
| Operating Income | NM | NM | NM | NM | 116% | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM |
| Net Income | | | | | | | | | | | | | | | | | | | | |
| **Margins** | | | | | | | | | | | | | | | | | | | | |
| Gross Profit | 56% | 46% | 49% | 46% | 49% | 47% | 46% | 46% | 45% | 46% | 50% | 49% | 50% | 51% | 50% | 52% | 52% | 53% | 53% | 52% |
| R&D | 26% | 38% | 62% | 42% | 42% | 44% | 46% | 48% | 45% | 46% | 39% | 40% | 43% | 38% | 40% | 38% | 39% | 39% | 38% | 38% |
| SG&A | 71% | 90% | 81% | 85% | 82% | 77% | 77% | 74% | 74% | 75% | 67% | 69% | 66% | 65% | 66% | 62% | 61% | 59% | 58% | 60% |
| Operating Income | -41% | -81% | -95% | -81% | -75% | -74% | -77% | -76% | -74% | -75% | -55% | -59% | -58% | -53% | -56% | -48% | -47% | -45% | -42% | -45% |
| Tax Rate | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Net Income | | | | | | | | | | | | | | | | | | | | |

Source: Company reports and Piper Sandler & Co. Current disclosure information for this company is located at http://www.pipersandler.com/researchdisclosures

## IMPORTANT RESEARCH DISCLOSURES




Notes: The boxes on the Rating and Price Target History chart above indicate the date of the fundamental Equity Research Note, the rating and the price target. Each box represents a date on which an analyst made a change to a rating or price target, except for the first box, which may only represent the first Note written during the past three years.

Legend:
I: Initiating Coverage
R: Resuming Coverage
T: Transferring Coverage
D: Discontinuing Coverage
S: Suspending Coverage
OW: Overweight
N: Neutral
UW: Underweight
NA: Not Available
UR: Under Review

**Distribution of Ratings/IB Services**
**Piper Sandler**

| Rating | Count | Percent | IB Serv./Past 12 Mos. Count | IB Serv./Past 12 Mos. Percent |
|---|---|---|---|---|
| **BUY [OW]** | **682** | **67.66** | **298** | **43.70** |
| **HOLD [N]** | **317** | **31.45** | **65** | **20.50** |
| **SELL [UW]** | **9** | **0.89** | **0** | **0.00** |

Note: Distribution of Ratings/IB Services shows the number of companies currently covered by fundamental equity research in each rating category from which Piper Sandler and its affiliates received compensation for investment banking services within the past 12 months. FINRA rules require disclosure of which ratings most closely correspond with "buy," "hold," and "sell" recommendations. Piper Sandler ratings are not the equivalent of buy, hold or sell, but instead represent recommended relative weightings. Nevertheless, Overweight corresponds most closely with buy, Neutral with hold and Underweight with sell. See Stock Rating definitions below.

## Analyst Certification

The analyst David Westenberg, primarily responsible for the preparation of this research report, attests to the following:

The views expressed in this report accurately reflect my personal views about the subject company and the subject security. In addition, no part of my compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this report.

Piper Sandler research analysts receive compensation that is based, in part, on overall firm revenues, which include investment banking revenues.

Time of dissemination: 21 March 2022 03:29EDT.

## Research Disclosures

Piper Sandler was a registered market maker in the securities of Natera, Inc. at the time this research report was published.

Affiliate disclosures: Piper Sandler is the trade name and registered trademark under which the corporate and investment banking products and services of Piper Sandler Companies and its subsidiaries Piper Sandler & Co. and Piper Sandler Ltd. are marketed. This report has been prepared by Piper Sandler & Co. and/or its affiliate Piper Sandler Ltd. Piper Sandler & Co. is regulated by FINRA, NYSE and the United States Securities and Exchange Commission, and its headquarters are located at 800 Nicollet Mall, Minneapolis, MN 55402. Piper Sandler Ltd. is authorised and regulated by the Financial Conduct Authority, and is located at 1st Floor, New Fetter Place East, 8-10 New Fetter Lane, London EC4A 1AZ. Disclosures in this section and in the Other Important Information section referencing Piper Sandler include all affiliated entities unless otherwise specified.

## Rating Definitions

Stock Ratings: Piper Sandler fundamental research ratings are indicators of expected total return (price appreciation plus dividend) within the next 12 months. At times analysts may specify a different investment horizon or may include additional investment time horizons for specific stocks. Stock performance is measured relative to the group of stocks covered by each analyst. Lists of the stocks covered by each are available at www.pipersandler.com/researchdisclosures. Stock ratings and/or stock coverage may be suspended from time to time in the event that there is no active analyst opinion or analyst coverage, but the opinion or coverage is expected to resume. Research reports and ratings should not be relied upon as individual investment advice. As always, an investor's decision to buy or sell a security must depend on individual circumstances, including existing holdings, time horizons and risk tolerance. Piper Sandler sales and trading personnel may provide written or oral commentary, trade ideas, or other information about a particular stock to clients or internal trading desks reflecting different opinions than those expressed by the research analyst. In addition, Piper Sandler offers technical research products that are based on different methodologies, may contradict the opinions contained in fundamental research reports, and could impact the price of the subject security. Recommendations based on technical analysis are intended for the professional trader, while fundamental opinions are typically suited for the longer-term institutional investor.

**Overweight (OW):** Anticipated to outperform relative to the median of the group of stocks covered by the analyst.

**Neutral (N):** Anticipated to perform in line relative to the median of the group of stocks covered by the analyst.

**Underweight (UW):** Anticipated to underperform relative to the median of the group of stocks covered by the analyst.

## Other Important Information

The material regarding the subject company is based on data obtained from sources we deem to be reliable; it is not guaranteed as to accuracy and does not purport to be complete. This report is solely for informational purposes and is not intended to be used as the primary basis of investment decisions. Piper Sandler has not assessed the suitability of the subject company for any person. Because of individual client requirements, it is not, and it should not be construed as, advice designed to meet the particular investment needs of any investor. This report is not an offer or the solicitation of an offer to sell or buy any security. Unless otherwise noted, the price of a security mentioned in this report is the most recently available closing market price. Piper Sandler does not maintain a predetermined schedule for publication of research and will not necessarily update this report. Piper Sandler policy generally prohibits research analysts from sending draft research reports to subject companies; however, it should be presumed that the fundamental equity analyst(s) who authored this report has had discussions with the subject company to ensure factual accuracy prior to publication, and has had assistance from the company in conducting diligence, including visits to company sites and meetings with company management and other representatives.Notice to customers: This material is not directed to, or intended for distribution to or use by, any person or entity if Piper Sandler is prohibited or restricted by any legislation or regulation in any jurisdiction from making it available to such person or entity. Customers in any of the jurisdictions where Piper Sandler and its affiliates do business who wish to effect a transaction in the securities discussed in this report should contact their local Piper Sandler representative, or as otherwise noted below. Canada: Piper Sandler & Co. is not registered as a dealer in Canada and relies on the "international dealer exemption" set forth in National Instrument 31-103 – Registration Requirements, Exemptions and Ongoing Registrant Obligations of the Canadian Securities Administrators. This research report has not been prepared in accordance with the disclosure requirements of Dealer Member Rule 3400 – Research Restrictions and Disclosure Requirements of the Investment Industry Regulatory Organization of Canada. Europe: This material is for the use of intended recipients only and only for distribution to professional and institutional investors, i.e. persons who are authorised persons or exempted persons within the meaning of the Financial Services and Markets Act 2000 of the United Kingdom, or persons who have been categorised by Piper Sandler Ltd. as professional clients under the rules of the Financial Conduct Authority. United States: This report is distributed in the United States by Piper Sandler & Co., member SIPC, FINRA and NYSE, Inc., which accepts responsibility for its contents. The securities described in this report may not have been registered under the U.S. Securities Act of 1933 and, in such case, may not be offered or sold in the United States or to U.S. persons unless they have been so registered, or an exemption from the registration requirements is available.This report is produced for the use of Piper Sandler customers and may not be reproduced, re-distributed or passed to any other person or published in whole or in part for any purpose without the prior consent of Piper Sandler & Co. Additional information is available upon request. Copyright 2022 Piper Sandler. All rights reserved.