# EXHIBIT 7

THE CAPITOL FORUM
Vol. 8 No. 231 July 1, 2020

# Natera: Company Uses Third Party Non-Profit to Increase Likelihood of Insurance Reimbursement; Non-Profit Has Limited Paper Trail, Close Connections with Natera

Genetic testing company Natera (NTRA) is using a third-party charity called My Genome My Life to process some prior authorizations for its genetic tests, according to sources familiar with the matter who spoke on the condition of anonymity.

Very little documentation about My Genome My Life exists, but sources familiar with the innerworkings of the organization and documents reviewed by *The Capitol Forum* indicate that the organization has close ties to Natera.

While the use of a third party to process prior authorizations is not uncommon in the genetic testing industry, healthcare and tax experts *The Capitol Forum* interviewed said the use of a charitable organization for this purpose raised concerns, particularly since prior authorizations are designed to increase the likelihood that insurance companies will reimburse genetic tests.

Representatives for Natera and My Genome My Life declined to comment for this article, and My Genome My Life did not respond to requests to produce its application for tax exempt status or annual returns to *The Capitol Forum.*

**Prior authorization timeline.** To reimburse for services not generally covered by health plans such as genetic testing, insurance companies can require that a healthcare provider receive prior authorization from the insurer before agreeing to remit payment.

Without a prior authorization from an insurance company for a service or test, a laboratory like Natera may be unable to be reimbursed by insurance for a test. As part of the prior authorization process, insurance companies can check to see if a test is medically necessary or if there are cheaper, generic alternatives.

Getting prior authorization for a genetic test can often involve extra paperwork, making some physicians reticent to order tests. A 2018 study found that roughly 88% of prior authorizations occur manually, either by fax or over the phone.

According to industry sources, sales representatives for laboratories like Natera often entice physicians to use their products by having third parties do the prior authorization paperwork for them.

blasky@ftc.gov



*© 2020 The Capitol Forum. Direct or indirect reproduction or distribution of this article without prior written permission from The Capitol Forum is a violation of Federal Copyright Law.*

In its SEC filings, Natera discloses that beginning in the fourth quarter of 2017, third-party payers increasingly began to require that prior authorizations be obtained before conducting genetic testing as a condition for reimbursement of the test. These requirements "reduced and/or delayed the reimbursement amounts we receive for Panorama or our other tests, which has impacted our results of operations since the fourth quarter of 2017, when these requirements began to take effect," the company says in its filings.

My Genome My Life was founded in late-2017 and is currently piloting two programs, including co-pay assistance and prior authorization assistance, according to the company's LinkedIn page. The organization received approval as a 501(c)(3) charity on July 12, 2018, according to the IRS' determination letter.

**Connection to Natera.** The vast majority of all prior authorization requests handled by My Genome My Life were for Natera tests, according to sources familiar with the matter.

"My Genome My Life was performing thousands of prior authorizations per week for Natera" said one source.

According to sources, My Genome My Life had a close working relationship, which internal documents and communications between the two organizations that were viewed by *The Capitol Forum* confirm. The documents reveal and sources stated that Amar Kamath, Natera's Senior Vice President for Commercial Sales, was a key person in the relationship between Natera and My Genome My Life.

Kamath previously worked at BioReference Laboratories, which is owned by OPKO Health and has previously come under scrutiny for improper billing practices. Kamath declined to speak with *The Capitol Forum* about his relationship with My Genome My Life.

Vickie Seth—who sources indicated is the founder of My Genome My Life—initially agreed to a request to speak with *The Capitol Forum* for this article, but has not responded to requests for comment.

Sources also indicated that Marina Bakreska works for My Genome My Life. *The Capitol Forum* placed a call to Bakreska who answered the phone "Natera Labs." Bakreska said she could not speak with the press but took the journalist's contact information.

According to her LinkedIn profile, Bareska still holds her position at GeneDX—a subsidiary of BioReference Laboratories.

blasky@ftc.gov



*© 2020 The Capitol Forum. Direct or indirect reproduction or distribution of this article without prior written permission from The Capitol Forum is a violation of Federal Copyright Law.*

GeneDX was informed on October 11, 2019 that the Centers for Medicare and Medicaid Services determined to suspend Medicare payments to GeneDx due to possible overpayments in connection with reimbursement claims for some genetic testing services, according to OPKO Health's May 6, 2020 quarterly filing.

The suspension of payments was lifted on or around February 3, 2020, according to the filing. CMS noted that the decision to lift the payment suspension should not be construed as a positive determination regarding GeneDX's Medicare billing, according to the filing.

BioReference acquired GeneDX in 2006. At the time of the acquisition Kamath was the marketing director for BioReference Laboratories' molecular business.

**Very little public information about My Genome My Life exists**. My Genome My Life is registered as a 501(c)(3) charitable organization. The Final Determination Letter the organization received from the IRS exempting it from federal income tax indicates that the organization is required to file 990/990-EZ/900-N forms but no such forms exist on the IRS website.

The organization's website states that it has an office 1629 K Street, Suite 300, in Northwest Washington DC. However, no business license exists for that address in Washington, D.C, according to a review of Washington's Department of Consumer and Regulatory Affairs database. Sources stated that that address appeared to be a virtual office and that My Genome My Life did not occupy any space there permanently.

The Texas address on the IRS determination letter lists an Austin, Texas address that is an address for an organization that appears to work as a registered agent. No records for the business exist on the Texas Secretary of State's website. Natera also has operations in Austin.

**Experts question My Genome My Life's public charity status.** My Genome My Life "is not a 501(c)(3) at all because it fails multiple legal requirements for tax-exempt status," Brian Galle, a Georgetown Law professor and former tax attorney at the DOJ, wrote in an email to *The Capitol Forum*.

"A charity can't provide excess private benefit and has to be operated for one or more exempt purposes. I don't see any exempt purpose in the mission as you describe it," Galle continued.

The IRS monitors nonprofits through the groups' annual Form 990 filing—which details employees' salaries, donations, expenditures, income for services provided, and other information.



*© 2020 The Capitol Forum. Direct or indirect reproduction or distribution of this article without prior written permission from The Capitol Forum is a violation of Federal Copyright Law.*

blasky@ftc.gov

A 501(c)(3) nonprofit, like My Genome My Life, "shall make its [tax exempt application and] annual information returns [i.e. a 990] … available for public inspection," according to the Code of Federal Regulations.

Despite the law, no employee of My Genome My Life nor the organization's registered agent would produce any documentation.

Without the group's 990 and associated documents, "it makes it hard to say anything definitively," said Emory University's Edward Queen, Director of the D. Abbott Turner Program in Ethics and Servant Leadership, in an interview with *The Capitol Forum*.

The sources familiar with the innerworkings of My Genome My Life were skeptical of the organizations not-for-profit status. "I have no idea how they run on donations," one source said.

Instead, the source believed that the funding for the organization may, in part, have come from Natera.

Regarding the timing of the creation of the organization in light of the language in Natera's SEC filing about third-party payors requiring prior authorizations towards the end of 2017, Queen said that in his opinion, "the timing looks incredibly suspicious to me. It seems to be a front organization to reduce the costs for Natera. If that's the case, one could make a strong argument that the organization is misusing its nonprofit status to enhance the profits for Natera."

blasky@ftc.gov



*© 2020 The Capitol Forum. Direct or indirect reproduction or distribution of this article without prior written permission from The Capitol Forum is a violation of Federal Copyright Law.*