# EXHIBIT 8

THE CAPITOL FORUM Vol. 8 No. 439 December 14, 2020

# Natera: Charity Apparently Established to Process Insurance Prior Authorizations has Close Ties to Former Senior VP of Natera

Genetic testing company Natera (NTRA) has used a charity with an uncertain legal status called My Genome My Life (MGML) to process prior authorization approvals for its genetic tests for the past three years, according to a *Capitol Forum* investigation.

Furthermore, the charity was established by a close acquaintance of Natera's former Senior Vice President of Commercial Sales, Amar Kamath, at the same time as insurers were increasingly requiring prior authorizations for the company's tests, and steps appear to have been taken to hide the acquaintance's ties to Kamath.

*The Capitol Forum* has previously written about My Genome My Life and Natera's use of the charity to increase the likelihood of insurance reimbursement through prior authorization approvals.

Documents obtained by *The Capitol Forum* show that MGML made numerous questionable assertions to the IRS about its organizational structure, sources of revenue, and mission as a charity. While MGML told the IRS that it would be established for educational purposes, in reality the charity was operating on behalf of a commercial laboratory to increase the likelihood of reimbursement from insurers in return for a fee.

Documents and interviews *The Capitol Forum* conducted indicate that the key employee at MGML is a woman by the name of Deepti Gupta, who has close personal relationships with Amar Kamath, including owning a property together. Sources also state that Kamath was instrumental in pushing Natera to use MGML over other third parties for prior authorizations.

It is currently not clear whether Natera was aware of Gupta's involvement in MGML. Kamath referred to Gupta as "Vicki Seth" in correspondence between Natera employees and MGML, according to documents reviewed by *The Capitol Forum*, indicating he may have been attempting to conceal her identity from his own colleagues.

Regardless of Natera's own knowledge of the relationship, the closeness between Natera and MGML could be problematic for Natera. Industry sources tell *The Capitol Forum* that insurers prefer, and sometimes require, that prior authorization requests come from either the ordering physician or an independent third party contracted by the physician.

"It's important for these third-parties to be independent of the labs," Robert Tennant of the Medical Group Management Association told *The Capitol Forum*, "there may be some STARK law and anti-kickback regulations that could be in play. There are potential concerns when the vendor itself is

blasky@ftc.gov



© 2020 The Capitol Forum. Direct or indirect reproduction or distribution of this article without prior written permission from The Capitol Forum is a violation of Federal Copyright Law.

conducting the prior authorization for a genetic test they are selling. The health plan could say, hold on, they are the ones benefitting. We need to make sure everything's on the up and up. As a result, there could be an increase in denials or post-payment audits."

"I'm surprised Natera did not do their due diligence on My Genome My Life," said one former Natera employee when informed of the connection between Kamath and MGML. According to sources knowledgeable of MGML's operations, the organizations processed thousands of requests for Natera tests per week for roughly three years.

Over the course of *The Capitol Forum's* investigation, MGML had never filed its required annual form 990 with the IRS. The organization had also not filed anything as "My Genome My Life" with the Texas Secretary of State, which would have oversight of the Austin-based charity, until November 30 of this year, following *The Capitol Forum's* requests for comment to the organization's representatives. The November 30 Texas filing is also the first to include Deepti Gupta's name on any document related to MGML.

A nonprofit will automatically lose its tax-exempt status if it fails to file its annual 990s for three consecutive years, as it appears MGML has in this instance, according to federal code and the IRS website. Further, failure to file can bring penalties to the organization and its personal representatives, according to the IRS website.

The IRS did not respond to multiple requests for comment about whether it was taking steps to revoke MGML's tax-exempt status.

*The Capitol Forum* has previously written about Natera's improper billing practices with private insurers, state Medicaid programs, and the federal Tricare program, and these billing practices have raised concerns with some state attorneys general. In 2018, Natera paid $11 million to resolve allegations regarding its billing practices with state and federal health programs, though that settlement did not include any continuing oversight of the company's operations.

Representatives for My Genome My Life and Natera, as well as specific individuals involved in the relationship between the two organizations, did not respond to requests for comment for this article.

**Prior authorizations in healthcare.** At their own discretion, insurance companies can require that doctors receive prior authorization from them before performing a procedure, prescribing medicine, or ordering a test and billing the insurer for it.

"The bottom line for prior authorization requirements is that it is a money maker. Every service or medication an insurer denies is something they don't pay for," Tennant told *The Capitol Forum*,


© 2020 The Capitol Forum. Direct or indirect reproduction or distribution of this article without prior written permission from The Capitol Forum is a violation of Federal Copyright Law.

"Genetic testing can be phenomenally expensive, and so requiring prior authorization is like a healthcare speed bump. The additional administrative burden of getting an authorization approved can make some physicians determine it's not worth their time."

Natera's most recent quarterly filing indicates that insurers are becoming more skeptical of genetic testing, noting that "third-party payers have increasingly required that prior authorization be obtained prior to conducting genetic testing as a condition to reimbursing for it, which has reduced and/or delayed the reimbursement amounts we receive for Panorama, Horizon and our other tests, which has impacted our results of operations since the fourth quarter of 2017, when these requirements began to take effect." For example, AIM Specialty Health, a benefits manager for insurers like Blue Cross Blue Shield, specifically lists Natera's Horizon carrier screening panel among its tests that "do not meet medical necessity criteria" in its coverage guidelines.

According to Tennant, a whole sub-industry of third-party prior authorization and other business transaction processors has developed, contracting with physicians and labs offering to both remove the administrative burden and increase the likelihood of reimbursement from insurers by understanding the unique policies of each.

A market leader in prior authorization processing that spoke with *The Capitol Forum* on the condition of anonymity explained, "We are a for profit company – we charge per prior authorization we service. We process PA requests from both labs and healthcare providers. Healthcare providers will request PAs get processed for genetic testing - some insurance programs require that a physician is a part of that process. That's why the company was born."

**Natera, Kamath and the formation of MGML.** MGML was formed in October 2017, about the same time that Natera disclosed to investors that insurers were increasingly requiring prior authorization for its tests, according to MGML's charity application with the IRS.

According to a former employee of Natera, Kamath pushed for Natera to use My Genome My Life to deal with the increasing requirements for prior authorizations from insurers.

"Other companies came to Natera during that time frame, competing to be the ones to process prior authorizations for Natera tests," the former employee said, "and I remember Amar [Kamath] pushing for My Genome My Life over some of the other competitors … and ultimately, he is the one who made that decision."

Asked how Kamath justified the use of MGML over the competitors, the former employee said "I remember he just kept poking holes in the other companies. He really focused on My Genome My



*© 2020 The Capitol Forum. Direct or indirect reproduction or distribution of this article without prior written permission from The Capitol Forum is a violation of Federal Copyright Law.*

blasky@ftc.gov

Life being a non-profit." In the source's recollection, Kamath indicated that third party companies could not work for Natera if they were for-profit entities.

Industry sources *The Capitol Forum* interviewed said it was common for physicians or laboratories to outsource prior authorization processing to third-party, for profit entities. Those sources were unaware of not-for-profits that processed prior authorizations and could not think of reasons why a company would use a not-for-profit entity to do so.

Natera ultimately ended up using MGML to help physicians process prior authorizations for its tests. According to the former employee, when salespeople pitched a clinic to use Natera's tests, they told the clinic to send the prior authorization request to MGML.

Clinics also received cards from Natera representatives, instructing them how to sign up for MGML, which would process their prior authorizations for free:




According to sources familiar with MGML's operations, because physicians did not have to pay to use MGML, Natera reimbursed the charity for each prior authorization it performed. In the sources' recollection, MGML was processing thousands of prior authorizations a week for Natera.

Other for-profit third parties that obtain prior authorizations contract with physicians directly, according to healthcare providers and third-party processors interviewed by *The Capitol Forum*.

**MGML executives appear to be figureheads; Kamath, Gupta involvement obscured.** Internal MGML communications reviewed by *The Capitol Forum* show that a woman named Vickie Seth was listed as the Operations Manager of the charity and claimed to be its founder. However, a background search turned up no results for a Vickie Seth, and MGML's limited paper trail and



© 2020 The Capitol Forum. Direct or indirect reproduction or distribution of this article without prior written permission from The Capitol Forum is a violation of Federal Copyright Law.

physical footprint made it hard to identify a founder; MGML uses the mailing address of a satellite office in Washington DC and was registered in Austin, Texas by a registered agent service.

No persons named Vickie Seth were listed on any documents filed with the IRS. Instead, documents listed three women named Lymaraina D'Souza, Spoorthy Suresh, and Marcy Miranda as the President, Executive Director, and Secretary of the organization, respectively; D'Souza's signature is on the January 11, 2018 application to the IRS affirming the accuracy of the information in the form, under penalty of perjury.

Marcy Miranda, MGML's Secretary, appeared to be the sister-in-law of Deepti Gupta (sometimes known as Deepti Gokul), who was also a bridesmaid in her wedding:




*Source: Facebook*

Sources familiar with MGML's operations confirmed that Deepti Gupta/Gokul was in fact Vickie Seth:



**Deepti Gokul**

*Source: Facebook*



*© 2020 The Capitol Forum. Direct or indirect reproduction or distribution of this article without prior written permission from The Capitol Forum is a violation of Federal Copyright Law.*

Miranda did not return emails or calls regarding her involvement with MGML, and *The Capitol Forum* was unable to get in contact with Spoorthy Suresh, MGML's Executive Director, who appears to be a pharmacist working in Concord, California.

*The Capitol Forum* was able to contact MGML's President, Lymaraina D'Souza, who currently works as professional counselor in Northern Virginia. D'Souza was initially completely unaware of the name My Genome My Life and was surprised to learn that she was listed as President of the organization but did confirm that a friend of a friend named Deepti Gupta had asked her in 2017 to help create a charity.

According to D'Souza, she has had no interaction with MGML or Deepti Gupta since late 2017 and has never performed any function for the organization such as attending a board meeting. D'Souza told *The Capitol Forum* that she only signed some kind of incorporating document for MGML and does not recall ever signing anything for the IRS in 2018, speculating that her signature on the tax-exempt application may have been inaccurate.

Over the course of the conversation with *The Capitol Forum*, D'Souza grew worried that her involvement with MGML may have some kind of negative affect on her counselling practice and asked to see the IRS application to confirm if it was her signature on it. After sending her the application, D'Souza stopped communicating with *The Capitol Forum*.

**Connection between Kamath and Gupta.** Amar Kamath, the former Senior Vice President for Commercial Sales at Natera, and Deepti Gupta have several personal connections, and Kamath was in his position at Natera when MGML was formed and began processing prior authorizations for Natera.

In May of 2018, Gupta and Kamath purchased an apartment in Austin, Texas, about three miles from Natera's billing department in Texas. Gupta and Kamath also appear to have lived together for a period of time at a house in Sparta, New Jersey, according to address records.

In 2016, Kamath and Gupta travelled with Gupta's daughter Aria to Chittoor, India, to participate in a STEM education event for a charity called Uplift A Child (pictured below). Kamath and Gupta have also sponsored several children together as part of the charity.

blasky@ftc.gov



© 2020 The Capitol Forum. Direct or indirect reproduction or distribution of this article without prior written permission from The Capitol Forum is a violation of Federal Copyright Law.




*Source: Youtube*

In its Facebook post about the event, Uplift A Child thanked Kamath as a member of Aria's family. Aria Gupta lists Deepti as her mother on her Facebook "Family and Relationships" information.

Aria Gupta also had an internship with Natera in the summer of 2019, as listed on her LinkedIn page. When *The Capitol Forum* sent questions regarding the relationship between Deepti Gupta and Amar Kamath to MGML, Aria's LinkedIn page was updated to remove the Natera internship. *The Capitol Forum* sent additional questions regarding the disappearance of the Natera internship to MGML, and soon thereafter, the internship was reinstated.

After several inquiries to Gupta and Kamath from *The Capitol Forum*, it appears that Gupta has finally acknowledged her connection to the charity. A November 30 application for name reservation with the Texas Secretary of State lists Deepti Gupta as the applicant.

**MGML did not disclose role as healthcare administrative company to IRS.** According to the articles of association that MGML sent to the IRS, the organization would be a public benefit charity focused on "genomic education to healthcare providers" and improving access to genomic care for patients by "being a voice for them for them when they do not know how to handle the complexity of healthcare."

Nowhere on the application does it say that MGML would be operating on behalf of a commercial laboratory to increase the likelihood of reimbursement in return for a fee. Instead, the application declares that "MGML is organized exclusively for charitable educational purposes and will provide the above services without charging for them."



*© 2020 The Capitol Forum. Direct or indirect reproduction or distribution of this article without prior written permission from The Capitol Forum is a violation of Federal Copyright Law.*

blask@ftc.gov

"That document is a load of crap," said a source familiar with MGML's operations, "At no point did anyone at MGML educate anyone on anything. The only interaction with the providers office was obtaining login information for insurance payer portals and letting them know MGML would submit prior authorizations on their behalf for Natera genetic testing."

"No one from MGML ever spoke to a patient. That description makes it seem like MGML was providing patient access services and it wasn't," another source said.

Indeed, MGML may have been more truthful with the State of Texas than the IRS. Articles of incorporation filed with the Texas Secretary of State by MGML (albeit under a different business name) have the company registered as a for-profit corporation.

**Undisclosed relationships contradict declarations to IRS.** In light of the relations uncovered by *The Capitol Forum*, a review of the 1023 application to the IRS finds multiple inconsistencies and errors, particularly relating to relationships among directors, employees, and outside companies.

For example, a question on the application asked, "Are any of your officers, directors, or trustees related to your highest compensated employees or highest compensated independent contractors … through family or business relationships?" According to sources, Deepti Gupta, as operations manager and founder of MGML, was likely the organizations highest paid employee. However, this answer was marked "No" by whoever filled out the application, despite the fact that Gupta is the sister-in-law of the secretary of MGML.

The sources also stated that Gupta's annual salary was also likely well above $50,000, a fact that should have been disclosed on the 1023 application. When asked to list "the five highest compensated employees who receive or will receive compensation of more than $50,000 per year," the respondent put "N/A."

Additionally, MGML's application states that it expected to have revenues of $20,000 and $50,000 in 2018 and 2019, respectively, a figure that the sources familiar with MGML said was far below the amount of revenue the charity was making by processing hundreds of thousands of prior authorizations. Internal MGML documents reviewed by *The Capitol Forum* indicate that in 2018 the organization had at least seven employees, a payroll that the stated $20,000 in revenue would not support.

The same inconsistencies also applied to relations outside the company.

blasky@ftc.gov



*© 2020 The Capitol Forum. Direct or indirect reproduction or distribution of this article without prior written permission from The Capitol Forum is a violation of Federal Copyright Law.*

"Do any individuals who receive goods, services, or funds through your program have a family or business relationship with any officer, director, or trustee, or with one of your highest compensated employees," the form asks, to which the respondent replied "No." Given that the founder of MGML seems to have had a relationship with a vice president at a company that derived material benefit from MGML's services, that reply would appear to also be inaccurate.

MGML also appears to have misstated its sources of revenue as well as the total revenue it expected to derive from its operations.

The IRS approved MGML's application to become a 509(a)(2) charity, which is "an organization that normally receives not more than one-third of its financial support from gross investment income and receives more than one-third of its financial support from contributions, membership fees, and gross receipts from activities related to its exempt functions."

According to sources familiar with My Genome My Life's operations, "none of the clinics [for which MGML processed Natera's prior authorizations] ever donated" to the charity, and the sources stated they were unaware of any major donation made to MGML.

Instead, the sources stated that the lion's share MGML's revenue appeared to come directly from Natera, rather than any kind of charitable donations. MGML also received some revenue from Sherman Abrams, another laboratory in Brooklyn, New York, the sources said.

"MGML invoiced Natera for the number of prior authorizations it performed," one source said.

Sherman Abrams did not return requests for comment regarding its relationship with MGML.

**MGML has not filed 990 with IRS.** Like most charities, MGML is required to file a yearly form 990 disclosure detailing its activities, revenues, and expenses. Charities are required to give their latest form 990 when requested by the public, and all 990s are also viewable on the IRS' website.

MGML declined to give *The Capitol Forum* its 990s when requested, and a search of MGML in IRS' database finds no 990s either. One *Capitol Forum* journalist made a tax-deductible donation to MGML and requested the 990, which MGML again did not provide.

*The Capitol Forum* spoke with a clerk at the IRS who reviewed the agencies internal database. According to the clerk, while they couldn't definitively say that MGML has never filed a 990 with the IRS, "chances are that they haven't because they would be posted for public availability."

blasky@ftc.gov



© 2020 The Capitol Forum. Direct or indirect reproduction or distribution of this article without prior written permission from The Capitol Forum is a violation of Federal Copyright Law.

The IRS clerk recommended that *The Capitol Forum* reach out to the Texas Secretary of State for MGML's incorporating documents, stating that the IRS would have needed the Secretary of State's approval to confirm MGML's eligibility as a tax-exempt organization.

**Tax-exemption could be revoked for lack of 990 filings.** Experts in non-profit law and ethics highlighted the lack of 990s and potential inaccuracies in MGML's filings as cause for a state or federal investigation. However, in emails to *The Capitol Forum*, Brian Galle, a Georgetown Law professor and former tax attorney at DOJ, and Edward Queen, Director of the D. Abbott Turner Program in Ethics and Servant Leadership at Emory University, cautioned that enforcement can be spotty from either the IRS or Texas Attorney General.

In the event an enforcement action was to be brought, the ramifications for submitting untimely or inaccurate documents to the IRS or the state can range widely from fines to revocation of nonprofit status to criminal prosecution if it appears that fraud was involved, according to Queen.

MGML has been operating since October 2017 until present day, according to its form 1023. Its most recent 2019 990 needed to be submitted no later than November 15 to be timely, according to the IRS return due dates schedule.

"If you [MGML] don't file a required [990] return … for three consecutive years, your exempt status will be automatically revoked," reads the IRS' determination letter to MGML regarding its tax-exempt status.

The IRS can also assess penalties to the organization and individuals within the organization of up to $15,000 for late and inaccurate filings, according to the IRS website.

Separately, the Texas Attorney General requires that an accurate 990 be filed annually and can also dissolve the organization or levy penalties, according to its website and Texas state code.

blasky@ftc.gov



*© 2020 The Capitol Forum. Direct or indirect reproduction or distribution of this article without prior written permission from The Capitol Forum is a violation of Federal Copyright Law.*