# EXHIBIT 11

**From**: Ovid Amadi [oa@rtwfunds.com]
**Sent**: 3/2/2020 10:29:48 PM
**To**: Mike Brophy (mbrophy@natera.com) [mbrophy@natera.com]
**Subject**: FW: Natera: Company Using Incorrect Billing Codes to Inflate Insurance Cost, According to Billing Experts
**Attachments**: image002.png

Hi Mike,

I hope you are well. We came across the note below and I was hoping you could provide additional insight. Is this accurately represented? Any additional color you can offer would be quite helpful.

Many thanks,
oca

Ovid C. Amadi, Ph.D.
Analyst

RTW Investments, LP
412 West 15th Street, Floor 9
New York, NY 10011
T: 646.343.9281
E: oa@rtwfunds.com

Begin forwarded message:

**From:** Matt Treacy <mtreacy@thecapitolforum.com>
**Date:** March 2, 2020 at 4:51:53 PM EST
**To:** Naveen Yalamanchi <ny@rtwfunds.com>
**Subject: Natera: Company Using Incorrect Billing Codes to Inflate Insurance Cost, According to Billing Experts**

Hi Naveen,

Earlier today we published an update to our coverage of Natera (NTRA) and its billing practices. The article details NTRA's alleged practice of unbundling a single test to as many as 27 unique genetic tests resulting in higher billing charges to consumers and insurance companies. The article lays out the American Medical Association procedures for genetic tests regarding Current Procedural Terminology (CPT) codes and how the industry standard for bundling tests may differ from Natera's own billing practices. In addition, the article cites a recent settlement between NTRA and the Department of Justice to resolve claims of overbilling federal insurance programs like Medicad.See an excerpt from our article below:

***"…To rack up such high bills, Natera is employing a dubious medical billing tactic known as "unbundling," according to billing experts interviewed by The Capitol Forum who reviewed Explanations of Benefits (EOB) insurance companies provided to Natera customers.***

***According to the American Medical Association, genetic tests like Horizon that cover a wide range of conditions should be billed using a single medical code, known as a Current Procedural Terminology (CPT) code, rather than the multiple CPT codes that could be used if each condition was tested individually.***

***Using that single CPT code (known as 81443), however, would result in far fewer tests for which a laboratory could be reimbursed by insurance and much less money going to the laboratory***

***Medical invoices sent to patients of Natera and reviewed by The Capitol Forum reveal that the company is unbundling its single Horizon 274 test into as many as 27 unique genetic tests. Billing insurance at the Medicare payment rate for CPT 81443 would have resulted in a charge of $2,448.56, rather than the roughly $15,000 that the 27 individual CPT codes added up to…"***

If you have some time, I'd like to schedule a call to discuss our work on Natera (NTRA) or any other situation we are covering (see our coverage list below). Please advise what time works best with your schedule for a call.

| The Capitol Forum Coverage List | | |
|---|---|---|
| **Antitrust/M&A Issues** | **Corporate Investigations** | |
| | **Event Driven Issues** | **Fundamental Case Issues** |
| AbbVie/Allergan (ABBV/AGN) | Amazon Web Services Technology (AMZN) | Boingo Wireless (WIFI) |
| Boeing/Embraer (BA/ERJ) | Carvana (CVNA) | Chegg Inc. (CHGG) |
| CDK Global Inc. (CDK) | Comerica (CMA) | Diversified Gas & Oil (LSE:DGOC) |
| Cengage/McGraw-Hill (CNGO/MHED) | Flagstar Bancorp (FBC) | Equitrans Midstream (ETRN) |
| Charles Schwab/TD Ameritrade (SCHW/AMTD) | Indivior PLC (INDV) | FleetCor Technologies (FLT) |
| China Oceanwide/Genworth Financial (715/GNW) | JEDI Contract (AMZN, GOOG, ORCL, MSFT) | GDPR Policy (AMZN, CRTO, FB, GOOG, RAMP, TTD) |
| Cisco/Acacia (CSCO/ACIA) | JinkoSolar (JKS) | Health Insurance Innovations (HIIQ) |
| Danaher/GE Biopharma (DHR) | Kinder Morgan (KMI) | Natera (NTRA) |
| Diodes/Lite-On Semiconductor (DIOD/5305) | MasTec (MTZ) | Payday Lending Legislation (CURO, ELVT, ENVA) |
| EssilorLuxottica/GrandVision (EL FP/GVNV) | New Fortress Energy (NFE) | Perdoceo Education Corp (PRDO) |
| Google/Fitbit (GOOGL/FIT) | Pipeline Oversight (ENB, EQT, ET, ETRN, MPC, MPLX, PSX, TRP) | Rent-to-Own Lending (AAN) |
| Infineon/Cypress (IFX GY/CY) | Rideshare Industry (LYFT, UBER) | Shopify (SHOP) |
| Nvidia/Mellanox (NVDA/MLNX) | SAMR Auto Maker Investigation | Snap-On Inc. (SNA) |
| Peugot SA/Fiat Chrysler (PEU GY/ FCA IM) | SmileDirectClub (SDC) | Spectrum Auctions (I, SESG. FR) |
| Procter & Gamble/Billie (PG) | SolarEdge (SEDG) | Sunrun Inc. (RUN) |
| UCB SA/Ra Pharmaceuticals (ECB LN/RARX) | Stamps.com (STMP) | Tech Policy Regulatory Issues (AMZN, FB, GOOG) |
| United Technologies/Raytheon (UTX/RTN) | Teladoc (TDOC) | Trupanion (TRUP) |
| WPG Holdings/WT Micro (3702 TT/3036 TT) | The RealReal (REAL) | Verra Mobility (VRRM) |
| Yageo/Kemet (2327 TT/KEM) | TransDigm Group (TDG) | Vivint (VSLR) |
| ZF Friedrichshafen/Wabco (WBC) | USPS Policy (STMP) | Vivant Smart Home (VVNT) |

Best Regards,
Matt Treacy

**The Capitol Forum | Managing Director**
175 Varick Street 4th Floor
New York, NY 10014
(O) (646) 762-6491 | (C) 516-941-6065
mtreacy@thecapitolforum.com

THE CAPITOL FORUM

Please note: All messages sent to and from RTW Investments, LP are recorded, archived, and subject to review. The information contained in and/or accompanying this communication is strictly confidential and intended solely for use of the intended recipient(s). If you are not the intended recipient of this communication please delete and destroy all copies immediately. Emails may be interfered with, may contain computer viruses or other defects and may not be successfully replicated on other systems. RTW Investments, LP gives no warranties in relation to these matters. If you have any doubts about the authenticity of an email purportedly sent by RTW Investments, LP, please contact RTW Investments, LP immediately.