# EXHIBIT 12

**From:** Ian Sheffield [isheffield@bridgerhealth.com]
**Sent:** 3/2/2020 8:46:54 PM
**To:** Michael Brophy [mbrophy@natera.com]
**CC:** Goodner, Blake [bgoodner@bridgerhealth.com]
**Subject:** Capitol Forum

Hi Mike. You've probably seen. LMK us know you have any thoughts.

Thanks

Ian

---

**From:** Matt Treacy <mtreacy@thecapitolforum.com>

Earlier today we published an update to our coverage of Natera (NTRA) and its billing practices. The article details NTRA's alleged practice of unbundling a single test to as many as 27 unique genetic tests resulting in higher billing charges to consumers and insurance companies. The article lays out the American Medical Association procedures for genetic tests regarding Current Procedural Terminology (CPT) codes and how the industry standard for bundling tests may differ from Natera's own billing practices. In addition, the article cites a recent settlement between NTRA and the Department of Justice to resolve claims of overbilling federal insurance programs like Medicad.See an excerpt from our article below:

***"…To rack up such high bills, Natera is employing a dubious medical billing tactic known as "unbundling," according to billing experts interviewed by The Capitol Forum who reviewed Explanations of Benefits (EOB) insurance companies provided to Natera customers.***

***According to the American Medical Association, genetic tests like Horizon that cover a wide range of conditions should be billed using a single medical code, known as a Current Procedural Terminology (CPT) code, rather than the multiple CPT codes that could be used if each condition was tested individually.***

***Using that single CPT code (known as 81443), however, would result in far fewer tests for which a laboratory could be reimbursed by insurance and much less money going to the laboratory***

***Medical invoices sent to patients of Natera and reviewed by The Capitol Forum reveal that the company is unbundling its single Horizon 274 test into as many as 27 unique genetic tests. Billing insurance at the Medicare payment rate for CPT 81443 would have resulted in a charge of $2,448.56, rather than the roughly $15,000 that the 27 individual CPT codes added up to…"***

If you have some time, I'd like to schedule a call to discuss our work on Natera (NTRA) or any other situation we are covering (see our coverage list below). Please advise what time works best with your schedule for a call.

| The Capitol Forum Coverage List | | |
|---|---|---|
| **Antitrust/M&A Issues** | **Corporate Investigations** | |
| | **Event Driven Issues** | **Fundamental Case Issues** |
| **AbbVie/Allergan (ABBV/AGN)** | **Amazon Web Services Technology (AMZN)** | **Boingo Wireless (WIFI)** |
| **Boeing/Embraer (BA/ERJ)** | **Carvana (CVNA)** | **Chegg Inc. (CHGG)** |
| **CDK Global Inc. (CDK)** | **Comerica (CMA)** | **Diversified Gas & Oil (LSE:DGOC)** |

| | | |
|---|---|---|
| Cengage/McGraw-Hill (CNGO/MHED) | Flagstar Bancorp (FBC) | Equitrans Midstream (ETRN) |
| Charles Schwab/TD Ameritrade (SCHW/AMTD) | Indivior PLC (INDV) | FleetCor Technologies (FLT) |
| China Oceanwide/Genworth Financial (715/GNW) | JEDI Contract (AMZN, GOOG, ORCL, MSFT) | GDPR Policy (AMZN, CRTO, FB, GOOG, RAMP, TTD) |
| Cisco/Acacia (CSCO/ACIA) | JinkoSolar (JKS) | Health Insurance Innovations (HIIQ) |
| Danaher/GE Biopharma (DHR) | Kinder Morgan (KMI) | Natera (NTRA) |
| Diodes/Lite-On Semiconductor (DIOD/5305) | MasTec (MTZ) | Payday Lending Legislation (CURO, ELVT, ENVA) |
| EssilorLuxottica/GrandVision (EL FP/GVNV) | New Fortress Energy (NFE) | Perdoceo Education Corp (PRDO) |
| Google/Fitbit (GOOGL/FIT) | Pipeline Oversight (ENB, EQT, ET, ETRN, MPC, MPLX, PSX, TRP) | Rent-to-Own Lending (AAN) |
| Infineon/Cypress (IFX GY/CY) | Rideshare Industry (LYFT, UBER) | Shopify (SHOP) |
| Nvidia/Mellanox (NVDA/MLNX) | SAMR Auto Maker Investigation | Snap-On Inc. (SNA) |
| Peugot SA/Fiat Chrysler (PEU GY/ FCA IM) | SmileDirectClub (SDC) | Spectrum Auctions (I, SESG. FR) |
| Procter & Gamble/Billie (PG) | SolarEdge (SEDG) | Sunrun Inc. (RUN) |
| UCB SA/Ra Pharmaceuticals (ECB LN/RARX) | Stamps.com (STMP) | Tech Policy Regulatory Issues (AMZN, FB, GOOG) |
| United Technologies/Raytheon (UTX/RTN) | Teladoc (TDOC) | Trupanion (TRUP) |
| WPG Holdings/WT Micro (3702 TT/3036 TT) | The RealReal (REAL) | Verra Mobility (VRRM) |
| Yageo/Kemet (2327 TT/KEM) | TransDigm Group (TDG) | Vivint (VSLR) |
| ZF Friedrichshafen/Wabco (WBC) | USPS Policy (STMP) | Vivant Smart Home (VVNT) |

Best Regards,
Matt Treacy

**The Capitol Forum | Managing Director**
175 Varick Street 4th Floor
New York, NY 10014
(O) (646) 762-6491 | (C) 516-941-6065
mtreacy@thecapitolforum.com

Sent from my iPhone

---

When communicating by email with Bridger Management LLC, please do not include sensitive Personally Identifiable Information ("PII") in the text or in an unencrypted attachment. **PII is information that can be used to distinguish or trace an individual's identity, for example, a (full or partial) social security number, financial account number, or driver's license number.**

---

CONFIDENTIALITY NOTICE: The information contained in this e-mail and any attachments may be legally privileged or contain confidential and proprietary information. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Bridger Management, LLC. Thank you.