# EXHIBIT 13

**From**: Ian Sheffield [isheffield@bridgerhealth.com]
**Sent**: 6/12/2020 7:09:59 PM
**To**: Michael Brophy [mbrophy@natera.com]
**Subject**: FW: Natera: Company Using Questionable Billing Practices with State Medicaid Programs to Inflate Charges, According to Billing Expert
**Attachments**: image002.png

Hey Mike. I know we covered some of this a few months ago. Let me know if you have some time to chat. Thanks.

---

**From:** Matt Treacy <mtreacy@thecapitolforum.com>
**Sent:** Friday, June 12, 2020 11:32 AM
**To:** Goodner, Blake <bgoodner@bridgerhealth.com>
**Subject:** Natera: Company Using Questionable Billing Practices with State Medicaid Programs to Inflate Charges, According to Billing Expert

**EXTERNAL SENDER**

Hi Blake,

We published an update to our coverage of Natera (NTRA). The article reports the company is using questionable billing practices to drive up the number of services and dollar amounts it can bill to state Medicaid programs. The article details the ways in which Natera may be driving up the number of tests and how these practices may conflict with billing procedures which went into effect 1/1/2019. The article also lays out NTRA's prior settlement with the DOJ and how much., if at all, this may impact any future investigations into the company. Lastly, the article provides further detail to NTRA's Horizon tests and the ways in which the company appears to be unbundling larger tests. See a brief excerpt from our article below:

***…The finding comes after an analysis of billing data received from several state Medicaid programs through the Freedom of Information Act. The study was performed by The Capitol Forum and medical billing expert*** [noworldborders.com] ***Michael F. Arrigo.***

***The Capitol Forum previously reported*** [library.thecapitolforum.com] ***on Natera's billing practices for its genetic screening test Horizon with private insurers. That investigation found that the company used a process known as "unbundling," which is a form of misusing medical codes in an insurance claim to make one genetic test that covers dozens of genetic traits appear as dozens of individual tests for each trait, thereby creating extra services to bill insurance. The Center for Medicare and Medicaid Services considers "misusing codes on a claim, such as upcoding or unbundling codes," a Medicare abuse*** [cms.gov]***.***

***The insurance claims that Natera is submitting to state Medicaid programs appear to be using similar unbundling techniques for some of its larger Horizon genetic screening panels. For smaller panels, the company appears to be using vagueness in billing guidelines to maximize the amount it can bill Medicaid by submitting the most expensive combinations of billing codes for its tests…***

If you have some time, I'd like to schedule a call to discuss our work on Natera or any other situation we are covering (see our coverage list below). Please advise what time works best with your schedule for a call.

| The Capitol Forum Coverage List | | |
|---|---|---|
| **Antitrust/M&A Issues** | **Corporate Investigations** | |
| | **Event Driven Issues** | **Fundamental Case Issues** |
| **AB Inbev/Craft Brew Alliance (BUD/BREW)** | **Amazon Web Services Technology (AMZN)** | **Athene Holdings (ATH)** |
| **Aon Plc./Willis Towers Watson Plc. (AON/WLTW)** | **AmeriHome Mortgage Company - Athene (ATH)** | **Axon Enterprises (AAXN)** |

| | | |
|---|---|---|
| Boeing/Embraer (BA/ERJ) | Benefytt Technologies Inc. (BFYT) | Boingo Wireless (WIFI) |
| CDK Global (CDK) | Carvana (CVNA) | Califorina Resources Corp. (CRC) |
| Charles Schwab/TD Ameritrade (SCHW/AMTD) | COVID-19 Impact | Chegg Inc. (CHGG) |
| China Oceanwide/Genworth Financial (715/GNW) | Healthcare Policy - WalGreens & CVS (WBA, CVS) | Diversified Gas & Oil (LSE:DGOC) |
| Cisco/Acacia (CSCO/ACIA) | Indivior PLC (INDV) | Federal Signal (FSS) |
| CoStar/RentPath (CSGP) | JEDI Contract (AMZN, GOOG, ORCL, MSFT) | FleetCor Technologies (FLT) |
| Diodes/Lite-On Semiconductor (DIOD/5305) | JinkoSolar (JKS) | For-Profit Colleges |
| Eldorado Resorts/Caesars Entertainment (ERI/CZR) | Kinder Morgan (KMI) | Health Insurance Innovations (HIIQ) |
| EssilorLuxottica/GrandVision (EL FP/GVNV) | Lithia Motors (LAD) | Natera (NTRA) |
| Google/Fitbit (GOOGL/FIT) | MasTec (MTZ) | Occidental Petroleum (OXY) |
| LVMH/Tiffany & Co. (MC FP/TIF) | New Fortress Energy (NFE) | Payday Lending Legislation (CURO, ELVT, ENVA) |
| Morgan Stanley/E*Trade (MS/ETFC) | Perdoceo Education Corp (PRDO) | Rent-to-Own Lending (AAN) |
| Peugot SA/Fiat Chrysler (PEU GY/ FCA IM) | Pipeline Oversight (ENB, EQT, ET, ETRN, MPC, MPLX, PSX, TRP) | Spectrum Auctions (I, SESG. FR) |
| Procter & Gamble/Billie (PG) | Rideshare Industry (LYFT, UBER) | Sunrun Inc. (RUN) |
| Simon Property Group/Taubman Centers (SPG/TCO) | SmileDirectClub (SDC) | Trupanion (TRUP) |
| Stryker/Wright Medical (SYK/WMGI) | SolarEdge (SEDG) | Verisign (VRSN) |
| WPG Holdings/WT Micro (3702 TT/3036 TT) | The RealReal (REAL) | Verra Mobility (VRRM) |
| ZF Friedrichshafen/Wabco (WBC) | TransDigm Group (TDG) | Vivint (VSLR) |
| | USPS Policy (STMP) | Vivant Smart Home (VVNT) |

Best Regards,
Matt Treacy

**The Capitol Forum | Managing Director**
175 Varick Street 4th Floor
New York, NY 10014
(O) (646) 762-6491 | (C) 516-941-6065
mtreacy@thecapitolforum.com

When communicating by email with Bridger Management LLC, please do not include sensitive Personally Identifiable Information ("PII") in the text or in an unencrypted attachment. **PII is information that can be used to distinguish or trace an individual's identity, for example, a (full or partial) social security number, financial account number, or driver's license number.**

CONFIDENTIALITY NOTICE: The information contained in this e-mail and any attachments may be legally privileged or contain confidential and proprietary information. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use

this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Bridger Management, LLC. Thank you.