# EXHIBIT 14

**From**: Goodner, Blake [bgoodner@bridgerhealth.com]
**Sent**: 8/14/2020 8:54:09 PM
**To**: Michael Brophy [mbrophy@natera.com]
**Subject**: Re: Natera: State Attorneys General Express Concern Over Unbundling Practice

I am with you on this one
Billing is complex
The NTRA story is shifting anyway in a more powerful direction to oncology
Just good process staying on top of this stuff because always nice to avoid nasty headlines if you can

Sent from my iPad

On Aug 14, 2020, at 4:37 PM, Michael Brophy <mbrophy@natera.com> wrote:

**EXTERNAL SENDER**
We've disclosed sporadically in the past Medicaid has been about 1/3 of the volume- Medicaid audits happen routinely anyway so if these guys inspire a few more reviews we are fine with that. I imagine they've aggressively courted many caid programs for comment, and we know they have a widespread campaign reaching out to former employees. So if the headline after all that effort is a generic statement that Kentucky takes all allegations seriously, that gives you a sense of their results. Happy to discuss, thanks

Mike

Mike Brophy
Chief Financial Officer
Natera, Inc
Office: 650 249 9091x1471
Mobile: 415 629 5023

On Aug 14, 2020, at 3:13 PM, Goodner, Blake <bgoodner@bridgerhealth.com> wrote:

All looks focused on Medicaid not commercial payers anyway so maybe commercial payer are fine with the unbundling but the CF argument is that Medicaid shouldn't be as accepting since there are lower paying bundled codes
Do you guys provide the % Medicaid of your total NIPT business?
Thanks

Sent from my iPhone

On Aug 14, 2020, at 4:10 PM, Michael Brophy <mbrophy@natera.com> wrote:

**EXTERNAL SENDER**

Thanks, Blake

Mike Brophy
Chief Financial Officer
Natera, Inc
Office: 650 249 9091x1471
Mobile: 415 629 5023

On Aug 14, 2020, at 3:04 PM, Goodner, Blake <bgoodner@bridgerhealth.com> wrote:

Mike,
I know Ian in the past forwarded this kind of stuff to you to make sure you are aware of it
Now it seems like these CF guys are getting even more aggressive calling some AGs to get some focus on it
Anyway I know you have said you have worked your way through billing dynamics in a conservative way over the years and have specific contracts with payers laying out which bills are to be used (so if payers agree you guys should be fine) but I just want to keep you up on what is happening here. Thanks
Blake

Sent from my iPhone

Begin forwarded message:

**From:** Matt Treacy <mtreacy@thecapitolforum.com>
**Date:** August 14, 2020 at 3:43:08 PM EDT
**To:** "Goodner, Blake" <bgoodner@bridgerhealth.com>
**Subject: Natera: State Attorneys General Express Concern Over Unbundling Practice**

**EXTERNAL SENDER**
Hi Blake,

Earlier today we published an update to our coverage of Natera (NTRA). The article reports the Kentucky & Michigan offices of Attorney General have expressed concern to The Capitol Forum regarding Natera's misuse of billing codes. The article details comments from both AG's offices as well as the specific issues state and federal regulators may focus on should any formal investigation be opened into the company.

***"…The Capitol Forum has previously reported* [library.thecapitolforum.com] *on Natera's practice of "unbundling" its genetic tests in order to drive up the amount of billable codes, known as Current Procedural Terminology (CPT) codes, that it submits to state Medicaid programs for reimbursement.***

***Rather than charging for one test that covers multiple genes, reimbursement claims submitted by Natera showed that the company was billing as if it had performed separate tests for genes associated with conditions like Cystic Fibrosis, Tay-Sachs Disease, and Canavan Disease.***

***While there is an appropriate CPT code for large genetic tests like Natera's, an analysis of Medicaid data from several states by The Capitol Forum found that the company was using the appropriate, and less lucrative, CPT code on less than 1% of claims reviewed by The Capitol Forum…"***

If you have some time, I'd like to schedule a call to discuss our work on Natera (NTRA) or any other situation we are covering (see our coverage list below). Please advise what time works best with your schedule for a call.

## The Capitol Forum Coverage List

| Antitrust/M&A Issues | Corporate Investigations | |
|---|---|---|
| | Event Driven Issues | Fundamental Case Issues |
| AB Inbev/Craft Brew Alliance (BUD/BREW) | AmeriHome Mortgage Company - Athene (ATH) | Axon Enterprises (AAXN) |
| Aon Plc./Willis Towers Watson Plc. (AON/WLTW) | Benefytt Technologies Inc. (BFYT) | Boingo Wireless (WIFI) |
| CDK Global (CDK) | Carvana (CVNA) | California Resources Corp. (CRC) |
| Cisco/Acacia (CSCO/ACIA) | COVID-19 Impact | Chegg Inc. (CHGG) |
| CoStar/RentPath (CSGP) | Gig Economy Legislation (GRUB, LYFT, UBER) | Diversified Gas & Oil (LSE:DGOC) |
| Diodes/Lite-On Semiconductor (DIOD/5305) | Healthcare Policy - WalGreens & CVS (WBA, CVS) | FleetCor Technologies (FLT) |
| EssilorLuxottica/GrandVision (EL FP/GVNV) | JEDI Contract (AMZN, GOOG, ORCL, MSFT) | For-Profit Education |
| Google/Fitbit (GOOGL/FIT) | MasTec (MTZ) | Natera (NTRA) |
| JustEat Takeaway/Grubhub (TKWY/GRUB) | New Fortress Energy (NFE) | Occidental Petroleum (OXY) |
| London Stock Exchange/Refinitiv (LSE) | Perdoceo Education Corp (PRDO) | Payday Lending Legislation (CURO, ELVT, ENVA) |
| LVMH/Tiffany & Co. (MC FP/TIF) | Pipeline Oversight (ENB, EQT, ET, ETRN, KMI MPC, MPLX, PSX, TRP) | Rent-to-Own Lending (AAN) |
| Peugot SA/Fiat Chrysler (PEU GY/ FCA IM) | SmileDirectClub (SDC) | Spectrum Auctions (I, SESG. FR) |
| Simon Property Group/Taubman Centers (SPG/TCO) | SolarEdge (SEDG) | Sunrun Inc. (RUN) |
| Stryker/Wright Medical (SYK/WMGI) | The RealReal (REAL) | Trupanion (TRUP) |
| Uber/Postmates (UBER) | TransDigm Group (TDG) | Verisign (VRSN) |
| Waste Management/Advanced Disposal Services (WM/ADSW) | USPS Policy (STMP) | Verra Mobility (VRRM) |
| Western Union/Moneygram (WU/MGI) | | Vivint (VSLR) |

Best Regards,
Matt Treacy

**The Capitol Forum | Managing Director**
175 Varick Street 4th Floor
New York, NY 10014
(O) (646) 762-6491 | (C) 516-941-6065

mtreacy@thecapitolforum.com

<image001.png>

---

When communicating by email with Bridger Management LLC, please do not include sensitive Personally Identifiable Information ("PII") in the text or in an unencrypted attachment. **PII is information that can be used to distinguish or trace an individual's identity, for example, a (full or partial) social security number, financial account number, or driver's license number.**

---

CONFIDENTIALITY NOTICE: The information contained in this e-mail and any attachments may be legally privileged or contain confidential and proprietary information. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Bridger Management, LLC. Thank you.