# EXHIBIT 16

**From**: Peterson, Tycho W [tycho.peterson@jpmorgan.com]
**Sent**: 10/8/2020 7:36:01 PM
**To**: Mbrophy@natera.com
**CC**: Apostolatos, Eleni [eleni.apostolatos@jpmorgan.com]
**Subject**: RE: Billing question

Thanks. I'm jammed up, but Eleni may be able to hop on the phone to discuss.

**Tycho Peterson** | Managing Director | Equity Research – Life Science Tools & Diagnostics | J.P. Morgan
383 Madison Ave, 31st Fl, New York, NY 10179 | T: 212-622-6568 | tycho.peterson@jpmorgan.com

**From:** Mbrophy@natera.com <Mbrophy@natera.com>
**Date:** Thursday, Oct 08, 2020, 3:27 PM
**To:** Peterson, Tycho W (CIB, USA) <tycho.peterson@jpmorgan.com>
**Cc:** Apostolatos, Eleni (CIB Global Research, USA) <eleni.apostolatos@jpmorgan.com>
**Subject:** Re: Billing question

Sure Just tried you - I'm on my cell and can give the background. Short seller. We extensively audit our billing practices, engage with payers frequently and believe we are compliant

Mike Brophy
Chief Financial Officer
Natera, Inc
Office: 650 249 9091x1471
Mobile: 415 629 5023

On Oct 8, 2020, at 2:12 PM, Peterson, Tycho W <tycho.peterson@jpmorgan.com> wrote:

Hi Mike, we got this from a client earlier (guess it came from Capital Forum). Any color you can provide?

**Natera: Company Appears to Be Improperly Billing Federal Tricare Program to Evade Non-reimbursement Policy**
Data received from the Defense Health Agency via a Capitol Forum FOIA request indicates that the genetic testing company Natera (NTRA) may be inappropriately billing the federal government for genetic testing for military personnel in the Tricare health program.

Natera screens potential parents for recessive genes using its Horizon carrier screening panel, which can test up to 274 inherited genes. According to the American Medical Association, large panels like Horizon which test for more than 15 genes should be billed using the Current Procedural Terminology (CPT) code 81443.

However, the Tricare program does not reimburse for large genetic panels, and CPT 81443 specifically is on the government's "No Pay" list. Instead, Tricare reimburses several individual CPT codes related to tests for specific genes such as cystic fibrosis.

According to the data reviewed by The Capitol Forum, Natera has had success in receiving reimbursement from the Tricare program for its Horizon test when the company bills components of its Horizon test using those individual, reimbursable CPT codes as opposed to the entire panel.

For example, Natera submitted numerous claims to Tricare using sets of 14 CPT codes that were individual tests for genes that are also covered by the Horizon test.

Had Natera submitted the claims using the 81443 CPT code, it would likely not have been reimbursed by Tricare, but as individual CPT codes, each test can net Natera over $6,000. Natera generally offers this same genetic test to the public for a cash price of $349.

**Tycho Peterson** | Managing Director | Equity Research – Life Science Tools & Diagnostics | J.P. Morgan
383 Madison Ave, 31st Fl, New York, NY 10179| T: 212-622-6568 | tycho.peterson@jpmorgan.com

This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer including on confidential, privileged or legal entity information, malicious content and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.

This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer including on confidential, privileged or legal entity information, malicious content and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.