# EXHIBIT 17

**From**: Goodner, Blake [bgoodner@bridgerhealth.com]
**Sent**: 10/8/2020 7:52:45 PM
**To**: Michael Brophy [mbrophy@natera.com]
**Subject**: RE: Natera: Company Appears to Be Improperly Billing Federal Tricare Program to Evade Non-reimbursement Policy

I hear ya – no need to have another discussion about it – just letting you know these guys keep harping on this
As long as you are all over this so it isn't an issue as I know you are

---

**From:** Michael Brophy <mbrophy@natera.com>
**Sent:** Thursday, October 08, 2020 3:51 PM
**To:** Goodner, Blake <bgoodner@bridgerhealth.com>
**Subject:** Re: Natera: Company Appears to Be Improperly Billing Federal Tricare Program to Evade Non-reimbursement Policy

**EXTERNAL SENDER**
It's not. We engage third parties to audit us. Laughable that we would risk running afoul of tricare for the ~ 10 military carrier screen orders we get. Happy to discuss

Mike Brophy
Chief Financial Officer
Natera, Inc
Office: 650 249 9091x1471
Mobile: 415 629 5023

On Oct 8, 2020, at 2:45 PM, Goodner, Blake <bgoodner@bridgerhealth.com> wrote:

Here we go again
Now saying Tricare an issue

---

**From:** Matt Treacy <mtreacy@thecapitolforum.com>
**Sent:** Thursday, October 08, 2020 3:44 PM
**To:** Goodner, Blake <bgoodner@bridgerhealth.com>
**Subject:** Natera: Company Appears to Be Improperly Billing Federal Tricare Program to Evade Non-reimbursement Policy

**EXTERNAL SENDER**
Hi Blake,

Earlier today we published an update to our coverage of Natera (NTRA) and it's billing practices. Today's article details the ways in which the company bills the federal Tricare program. The article provides detailed information from a Capitol Forum FOIA request about NTRA's billing practices and how they compare with the company's practices with state Medicaid programs, private insurers, and typical industry standards. Lastly, the article reports billing practices are beign reviewed by at least two state Attorney's General. See a brief excerpt from our article below:

***"…However, the Tricare program does not reimburse for large genetic panels, and CPT 81443 specifically is on the government's "No Pay" list*** [library.thecapitolforum.com]***. Instead, Tricare reimburses several individual*** [tricare-west.com] ***CPT codes related to tests for specific genes such as cystic fibrosis.***

***According to the data reviewed by The Capitol Forum, Natera has had success in receiving reimbursement from the Tricare program for its Horizon test when the company bills components of its Horizon test using those individual, reimbursable CPT codes as opposed to the entire panel…"***

If you have some time, I'd like to schedule a call to discuss our work on Natera or any other situation we are covering (see our coverage list below). Please advise what time works best with your schedule for a call.

## The Capitol Forum Coverage List

| Antitrust/M&A Issues | Corporate Investigations | |
|---|---|---|
| | Event Driven Issues | Fundamental Case Issues |
| American Airline & JetBlue Partnership (AAL, JBLU) | AmeriHome Mortgage Company - Athene (ATH) | Axon Enterprises (AAXN) |
| Aon Plc./Willis Towers Watson Plc. (AON/WLTW) | Benefytt Technologies Inc. (BFYT) | Boingo Wireless (WIFI) |
| CDK Global (CDK) | Carvana (CVNA) | California Resources Corp. (CRC) |
| Cellular Biomedicine Group (CBMG) | Citigroup (C) | Chegg Inc. (CHGG) |
| Cisco/Acacia (CSCO/ACIA) | COVID-19 Impact | Diversified Gas & Oil (LSE:DGOC) |
| CoStar/RentPath (CSGP) | Credit Acceptance Corp. (CACC) | FleetCor Technologies (FLT) |
| EssilorLuxottica/GrandVision (EL FP/GVNV) | Drug Pricing Regulation (MYL, PFE, PRGO, TEVA) | For-Profit Education |
| Express Scripts/Prime Therapeutics (CI) | Federal eCommerce Contracts (AMZN, ORCL) | Natera (NTRA) |
| Google/Fitbit (GOOGL/FIT) | Gig Economy Legislation (GRUB, LYFT, UBER) | Occidental Petroleum (OXY) |
| Huya/DouYu (HUYA/DOYU) | Healthcare Policy - WalGreens & CVS (WBA, CVS) | Payday Lending Legislation (CURO, ELVT, ENVA) |
| JustEat Takeaway/Grubhub (TKWY/GRUB) | JEDI Contract (AMZN, GOOG, ORCL, MSFT) | Rent-to-Own Lending (AAN) |
| London Stock Exchange/Refinitiv (LSE) | MasTec (MTZ) | Spectrum Auctions (I, SESG. FR) |
| LVMH/Tiffany & Co. (MC FP/TIF) | New Fortress Energy (NFE) | Sunrun Inc. (RUN) |
| Nvidia/Arm Holdings (NVDA) | Penumbra (PEN) | Trupanion (TRUP) |
| Peugot SA/Fiat Chrysler (PEU GY/ FCA IM) | Perdoceo Education Corp (PRDO) | Verisign (VRSN) |
| Senator-Cannae/CoreLogic (CNNE/CLGX) | Pipeline Oversight (ENB, EQT, ET, ETRN, KMI MPC, MPLX, PSX, TRP) | Verra Mobility (VRRM) |
| Siemens Healthineers/Varian Medical Systems (SHL GY/VAR) | SmileDirectClub (SDC) | Vivint (VSLR) |
| Simon Property Group/Taubman Centers (SPG/TCO) | SolarEdge (SEDG) | |
| Stryker/Wright Medical (SYK/WMGI) | The RealReal (REAL) | |
| Uber/Postmates (UBER) | TransDigm Group (TDG) | |
| Waste Management/Advanced Disposal Services (WM/ADSW) | USPS Policy (STMP) | |
| Western Union/Moneygram (WU/MGI) | | |

Best Regards,
Matt Treacy

**The Capitol Forum | Managing Director**
175 Varick Street 4th Floor
New York, NY 10014
(O) (646) 762-6491 | (C) 516-941-6065
mtreacy@thecapitolforum.com

<image002.png>

---

When communicating by email with Bridger Management LLC, please do not include sensitive Personally Identifiable Information ("PII") in the text or in an unencrypted attachment. **PII is information that can be used to distinguish or trace an individual's identity, for example, a (full or partial) social security number, financial account number, or driver's license number.**

---

CONFIDENTIALITY NOTICE: The information contained in this e-mail and any attachments may be legally privileged or contain confidential and proprietary information. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Bridger Management, LLC. Thank you.