# EXHIBIT 18

**From**: Michael Brophy [mbrophy@natera.com]
**Sent**: 10/9/2020 3:42:14 AM
**To**: Nowak, Alex [alex.nowak@craig-hallum.com]
**Subject**: Re: Natera: Company Appears to Be Improperly Billing Federal Tricare Program to Evade Non-reimbursement Policy

Yes that's right I'll give you a ring in the am

Mike Brophy
Chief Financial Officer
Natera, Inc
Office: 650 249 9091x1471
Mobile: 415 629 5023

On Oct 8, 2020, at 9:27 PM, Nowak, Alex <alex.nowak@craig-hallum.com> wrote:

Hi Mike, this is getting sent around and maybe you've already seen it. Appears to claim NTRA is using code stacking when they shouldn't, or trying to bypass the expanded carrier screening code. Looks like standard billing to me and someone trying to spin this negative. Simple as billing for CF and SMA separately, because a particular payer might not take the expanded panel cpt code. Plus, you have contracts with most payers that dictates the price for a specific test ran. For Tricore, do you have a similar payment contract? Any thoughts on this would be helpful. Thanks.

Earlier today we published an update to our coverage of Natera (NTRA) and it's billing practices. Today's article details the ways in which the company bills the federal Tricare program. The article provides detailed information from a Capitol Forum FOIA request about NTRA's billing practices and how they compare with the company's practices with state Medicaid programs, private insurers, and typical industry standards. Lastly, the article reports billing practices are beign reviewed by at least two state Attorney's General. See a brief excerpt from our article below:

***"…However, the Tricare program does not reimburse for large genetic panels, and CPT 81443 specifically is on the government's "No Pay" list. Instead, Tricare reimburses several individual CPT codes related to tests for specific genes such as cystic fibrosis.***

***According to the data reviewed by The Capitol Forum, Natera has had success in receiving reimbursement from the Tricare program for its Horizon test when the company bills components of its Horizon test using those individual, reimbursable CPT codes as opposed to the entire panel…"***

If you have some time, I'd like to schedule a call to discuss our work on Natera or any other situation we are covering (see our coverage list below). Please advise what time works best with your schedule for a call.


| The Capitol Forum Coverage List | | |
|---|---|---|
| **Antitrust/M&A Issues** | **Corporate Investigations** | |
| | **Event Driven Issues** | **Fundamental Case Issues** |
| American Airline & JetBlue Partnership (AAL, JBLU) | AmeriHome Mortgage Company - Athene (ATH) | Axon Enterprises (AAXN) |
| Aon Plc./Willis Towers Watson Plc. (AON/WLTW) | Benefytt Technologies Inc. (BFYT) | Boingo Wireless (WIFI) |

| | | |
|---|---|---|
| CDK Global (CDK) | Carvana (CVNA) | California Resources Corp. (CRC) |
| Cellular Biomedicine Group (CBMG) | Citigroup (C) | Chegg Inc. (CHGG) |
| Cisco/Acacia (CSCO/ACIA) | COVID-19 Impact | Diversified Gas & Oil (LSE:DGOC) |
| CoStar/RentPath (CSGP) | Credit Acceptance Corp. (CACC) | FleetCor Technologies (FLT) |
| EssilorLuxottica/GrandVision (EL FP/GVNV) | Drug Pricing Regulation (MYL, PFE, PRGO, TEVA) | For-Profit Education |
| Express Scripts/Prime Therapeutics (CI) | Federal eCommerce Contracts (AMZN, ORCL) | Natera (NTRA) |
| Google/Fitbit (GOOGL/FIT) | Gig Economy Legislation (GRUB, LYFT, UBER) | Occidental Petroleum (OXY) |
| Huya/DouYu (HUYA/DOYU) | Healthcare Policy - WalGreens & CVS (WBA, CVS) | Payday Lending Legislation (CURO, ELVT, ENVA) |
| JustEat Takeaway/Grubhub (TKWY/GRUB) | JEDI Contract (AMZN, GOOG, ORCL, MSFT) | Rent-to-Own Lending (AAN) |
| London Stock Exchange/Refinitiv (LSE) | MasTec (MTZ) | Spectrum Auctions (I, SESG. FR) |
| LVMH/Tiffany & Co. (MC FP/TIF) | New Fortress Energy (NFE) | Sunrun Inc. (RUN) |
| Nvidia/Arm Holdings (NVDA) | Penumbra (PEN) | Trupanion (TRUP) |
| Peugot SA/Fiat Chrysler (PEU GY/ FCA IM) | Perdoceo Education Corp (PRDO) | Verisign (VRSN) |
| Senator-Cannae/CoreLogic (CNNE/CLGX) | Pipeline Oversight (ENB, EQT, ET, ETRN, KMI MPC, MPLX, PSX, TRP) | Verra Mobility (VRRM) |
| Siemens Healthineers/Varian Medical Systems (SHL GY/VAR) | SmileDirectClub (SDC) | Vivint (VSLR) |
| Simon Property Group/Taubman Centers (SPG/TCO) | SolarEdge (SEDG) | |
| Stryker/Wright Medical (SYK/WMGI) | The RealReal (REAL) | |
| Uber/Postmates (UBER) | TransDigm Group (TDG) | |
| Waste Management/Advanced Disposal Services (WM/ADSW) | USPS Policy (STMP) | |
| Western Union/Moneygram (WU/MGI) | | |

Best Regards,
Matt Treacy

**The Capitol Forum | Managing Director**

<image001.png>

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com