# EXHIBIT 19

**From**: Michael Brophy [mbrophy@natera.com]
**Sent**: 12/15/2020 1:18:51 AM
**To**: Goodner, Blake [bgoodner@bridgerhealth.com]
**Subject**: Re: Natera: Charity Apparently Established to Process Insurance Prior Authorizations has Close Ties to Former Senior VP of Natera

Thanks

Mike Brophy
Chief Financial Officer
Natera, Inc
Office: 650 249 9091x1471
Mobile: 415 629 5023

On Dec 14, 2020, at 6:37 PM, Goodner, Blake <bgoodner@bridgerhealth.com> wrote:

These guys just won't stop
First Medicaid and now charities to support payments

Sent from my iPhone

Begin forwarded message:

**From:** Matt Treacy <mtreacy@thecapitolforum.com>
**Date:** December 14, 2020 at 6:47:08 PM EST
**To:** "Goodner, Blake" <bgoodner@bridgerhealth.com>
**Subject: Natera: Charity Apparently Established to Process Insurance Prior Authorizations has Close Ties to Former Senior VP of Natera**

**EXTERNAL SENDER**
Hi Blake,

Earlier today The Capitol Forum published an update to our coverage of Natera (NTRA). The article reports close ties between individuals working for My Genome My Life (MGML), a 3rd party used for prior authorization approvals, and a senior VP at Natera. The article details the apparent relationship between Amar Kamath of Natera and Deepti Gupta of MGML. In addition, the article lays out the relationship between the two companies and whether state or federal agencies may challenge MGML's distinction as a non-profit organization. See a brief excerpt from our article below:

***"…Furthermore, the charity was established by a close acquaintance of Natera's former Senior Vice President of Commercial Sales, Amar Kamath, at the same time as insurers were increasingly requiring prior authorizations for the company's tests, and steps appear to have been taken to hide the acquaintance's ties to Kamath.***

***The Capitol Forum has previously written*** [library.thecapitolforum.com] ***about My Genome My Life and Natera's use of the charity to increase the likelihood of insurance reimbursement through prior authorization approvals.***

***Documents obtained by The Capitol Forum show that MGML made numerous questionable assertions to the IRS about its organizational structure, sources of revenue, and mission as a charity. While MGML told the IRS that it would be established for educational purposes, in reality the charity was operating on behalf of a commercial laboratory to increase the likelihood of reimbursement from insurers in return for a fee…"***

If you have some time, I'd like to schedule a call to discuss our work on Natera (NRTA) or any other situation we are covering (see our coverage list below). Please advise what time works best with your schedule for a call.

## The Capitol Forum Coverage List

| Antitrust/M&A Issues | Corporate Investigations | NonMerger Antitrust |
|---|---|---|
| Air Canada/Transat (AC CN/TRZ CN) | AmeriHome Mortgage Company - Athene (ATH) | Amazon (AMZN) |
| Aon Plc./Willis Towers Watson Plc. (AON/WLTW) | Axon Enterprises (AAXN) | American Airlines (AA) /JetBlue (JBLU) |
| Avangrid/PNM Resources (AGR/PNM) | California Resources Corp. (CRC) | Antitrust Monopolization Enforcement |
| Baring/Virtusa (VRTU) | Carvana (CVNA) | Boingo (WIFI) |
| Cellular Bioscience Group (CBMG) | Chegg Inc. (CHGG) | C2E |
| Cisco/Acacia (CSCO/ACIA) | Citigroup (C) | CDK Global Inc. (CDK) |
| CoStar/RentPath (CSGP) | Credit Acceptance Corp. (CACC) | China Antitrust Policy |
| EssilorLuxottica/GrandVision (EL FP/GVNV) | Diversified Gas & Oil (LSE:DGOC) | Coronavirus Policy |
| Google/Fitbit (GOOGL/FIT) | FleetCor Technologies (FLT) | DoD Policy |
| Groupe Peugot SA/Fiat Chrysler (PEU GY/ FCA IM) | For-Profit Education (PRDO) | DOJ Policy |
| Huya/DouYu (HUYA/DOYU) | Gig Economy Legislation (GRUB, LYFT, UBER) | DuPont (DD) |
| Illumina/Grail (ILMN) | iRhythm Technologies (IRTC) | EC Policy |
| JustEat Takeaway/Grubhub (TKWY/GRUB) | MasTec (MTZ) | Express Scripts / Prime Therapeutics |
| Liberty Global/Telefonica (LBTYA/TEF) | Natera (NTRA) | Facebook (FB) / Giphy |
| London Stock Exchange/Refinitiv (LSE) | New Fortress Energy (NFE) | Fed Policy |
| LVMH/Tiffany & Co. (MC FP/TIF) | Payday Lending Legislation (CURO, ELVT, ENVA) | Federal eCommmerce |
| Nvidia/Arm Holdings (NVDA) | Penumbra (PEN) | FTC Policy |
| Oracle/TikTok (ORCL) | Rent-to-Own Lending (AAN) | GDPR |
| Senator-Cannae/CoreLogic (CNNE/CLGX) | SmileDirectClub (SDC) | Google |
| Siemens Healthineers/Varian Medical Systems (SHL GY/VAR) | SolarEdge (SEDG) | Healthcare Policy - WalGreens & CVS (WBA, CVS) |
| Simon Property Group/Taubman Centers (SPG/TCO) | Sunrun Inc. (RUN) | JEDI (MSFT, ORCL, AMZN) |
| Softbank/Arm Holdings (9434 JP) | The RealReal (REAL) | SAMR Policy |
| Traton SE/Navistar (8TRA/NAV) | USPS Policy (STMP) | Tech Platform Policy |
| Uber/Postmates (UBER) | Verra Mobility (VRRM) | TransDigm (TDG) |
| Verizon/TracFone (VZ/AMX) | Vivint (VSLR) | Viamedia v. Comcast |
| Western Union/Moneygram (WU/MGI) | | |

Best Regards,
Matt Treacy

**The Capitol Forum | Managing Director**
175 Varick Street 4th Floor
New York, NY 10014
(O) (646) 762-6491 | (C) 516-941-6065
mtreacy@thecapitolforum.com

<image001.png>

---

When communicating by email with Bridger Management LLC, please do not include sensitive Personally Identifiable Information ("PII") in the text or in an unencrypted attachment. **PII is information that can be used to distinguish or trace an individual's identity, for example, a (full or partial) social security number, financial account number, or driver's license number.**

---

CONFIDENTIALITY NOTICE: The information contained in this e-mail and any attachments may be legally privileged or contain confidential and proprietary information. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Bridger Management, LLC. Thank you.