# EXHIBIT 20

**From**: Michael Brophy [mbrophy@natera.com]
**Sent**: 8/5/2021 5:39:45 PM
**To**: Torie Ross [torie@gghc.com]
**Subject**: Re: Natera: Experts Raise Concerns About Size of Prompt Pay Discounts and Company Billing Practices

Yes they've tried various, none have had merit so trying a different topic- this one is particularly weak. Happy to discuss

Mike Brophy
Chief Financial Officer
Natera, Inc
Office: 650 249 9091x1471
Mobile: 415 629 5023

On Aug 5, 2021, at 12:26 PM, Torie Ross <torie@gghc.com> wrote:

havent they tried this before?

---------- Forwarded message ---------
From: **Matt Treacy** <mtreacy@thecapitolforum.com>
Date: Thu, Aug 5, 2021 at 1:21 PM
Subject: Natera: Experts Raise Concerns About Size of Prompt Pay Discounts and Company Billing Practices
To: torie@gghc.com <torie@gghc.com>

Hi Victoria,

Earlier today the Capitol Forum published an update to our Natera (NTRA) coverage. The article details the company's billing practices and cites medical billing experts as well as healthcare lawyers stating some of these practices likely violates industry guidelines. The article references an HHS Office of the Inspector General opinion outlining how HHS expects prompt pay discounts to work and compares that to NTRA's practices. In addition, the article cites specific customer level, insurance, and clinic level billing experiences with Natera's Panorama prenatal test and weighs how these practices may be viewed by regulators if investigated. See a brief excerpt from our article below:

***… Genetic testing company Natera (NTRA) allows expecting parents to pay a "prompt payment discount" for its Panorama prenatal test, often discounting the price from $795 or more to $249 if the customers pay within 30 days of receiving the bill. That roughly 70% discount, however, likely violates industry guidelines regarding these kinds of discounts, according to medical billing experts and healthcare lawyers interviewed by The Capitol Forum…***

***… A manager at a fertility clinic in California, who declined to be named given their continued business relationship with Natera, told The Capitol Forum that "we have received a lot of complaints from patients regarding Natera's billing practices."***

***According to the manager, patients at the clinic often sign up for a package deal that includes carrier screening from Natera. As a result, the manager says, the clinic is supposed to be billed for the genetic tests.***

***"We submit the requisition form to Natera that says 'Bill Clinic,' but they are sending the bill directly to the patient as well," the manager said, "They will send a bill ranging from $600 to $1000 to both us and the patient more than 50% of the time..."***

If you have some time, I'd like to schedule a call to discuss our work on Natera (NTRA) or any of the situations we're covering. Please advise what time works best with your schedule for a call.

## The Capitol Forum Coverage List

| Antitrust/M&A Issues | Corporate Investigations | NonMerger Antitrust |
|---|---|---|
| AbbVie/Soliton (ABBV/SOLY) | APA Corp. (APA) | Amazon (AMZN) |
| AerCap/GECAS (AER) | Axos Bank | Antitrust Monopolization Enforcement |
| Amazon/MGM Holdings (AMZN/MGM) | Bloom Energy (BE) | Boingo (WIFI) |
| AMD/Xilinx (AMD/XLNX) | Carvana (CVNA) | C2E |
| Analog Devices/Maxim Semiconductor (ADI/MXIM) | Chegg Inc. (CHGG) | CDK Global Inc. (CDK) |
| Aon Plc./Willis Towers Watson Plc. (AON/WLTW) | Credit Acceptance Corp. (CACC) | China Antitrust Policy |
| AstraZeneca/Alexion (AZN/ALXN) | Diversified Energy Co. (LSE:DGOC) | Coronavirus Policy |
| Avangrid/PNM Resources (AGR/PNM) | Dominion Energy (D) | DoD Policy |
| CITIC/Quanergy (CCAC) | InnovAge (INNV) | DOJ Policy |
| Cimarex Energy/Cabot Oil & Gas (XEC/COG) | Funeral Industry Rule (SCI) | DuPont (DD) |
| GlobalWafers/Siltronic (6488 TT/WF GY) | Invitation Homes (INVH) | Express Scripts / Prime Therapeutics |
| Facebook/Kustomer (FB) | iRhythm Technologies (IRTC) | Facebook (FB) / Giphy |
| IAG/Air Europa (IAG LN) | MasTec (MTZ) | Fed Policy |
| Kingspan/Trimo (KGP LN) | Meatpacking Regulation (TSN, PPC, SAFM, Cargill, JBS) | Federal eCommmerce |
| Konecranes/Cargotec (KCR FH/CGCBV FH) | Medifast (MED) | FTC Policy |
| Korean Air/Asiana (003490/020560) | Natera (NTRA) | GDPR |
| Lockheed Martin/Aerojet Rocketdyne (LMT/AJRD) | New Fortress Energy (NFE) | Google |
| Microsoft/Nuance (MSFT/NUAN) | OTC Hearing Aid Rulemaking (WDH EU, SOON SW) | Iqvia (IQV) |
| Nvidia/Arm Holdings (NVDA) | Payday Lending Legislation (CURO, ELVT, ENVA) | JEDI (MSFT, ORCL, AMZN) |
| Quikrete/Forterra (FRTA) | Penumbra (PEN) | PNC/BBVA USA (PNC/BBVA) |
| Ramsay/Spire (RHC AU/SPI LN) | Perdoceo Education Corp (PRDO) | SAMR Policy |
| Renesas Electronics/Dialog Semiconductor (6723 JP/DLG GR) | Rent-to-Own Lending (AAN) | Tech Platform Policy |
| S&P Global/IHS Markit (SPGI/INFO) | Rekor (REKR) | TransDigm (TDG) |
| SK Hynix/Intel (000660 KS/INTC) | Root Inc. (ROOT) | Viamedia v. Comcast |
| UnitedHealth/Change Healthcare (UNH/CHNG) | Service Corp International (SCI) | |
| Veolia/Suez (VIE FP/SEV FP) | SmileDirectClub (SDC) | |
| Wise Road Capital/Magnachip Semi (MX) | Suburban Propane Partners LP (SPH) | |

| | | |
|---|---|---|
| | **Trustmark (TRMK)** | |
| | **USPS Policy (STMP)** | |
| | **Verisgin (VRSN)** | |

Best Regards,
Matt Treacy

**The Capitol Forum | Managing Director**
175 Varick Street 4th Floor
New York, NY 10014
(O) (646) 762-6491 | (C) 516-941-6065
mtreacy@thecapitolforum.com

<image001.png>

--

**Torie Ross**
Gilder Gagnon Howe & Co. LLC
475 Tenth Avenue
New York, NY 10018
Phone: 212-424-0383
Email: torie@gghc.com

Disclaimer: This electronic transmission is confidential and subject to important disclaimers and conditions available at http://www.gghc.com/AboutUs/disclaimers.html.