# EXHIBIT 21

**From**: Goodner, Blake [bgoodner@bridgerhealth.com]
**Sent**: 8/5/2021 6:33:52 PM
**To**: Michael Brophy [mbrophy@natera.com]
**Subject**: RE: Natera: Experts Raise Concerns About Size of Prompt Pay Discounts and Company Billing Practices

Lets discuss when we talk after earnings

You around later or tomorrow to connect amongst the post earnings onslaught?

---

**From:** Michael Brophy <mbrophy@natera.com>
**Sent:** Thursday, August 5, 2021 2:33 PM
**To:** Goodner, Blake <bgoodner@bridgerhealth.com>
**Subject:** Re: Natera: Experts Raise Concerns About Size of Prompt Pay Discounts and Company Billing Practices

**EXTERNAL SENDER**

This one is even a little more sad than the others. Happy to discuss

Mike Brophy
Chief Financial Officer

Natera, Inc

Office: 650 249 9091x1471

Mobile: 415 629 5023

On Aug 5, 2021, at 1:27 PM, Goodner, Blake <bgoodner@bridgerhealth.com> wrote:

These guys never stop

---

**From:** Matt Treacy <mtreacy@thecapitolforum.com>
**Sent:** Thursday, August 5, 2021 1:17 PM
**To:** Goodner, Blake <bgoodner@bridgerhealth.com>
**Subject:** Natera: Experts Raise Concerns About Size of Prompt Pay Discounts and Company Billing Practices

Hi Blake,

Earlier today the Capitol Forum published an update to our Natera (NTRA) coverage. The article details the company's billing practices and cites medical billing experts as well as healthcare lawyers stating some of these practices likely violates industry guidelines. The article references an HHS Office of the Inspector General opinion outlining how HHS expects prompt pay discounts to work and compares that to NTRA's practices. In addition, the article cites specific customer level, insurance, and clinic level billing experiences with Natera's Panorama prenatal test and weighs how these practices may be viewed by regulators if investigated. See a brief excerpt from our article below:

***… Genetic testing company Natera (NTRA) allows expecting parents to pay a "prompt payment discount" for its Panorama prenatal test, often discounting the price from $795 or more to $249 if the customers pay within 30 days***

***of receiving the bill. That roughly 70% discount, however, likely violates industry guidelines regarding these kinds of discounts, according to medical billing experts and healthcare lawyers interviewed by The Capitol Forum…***

***… A manager at a fertility clinic in California, who declined to be named given their continued business relationship with Natera, told The Capitol Forum that "we have received a lot of complaints from patients regarding Natera's billing practices."***

***According to the manager, patients at the clinic often sign up for a package deal that includes carrier screening from Natera. As a result, the manager says, the clinic is supposed to be billed for the genetic tests.***

***"We submit the requisition form to Natera that says 'Bill Clinic,' but they are sending the bill directly to the patient as well," the manager said, "They will send a bill ranging from $600 to $1000 to both us and the patient more than 50% of the time..."***

If you have some time, I'd like to schedule a call to discuss our work on Natera (NTRA) or any of the situations we're covering. Please advise what time works best with your schedule for a call.

## The Capitol Forum Coverage List

| Antitrust/M&A Issues | Corporate Investigations | NonMerger Antitrust |
|---|---|---|
| AbbVie/Soliton (ABBV/SOLY) | APA Corp. (APA) | Amazon (AMZN) |
| AerCap/GECAS (AER) | Axos Bank | Antitrust Monopolization Enforcement |
| Amazon/MGM Holdings (AMZN/MGM) | Bloom Energy (BE) | Boingo (WIFI) |
| AMD/Xilinx (AMD/XLNX) | Carvana (CVNA) | C2E |
| Analog Devices/Maxim Semiconductor (ADI/MXIM) | Chegg Inc. (CHGG) | CDK Global Inc. (CDK) |
| Aon Plc./Willis Towers Watson Plc. (AON/WLTW) | Credit Acceptance Corp. (CACC) | China Antitrust Policy |
| AstraZeneca/Alexion (AZN/ALXN) | Diversified Energy Co. (LSE:DGOC) | Coronavirus Policy |
| Avangrid/PNM Resources (AGR/PNM) | Dominion Energy (D) | DoD Policy |
| CITIC/Quanergy (CCAC) | InnovAge (INNV) | DOJ Policy |
| Cimarex Energy/Cabot Oil & Gas (XEC/COG) | Funeral Industry Rule (SCI) | DuPont (DD) |
| GlobalWafers/Siltronic (6488 TT/WF GY) | Invitation Homes (INVH) | Express Scripts / Prime Therapeutics |
| Facebook/Kustomer (FB) | iRhythm Technologies (IRTC) | Facebook (FB) / Giphy |
| IAG/Air Europa (IAG LN) | MasTec (MTZ) | Fed Policy |
| Kingspan/Trimo (KGP LN) | Meatpacking Regulation (TSN, PPC, SAFM, Cargill, JBS) | Federal eCommmerce |
| Konecranes/Cargotec (KCR FH/CGCBV FH) | Medifast (MED) | FTC Policy |
| Korean Air/Asiana (003490/020560) | Natera (NTRA) | GDPR |
| Lockheed Martin/Aerojet Rocketdyne (LMT/AJRD) | New Fortress Energy (NFE) | Google |
| Microsoft/Nuance (MSFT/NUAN) | OTC Hearing Aid Rulemaking (WDH EU, SOON SW) | Iqvia (IQV) |
| Nvidia/Arm Holdings (NVDA) | Payday Lending Legislation (CURO, ELVT, ENVA) | JEDI (MSFT, ORCL, AMZN) |

| | | |
|---|---|---|
| **Quikrete/Forterra (FRTA)** | **Penumbra (PEN)** | **PNC/BBVA USA (PNC/BBVA)** |
| **Ramsay/Spire (RHC AU/SPI LN)** | **Perdoceo Education Corp (PRDO)** | **SAMR Policy** |
| **Renesas Electronics/Dialog Semiconductor (6723 JP/DLG GR)** | **Rent-to-Own Lending (AAN)** | **Tech Platform Policy** |
| **S&P Global/IHS Markit (SPGI/INFO)** | **Rekor (REKR)** | **TransDigm (TDG)** |
| **SK Hynix/Intel (000660 KS/INTC)** | **Root Inc. (ROOT)** | **Viamedia v. Comcast** |
| **UnitedHealth/Change Healthcare (UNH/CHNG)** | **Service Corp International (SCI)** | |
| **Veolia/Suez (VIE FP/SEV FP)** | **SmileDirectClub (SDC)** | |
| **Wise Road Capital/Magnachip Semi (MX)** | **Suburban Propane Partners LP (SPH)** | |
| | **Trustmark (TRMK)** | |
| | **USPS Policy (STMP)** | |
| | **Verisgin (VRSN)** | |

Best Regards,
Matt Treacy

**The Capitol Forum | Managing Director**
175 Varick Street 4th Floor
New York, NY 10014
(O) (646) 762-6491 | (C) 516-941-6065
mtreacy@thecapitolforum.com

<image001.png>

---

When communicating by email with Bridger Management LLC, please do not include sensitive Personally Identifiable Information (“PII”) in the text or in an unencrypted attachment. **PII is information that can be used to distinguish or trace an individual’s identity, for example, a (full or partial) social security number, financial account number, or driver’s license number.**

---

CONFIDENTIALITY NOTICE: The information contained in this e-mail and any attachments may be legally privileged or contain confidential and proprietary information. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Bridger Management, LLC. Thank you.