# EXHIBIT 22

**4,500,000 Shares**

natera
Conceive. Deliver. Thrive.

# NATERA, INC.

## COMMON STOCK

---

We are offering 4,500,000 shares of our common stock. Our common stock is listed on The Nasdaq Global Select Market under the symbol "NTRA." The last reported sale price of our common stock on July 21, 2021 was $117.09 per share.

**Investing in our common stock involves risk. See "Risk Factors" beginning on page 6 of this prospectus and in the documents incorporated by reference in this prospectus for a discussion of the factors you should carefully consider before deciding to purchase these securities.**

| | Price to public | Underwriting discounts and commissions(1) | Proceeds to Natera, Inc., before expenses |
|---|---|---|---|
| Per Share | $ 113.0000 | $ 6.4975 | $ 106.5025 |
| Total | $508,500,000 | $29,238,750 | $479,261,250 |

(1) See the section entitled "Underwriting" for a description of the compensation payable to the underwriters.

We have granted the underwriters the right to purchase up to an additional 675,000 shares at the public offering price, less underwriting discounts and commissions.

---

**The Securities and Exchange Commission and state securities regulators have not approved or disapproved these securities, or determined if this prospectus is truthful or complete. Any representation to the contrary is a criminal offense.**

The underwriters expect to deliver the shares to purchasers on or about July 26, 2021.

---

**Morgan Stanley** **Goldman Sachs & Co. LLC** **Cowen** **SVB Leerink**

**Baird** **BTIG** **Craig-Hallum**

July 21, 2021.

## THE OFFERING

| | |
|---|---|
| **Common stock offered by Natera** | 4,500,000 shares of common stock. |
| **Common stock to be outstanding after this offering** | 91,929,785 shares of common stock (92,604,785 shares if the underwriters exercise their option to purchase additional shares in full). |
| **Option to purchase additional shares** | We have granted to the underwriters the option, exercisable for 30 days from the date of this prospectus, to purchase up to 675,000 additional shares of our common stock. |
| **Use of proceeds** | We intend to use the net proceeds from this offering for working capital and general corporate purposes and continued investments in research and development for our core technology and development of our product offerings. In addition, we may use a portion of the net proceeds for acquisitions of complementary businesses, technologies or other assets. See "Use of Proceeds." |
| **Risk factors** | Investing in our common stock involves a high degree of risk. See "Risk Factors" and other information included or incorporated into this prospectus for a discussion of the factors you should carefully consider before deciding to invest in our securities. |
| **The Nasdaq Global Select Market Symbol** | NTRA |

The number of shares of common stock that will be outstanding after this offering is based on 87,429,785 shares outstanding as of March 31, 2021, and excludes:

- 4,658,060 shares of common stock issuable upon the vesting and settlement of restricted stock units outstanding as of March 31, 2021;
- 6,265,470 shares of common stock issuable upon the exercise of options outstanding as of March 31, 2021, with a weighted-average exercise price of $14.09 per share;
- 239,994 shares of common stock issuable upon the exercise of options granted between April 1, 2021 and June 30, 2021, with a weighted-average exercise price of $94.16 per share;
- 175,400 shares of common stock issuable upon the vesting and settlement of restricted stock units granted between April 1, 2021 and June 30, 2021; and
- 8,454,015 shares of common stock, subject to increase on an annual basis, reserved for future grant or issuance under our stock-based compensation plans, consisting of:
  - 5,408,049 shares of common stock as of March 31, 2021 reserved for future grants under our 2015 Equity Incentive Plan, or the 2015 Plan; and
  - 3,045,966 shares of common stock as of March 31, 2021 reserved for future issuance under our 2015 Employee Stock Purchase Plan, or the 2015 ESPP.
- any shares issuable upon conversion of the Convertible Notes.

Unless otherwise indicated, all information in this prospectus assumes no exercise by the underwriters of their option to purchase additional shares.