# EXHIBIT 23

STATE STREET.

State Street Bank and Trust
20 Churchill Place
Canary Wharf
London
E14 5HJ
T +44 (0)203 395 2500
F +44 (0)203 395 2488

www.statestreet.com

Dear British Airways Pension Trustees Limited

**Declaration from Custodian Bank re Natera Inc Common Stock**

We hereby certify, based on a review of our records, that the transaction information in the following schedule provided is true, correct and accurate in all material respect for the period 1st June 2021 to the 30th June 2022.

Yours sincerely

Authorised signatory for State Street Bank and Trust Company, London Branch:

[signature] 13/06/2024

……………………………….

Duncan McFadyen, Global Delivery Representative, Custody Management Services

STATE STREET.

State Street Bank and Trust
20 Churchill Place
Canary Wharf
London
E14 5HJ
T +44 (0)203 395 2500
F +44 (0)203 395 2488

www.statestreet.com

| Contractual Settlement Date | Fund | Fund Name | SEDOL Number | Local Net Proceed Amount | Local Security Gain/Loss Amount | Local Unit Price | Security Description | Security Name | Sell Exchange Rate | Settlement Currency Code | Shares/Par Value | Trade Country Code | Trade Date | Transaction Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/10/2021 | BP2Y | NAPS EQUITIES TRANSITION | 'BYQRG48 | 4737336.32 | 0 | 104.2793 | COMMON STOCK USD.0001 | NATERA INC | 1.415 | USD | 45428 | US | 06/08/2021 | BUY |
| 06/10/2021 | BP2Y | NAPS EQUITIES TRANSITION | 'BYQRG48 | 2395416.48 | 0 | 104.8935 | COMMON STOCK USD.0001 | NATERA INC | 1.415 | USD | 22836 | US | 06/08/2021 | BUY |
| 06/11/2021 | BP2Y | NAPS EQUITIES TRANSITION | 'BYQRG48 | 4844906.12 | 0 | 104.7155 | COMMON STOCK USD.0001 | NATERA INC | 1.412549 | USD | 46266 | US | 06/09/2021 | BUY |
| 06/11/2021 | BP2Y | NAPS EQUITIES TRANSITION | 'BYQRG48 | 2711015.31 | 0 | 105.925 | COMMON STOCK USD.0001 | NATERA INC | 1.412549 | USD | 25593 | US | 06/09/2021 | BUY |
| 06/14/2021 | BP2Y | NAPS EQUITIES TRANSITION | 'BYQRG48 | 2636409.47 | 0 | 105.1841 | COMMON STOCK USD.0001 | NATERA INC | 1.414299 | USD | 25064 | US | 06/10/2021 | BUY |
| 06/15/2021 | BP2Y | NAPS EQUITIES TRANSITION | 'BYQRG48 | 3326840.39 | 0 | 103.7112 | COMMON STOCK USD.0001 | NATERA INC | 1.412449 | USD | 32077 | US | 06/11/2021 | BUY |
| 06/16/2021 | BP2Y | NAPS EQUITIES TRANSITION | 'BYQRG48 | 2037705.33 | 0 | 103.7551 | COMMON STOCK USD.0001 | NATERA INC | 1.411951 | USD | 19639 | US | 06/14/2021 | BUY |
| 06/29/2021 | BP2Y | NAPS EQUITIES TRANSITION | 'BYQRG48 | 24961197.24 | 2271567.82 | 115.08 | COMMON STOCK USD.0001 | NATERA INC | 1.391399 | USD | 216903 | US | 06/28/2021 | SELL |
| 06/29/2021 | BP3E | NAPS GLOBAL HORIZON | 'BYQRG48 | 24961197.24 | 0 | 115.08 | COMMON STOCK USD.0001 | NATERA INC | 1.391399 | USD | 216903 | US | 06/28/2021 | BUY |
| 12/20/2021 | BP3E | NAPS GLOBAL HORIZON | 'BYQRG48 | 1782157.63 | 0 | 92.8766 | COMMON STOCK USD.0001 | NATERA INC | 1.33315 | USD | 19187 | US | 12/16/2021 | BUY |
| 02/10/2022 | BP3E | NAPS GLOBAL HORIZON | 'BYQRG48 | 3883072.42 | 0 | 69.6158 | COMMON STOCK USD.0001 | NATERA INC | 1.355399 | USD | 55773 | US | 02/08/2022 | BUY |
| 02/11/2022 | BP3E | NAPS GLOBAL HORIZON | 'BYQRG48 | 439326.45 | 0 | 73.4344 | COMMON STOCK USD.0001 | NATERA INC | 1.35465 | USD | 5982 | US | 02/09/2022 | BUY |
| 04/06/2022 | BP3E | NAPS GLOBAL HORIZON | 'BYQRG48 | 1283994.72 | -1765371.15 | 43.9255 | COMMON STOCK USD.0001 | NATERA INC | 1.311549 | USD | 29236 | US | 04/04/2022 | SELL |