# EXHIBIT 26

Canaccord Genuity Capital Markets

Flash Update

# Natera

## Diagnostics and Tools

US Equity Research

9 March 2022

| Rating | Price Target |
|---|---|
| BUY | US$150.00 |
| NTRA-NASDAQ | Price US$32.76 |

**Market Data**

| | |
|---|---|
| 52-Week Range (US$) : | 32.75 - 129.09 |
| Avg Daily Vol (000s) : | 1,058.98 |
| Shares Out. (M) : | 95.5 |
| Market Cap (US$M) : | 3,127.4 |




Source: FactSet

Priced intraday 9 March 2022

Natera is the market leader in non-invasive, blood-based prenatal testing and is entering the large liquid biopsy cancer and organ transplant testing markets.

**Kyle Mikson, CFA** | Analyst | Canaccord Genuity LLC (US) | kmikson@cgf.com | 212.849.3937

# Taking some air out of Hindenburg short report; share weakness appears overdone; reiterate BUY

### Investment Recommendation

We reiterate our BUY rating on Natera (NTRA) shares and maintain our price target at $150. Before the market open on Wednesday, March 9, Hindenburg Research (known for publishing reports on stocks which Hindenburg has sold short) released a report (link) criticizing NTRA. We note that the firm has a short position in NTRA shares. The author criticizes Natera's potential use of third parties for prior authorizations as well as deceptive billing practices. In our opinion, not enough is known about the former and the latter topic is not necessarily a new debate. The recent scrutiny of the NIPT industry and in particular Natera (e.g., New York Times article in early January) reminds us of the pushback on pharmacy benefit managers (PBMs) beginning in the mid-2010s. Recall, PBMs such as Express Scripts were criticized and in some cases taken to court due to the low transparency of their business model and economics (e.g., potential kickbacks). Although we recognize the research that Hindenburg undertook, we believe the negative claims are unfounded. In our opinion, the firm could see NTRA as an attractive short seller candidate due to its recent solid performance over the past two years and recent business momentum. (In addition, we are aware that much of the Street is highly bullish on the company.) Short reports should not be taken lightly, but overall the claims appear aggressive at this juncture.

- **Short report background.** This morning (3/9), Hindenburg Research released a report that included aggressive criticisms of NTRA on multiple fronts. We note that Hindenburg is well-known for publishing "detailed" reports on companies that the firm has sold short. Hindenburg's report questions NTRA's potential use of a third party (My Genome My Life, or MGML) for prior authorization facilitation, microdeletion testing, "deceptive" billing practices and the regulatory/legal attention the company has received in recent years. Overall, we think many of the "points" made by the author are not entirely new information (albeit with a negative spin in the report).
- **Prior authorization practices questioned.** Recall, in November 2017 health plans began enforcing prior authorizations on Natera's NIPT tests. The Hindenburg report connects MGML and Natera based on its finding that the president of MGML appeared to have a relationship with a former Senior Vice President of Commercial at Natera. The report suggests that NTRA accounts for nearly half of MGML's business. Hindenburg also indicates that MGML may have violated anti-kickback policies, reporting that it does not disclose its identity when submitting for prior authorization approval. While these practices could be problematic for MGML, we believe Natera would be able to shift its prior authorization strategy elsewhere. That said, NTRA could be penalized for its involvement with MGML (in the downside scenario), although details related to that outcome are unclear (e.g., fine, lawsuit, etc.)
- **Microdeletions and billing again.** Additionally, the Hindenburg report calls out microdeletion testing and "deceptive billing" as potential issues for Natera. Indeed, microdeletion testing has not been recommended by guideline committees. However, NTRA's recent SMART study publication should help reverse this and lead to guideline inclusion. The extent of billing violations that the report mentioned are broad but are generally "old news" with respect to Natera and the NIPT industry. We are not too concerned by these two criticisms (or the recent scrutiny by regulators and litigators).
- **What happens next.** We expect the company will provide a formal announcement or defense of this short report given the share price reaction on 3/9 (30% decline). While short reports typically act as overhangs for a period of time, management could mitigate concerns with a public announcement. On the downside, the company could face challenges from regulatory or legal entities. Of course, a potentially tarnished image for Natera could be a headwind to Panorama adoption as well.

Canaccord Genuity is the global capital markets group of Canaccord Genuity Group Inc. (CF : TSX)
The recommendations and opinions expressed in this research report accurately reflect the research analyst's personal, independent and objective views about any and all the companies and securities that are the subject of this report discussed herein.

**For important information, please see the Important Disclosures beginning on page 2 of this document.**

Ex. 26 at 1

Provided for the exclusive use of Thomas DeBourcy at Natera, Inc. on 31-May-2022 02:21 PM

# Appendix: Important Disclosures

**Analyst Certification**

Each authoring analyst of Canaccord Genuity whose name appears on the front page of this research hereby certifies that (i) the recommendations and opinions expressed in this research accurately reflect the authoring analyst's personal, independent and objective views about any and all of the designated investments or relevant issuers discussed herein that are within such authoring analyst's coverage universe and (ii) no part of the authoring analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the authoring analyst in the research, and (iii) to the best of the authoring analyst's knowledge, she/he is not in receipt of material non-public information about the issuer.

Analysts employed outside the US are not registered as research analysts with FINRA. These analysts may not be associated persons of Canaccord Genuity LLC and therefore may not be subject to the FINRA Rule 2241 and NYSE Rule 472 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

**Sector Coverage**

Individuals identified as "Sector Coverage" cover a subject company's industry in the identified jurisdiction, but are not authoring analysts of the report.

**Investment Recommendation**

Date and time of first dissemination: March 09, 2022, 12:06 ET

Date and time of production: March 09, 2022, 12:06 ET

**Target Price / Valuation Methodology:**

Natera - NTRA

Our $150 price target is based on our 10-year DCF model. We assume a revenue CAGR of 22%, operating margins approaching 28%, terminal growth rate of 3.5% and a discount rate of 7.3%

**Risks to achieving Target Price / Valuation:**

Natera - NTRA

**1. Panorama ASP compression erodes margins.** Natera expects the margins could continue to erode as a result of reductions from in-network pricing as more commercial payors come online and TAM expands to include more average risk patients. Natera expects to mitigate the revenue impact of ASP compression by driving more business from more profitable accounts, though Natera's business may suffer if increased tests volumes do not outpace ASP compression.

**2. Reliance on lab partners**. While Natera has been moving away from lab partners and prioritizing direct sales, it continues to sell to a number of reference lab partners, including Arup, Clarient and Sonic. It is unclear how durable the company's lab partnerships may be, particularly since they have lost lab partners in the past as certain labs choose to promote another NIPT, or decide to offer their own NIPT, including BRLI (recently) and Quest.

**3. FDA oversight of LDTs.** Natera's tests are lab-developed tests and not IVD's. FDA takes the position that it has the authority to regulate such tests as medical devices under the FDC Act, but has generally chosen not to enforce its authority and mandate that certain LTDs seek FDA clearance. However, the FDA is looking to regulate LDTs using a risk-based approach, beginning with those deemed "highest-risk devices," followed by lower risk devices. Natera believes that Panorama would be treated as moderate-risk or high-risk, but not among the highest-risk devices. The FDA has indicated that high-and moderate-risk LTDs that are on the market if and when the guidelines are finalized will remain on the market while the FDA reviews the submissions. Natera does not expect they will be required to remove any of its products from the market. The regulation by the FDA of LTD's remains a subject of uncertainty and controversy.

**4. Constellation.** In addition, Natera is in talks with the FDA to receive clearance for Constellation in the US. The FDA has indicated that Natera's Constellation platform may be appropriate for review under the de novo classification and is allowing Natera to market and distribute Constellation in the US while conversations are ongoing. If the FDA were to require Natera to obtain regulatory clearance to market Natera's Constellation software for diagnostic purposes and Natera is not able to secure such FDA clearance, or comply with ongoing FDA regulatory requirements, Natera would be unable to commercialize Constellation, the company's cloud-based distribution model.

**5. Competition.** Natera competes directly with other companies that offer NIPTs and carrier screening tests to the OB/GYN and MFM market (i.e. LabCorp, Quest Diagnostics, Illumina, Roche, Counsyl). Many of these companies are larger than Natera and are able to leverage economies of scale to win business (i.e. offering multiple tests servicing women's health on one requisition form). As we have observed in our research, these doctors do not often switch testing brands and this may make market share gains more difficult in the future, adversely impacting Natera's business.

**6. Strong competition in oncology, uncertain timing of oncology launch.** Natera is developing liquid biopsy tests in oncology and management sizes the opportunity at ~$15 billion or more. Natera continues sample collection activities in lung and ovarian cancer, collecting from more than a dozen CROs and collaborators including Vanderbilt, Stanford, Columbia, Cancer Research UK, and others. Natera also continues collection efforts in breast cancer and has collaborated with both Cancer Research UK and the University of California. Natera is not alone pursuing blood-based tests in oncology. Guardant Health is the market leader today with


Provided for the exclusive use of Thomas DeBourcy at Natera, Inc. on 31-May-2022 02:21 PM

a substantial base of revenue and data. Additional players include Foundation Medicine (Roche), Illumina (Grail), Personal Genome Diagnostics, Genomic Health, Exact Sciences, Counsyl, Trovagene, Pathway Genomics, and MDx Health to name a handful.

**7. Ethical, legal, and social concerns related to genetic information could reduce demand for genetic tests.** Natera's tests provide DNA testing services, like that conducted using Panorama and that Natera expects to conduct in oncology, which may raise ethical, legal and social issues regarding privacy and appropriate use of the resulting information. Governmental authorities could, for social or other purposes, limit or regulate the use of genomic information or genomic testing or prohibit testing for genetic predisposition to certain conditions, particularly for those that have no known cure. Similarly, these concerns may lead patients to refuse to use genetic tests even if permissible. Ethical and social concerns may also complicate Natera's ability to protect its patented technology.

**8. Importance of Medicaid in NIPT.** Approximately 40% of all births in the United States are to state Medicaid program recipients. NTRA is recognized as a Medicaid provider by more than 40 states. Some states require that the company operate a lab in that state to become a recognized Medicaid provider. Typically Medicaid rates price below Medicare and are commonly the lowest payor in terms of dollars.

**Distribution of Ratings:**

**Global Stock Ratings (as of 03/09/22)**

| Rating | Coverage Universe | | IB Clients |
|---|---|---|---|
| | # | % | % |
| Buy | 653 | 69.39% | 42.57% |
| Hold | 123 | 13.07% | 23.58% |
| Sell | 10 | 1.06% | 20.00% |
| Speculative Buy | 149 | 15.83% | 59.06% |
| | 941* | 100.0% | |

*Total includes stocks that are Under Review

**Canaccord Genuity Ratings System**

**BUY**: The stock is expected to generate risk-adjusted returns of over 10% during the next 12 months.

**HOLD**: The stock is expected to generate risk-adjusted returns of 0-10% during the next 12 months.

**SELL**: The stock is expected to generate negative risk-adjusted returns during the next 12 months.

**NOT RATED:** Canaccord Genuity does not provide research coverage of the relevant issuer.

"Risk-adjusted return" refers to the expected return in relation to the amount of risk associated with the designated investment or the relevant issuer.

**Risk Qualifier**

**SPECULATIVE**: Stocks bear significantly higher risk that typically cannot be valued by normal fundamental criteria. Investments in the stock may result in material loss.

**12-Month Recommendation History** (as of date same as the **Global Stock Ratings** table)

A list of all the recommendations on any issuer under coverage that was disseminated during the preceding 12-month period may be obtained at the following website (provided as a hyperlink if this report is being read electronically) http://disclosures-mar.canaccordgenuity.com/EN/Pages/default.aspx

**Required Company-Specific Disclosures (as of date of this publication)**

Canaccord Genuity or one or more of its affiliated companies is a market maker or liquidity provider in the securities of Natera or in any related derivatives.

Canaccord Genuity or one or more of its affiliated companies intend to seek or expect to receive compensation for Investment Banking services from Natera in the next three months.



Provided for the exclusive use of Thomas DeBourcy at Natera, Inc. on 31-May-2022 02:21 PM

**Natera Rating History as of 03/08/2022**




## Required Company-Specific Disclosures (as of date of this publication)

### Past performance

In line with Article 44(4)(b), MiFID II Delegated Regulation, we disclose price performance for the preceding five years or the whole period for which the financial instrument has been offered or investment service provided where less than five years. Please note price history refers to actual past performance, and that past performance is not a reliable indicator of future price and/or performance.

### Online Disclosures

Up-to-date disclosures may be obtained at the following website (provided as a hyperlink if this report is being read electronically) http://disclosures.canaccordgenuity.com/EN/Pages/default.aspx; or by sending a request to Canaccord Genuity Corp. Research, Attn: Disclosures, P.O. Box 10337 Pacific Centre, 2200-609 Granville Street, Vancouver, BC, Canada V7Y 1H2; or by sending a request by email to disclosures@cgf.com. The reader may also obtain a copy of Canaccord Genuity's policies and procedures regarding the dissemination of research by following the steps outlined above.

### General Disclaimers

See "Required Company-Specific Disclosures" above for any of the following disclosures required as to companies referred to in this report: manager or co-manager roles; 1% or other ownership; compensation for certain services; types of client relationships; research analyst conflicts; managed/co-managed public offerings in prior periods; directorships; market making in equity securities and related derivatives. For reports identified above as compendium reports, the foregoing required company-specific disclosures can be found in a hyperlink located in the section labeled, "Compendium Reports." "Canaccord Genuity" is the business name used by certain wholly owned subsidiaries of Canaccord Genuity Group Inc., including Canaccord Genuity LLC, Canaccord Genuity Limited, Canaccord Genuity Corp., and Canaccord Genuity (Australia) Limited, an affiliated company that is 80%-owned by Canaccord Genuity Group Inc.

The authoring analysts who are responsible for the preparation of this research are employed by Canaccord Genuity Corp. a Canadian broker-dealer with principal offices located in Vancouver, Calgary, Toronto, Montreal, or Canaccord Genuity LLC, a US broker-dealer with principal offices located in New York, Boston, San Francisco and Houston, or Canaccord Genuity Limited., a UK broker-dealer with principal offices located in London (UK) and Dublin (Ireland), or Canaccord Genuity (Australia) Limited, an Australian broker-dealer with principal offices located in Sydney and Melbourne.

The authoring analysts who are responsible for the preparation of this research have received (or will receive) compensation based upon (among other factors) the Investment Banking revenues and general profits of Canaccord Genuity. However, such authoring analysts have not received, and will not receive, compensation that is directly based upon or linked to one or more specific Investment Banking activities, or to recommendations contained in the research.

Some regulators require that a firm must establish, implement and make available a policy for managing conflicts of interest arising as a result of publication or distribution of research. This research has been prepared in accordance with Canaccord Genuity's policy on managing conflicts of interest, and information barriers or firewalls have been used where appropriate. Canaccord Genuity's policy is available upon request.

The information contained in this research has been compiled by Canaccord Genuity from sources believed to be reliable, but (with the exception of the information about Canaccord Genuity) no representation or warranty, express or implied, is made by Canaccord Genuity, its affiliated companies or any other person as to its fairness, accuracy, completeness or correctness. Canaccord Genuity has not independently verified the facts, assumptions, and estimates contained herein. All estimates, opinions and other information


Provided for the exclusive use of Thomas DeBourcy at Natera, Inc. on 31-May-2022 02:21 PM

contained in this research constitute Canaccord Genuity's judgement as of the date of this research, are subject to change without notice and are provided in good faith but without legal responsibility or liability.

From time to time, Canaccord Genuity salespeople, traders, and other professionals provide oral or written market commentary or trading strategies to our clients and our principal trading desk that reflect opinions that are contrary to the opinions expressed in this research. Canaccord Genuity's affiliates, principal trading desk, and investing businesses also from time to time make investment decisions that are inconsistent with the recommendations or views expressed in this research.

This research is provided for information purposes only and does not constitute an offer or solicitation to buy or sell any designated investments discussed herein in any jurisdiction where such offer or solicitation would be prohibited. As a result, the designated investments discussed in this research may not be eligible for sale in some jurisdictions. This research is not, and under no circumstances should be construed as, a solicitation to act as a securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. This material is prepared for general circulation to clients and does not have regard to the investment objectives, financial situation or particular needs of any particular person. Investors should obtain advice based on their own individual circumstances before making an investment decision. To the fullest extent permitted by law, none of Canaccord Genuity, its affiliated companies or any other person accepts any liability whatsoever for any direct or consequential loss arising from or relating to any use of the information contained in this research.

**Research Distribution Policy**

Canaccord Genuity research is posted on the Canaccord Genuity Research Portal and will be available simultaneously for access by all of Canaccord Genuity's customers who are entitled to receive the firm's research. In addition research may be distributed by the firm's sales and trading personnel via email, instant message or other electronic means. Customers entitled to receive research may also receive it via third party vendors. Until such time as research is made available to Canaccord Genuity's customers as described above, Authoring Analysts will not discuss the contents of their research with Sales and Trading or Investment Banking employees without prior compliance consent.

For further information about the proprietary model(s) associated with the covered issuer(s) in this research report, clients should contact their local sales representative.

**Short-Term Trade Ideas**

Research Analysts may, from time to time, discuss "short-term trade ideas" in research reports. A short-term trade idea offers a near-term view on how a security may trade, based on market and trading events or catalysts, and the resulting trading opportunity that may be available. Any such trading strategies are distinct from and do not affect the analysts' fundamental equity rating for such stocks. A short-term trade idea may differ from the price targets and recommendations in our published research reports that reflect the research analyst's views of the longer-term (i.e. one-year or greater) prospects of the subject company, as a result of the differing time horizons, methodologies and/or other factors. It is possible, for example, that a subject company's common equity that is considered a long-term 'Hold' or 'Sell' might present a short-term buying opportunity as a result of temporary selling pressure in the market or for other reasons described in the research report; conversely, a subject company's stock rated a long-term 'Buy' or "Speculative Buy' could be considered susceptible to a downward price correction, or other factors may exist that lead the research analyst to suggest a sale over the short-term. Short-term trade ideas are not ratings, nor are they part of any ratings system, and the firm does not intend, and does not undertake any obligation, to maintain or update short-term trade ideas. Short-term trade ideas are not suitable for all investors and are not tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any securities or strategies discussed herein. Please contact your salesperson for more information regarding Canaccord Genuity's research.

**For Canadian Residents:**

This research has been approved by Canaccord Genuity Corp., which accepts sole responsibility for this research and its dissemination in Canada. Canaccord Genuity Corp. is registered and regulated by the Investment Industry Regulatory Organization of Canada (IIROC) and is a Member of the Canadian Investor Protection Fund. Canadian clients wishing to effect transactions in any designated investment discussed should do so through a qualified salesperson of Canaccord Genuity Corp. in their particular province or territory.

**For United States Persons:**

Canaccord Genuity LLC, a US registered broker-dealer, accepts responsibility for this research and its dissemination in the United States. This research is intended for distribution in the United States only to certain US institutional investors. US clients wishing to effect transactions in any designated investment discussed should do so through a qualified salesperson of Canaccord Genuity LLC. Analysts employed outside the US, as specifically indicated elsewhere in this report, are not registered as research analysts with FINRA. These analysts may not be associated persons of Canaccord Genuity LLC and therefore may not be subject to the FINRA Rule 2241 and NYSE Rule 472 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

**For United Kingdom and European Residents:**

This research is distributed in the United Kingdom and elsewhere Europe, as third party research by Canaccord Genuity Limited, which is authorized and regulated by the Financial Conduct Authority. This research is for distribution only to persons who are Eligible Counterparties or Professional Clients only and is exempt from the general restrictions in section 21 of the Financial Services and Markets Act 2000 on the communication of invitations or inducements to engage in investment activity on the grounds that it is being distributed in the United Kingdom only to persons of a kind described in Article 19(5) (Investment Professionals) and 49(2) (High Net Worth companies, unincorporated associations etc) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (as amended). It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons. This material is



Provided for the exclusive use of Thomas DeBourcy at Natera, Inc. on 31-May-2022 02:21 PM

not for distribution in the United Kingdom or elsewhere in Europe to retail clients, as defined under the rules of the Financial Conduct Authority.

**For Jersey, Guernsey and Isle of Man Residents:**

This research is sent to you by Canaccord Genuity Wealth (International) Limited (CGWI) for information purposes and is not to be construed as a solicitation or an offer to purchase or sell investments or related financial instruments. This research has been produced by an affiliate of CGWI for circulation to its institutional clients and also CGWI. Its contents have been approved by CGWI and we are providing it to you on the basis that we believe it to be of interest to you. This statement should be read in conjunction with your client agreement, CGWI's current terms of business and the other disclosures and disclaimers contained within this research. If you are in any doubt, you should consult your financial adviser.

CGWI is licensed and regulated by the Guernsey Financial Services Commission, the Jersey Financial Services Commission and the Isle of Man Financial Supervision Commission. CGWI is registered in Guernsey and is a wholly owned subsidiary of Canaccord Genuity Group Inc.

**For Australian Residents:**

This research is distributed in Australia by Canaccord Genuity (Australia) Limited ABN 19 075 071 466 holder of AFS Licence No 234666. To the extent that this research contains any advice, this is limited to general advice only. Recipients should take into account their own personal circumstances before making an investment decision. Clients wishing to effect any transactions in any financial products discussed in the research should do so through a qualified representative of Canaccord Genuity (Australia) Limited or its Wealth Management affiliated company, Canaccord Genuity Financial Limited ABN 69 008 896 311 holder of AFS Licence No 239052.

**For Hong Kong Residents:**

This research is distributed in Hong Kong by Canaccord Genuity (Hong Kong) Limited which is licensed by the Securities and Futures Commission. This research is only intended for persons who fall within the definition of professional investor as defined in the Securities and Futures Ordinance. It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons. Recipients of this report can contact Canaccord Genuity (Hong Kong) Limited. (Contact Tel: +852 3919 2561) in respect of any matters arising from, or in connection with, this research.

**Additional information is available on request.**

Copyright © Canaccord Genuity Corp. 2022 – Member IIROC/Canadian Investor Protection Fund

Copyright © Canaccord Genuity Limited. 2022 – Member LSE, authorized and regulated by the Financial Conduct Authority.

Copyright © Canaccord Genuity LLC 2022 – Member FINRA/SIPC

Copyright © Canaccord Genuity (Australia) Limited. 2022 – Participant of ASX Group, Chi-x Australia and of the NSX. Authorized and regulated by ASIC.

All rights reserved. All material presented in this document, unless specifically indicated otherwise, is under copyright to Canaccord Genuity Corp., Canaccord Genuity Limited, Canaccord Genuity LLC or Canaccord Genuity Group Inc. None of the material, nor its content, nor any copy of it, may be altered in any way, or transmitted to or distributed to any other party, without the prior express written permission of the entities listed above.

**None of the material, nor its content, nor any copy of it, may be altered in any way, reproduced, or distributed to any other party including by way of any form of social media, without the prior express written permission of the entities listed above.**



Provided for the exclusive use of Thomas DeBourcy at Natera, Inc. on 31-May-2022 02:21 PM