# EXHIBIT 27

March 10, 2022 01:56 AM GMT

## Natera Inc | North America

# Buy the Dip; Short Report Concerns Likely Overblown

| Stock Rating | Industry View | Price Target |
| --- | --- | --- |
| Overweight | In-Line | $110.00 |

Following the emergence of a short seller report this morning, NTRA finished the day down >30%; we highlight our views on the report and our key takeaways following the 8K and call with management; net, we view the selloff as presenting a compelling buying opportunity for patient long-term investors.

This morning, a short report on NTRA was issued claiming NTRA has engaged in unethical sales and billing practices based on interviews with former employees, patients and industry experts. Shares have come under significant pressure on the heels of this report (trading -33% vs. +3% SPX). We had a chance to catch up with management to discuss the allegations made in the report as well as the company's 8K and provide our key takeaways below.

**Perspective on the short report.** We believe the majority of the points made in the report are known to investors and have been transparently communicated in the past by management (including the licensing of NIPT patent from ILMN, the fact that NTRA operates at a net loss today, and that a majority of microdeletion testing volume is not currently reimbursed). As such, most of the inbounds we are hearing from investors relate to the risks associated with a potential improper relationship with My Genome My Life (MGML), with a likely lesser degree of concern around microdeletion testing, both of which we address in more detail below. While we do not take the allegations around MGML and microdeletion testing made in the report lightly, we do not see these as changing our fundamental view of the company and believe that today's selloff (-33% vs. S&P ~+3%) is overdone.

**Why does NIPT testing require prior authorization?** Despite the fact that many payors have removed PA requirements, a significant number still have PA requirements in place, essentially limiting access despite ACOG guidelines in place supporting the use of NIPT as a screen in both high risk and average risk pregnancies.

**Does assisting with prior authorization constitute misconduct?** The report alleges deceptive sales and billing practices aimed at doctors, insurance companies and expectant mothers. In particular, the report claims that NTRA worked with My Genome My Life (MGML), a non-profit company, to submit prior authorizations (PAs) on behalf of physicians to insurance companies. The report claims this contradicts HHS' anti-kickback guidelines due to a lack of transparency around MGML's involvement. As noted above, some payors require

MORGAN STANLEY & CO. LLC

Tejas Savant
EQUITY ANALYST
Tejas.Savant@morganstanley.com +1-212-761-1955

Yuko Oku
RESEARCH ASSOCIATE
Yuko.Oku@morganstanley.com +1 212 761-0139

Edmund Tu
RESEARCH ASSOCIATE
Edmund.Tu@morganstanley.com +1 212 761-4794

Neel N Ram
RESEARCH ASSOCIATE
Neel.Ram@morganstanley.com +1 212 761-7751

**Natera Inc ( NTRA.O, NTRA US )** Top Pick

**Life Science Tools & Diagnostics / United States of America**

| | |
| --- | --- |
| **Stock Rating** | **Overweight** |
| **Industry View** | **In-Line** |
| **Price target** | **$110.00** |
| Shr price, close (Mar 8, 2022) | $54.75 |
| Mkt cap, curr (mm) | $4,958 |
| 52-Week Range | $129.09-52.20 |

| Fiscal Year Ending | 12/21 | 12/22e | 12/23e | 12/24e |
| --- | --- | --- | --- | --- |
| ModelWare EPS ($) | (5.21) | (5.93) | (4.91) | (3.20) |
| Prior ModelWare EPS ($) | - | - | - | - |
| P/E | NM | NM | NM | NM |
| EPS ($)§ | (5.02) | (5.98) | (5.23) | (4.22) |

Unless otherwise noted, all metrics are based on Morgan Stanley ModelWare framework
§ = Consensus data is provided by Refinitiv Estimates
e = Morgan Stanley Research estimates

**QUARTERLY MODELWARE EPS ($)**

| Quarter | 2021 | 2022e Prior | 2022e Current | 2023e Prior | 2023e Current |
| --- | --- | --- | --- | --- | --- |
| Q1 | (0.74) | - | (1.44) | - | (1.32) |
| Q2 | (1.32) | - | (1.49) | - | (1.28) |
| Q3 | (1.63) | - | (1.51) | - | (1.15) |
| Q4 | (1.50) | - | (1.51) | - | (1.14) |

e = Morgan Stanley Research estimates

Morgan Stanley does and seeks to do business with companies covered in Morgan Stanley Research. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of Morgan Stanley Research. Investors should consider Morgan Stanley Research as only a single factor in making their investment decision.

For analyst certification and other important disclosures, refer to the Disclosure Section, located at the end of this report.

PAs while others don't – while many have removed PA requirements following the ACOG guideline update, a non-trivial portion still have these requirements in place. NTRA handles PAs for a majority of their test volumes (for cases where the insurance company wants the lab running the test to do this), while directing physicians to third parties such as MGML for administrative help with the process in situations where payors express a preference (not a law or legal requirement) for the physician to handle this themselves. Importantly, providing administrative help with the PA process, including via assistance of third-party organizations, is common practice in the industry, and mgmt noted that there are several organizations (for example, CoverMyTest) that work with their genetic testing peers in the same capacity to enable broader patient access. Without help from the lab or a third party, the reality is that it would be challenging for most physician offices to comply with PA requirements due to time constraints. NTRA emphasized that they take a conservative stance in cases where specific payors have requested that physicians fill out prior authorization forms themselves, and have directed the physician to third parties to work out the details with the physician.

**What is the nature and extent of the relationship between NTRA and MGML?** In terms of the relationship with MGML, NTRA noted no such relationship exists, and that MGML is not owned, operated or controlled by Natera. While they may have donated money to assist with operations of MGML in the past (similar to donations they make to other patient access organizations), mgmt reiterated that assistance with prior authorization (via the company itself or through a third party) is a common practice in the industry and they do not believe they are violating any laws by assisting an entity like MGML with its operations. While the report claims that a prior employee at NTRA helped set up MGML to assist with handling of PA requirements, NTRA noted that they do not know if the concerned employee was directly involved or not (the concerned employee departed NTRA for a competitor in May 2019). Even if it turns out that there was involvement in the setup of MGML, using MGML's prior authorization services isn't illegal.

**Is NTRA double-billing patients for their tests?** Mgmt noted that allegations of unethical billing practices such as double billing or capping patient out-of-pocket payments were both untrue. On reimbursement and payment collection, NTRA stated that they are required to charge a co-pay and a deductible due to an obligation to show patient collection history to payors. In addition, NTRA noted that the company routinely seeks insurance reimbursement first, and upon denial, will attempt to collect a nominal cash payment from the patient (~$249). In a scenario where the insurance payment is approved upon appeal at a later date, NTRA proactively refunds the patient their previous cash payment.

**How does NTRA provide billing transparency?** NTRA's "Price Transparency Program" and payment calculator provides a reliable estimate for which patients may ultimately face a large co-pay (one which would be greater than a cash-payment rate of $349 or $449 depending on service performed). In these situations, the company will proactively contact the patient and provide the option of direct cash payment (and will opt-out of seeking insurance reimbursement). Finally, the company offers alternative payment plans for patients suffering from financial hardship.

**Does NTRA have an abnormally high rate of customer complaints vs. peers?**

NTRA noted their single requisition form and blood draw for three different tests may result in a point of confusion for a small number of customers. NTRA has consistently communicated this billing structure and aggressively remediates any patient complaints. Mgmt noted that out of the >3M tests they have run in the past couple years (predominantly in the reproductive health setting), they have recorded roughly ~200 total complaints on social media (with only ~80 complaints on the Better Business Bureau despite performing ~1.5M tests in 2021). Further, mgmt pointed out that their BBB rating is an A+, well above peer average, with the short report acknowledging that in response to most BBB complaints, a NTRA employee posted contact details and offered to discuss the matter, with 67 complaints updated to "resolved". NTRA noted that the remainder were likely a result of patients not updating their complaint upon satisfactory resolution of the matter.

**Is the current microdeletion test ordering set-up illegal?** Mgmt stated that there is no liability associated with their current microdeletion test order opt-out (vs. an opt-in layout), which has been set up in a manner that most physicians prefer, and they have not experienced any prior issues despite millions of these forms being analyzed/processed by current payors. Further, NTRA noted that the current microdeletion opt-out rate of ~20-25% (implying a Panorama attachment rate of ~75-80%) is substantive enough to reflect that the ordering set-up is not deceptive. Finally, mgmt has commented in the past that microdeletions account for a ~LSD percent of sales, and recently reiterated that only ~5-10% of their microdel testing is reimbursed under existing CPT codes. Per the NYT article raising customer concerns over microdel screening (see here), we note that NTRA has previously refuted the lack of context and inaccurate data points discussed in the article (see here for NTRA's response).

**What could a potential bear case outcome look like as far as any possible investigation related to billing practices?** In our view, to the extent that a direct link with MGML were to be established down the road (including via emergence of details/extent of the relationship between the former employee and MGML), we see among possible bear case outcomes, a fine/financial penalty for NTRA via a subset of payors attempting to recoup payments for covered claims that had received prior authorization. While we are not legal experts, NTRA would likely in our view, be able to point to the "spirit" of having a prior authorization requirement in place for a guideline-recommended test, and also question the relatively minimal degree of physician judgment required in making such a PA submission as arguments in their favor to reduce/eliminate any penalties.

**Does the emergence of the short report change our fundamental view of the stock?** Stepping back, while the short report could present a challenge to relative outperformance in the stock over the near-term (particularly against a tough market backdrop for pre-profitability SMID-cap names), we do not view its contents as changing our fundamental thesis. As we noted in our latest earnings recap (see here), NTRA looks set to maintain its dominant position in reproductive health via Panorama and Horizon, with updated ACOG guidelines (and hence broader reimbursement) for NIPT screening across average-risk screening paving a long runway for growth, with COGS declines and potential ACOG inclusion of carrier screening providing additional drivers of potential upside. In addition, NTRA's pipeline looks poised to contribute significantly to the top line in '22, with both Signatera (MRD/IO monitoring, with expansion into new

cancer types later this year) and Prospera (kidney, heart and lung transplant) expected to grow meaningfully this year, and additional upside potential from Altera (tissue biopsy panel; ~$6B TAM). Longer term, we see NTRA as a best-in-class differentiated platform play, with their recent efforts in CRC, and eventually multi-cancer screening (a ~$50B TAM), providing multiple high-value shots-on-goal not currently in Street forecasts. With the stock now down -69% from its Sep. '21 highs (vs. -4% SPX), in part due to the broader growth-to-value rotation in addition to today's Natera-specific selloff, we view current levels (~4x 2022 sales) as affording a highly attractive entry point and favorable risk/reward skew for patient investors and reiterate our OW rating.

*The authors of this material are not acting in the capacity of attorneys, nor do they hold themselves out to be acting as such. This material is not intended as either a legal opinion or legal advice. The information provided herein does not provide all possible outcomes or the probabilities of any outcomes. The result of any legal dispute or controversy is dependent on a variety of factors, including but not limited to, the parties' historical relationship, laws pertaining to the case, relative litigation talent, trial location, jury composition, and judge composition. Investors should contact their legal advisor about any issue of law relating to the subject matter of this material.*

# Valuation Methodology and Risks

**Natera Inc (NTRA.O)**

Our primary valuation metric for NTRA is a discounted cash flow analysis based off our base-case scenario assumptions, which we then compare against a secondary multiple-based relative valuation versus a peer group of high growth diagnostics peers. For our DCF, we assume a CAPM-derived WACC discount rate of 7.0% and 3.0% terminal growth rate.

**Risks to Upside**

- Faster than expected avg. risk reimbursement
- Faster than expected market shift towards expanded carrier screens
- Faster than expected developments or indication expansions in pipeline products

**Risks to Downside**

- Prolonged COVID-19 disruptions
- Delays in avg. risk payor reimbursement changes
- Expanded carrier screening failing to gain traction
- Unexpected delays in development of pipeline products

Morgan Stanley | RESEARCH

IDEA

# Disclosure Section

The information and opinions in Morgan Stanley Research were prepared by Morgan Stanley & Co. LLC, and/or Morgan Stanley C.T.V.M. S.A., and/or Morgan Stanley Mexico, Casa de Bolsa, S.A. de C.V., and/or Morgan Stanley Canada Limited. As used in this disclosure section, "Morgan Stanley" includes Morgan Stanley & Co. LLC, Morgan Stanley C.T.V.M. S.A., Morgan Stanley Mexico, Casa de Bolsa, S.A. de C.V., Morgan Stanley Canada Limited and their affiliates as necessary.

For important disclosures, stock price charts and equity rating histories regarding companies that are the subject of this report, please see the Morgan Stanley Research Disclosure Website at www.morganstanley.com/researchdisclosures, or contact your investment representative or Morgan Stanley Research at 1585 Broadway, (Attention: Research Management), New York, NY, 10036 USA.

For valuation methodology and risks associated with any recommendation, rating or price target referenced in this research report, please contact the Client Support Team as follows: US/Canada +1 800 303-2495; Hong Kong +852 2848-5999; Latin America +1 718 754-5444 (U.S.); London +44 (0)20-7425-8169; Singapore +65 6834-6860; Sydney +61 (0)2-9770-1505; Tokyo +81 (0)3-6836-9000. Alternatively you may contact your investment representative or Morgan Stanley Research at 1585 Broadway, (Attention: Research Management), New York, NY 10036 USA.

## Analyst Certification

The following analysts hereby certify that their views about the companies and their securities discussed in this report are accurately expressed and that they have not received and will not receive direct or indirect compensation in exchange for expressing specific recommendations or views in this report: Tejas Savant.

.

## Global Research Conflict Management Policy

Morgan Stanley Research has been published in accordance with our conflict management policy, which is available at www.morganstanley.com/institutional/research/conflictpolicies. A Portuguese version of the policy can be found at www.morganstanley.com.br

## Important Regulatory Disclosures on Subject Companies

As of February 28, 2022, Morgan Stanley beneficially owned 1% or more of a class of common equity securities of the following companies covered in Morgan Stanley Research: 10X Genomics Inc, Abcam Plc, Berkeley Lights Inc., Guardant Health Inc., Hologic, Inc., Illumina Inc., Invitae Corp, Maravai LifeSciences, NanoString Technologies Inc, Neogenomics Inc, Pacific Biosciences of California, Inc., Seer Inc., Thermo Fisher Scientific Inc..

Within the last 12 months, Morgan Stanley managed or co-managed a public offering (or 144A offering) of securities of Akoya Biosciences, Inc., Cue Health, Inc., Cytek Biosciences Inc., IsoPlexis Corp., Maravai LifeSciences, **Natera Inc**, Olink Holding AB, Ortho Clinical Diagnostics Holdings plc, Rapid Micro Biosystems Inc, Sophia Genetics SA, Thermo Fisher Scientific Inc..

Within the last 12 months, Morgan Stanley has received compensation for investment banking services from Akoya Biosciences, Inc., Cue Health, Inc., Cytek Biosciences Inc., Hologic, Inc., IsoPlexis Corp., Maravai LifeSciences, **Natera Inc**, Nautilus Biotechnology, Inc., Olink Holding AB, Ortho Clinical Diagnostics Holdings plc, Rapid Micro Biosystems Inc, Sophia Genetics SA, Thermo Fisher Scientific Inc..

In the next 3 months, Morgan Stanley expects to receive or intends to seek compensation for investment banking services from 10X Genomics Inc, Abcam Plc, Akoya Biosciences, Inc., Berkeley Lights Inc., Biodesix Inc, Cue Health, Inc., Cytek Biosciences Inc., Guardant Health Inc., Hologic, Inc., Invitae Corp, IsoPlexis Corp., Maravai LifeSciences, **Natera Inc**, Nautilus Biotechnology, Inc., Neogenomics Inc, Olink Holding AB, Ortho Clinical Diagnostics Holdings plc, Pacific Biosciences of California, Inc., Personalis Inc, Rapid Micro Biosystems Inc, Seer Inc., Sophia Genetics SA, Thermo Fisher Scientific Inc..

Within the last 12 months, Morgan Stanley has received compensation for products and services other than investment banking services from Avantor Inc, Hologic, Inc., Thermo Fisher Scientific Inc..

Within the last 12 months, Morgan Stanley has provided or is providing investment banking services to, or has an investment banking client relationship with, the following company: 10X Genomics Inc, Abcam Plc, Akoya Biosciences, Inc., Berkeley Lights Inc., Biodesix Inc, Cue Health, Inc., Cytek Biosciences Inc., Guardant Health Inc., Hologic, Inc., Invitae Corp, IsoPlexis Corp., Maravai LifeSciences, **Natera Inc**, Nautilus Biotechnology, Inc., Neogenomics Inc, Olink Holding AB, Ortho Clinical Diagnostics Holdings plc, Pacific Biosciences of California, Inc., Personalis Inc, Rapid Micro Biosystems Inc, Seer Inc., Sophia Genetics SA, Thermo Fisher Scientific Inc..

Within the last 12 months, Morgan Stanley has either provided or is providing non-investment banking, securities-related services to and/or in the past has entered into an agreement to provide services or has a client relationship with the following company: Avantor Inc, Hologic, Inc., Illumina Inc., Neogenomics Inc, Thermo Fisher Scientific Inc..

Morgan Stanley & Co. LLC makes a market in the securities of Abcam Plc, Adaptive Biotechnologies Corp., Biodesix Inc, Cytek Biosciences Inc., Hologic, Inc., Illumina Inc., IsoPlexis Corp., Maravai LifeSciences, NanoString Technologies Inc, **Natera Inc**, Neogenomics Inc, Pacific Biosciences of California, Inc., Personalis Inc, Thermo Fisher Scientific Inc., Veracyte Inc.

Morgan Stanley & Co. International plc is a corporate broker to Abcam Plc.

The equity research analysts or strategists principally responsible for the preparation of Morgan Stanley Research have received compensation based upon various factors, including quality of research, investor client feedback, stock picking, competitive factors, firm revenues and overall investment banking revenues. Equity Research analysts' or strategists' compensation is not linked to investment banking or capital markets transactions performed by Morgan Stanley or the profitability or revenues of particular trading desks.

Morgan Stanley and its affiliates do business that relates to companies/instruments covered in Morgan Stanley Research, including market making, providing liquidity, fund management, commercial banking, extension of credit, investment services and investment banking. Morgan Stanley sells to and buys from customers the securities/instruments of companies covered in Morgan Stanley Research on a principal basis. Morgan Stanley may have a position in the debt of the Company or instruments discussed in this report. Morgan Stanley trades or may trade as principal in the debt securities (or in related derivatives) that are the subject of the debt research report.

Certain disclosures listed above are also for compliance with applicable regulations in non-US jurisdictions.

## STOCK RATINGS

Morgan Stanley uses a relative rating system using terms such as Overweight, Equal-weight, Not-Rated or Underweight (see definitions below). Morgan Stanley does not assign ratings of Buy, Hold or Sell to the stocks we cover. Overweight, Equal-weight, Not-Rated and Underweight are not the equivalent of buy, hold and sell. Investors should carefully read the definitions of all ratings used in Morgan Stanley Research. In addition, since Morgan Stanley Research contains more complete information concerning the analyst's views, investors should carefully read Morgan Stanley Research, in its entirety, and not infer the contents from the rating alone. In any case, ratings (or research) should not be used or relied upon as investment advice. An investor's decision to buy or sell a stock should depend on individual circumstances (such as the investor's existing holdings) and other considerations.

## Global Stock Ratings Distribution

(as of February 28, 2022)

The Stock Ratings described below apply to Morgan Stanley's Fundamental Equity Research and do not apply to Debt Research produced by the Firm.

For disclosure purposes only (in accordance with FINRA requirements), we include the category headings of Buy, Hold, and Sell alongside our ratings of Overweight, Equal-weight, Not-Rated and Underweight. Morgan Stanley does not assign ratings of Buy, Hold or Sell to the stocks we cover. Overweight,

Equal-weight, Not-Rated and Underweight are not the equivalent of buy, hold, and sell but represent recommended relative weightings (see definitions below). To satisfy regulatory requirements, we correspond Overweight, our most positive stock rating, with a buy recommendation; we correspond Equal-weight and Not-Rated to hold and Underweight to sell recommendations, respectively.

| | COVERAGE UNIVERSE | | INVESTMENT BANKING CLIENTS (IBC) | | | OTHER MATERIAL INVESTMENT SERVICES CLIENTS (MISC) | |
|---|---|---|---|---|---|---|---|
| STOCK RATING CATEGORY | COUNT | % OF TOTAL | COUNT | % OF TOTAL IBC | % OF RATING CATEGORY | COUNT | % OF TOTAL OTHER MISC |
| **Overweight/Buy** | **1494** | **42%** | **386** | **46%** | **26%** | **645** | **41%** |
| **Equal-weight/Hold** | **1524** | **43%** | **372** | **44%** | **24%** | **708** | **45%** |
| **Not-Rated/Hold** | **0** | **0%** | **0** | **0%** | **0%** | **0** | **0%** |
| **Underweight/Sell** | **547** | **15%** | **85** | **10%** | **16%** | **209** | **13%** |
| **TOTAL** | **3,565** | | **843** | | | **1562** | |

Data include common stock and ADRs currently assigned ratings. Investment Banking Clients are companies from whom Morgan Stanley received investment banking compensation in the last 12 months. Due to rounding off of decimals, the percentages provided in the "% of total" column may not add up to exactly 100 percent.

## Analyst Stock Ratings

Overweight (O). The stock's total return is expected to exceed the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.
Equal-weight (E). The stock's total return is expected to be in line with the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.
Not-Rated (NR). Currently the analyst does not have adequate conviction about the stock's total return relative to the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.
Underweight (U). The stock's total return is expected to be below the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.
Unless otherwise specified, the time frame for price targets included in Morgan Stanley Research is 12 to 18 months.

## Analyst Industry Views

Attractive (A): The analyst expects the performance of his or her industry coverage universe over the next 12-18 months to be attractive vs. the relevant broad market benchmark, as indicated below.
In-Line (I): The analyst expects the performance of his or her industry coverage universe over the next 12-18 months to be in line with the relevant broad market benchmark, as indicated below.
Cautious (C): The analyst views the performance of his or her industry coverage universe over the next 12-18 months with caution vs. the relevant broad market benchmark, as indicated below.
Benchmarks for each region are as follows: North America - S&P 500; Latin America - relevant MSCI country index or MSCI Latin America Index; Europe - MSCI Europe; Japan - TOPIX; Asia - relevant MSCI country index or MSCI sub-regional index or MSCI AC Asia Pacific ex Japan Index.

## Stock Price, Price Target and Rating History (See Rating Definitions)




Stock Rating History: 3/1/17 : O/I; 2/20/19 : NA/NR; 7/9/19 : NA/NR; 10/15/19 : NA/NR; 4/14/20 : NA/NR; 9/9/20 : NA/I; 9/28/20 : O/I

Price Target History: 7/27/15 : 20; 3/8/17 : 19; 4/13/17 : 18; 8/7/17 : 13; 10/6/17 : 16; 11/1/17 : 15; 5/9/18 : 16; 6/25/18 : 20; 7/9/18 : 21; 9/27/18 : 41; 1/17/19 : 25; 2/20/19 : NA; 10/15/19 : NA; 9/28/20 : 80; 11/6/20 : 87; 2/26/21 : 140; 5/7/21 : 135; 8/6/21 : 148; 2/14/22 : 118; 2/25/22 : 110

Source: Morgan Stanley Research Date Format : MM/DD/YY Price Target -- No Price Target Assigned (NA)
Stock Price (Not Covered by Current Analyst) — Stock Price (Covered by Current Analyst) —
Stock and Industry Ratings (abbreviations below) appear as ◆ Stock Rating/Industry View
Stock Ratings: Overweight (O) Equal-weight (E) Underweight (U) Not-Rated (NR) No Rating Available (NA)
Industry View: Attractive (A) In-line (I) Cautious (C) No Rating (NR)
Effective January 13, 2014, the stocks covered by Morgan Stanley Asia Pacific will be rated relative to the analyst's industry (or industry team's) coverage.
Effective January 13, 2014, the industry view benchmarks for Morgan Stanley Asia Pacific are as follows: relevant MSCI country index or MSCI sub-regional index or MSCI AC Asia Pacific ex Japan Index.

## Important Disclosures for Morgan Stanley Smith Barney LLC & E*TRADE Securities LLC Customers

Important disclosures regarding the relationship between the companies that are the subject of Morgan Stanley Research and Morgan Stanley Smith Barney LLC or Morgan Stanley or any of their affiliates, are available on the Morgan Stanley Wealth Management disclosure website at www.morganstanley.com/online/researchdisclosures. For Morgan Stanley specific disclosures, you may refer to www.morganstanley.com/researchdisclosures.
Each Morgan Stanley research report is reviewed and approved on behalf of Morgan Stanley Smith Barney LLC and E*TRADE Securities LLC. This review and approval is conducted by the same person who reviews the research report on behalf of Morgan Stanley. This could create a conflict of interest.

## Other Important Disclosures

Morgan Stanley & Co. International PLC and its affiliates have a significant financial interest in the debt securities of Hologic, Inc., Invitae Corp, Neogenomics Inc, Thermo Fisher Scientific Inc..
Morgan Stanley Research policy is to update research reports as and when the Research Analyst and Research Management deem appropriate, based on developments with the issuer, the sector, or the market that may have a material impact on the research views or opinions stated therein. In addition, certain Research publications are intended to be updated on a regular periodic basis (weekly/monthly/quarterly/annual) and will ordinarily be updated with that frequency, unless the Research Analyst and Research Management determine that a different publication schedule is appropriate based on current conditions.
Morgan Stanley is not acting as a municipal advisor and the opinions or views contained herein are not intended to be, and do not constitute, advice within the meaning of Section 975 of the Dodd-Frank Wall Street Reform and Consumer Protection Act.
Morgan Stanley produces an equity research product called a "Tactical Idea." Views contained in a "Tactical Idea" on a particular stock may be contrary to the recommendations or views expressed in research on the same stock. This may be the result of differing time horizons, methodologies, market events, or other factors. For all research available on a particular stock, please contact your sales representative or go to Matrix at http://www.morganstanley.com/matrix.
Morgan Stanley Research is provided to our clients through our proprietary research portal on Matrix and also distributed electronically by Morgan Stanley to clients. Certain, but not all, Morgan Stanley Research products are also made available to clients through third-party vendors or redistributed to clients through alternate electronic means as a convenience. For access to all available Morgan Stanley Research, please contact your sales representative or go to Matrix at http://www.morganstanley.com/matrix.
Any access and/or use of Morgan Stanley Research is subject to Morgan Stanley's Terms of Use (http://www.morganstanley.com/terms.html). By accessing and/or using Morgan Stanley Research, you are indicating that you have read and agree to be bound by our Terms of Use (http://www.morganstanley.com/terms.html). In addition you consent to Morgan Stanley processing your personal data and using cookies in accordance with our Privacy Policy and our Global Cookies Policy (http://www.morganstanley.com/privacy_pledge.html), including for the purposes of setting your preferences and to collect readership data so that we can deliver better and more personalized service and products to you. To find out more information about how Morgan Stanley processes personal data, how we use cookies and how to reject cookies see our Privacy Policy and our Global Cookies Policy (http://www.morganstanley.com/privacy_pledge.html).
If you do not agree to our Terms of Use and/or if you do not wish to provide your consent to Morgan Stanley processing your personal data or using cookies please do not access our research.
Morgan Stanley Research does not provide individually tailored investment advice. Morgan Stanley Research has been prepared without regard to the circumstances and objectives of those who receive it. Morgan Stanley recommends that investors independently evaluate particular investments and strategies, and encourages investors to seek the advice of a financial adviser. The appropriateness of an investment or strategy will depend on an investor's circumstances and objectives. The securities, instruments, or strategies discussed in Morgan Stanley Research may not be suitable for all investors, and certain investors may not be eligible to purchase or participate in some or all of them. Morgan Stanley Research is not an offer to buy or sell or the solicitation of an offer to buy or sell any security/instrument or to participate in any particular trading strategy. The value of and income from your investments may vary because of changes in interest rates, foreign exchange rates, default rates, prepayment rates, securities/instruments prices, market indexes, operational or

financial conditions of companies or other factors. There may be time limitations on the exercise of options or other rights in securities/instruments transactions. Past performance is not necessarily a guide to future performance. Estimates of future performance are based on assumptions that may not be realized. If provided, and unless otherwise stated, the closing price on the cover page is that of the primary exchange for the subject company's securities/instruments.

The fixed income research analysts, strategists or economists principally responsible for the preparation of Morgan Stanley Research have received compensation based upon various factors, including quality, accuracy and value of research, firm profitability or revenues (which include fixed income trading and capital markets profitability or revenues), client feedback and competitive factors. Fixed Income Research analysts', strategists' or economists' compensation is not linked to investment banking or capital markets transactions performed by Morgan Stanley or the profitability or revenues of particular trading desks.

The "Important Regulatory Disclosures on Subject Companies" section in Morgan Stanley Research lists all companies mentioned where Morgan Stanley owns 1% or more of a class of common equity securities of the companies. For all other companies mentioned in Morgan Stanley Research, Morgan Stanley may have an investment of less than 1% in securities/instruments or derivatives of securities/instruments of companies and may trade them in ways different from those discussed in Morgan Stanley Research. Employees of Morgan Stanley not involved in the preparation of Morgan Stanley Research may have investments in securities/instruments or derivatives of securities/instruments of companies mentioned and may trade them in ways different from those discussed in Morgan Stanley Research. Derivatives may be issued by Morgan Stanley or associated persons.

With the exception of information regarding Morgan Stanley, Morgan Stanley Research is based on public information. Morgan Stanley makes every effort to use reliable, comprehensive information, but we make no representation that it is accurate or complete. We have no obligation to tell you when opinions or information in Morgan Stanley Research change apart from when we intend to discontinue equity research coverage of a subject company. Facts and views presented in Morgan Stanley Research have not been reviewed by, and may not reflect information known to, professionals in other Morgan Stanley business areas, including investment banking personnel.

Morgan Stanley Research personnel may participate in company events such as site visits and are generally prohibited from accepting payment by the company of associated expenses unless pre-approved by authorized members of Research management.

Morgan Stanley may make investment decisions that are inconsistent with the recommendations or views in this report.

To our readers based in Taiwan or trading in Taiwan securities/instruments: Information on securities/instruments that trade in Taiwan is distributed by Morgan Stanley Taiwan Limited ("MSTL"). Such information is for your reference only. The reader should independently evaluate the investment risks and is solely responsible for their investment decisions. Morgan Stanley Research may not be distributed to the public media or quoted or used by the public media without the express written consent of Morgan Stanley. Any non-customer reader within the scope of Article 7-1 of the Taiwan Stock Exchange Recommendation Regulations accessing and/or receiving Morgan Stanley Research is not permitted to provide Morgan Stanley Research to any third party (including but not limited to related parties, affiliated companies and any other third parties) or engage in any activities regarding Morgan Stanley Research which may create or give the appearance of creating a conflict of interest. Information on securities/instruments that do not trade in Taiwan is for informational purposes only and is not to be construed as a recommendation or a solicitation to trade in such securities/instruments. MSTL may not execute transactions for clients in these securities/instruments.

Morgan Stanley is not incorporated under PRC law and the research in relation to this report is conducted outside the PRC. Morgan Stanley Research does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves. Neither this report nor any part of it is intended as, or shall constitute, provision of any consultancy or advisory service of securities investment as defined under PRC law. Such information is provided for your reference only.

Morgan Stanley Research is disseminated in Brazil by Morgan Stanley C.T.V.M. S.A. located at Av. Brigadeiro Faria Lima, 3600, 6th floor, São Paulo - SP, Brazil; and is regulated by the Comissão de Valores Mobiliários; in Mexico by Morgan Stanley México, Casa de Bolsa, S.A. de C.V which is regulated by Comision Nacional Bancaria y de Valores. Paseo de los Tamarindos 90, Torre 1, Col. Bosques de las Lomas Floor 29, 05120 Mexico City; in Japan by Morgan Stanley MUFG Securities Co., Ltd. and, for Commodities related research reports only, Morgan Stanley Capital Group Japan Co., Ltd; in Hong Kong by Morgan Stanley Asia Limited (which accepts responsibility for its contents) and by Morgan Stanley Asia International Limited, Hong Kong Branch; in Singapore by Morgan Stanley Asia (Singapore) Pte. (Registration number 199206298Z) and/or Morgan Stanley Asia (Singapore) Securities Pte Ltd (Registration number 200008434H), regulated by the Monetary Authority of Singapore (which accepts legal responsibility for its contents and should be contacted with respect to any matters arising from, or in connection with, Morgan Stanley Research) and by Morgan Stanley Asia International Limited, Singapore Branch (Registration number T11FC0207F); in Australia to "wholesale clients" within the meaning of the Australian Corporations Act by Morgan Stanley Australia Limited A.B.N. 67 003 734 576, holder of Australian financial services license No. 233742, which accepts responsibility for its contents; in Australia to "wholesale clients" and "retail clients" within the meaning of the Australian Corporations Act by Morgan Stanley Wealth Management Australia Pty Ltd (A.B.N. 19 009 145 555, holder of Australian financial services license No. 240813, which accepts responsibility for its contents; in Korea by Morgan Stanley & Co International plc, Seoul Branch; in India by Morgan Stanley India Company Private Limited; in Canada by Morgan Stanley Canada Limited, which has approved of and takes responsibility for its contents in Canada; in Germany and the European Economic Area where required by Morgan Stanley Europe S.E., authorised and regulated by Bundesanstalt fuer Finanzdienstleistungsaufsicht (BaFin) under the reference number 149169; in the US by Morgan Stanley & Co. LLC, which accepts responsibility for its contents. Morgan Stanley & Co. International plc, authorized by the Prudential Regulatory Authority and regulated by the Financial Conduct Authority and the Prudential Regulatory Authority, disseminates in the UK research that it has prepared, and approves solely for the purposes of section 21 of the Financial Services and Markets Act 2000, research which has been prepared by any of its affiliates. RMB Morgan Stanley Proprietary Limited is a member of the JSE Limited and A2X (Pty) Ltd. RMB Morgan Stanley Proprietary Limited is a joint venture owned equally by Morgan Stanley International Holdings Inc. and RMB Investment Advisory (Proprietary) Limited, which is wholly owned by FirstRand Limited. The information in Morgan Stanley Research is being disseminated by Morgan Stanley Saudi Arabia, regulated by the Capital Market Authority in the Kingdom of Saudi Arabia , and is directed at Sophisticated investors only.

The information in Morgan Stanley Research is being communicated by Morgan Stanley & Co. International plc (DIFC Branch), regulated by the Dubai Financial Services Authority (the DFSA), and is directed at Professional Clients only, as defined by the DFSA. The financial products or financial services to which this research relates will only be made available to a customer who we are satisfied meets the regulatory criteria to be a Professional Client.

The information in Morgan Stanley Research is being communicated by Morgan Stanley & Co. International plc (QFC Branch), regulated by the Qatar Financial Centre Regulatory Authority (the QFCRA), and is directed at business customers and market counterparties only and is not intended for Retail Customers as defined by the QFCRA.

As required by the Capital Markets Board of Turkey, investment information, comments and recommendations stated here, are not within the scope of investment advisory activity. Investment advisory service is provided exclusively to persons based on their risk and income preferences by the authorized firms. Comments and recommendations stated here are general in nature. These opinions may not fit to your financial status, risk and return preferences. For this reason, to make an investment decision by relying solely to this information stated here may not bring about outcomes that fit your expectations.

The trademarks and service marks contained in Morgan Stanley Research are the property of their respective owners. Third-party data providers make no warranties or representations relating to the accuracy, completeness, or timeliness of the data they provide and shall not have liability for any damages relating to such data. The Global Industry Classification Standard (GICS) was developed by and is the exclusive property of MSCI and S&P.

Morgan Stanley Research, or any portion thereof may not be reprinted, sold or redistributed without the written consent of Morgan Stanley.

Indicators and trackers referenced in Morgan Stanley Research may not be used as, or treated as, a benchmark under Regulation EU 2016/1011, or any other similar framework.

The issuers and/or fixed income products recommended or discussed in certain fixed income research reports may not be continuously followed. Accordingly, investors should regard those fixed income research reports as providing stand-alone analysis and should not expect continuing analysis or additional reports relating to such issuers and/or individual fixed income products.

**INDUSTRY COVERAGE: Life Science Tools & Diagnostics**

| COMPANY (TICKER) | RATING (AS OF) | PRICE* (03/09/2022) |
|---|---|---|
| **Tejas Savant** | | |
| 10X Genomics Inc (TXG.O) | O (09/09/2020) | $70.48 |
| Abcam Plc (ABCM.O) | E (11/16/2020) | $16.25 |
| Adaptive Biotechnologies Corp. (ADPT.O) | E (09/09/2020) | $12.82 |
| Akoya Biosciences, Inc. (AKYA.O) | O (05/11/2021) | $10.64 |
| Avantor Inc (AVTR.N) | O (09/14/2020) | $33.86 |
| Berkeley Lights Inc. (BLI.O) | E (08/11/2020) | $6.31 |
| Biodesix Inc (BDSX.O) | E (11/16/2021) | $2.35 |
| Cue Health, Inc. (HLTH.O) | E (10/19/2021) | $8.93 |
| Cytek Biosciences Inc. (CTKB.O) | E (08/17/2021) | $13.03 |
| Guardant Health Inc. (GH.O) | O (09/09/2020) | $60.29 |
| Hologic, Inc. (HOLX.O) | E (04/29/2021) | $71.16 |
| Illumina Inc. (ILMN.O) | E (01/06/2022) | $324.71 |
| Invitae Corp (NVTA.N) | E (09/09/2020) | $8.72 |
| IsoPlexis Corp. (ISO.O) | O (11/02/2021) | $4.58 |
| Maravai LifeSciences (MRVI.O) | O (12/15/2020) | $37.34 |
| NanoString Technologies Inc (NSTG.O) | E (09/09/2020) | $35.09 |
| Natera Inc (NTRA.O) | O (09/28/2020) | $36.80 |
| Nautilus Biotechnology, Inc. (NAUT.O) | E (01/06/2022) | $3.89 |
| Neogenomics Inc (NEO.O) | E (11/05/2021) | $18.97 |
| Olink Holding AB (OLK.O) | E (04/19/2021) | $18.57 |
| Ortho Clinical Diagnostics Holdings plc (OCDX.O) | E (02/17/2022) | $17.56 |
| Pacific Biosciences of California, Inc. (PACB.O) | E (09/09/2020) | $11.23 |
| Personalis Inc (PSNL.O) | E (11/05/2021) | $9.84 |
| Rapid Micro Biosystems Inc (RPID.O) | E (08/09/2021) | $6.77 |
| Seer Inc. (SEER.O) | E (12/29/2020) | $13.55 |
| Sophia Genetics SA (SOPH.O) | O (08/17/2021) | $10.90 |
| Thermo Fisher Scientific Inc. (TMO.N) | O (10/27/2021) | $541.70 |
| Veracyte Inc (VCYT.O) | U (09/09/2020) | $26.24 |

Stock Ratings are subject to change. Please see latest research for each company.
* Historical prices are not split adjusted.

© 2022 Morgan Stanley