**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| JOHN HARVEY SCHNEIDER, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>   v.<br><br>NATERA, INC., STEVE CHAPMAN, MICHAEL BROPHY, MATTHEW RABINOWITZ, and RAMESH HARIHARAN,<br><br>          Defendants. | Case No. 1:22-cv-00398-DAE |

**DECLARATION OF JOSHUA E. D'ANCONA IN SUPPORT OF**
**REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF PLAINTIFFS'**
**MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF**
**<u>CLASS REPRESENTATIVES AND CLASS COUNSEL</u>**

I, Joshua E. D'Ancona, hereby declare as follows:

1.      I am a partner at the law firm of Kessler, Topaz, Meltzer & Check, LLP, Court-appointed Lead Counsel for Lead Plaintiff British Airways Pension Trustees Limited in the above-captioned action. I am admitted to practice before this Court *pro hac vice.*

2.      I submit this declaration in support of the Reply Memorandum of Law in Further Support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel, and I have personal knowledge of or information bearing on the facts set forth herein.

3.      Attached are true and correct copies of the following exhibits:

Exhibit 1:    Expert Reply Report of Chad Coffman, CFA, dated October 4, 2024, along with its exhibits.

1

Exhibit 2:      Deposition transcript of Douglas J. Skinner, Ph.D.

Exhibit 3:      Document Bates-numbered NTRA_0074153

Exhibit 4:      Document Bates-numbered NTRA_0072821

Exhibit 5:      Document Bates-numbered NTRA_0000664

Exhibit 6:      Document Bates-numbered NTRA_0000617

Exhibit 7:      Document Bates numbered NTRA_0314541

Exhibit 8:      Document Bates-numbered SKINNER_0000444

Exhibit 9:      Document Bates-numbered NTRA_0000572

Exhibit 10:    Document Bates-numbered SKINNER_0000478

Exhibit 11:    Document Bates-numbered NTRA_0000620

Exhibit 12:    Document Bates-numbered JFWBK_00001541 (Produced with Redactions)

Executed on this 4th day of October, 2024 in Radnor, Pennsylvania.

Dated: October 4, 2024                          /s/ Joshua E. D'Ancona
                                                Joshua E. D'Ancona

2

## **CERTIFICATE OF SERVICE**

I certify a copy of the foregoing document was filed in accordance with the protocols for e-filing in the United States District Court for the Western District of Texas on October 4, 2024 and served on all counsel of record who have consented to electronic notification via ECF.

*/s/ Joshua E. D'Ancona*
Joshua E. D'Ancona