# EXHIBIT 3

**From**:        Paul Greenland [pgreenland@natera.com]
**Sent**:        3/23/2021 7:05:21 PM
**To**:          Matthew Rabinowitz [mrabinowitz@natera.com]
**CC**:          Michael Brophy [mbrophy@natera.com]
**Subject**:     Fwd: Media Request for Interview -- Please Respond ASAP

Hi Matt,
FYI only. If you get any outreach from the The Capitol Forum, example below. Please don't respond and forward the message to me. They are not a reputable organization.
Cheers,

Paul

Begin forwarded message:

**From:** Jeff Bliss <jbliss@thecapitolforum.com>
**Subject: Media Request for Interview -- Please Respond ASAP**
**Date:** March 23, 2021 at 9:35:15 AM PDT
**To:** "pr@natera.com" <pr@natera.com>

Paul,

I'm a reporter for The Capitol Forum, a news service that focuses on antitrust issues, who's contacting you about a Federal Trade Commission investigation into Illumina's proposed acquisition of Grail.

I've found out that there have been some significant developments in the investigation, and I'd like to talk to Matthew Rabinowitz or some other executive at Natera to get his take on what I'm hearing.

Developments are moving quickly, so if it's possible to talk to someone today, I'd be appreciative.

We can talk on background, meaning I won't use the name of the person or your company in my story -- if that makes you more comfortable.

Thanks, and I look forward to hearing from you,

Jeff Bliss
Senior Editor
202-215-8713

Confidential