# EXHIBIT 4

| | |
|---|---|
| **From**: | David Gonzalez [davgonzalez@natera.com] |
| **Sent**: | 3/9/2022 3:02:45 PM |
| **To**: | Brian Symmons [bsymmons@natera.com]; Chitra Kotwaliwale [ckotwaliwale@natera.com]; Ramesh Hariharan [rhariharan@natera.com]; Sheetal Parmar [sparmar@natera.com] |
| **Subject**: | Fwd: NTRA: Hindenburg Research Issues Negative Report; Our Points |
| **Attachments**: | 1646836700710_609319.jpg; NTRA_02_25_22_171888.pdf |

FYI

---------- Forwarded message ---------
From: **Bernie Tobin** <btobin@natera.com>
Date: Wed, Mar 9, 2022 at 6:47 AM
Subject: Fwd: NTRA: Hindenburg Research Issues Negative Report; Our Points
To: Adam Prewett <aprewett@natera.com>, David Gonzalez <davgonzalez@natera.com>, David Ross <dross@natera.com>, Gabrielle Heilek <gheilek@natera.com>, Hari Mahadevan <harimahadevan@gmail.com>, Michael Olymbios <molymbios@natera.com>, Patrick Miller <pmiller@natera.com>, Phil Gauthier <pgauthier@natera.com>, Sangeeta Bhorade <sbhorade@natera.com>, Sarah Elliott <selliott@natera.com>, Trudy McKanna <tmckanna@natera.com>, Zach Demko <zdemko@natera.com>

FYI….

---------- Forwarded message ---------
From: **Alex Nowak** <alex.nowak@craig-hallum.com>
Date: Wed, Mar 9, 2022 at 2:40 PM
Subject: NTRA: Hindenburg Research Issues Negative Report; Our Points
To: <btobin@natera.com>

**Natera, Inc. (NTRA - $43.60 intraday)**
**Buy rating, $117 price target**

Good morning,

- Hindenburg Research issued a negative report on NTRA. The report is available here: https://hindenburgresearch.com/natera/
- The report describes NTRA as using deceptive medical billing to generate its revenue. Specific claims:

-

  o    NTRA uses deceptive sales and billing practices for its non-invasive prenatal tests.
  o    The company has entered into a DOJ settlement in 2018 regarding medical billing practices.
  o    The company uses a non-profit entity called My Genome My Life to help with prior authorizations.
  o    NTRA bills both a trisomy 21 screen and microdeletion, and collects payment on both.
  o    All of these billing practices have been used to fuel sales growth, but also make the company very unprofitable. Hindenburg expects growth and prospects to rapidly fizzle.
- Our Points
  o    The report is largely a rehash of billing questions we have heard across the non-invasive prenatal space since NTRA's IPO in 2015. Many of the topics discussed are not new and widely known by those covering the sector.

Confidential

o          The only piece that was new news is the My Genome My Life entity which requires further research.

o          DOJ's settlement was already known and was related to microdeletions and the company was using improper codes prior to 2018. NTRA is now paid $0 on every microdeletion.

o          We struggle to understand Hindenburg's point that these deceptive billing practices have propped up NTRA's growth. The growth has instead been share gains yielding more volume and then ACOG's decision change on average risk testing that lead to UNH and Aetna covering average risk reimbursement in 2020. Plus the launch of Signatera cancer recurrence and Prospera transplant. This is what led to NTRA's growth.

o          As a clear example, Panorama's ASP has actually gone down since its IPO, as NTRA expands more within average risk women (which were not covered until 2020). The price increase in 2020 is due to this coverage. If NTRA was massively deceiving medical billing we would expect NTRA to grow sales from ASP, not from more volume.

|  | 2016A | 2017A | 2018A | 2019A | 2020A | 2021A |
|---|---|---|---|---|---|---|
| Panorama Tests Processed | 335,400 | 361,600 | 462,700 | 548,288 | 681,191 | 995,730 |
| ASP | $427 | $365 | $305 | $275 | $285 | $286 |
| Panorama Revenue | 143.1 | 132.0 | 141.0 | 151.0 | 194.5 | 284.5 |

o

•          Overall, Hindenburg's points appear to be rehashed and identical to questions we've heard on NTRA (and other labs big and small) since the IPO. The growth from NTRA recently has been from the introduction of average risk reimbursement/penetration and their expansion into Signatera cancer recurrence. Further, NTRA processed 1.6M tests in 2021 – making them one of the (if not the) largest specialty diagnostics lab. Their reimbursement practices are and will be scrutinized by every insurer and government agency at that volume level. We think much more evidence is needed to attest negative billing practices, particularly when the same concepts are rehashed and recirculated, and NTRA's growth is being fueled by very obvious drivers in the form of new guidelines supporting all women getting screened for prenatal tests. This will naturally benefit the lab with 50% market share (i.e. NTRA).

Call with any questions.

See the attached report for risks, disclosures and price target information.

Alex

**Alexander Nowak, CFA**
Senior Research Analyst | Healthcare

**Craig-Hallum Capital Group, LLC**
222 South 9th Street, Suite 350
Minneapolis, MN 55402

**D** +1 612 334-6347 | **M** +1 612 492-1289
**E** alex.nowak@craig-hallum.com

--
**Bernie Tobin**
**General Manager - Organ Health**
btobin@natera.com
(C) 650.309.7100
EA: Sarah Elliott selliott@natera.com

--

NTRA_0072822

David Gonzalez
Director, HR Business Partner

201 Industrial Road
San Carlos, CA 94070
davgonzalez@natera.com
(c) 415-794-2520
www.natera.com