# EXHIBIT 5

**PIPER | SANDLER**

# Natera, Inc. (NTRA) — Overweight
## NTRA: Trading Below Signatera Value in Intraday

## CONCLUSION

Natera has been trading down >40% in intraday trading since yesterday's close, following the release of a short report by Hindenburg Research. We view the report as highlighting multiple previously reported issues that the company has dealt with, some of which (such as the NYT article on micro-deletions) we consider non-issues for the company and more likely misunderstandings on the part of the writers. Other issues brought up, such as the company's relationship with "MGML," are more novel, but with an unknown degree of seriousness. Overall, we view the decline as bringing the stock's value below our view of what we think the company's MRD offering is worth. We reiterate OW.

- **Thesis**: We think Natera's lead in minimal residual disease (MRD) will parallel Foundation Medicine's (now part of Roche) lead in comprehensive genomic profiling, and that Natera will be able to achieve longer-term market share over 50% in a total addressable market that we estimate at $15B. Many investors might think they already missed the stock, but we think Natera's next four years will be even better than the previous from a revenue perspective, with gross margins likely to grow.

- **Our take**: The massive decrease in stock price during the day has, in our view, likely brought the value of the stock (at today's lows) below the value of its Signatera (minimal residual disease [MRD]) test. On a 2024 basis, we estimate Signatera as having ~$550M in revenue, and at a 4x multiple (the median of the company's comps), and accounting for net cash, this results in a value of ~$29 per share (which is above where the company has traded at its lows today). In our view, this would imply no value in the non MRD business (reproductive medicine, BRCA, transplant and other business), and which is likely in our view an overreaction.

## COMPANY DESCRIPTION
Natera is a leader in NIPT and develops several diagnostic tests, including Signatera.

**PRICE: US$54.75**
**TARGET: US$80.00**
Our price target of ~$80 is based on a ~6x 2024E EV/Rev multiple, which is inline with the peer median, with net cash of $585M and 94.8M shares outstanding

**David Westenberg**
Sr. Research Analyst, Piper Sandler & Co.
727 281-6589, david.westenberg@psc.com

## RISKS TO ACHIEVEMENT OF PT & RECOMMENDATION
Competition, reimbursement, new product adoption and regulation.

**Price Performance - 1 Year**



*Source: Bloomberg*

Piper Sandler does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decisions. This report should be read in conjunction with important disclosure information, including an attestation under Regulation Analyst Certification, found on pages 2 - 3 of this report or at the following site: http://www.pipersandler.com/researchdisclosures.

NTRA_0000664

## IMPORTANT RESEARCH DISCLOSURES



Created by: BlueMatrix

Notes: The boxes on the Rating and Price Target History chart above indicate the date of the fundamental Equity Research Note, the rating and the price target. Each box represents a date on which an analyst made a change to a rating or price target, except for the first box, which may only represent the first Note written during the past three years.

Legend:
I: Initiating Coverage
R: Resuming Coverage
T: Transferring Coverage
D: Discontinuing Coverage
S: Suspending Coverage
OW: Overweight
N: Neutral
UW: Underweight
NA: Not Available
UR: Under Review

| Distribution of Ratings/IB Services Piper Sandler | | | | |
|---|---|---|---|---|
| | | | IB Serv./Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
| BUY [OW] | 684 | 67.92 | 297 | 43.42 |
| HOLD [N] | 318 | 31.58 | 64 | 20.13 |
| SELL [UW] | 5 | 0.50 | 0 | 0.00 |

Note: Distribution of Ratings/IB Services shows the number of companies currently covered by fundamental equity research in each rating category from which Piper Sandler and its affiliates received compensation for investment banking services within the past 12 months. FINRA rules require disclosure of which ratings most closely correspond with "buy," "hold," and "sell" recommendations. Piper Sandler ratings are not the equivalent of buy, hold or sell, but instead represent recommended relative weightings. Nevertheless, Overweight corresponds most closely with buy, Neutral with hold and Underweight with sell. See Stock Rating definitions below.

### Analyst Certification

The analyst David Westenberg, primarily responsible for the preparation of this research report, attests to the following:

The views expressed in this report accurately reflect my personal views about the subject company and the subject security. In addition, no part of my compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this report.

Piper Sandler research analysts receive compensation that is based, in part, on overall firm revenues, which include investment banking revenues.

Time of dissemination: 9 March 2022 13:03EST.

---

NTRA_0000665

## Research Disclosures

Piper Sandler was a registered market maker in the securities of Natera, Inc. at the time this research report was published.

Affiliate disclosures: Piper Sandler is the trade name and registered trademark under which the corporate and investment banking products and services of Piper Sandler Companies and its subsidiaries Piper Sandler & Co. and Piper Sandler Ltd. are marketed. This report has been prepared by Piper Sandler & Co. and/or its affiliate Piper Sandler Ltd. Piper Sandler & Co. is regulated by FINRA, NYSE and the United States Securities and Exchange Commission, and its headquarters are located at 800 Nicollet Mall, Minneapolis, MN 55402. Piper Sandler Ltd. is authorised and regulated by the Financial Conduct Authority, and is located at 88 Wood Street, 13th Floor, London EC2V 7RS. Disclosures in this section and in the Other Important Information section referencing Piper Sandler include all affiliated entities unless otherwise specified.

## Rating Definitions

Stock Ratings: Piper Sandler fundamental research ratings are indicators of expected total return (price appreciation plus dividend) within the next 12 months. At times analysts may specify a different investment horizon or may include additional investment time horizons for specific stocks. Stock performance is measured relative to the group of stocks covered by each analyst. Lists of the stocks covered by each are available at www.pipersandler.com/researchdisclosures. Stock ratings and/or stock coverage may be suspended from time to time in the event that there is no active analyst opinion or analyst coverage, but the opinion or coverage is expected to resume. Research reports and ratings should not be relied upon as individual investment advice. As always, an investor's decision to buy or sell a security must depend on individual circumstances, including existing holdings, time horizons and risk tolerance. Piper Sandler sales and trading personnel may provide written or oral commentary, trade ideas, or other information about a particular stock to clients or internal trading desks reflecting different opinions than those expressed by the research analyst. In addition, Piper Sandler offers technical research products that are based on different methodologies, may contradict the opinions contained in fundamental research reports, and could impact the price of the subject security. Recommendations based on technical analysis are intended for the professional trader, while fundamental opinions are typically suited for the longer-term institutional investor.

**Overweight (OW):** Anticipated to outperform relative to the median of the group of stocks covered by the analyst.

**Neutral (N):** Anticipated to perform in line relative to the median of the group of stocks covered by the analyst.

**Underweight (UW):** Anticipated to underperform relative to the median of the group of stocks covered by the analyst.

## Other Important Information

The material regarding the subject company is based on data obtained from sources we deem to be reliable; it is not guaranteed as to accuracy and does not purport to be complete. This report is solely for informational purposes and is not intended to be used as the primary basis of investment decisions. Piper Sandler has not assessed the suitability of the subject company for any person. Because of individual client requirements, it is not, and it should not be construed as, advice designed to meet the particular investment needs of any investor. This report is not an offer or the solicitation of an offer to sell or buy any security. Unless otherwise noted, the price of a security mentioned in this report is the most recently available closing market price. Piper Sandler does not maintain a predetermined schedule for publication of research and will not necessarily update this report. Piper Sandler policy generally prohibits research analysts from sending draft research reports to subject companies; however, it should be presumed that the fundamental equity analyst(s) who authored this report has had discussions with the subject company to ensure factual accuracy prior to publication, and has had assistance from the company in conducting diligence, including visits to company sites and meetings with company management and other representatives.Notice to customers: This material is not directed to, or intended for distribution to or use by, any person or entity if Piper Sandler is prohibited or restricted by any legislation or regulation in any jurisdiction from making it available to such person or entity. Customers in any of the jurisdictions where Piper Sandler and its affiliates do business who wish to effect a transaction in the securities discussed in this report should contact their local Piper Sandler representative, or as otherwise noted below. Canada: Piper Sandler & Co. is not registered as a dealer in Canada and relies on the "international dealer exemption" set forth in National Instrument 31-103 – Registration Requirements, Exemptions and Ongoing Registrant Obligations of the Canadian Securities Administrators. This research report has not been prepared in accordance with the disclosure requirements of Dealer Member Rule 3400 – Research Restrictions and Disclosure Requirements of the Investment Industry Regulatory Organization of Canada. Europe: This material is for the use of intended recipients only and only for distribution to professional and institutional investors, i.e. persons who are authorised persons or exempted persons within the meaning of the Financial Services and Markets Act 2000 of the United Kingdom, or persons who have been categorised by Piper Sandler Ltd. as professional clients under the rules of the Financial Conduct Authority. United States: This report is distributed in the United States by Piper Sandler & Co., member SIPC, FINRA and NYSE, Inc., which accepts responsibility for its contents. The securities described in this report may not have been registered under the U.S. Securities Act of 1933 and, in such case, may not be offered or sold in the United States or to U.S. persons unless they have been so registered, or an exemption from the registration requirements is available.This report is produced for the use of Piper Sandler customers and may not be reproduced, re-distributed or passed to any other person or published in whole or in part for any purpose without the prior consent of Piper Sandler & Co. Additional information is available upon request. Copyright 2022 Piper Sandler. All rights reserved.

NTRA_0000666