# EXHIBIT 7

**From:**       Paul Billings [prbillings@earthlink.net]
**Sent:**       3/11/2022 4:19:12 PM
**To:**         mbrophy@natera.com; Steve Chapman [schapman@natera.com]; PaulNatera [paulbillings@natera.com]
**Subject:**    Meecham Report
**Attachments:** Nephron Report.pdf


Attached.  In case you hadnt seen it.

As for CDNA and DE, it is a s..t show and I have very mixed feelings about our lawyering.  I know it is
expensive but is it good?  Maag and Sham came off as slimey.  Melancon as an idiot.  But the distinction
between science and marketing and fair competiton versus BS might be lost on jury.  They decide on
damages at least about ours.  I dont think it will be bad except the PR component if we are not fully
exonerated.


Thanks!
Paul

5106312842 (m)
prbillings@earthlink.net

Confidential                                                                                      NTRA_0314541



MARCH 9, 2022

**Life Science Tools & Diagnostics**

**Jack Meehan, CFA**
646-214-0299
jack@nephronresearch.com

Life Science Tools & Diagnostics
# Brief Thoughts on Usage of Third Party Prior Authorization by the Labs

We received a number of questions on Wednesday related to a short report from Hindenburg Research on Natera. The allegations in the report focus on Natera's alleged billing and coding practices, including usage of a non-profit firm My Genome My Life (MGML) for prior authorization services. **Payors have historically utilized prior authorization as a means to ensure the appropriate usage of high-cost services, such as genetic testing**. Payors require that specific documentation be submitted in advance of a testing in order to earn reimbursement.

**The short report focused on the alleged relationship between Natera and MGML**. According to the report, MGML's founder has a "close personal relationship with Natera's former VP of Sales at the time MGML was created," and critiques included that MGML would submit "information to insurance companies under practitioners' login credentials." **Natera published a response in the afternoon**. The company stated that, "There are many companies, both private and not-for-profit, that provide prior authorization services to both physician offices and clinical laboratories to ensure patients get access to needed testing. MGML is one of these companies which is neither owned, operated nor controlled by Natera." **Natera is hosting a conference call at 7am ET on Thursday to discuss the report**. We look forward to hearing the company's response.

**For our coverage, usage of third-party companies for prior authorization services is a common industry practice**. We circled up with several companies we cover as well as industry experts to get their thoughts on the topic. **Other labs in our coverage work with third parties to help with prior authorization**. Companies have their own prior authorization teams in house, though some payor contracts require that the lab itself not perform the prior authorization. In these circumstances, third parties perform the administrative work and receive a flat fee per transaction. Companies noted that they are fully transparent with payors around these arrangements, which again, the payors require. **Examples of commonly used firms include XIFIN, Glidian and CMT Solutions (Cover My Test)**. We believe there is an important nuance around whether the firm providing prior authorizations is a true third party, versus has relationships with the company (as alleged by Hindenburg in the case of Natera/MGML).

**More broadly, we think the report highlights the high levels of scrutiny that the lab industry has historically faced related to billing practices**. Coincidentally, the report was published on the same day that ACLA hosted its 2022 annual meeting. The report clearly had an impact on Natera's stock which finished the day down -33% (and at bottomed out at down -52%), vs the S&P 500 up 2.6%. **Given the high profile of the report and the seriousness in which the industry is taking the allegations, we wouldn't be surprised if the topic remains an area of focus for some time for our coverage**.

Please see important disclosures at the end of this report.

This report is intended for pbillings@biologicaldynamics.com. Unauthorized distribution prohibited.

NTRA_0314542

This report is intended for pbillings@biologicaldynamics.com. Unauthorized distribution prohibited.

**Important Disclosures, Disclaimers and Limitations of Liability**

Certification. The views expressed herein reflect the personal views of the research analyst(s) on the subject securities or issuers referred to. No part of any Nephron Research LLC ("Nephron") research analyst's compensation is or will be directly or indirectly related to the specific recommendations or views expressed.

This publication has been reviewed by Nephron in order to verify compliance with Nephron's internal policies on timeliness, against insider trading, disclosures regarding ratings systems, conflicts, and disciplinary matters. Nephron Research has received compensation for consultative services in the past 12 months from the following issuers or related entities: Privia Health Group, Inc. (PRVA), Cano Health, Inc. (CANO), Bright Health, Inc. (BHG), CareMax, Inc. (CMAX), Sharecare, Inc. (SHCR), Airsculpt Technologies, Inc. (AIRS), P3 Health Partners, Inc. (PIII), Pear Therapeutics (PEAR).

The materials provided by Nephron include investment research from an individual that is also a registered representative of an unaffiliated broker-dealer. To mitigate any potential conflicts of interest, the individual adheres to the policies and protocols of both Nephron and the broker-dealer as well as applicable restrictions published and provided by the company.

No Advice or Solicitation. Nephron is an independent research provider and is not a member of the FINRA or the SIPC and is not a registered broker-dealer or investment adviser. The reader acknowledges the following: (1) you are capable of making your own investment decisions and are not doing so in reliance of the content provided in this document; (2) neither Nephron or any individual author of this material is recommending or selling any securities to you; and (3) the content contained herein has not been tailored to any person's specific investment objectives and is not intended or provided as investment advice.

The information contained herein is not intended to be an inducement, invitation or commitment to purchase, provide or sell any securities, or to provide any recommendations on which individuals should rely for financial, securities, investment or other advice or to make any decision. Information herein is for informational purposes only and should not be construed by a potential subscriber as a solicitation to effect or attempt to effect transactions in securities, or the rendering of personalized investment advice for compensation. Nephron will not render specific investment advice to any individual or company and the content contained herein has not been tailored to the individual financial circumstances or objectives of any recipient. The securities and issuers discussed herein may not be suitable for the reader.

Nephron recommends that readers independently evaluate each issuer, security or instrument discussed herein and consult any independent advisors they believe necessary prior to making any investment decisions. Investment decisions should be made as part of an overall portfolio strategy and you should consult with professional financial, legal and tax advisors prior to making any investment decision.

For Informational Purposes Only. This publication is provided for information purposes only, is not comprehensive and has not been prepared for any other purpose. All information contained herein is provided "as is" for use at your own risk. The views and information in this publication are those of the author(s) and are subject to change without notice. Nephron has no obligation and assumes no responsibility to update its opinions or information in this publication. The information contained in this publication whether charts, articles, or any other statement or statements regarding market, stocks or other financial information has been obtained from sources that Nephron believes to be reliable, however Nephron does not represent, warrant or guarantee that it is accurate, complete or timely. Nothing herein should be interpreted to state or imply that past results are an indication of future performance.

Rating System. Nephron uses an absolute rating system which rates the stocks of issuers as Buy, Sell, or Hold (see definitions below) backed by a 12 Month price target. Each analyst has a single price target on the stocks that they cover. The price target represents that analyst's expectation of where the stock will trade in the next 12 months. Upside/downside scenarios, where provided, represent identified potential upside/potential downside to each analyst's price target over the same 12-month period. Buy - Current stock price generally represents upside to our 12-month price target of 20%+. Sell - Current stock price generally represents downside to our 12-month price target of 20%+. Hold - Current stock generally represents limited opportunities on both the long and short side over 12-month period.

The entire contents of this publication should be carefully read, including the definitions of all ratings. No inferences of its contents should be drawn from the ratings alone.

Disclaimer Regarding Forward Looking Statements. The information herein may include forward looking statements which are based on our current opinions, expectations and projections. All ratings and price targets are subject to the realization of the assumptions on which analyst(s) based their views. The assumptions are subject to significant uncertainties and contingencies which may change materially in response to small changes in one or more of the assumptions. No representation or warranty is made as to the reasonableness of the assumptions that contributed to the rating or target price or as to any other financial information contained herein. Nephron undertakes no obligation to update or revise any forward looking statements. Actual results could differ materially from those anticipated in any forward looking statements. Nothing herein should be interpreted to state or imply that past results or events are an indication of future performance.

IRS Circular 230 Prepared Materials Disclaimer. Nephron does not provide tax advice and nothing contained herein should be construed to be tax advice. Please be advised that any discussion of U.S. tax matters contained herein (including any attachments) (i) is not intended or written to be used, and cannot be used, by you for the purpose of avoiding U.S. tax-related obligations or penalties; and (ii) was written to support the promotion or marketing of the transactions or other matters addressed herein. Accordingly, you should seek advice based on your particular circumstances from an independent tax advisor.

No Warranties. Nephron disclaims to the fullest extent permitted by law any warranties and representations of any kind, whether express or implied, including, without limitation, warranties of merchantability or fitness, for any purpose and accuracy or for any other warranty which may otherwise be applicable or created by operation of law, custom, trade usage or course of dealings. Nephron makes no representation that (i) the content will meet your requirements, (ii) the content will be uninterrupted, timely, secure, or error free, or (iii) the information that may be obtained from the use of the content (including any information and materials herein) will be compliant, correct, complete, accurate or reliable. THERE ARE NO WARRANTIES EXPRESSED OR IMPLIED, AS TO ACCURACY, COMPLETENESS, OR RESULTS OBTAINED FROM ANY INFORMATION.

Disclaimer of Liability. We shall not accept any liability with respect to the accuracy or completeness of any information herein, or omitted to be included herein, or any information provided, or omitted to be provided, by any third party. We shall not be liable for any errors or inaccuracies, regardless of cause, or the lack of timeliness, or for any delay, error or interruption in the transmission thereof to the user. TO THE FULLEST EXTENT PERMITTED BY LAW IN YOUR JURISDICTION, IN NO EVENT SHALL NEPHRON BE LIABLE FOR ANY DIRECT, INDIRECT, CONSEQUENTIAL PUNITIVE, SPECIAL OR INCIDENTAL OR OTHER DAMAGES ARISING OUT OF THE CONTENT.

Reproduction and Distribution Strictly Prohibited. © Copyright Nephron Research LLC. No part of this publication or its contents may be downloaded, stored in a retrieval system, further transmitted, or otherwise reproduced or redistributed in any manner without the prior written permission of Nephron. The contents herein are directed at, and produced for the exclusive use of Nephron clients and intended recipients. No license is granted to Nephron clients and/ or the intended recipient Nephron will not treat unauthorized recipients of this publication as its clients.

Please see important disclosures at the end of this report.