# EXHIBIT 8

# NATERA, INC.
(NASDAQ: NTRA)



## OUTPERFORM

Life Science Tools and Diagnostics

## Mgmt Feedback Addresses Key Questions Arising from the Short Seller Report

March 9, 2022

- **Bottom Line: NTRA shares closed down ~33% today following a short seller report that criticized NTRA's prior authorizations and billing practices for its core NIPT test (Panorama). We spoke with NTRA mgmt after market close today and view their comments as addressing a number of concerns highlighted in the report. Mgmt is also hosting a call in the morning (7AM on 3/10) to cover these topics, and we expect further details to emerge from the call as well. Though we believe questions will remain, we see NTRA mgmt confidently addressing that: (1)** Signatera volumes are unrelated and unlikely to see any impact; **(2)** NTRA did not "double-bill" the payers and the patients for any code; **(3)** the short report incorrectly portrayed third parties which are utilized industry wide; and **(4)** lack of any financial transaction or incentives between the ordering physicians and NTRA remains in place with strong compliance. Still, we believe investors are likely to focus on: **(1)** potential impact to NIPT volumes arising from any future changes in prior-auth practices?, **(2)** potential for elevated compliance within NTRA that could impact the strong Signatera ramp?, and **(3)** any litigation risk that may arise? Mgmt remains clear that the short seller is currently under criminal investigation by DOJ for illegal trading practices and that NTRA remains a mature compliant program with respect to prior-auths and billing practices.

- **Mgmt strongly disagrees with claims of "double billing" the patient and the payer.** Mgmt was clear that they are absolutely not billing both the insurers and patients on the same code. The patient is responsible for the copay and have to meet their deductible (per their insurance) and denies any practice of billing insurance and trying to subsequently receive patient pay for the same code. According to the mgmt, the company has an obligation to bill the patient for unpaid amount (within the patient's deductible limit) to fulfill the payers requirements. Though both the insurer and the patient are billed, they are no "double billing" practices at NTRA.

- **Third parties are utilized throughout the diagnostics industry and incorrectly portrayed in the short seller report.** NTRA clarified that third parties providing prior authorizations for clinicians as a service (including **MGML, CMT Solutions,** and others) are utilized industry-wide across diagnostics. A prior authorization includes data such

### Key Stats

| S&P 500 Health Care Index: | 1,512.29 |
| --- | --- |
| Price: | **$36.80** |
| 52 Week High: | $129.09 |
| 52 Week Low: | $26.10 |
| Shares Outstanding (mil): | 94.8 |
| Market Capitalization (mil): | $3,488.6 |

Reason for report:
**FLASH NOTE**

**Puneet Souda**
(212) 277-6091
puneet.souda@svbleerink.com

**Chad Wiatrowski**
(212) 277-6061
chad.wiatrowski@svbleerink.com

**Michael Almisry**
(212) 277-6048
michael.almisry@svbleerink.com

*Source: Company Information and SVB Leerink LLC Research.*
*Revenue in $M. GAAP EPS presented.*

Please refer to page 3 for Important Disclosures, Price Charts and Analyst Certification.

SKINNER_0000444

**NATERA, INC.**

March 9, 2022



as: 1) codes performed, 2) diseases screened for, and 3) data from the patient's chart that is relevant. Prior authorization requirements are actually decided by the payer, and the clinician offices have the ultimate say in whether to use a third party. The short report associates the submission of prior authorization as an activity that only the ordering clinician or the clinic can perform, but NTRA mgmt clarified that both the labs and third parties can submit these prior-auths beyond the clinic or physician office. The process is burdensome and thus requires 3rd parties for the workflow - which is considered an industry norm according to NTRA. We also spoke with other Dx mgmt teams that clarified that payers usually decide whether they will accept a lab or 3rd party to submit prior-auths but physician practices still have significant leeway.

- **NTRA does not own, operate or control MGML but provides support for third parties that provide services and for disease advocacy organizations**. NTRA mgmt clarified that the company does not own, operate or control MGML but does support MGML for its 3rd-party services. These third parties are both for-profit and sometimes non-profit or disease/patient advocacy organizations. Mgmt clarified that there is no financial incentive associated with this activity and no economics to the physician or patient in the form of kickbacks or co-pays. This is solely to support efforts of these patient advocacy groups. Physicians often find the prior authorization process burdensome, and they value 3rd-party services greatly. Another example of this is providing support to the **22q Foundation** (also a non-profit) to drive awareness and advocacy for rare disease disorders such as DiGeorge syndrome.

- **Signatera unaffected, remains most important LT growth driver.** The short seller report focused on NTRA's NIPT business including Panorama and microdeletions which management sees as not having any impact on Signatera. We continue to view Signatera's data profile positively and expect further outperformance in the underpenetrated $15B+ MRD market (company estimate), most recently demonstrated by the disclosure of strong FY21 volumes ahead of the Street. Signatera is the early leader with data in-hand for CRC, breast, lung, bladder, and most recently pancreatic, rectal, and anal SCC cancers. Biopharma demand (100+ clinical trials) is expected to result in a bolus of 15+ peer-reviewed publications coming in 2022-23 with many catalysts ahead as they look to expand indications by utilizing a now finalized-LCD in MRD.

- **NTRA will be hosting an Analyst Call at 7:00am ET on Thursday, 3/10: Live WebCast URL**

SKINNER_0000445

**NATERA, INC.**

March 9, 2022



## Disclosures Appendix

Completion: March 9, 2022 22:54 P.M. EDT.
Distribution: March 9, 2022 22:54 P.M. EDT.

## Analyst Certification

I, Puneet Souda, certify that the views expressed in this report accurately reflect my views and that no part of my compensation was, is, or will be directly related to the specific recommendation or views contained in this report.



OP = Outperform MP = Market Perform UP = Underperform D = Drop Coverage I = Initiate SC = Suspended Coverage

**Created by: BlueMatrix**

## Valuation

We rate shares of NTRA Outperform with a $130 price target. Given the different market stages of their three end markets, we believe sum of the parts is an appropriate valuation methodology. For the more mature reproductive health business, we use a 3x EV/sales (2023E) multiple to reach a segment enterprise value. This is a premium to competitor MYGN, trading at 2.5x, and a discount to NVTA, trading at 2.9x; NVTA, however, has an emerging oncology diagnostics presence. We value both the oncology and transplant diagnostics end markets on individual DCFs given the early stages of commercialization in rapid growth markets. Our WACC in both the oncology and transplant end markets is ~7.3%. However, based on our EV calculations, we assign NTRA an 11x EV/2023E sales multiple, which is ahead of its peers including NVTA but slightly behind GH's 11.2x multiple. Longer term, we expect the larger oncology diagnostics market to remain as a driver of value for NTRA shares.

## Risks to Valuation

Primary risks to our NTRA price target include:

1. Natera is most levered to two products: Panorama and Horizon Carrier Screening tests, both situated in the reproductive health/testing market. Any disruption to the industry, which could come via government regulation, reimbursement decision, significant technological advancement by other companies and more, could change the growth trajectory of the industry, and Natera.

3

SKINNER_0000446

**NATERA, INC.**

March 9, 2022



2. As a growth company, Natera continues to operate at a loss. These losses are expected to occur for the foreseeable future and may require the company to issue additional shares in order to raise capital, diluting current shareholder positions.

3. New test development uncertainty. As Natera is pursuing a relatively new technology in cell free DNA analysis, the ultimate shape of both the oncology and transplant rejection markets remains to be seen, offering risk in their long-term growth trajectory.

4. Natera operates in a competitive environment. The molecular diagnostics field is characterized by rapid technological changes, new product introductions, reimbursement challenges, competition, IP, price competition, aggressive marketing and commercialization tactics and evolving industry standards. Failure to keep up with changes in the industry could erode Natera's market share and significantly impact their long-term growth potential.

5. Commercial relationships. Natera has established commercial relationships with companies that could ultimately become competitors, especially ILMN. Natera has a contract with ILMN for sequencing and reagents; however, ILMN also owns competitor Verinata, which could potentially create a conflict of interest as the market grows. Furthermore, Natera has licensing agreements set up for OUS commercialization, including an agreement with BGI, which could ultimately become a competitive threat in China longer term.

6. COVID-19 outbreak. We recognize the potential impact on the diagnostics market as a result of the ongoing COVID-19 pandemic. Should the outbreak extend beyond current expectations, it would likely be a headwind for diagnostic companies as a result of fewer patient visits and clinical trials.

**4**

SKINNER_0000447

**NATERA, INC.**

March 9, 2022



| Distribution of Ratings/Investment Banking Services (IB) as of 12/31/21 | | | | |
| | | | IB Serv./Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
|---|---|---|---|---|
| BUY [OP] | 218 | 75.2 | 107 | 49.1 |
| HOLD [MP] | 69 | 23.8 | 5 | 7.2 |
| SELL [UP] | 3 | 1.0 | 0 | 0.0 |

## Explanation of Ratings

<u>Outperform (Buy):</u> We expect this stock to outperform its benchmark over the next 12 months.

<u>Market Perform (Hold/Neutral):</u> We expect this stock to perform in line with its benchmark over the next 12 months.

<u>Underperform (Sell):</u> We expect this stock to underperform its benchmark over the next 12 months.

The degree of outperformance or underperformance required to warrant an Outperform or an Underperform rating should be commensurate with the risk profile of the company.

For the purposes of these definitions the relevant benchmark will be the S&P 600® Health Care Index for issuers with a market capitalization of less than $2 billion and the S&P 500® Health Care Index for issuers with a market capitalization over $2 billion.

5

SKINNER_0000448

**NATERA, INC.**

March 9, 2022



## Important Disclosures

This information (including, but not limited to, prices, quotes and statistics) has been obtained from sources that we believe reliable, but we do not represent that it is accurate or complete and it should not be relied upon as such. All information is subject to change without notice. The information is intended for Institutional Use Only and is not an offer to sell or a solicitation to buy any product to which this information relates. SVB Securities LLC ("Firm"), its officers, directors, employees, proprietary accounts and affiliates may have a position, long or short, in the securities referred to in this report, and/or other related securities, and from time to time may increase or decrease the position or express a view that is contrary to that contained in this report. The Firm's research analysts, salespeople, traders and other professionals may provide oral or written market commentary or trading strategies that are contrary to opinions expressed in this report. The Firm's asset management group and proprietary accounts may make investment decisions that are inconsistent with the opinions expressed in this document. The past performance of securities does not guarantee or predict future performance. Transaction strategies described herein may not be suitable for all investors. This document may not be reproduced or circulated without SVB Leerink's written authority. Additional information is available upon request by contacting the Editorial Department, SVB Securities LLC, 53 State Street, 40th Floor, Boston, MA 02109. Like all Firm employees, research analysts receive compensation that is impacted by, among other factors, overall firm profitability, which includes revenues from, among other business units, Institutional Equities, Research, and Investment Banking. Research analysts, however, are not compensated for a specific investment banking services transaction. To the extent SVB Leerink research reports are referenced in this material, they are either attached hereto or information about these companies, including prices, rating, market making status, price charts, compensation disclosures, Analyst Certifications, etc. is available on https://svbleerink.bluematrix.com/bluematrix/Disclosure2. SVB Leerink MEDACorp LLC ("MEDACorp"), an affiliate of SVB Securities LLC, is a global network of independent healthcare professionals (Key Opinion Leaders and consultants) providing industry and market insights to the firm and its clients.

In the past 12 months, SVB Securities LLC has received compensation for providing investment banking services to Natera, Inc.

SVB Securities LLC makes a market in Natera, Inc.

SVB Securities LLC has acted as a manager for a public offering of Natera, Inc. in the past 12 months.

This document may not be reproduced or circulated without our written authority.

© 2022 SVB Securities LLC. All Rights Reserved. Member FINRA/SIPC. SVB Securities LLC dba SVB Leerink. SVB Securities LLC is a member of SVB Financial Group.

6

SKINNER_0000449

# EQUITY RESEARCH TEAM

# SVBLEERINK

## RESEARCH MANAGEMENT

**Jim Kelly**
Director of Equity Research
(212) 277-6096
jim.kelly@svbleerink.com

**Julia Belladonna**
Associate Director of Research
(212) 404-4524
julia.belladonna@svbleerink.com

## TARGETED ONCOLOGY

**Andrew Berens, M.D.**
(212) 277-6108
andrew.berens@svbleerink.com

**Christopher Liu, Pharm.D.**
(212) 277-6192
christopher.liu@svbleerink.com

Lili Nsongo, Ph.D.
(212) 277-6229
lili.nsongo@svbleerink.com

Ken Shields
(212) 277-6190
ken.shields@svbleerink.com

## IMMUNO-ONCOLOGY

**Daina M. Graybosch, Ph.D.**
(212) 277-6128
daina.graybosch@svbleerink.com

Dilip Joseph
(212) 277-6148
dilip.joseph@svbleerink.com

Jeffrey La Rosa
(212) 277-6103
jeffrey.larosa@svbleerink.com

## EMERGING ONCOLOGY

**Jonathan Chang, Ph.D., CFA**
(617) 918-4015
jonathan.chang@svbleerink.com

Faisal A. Khurshid
(617) 918-4025
faisal.khurshid@svbleerink.com

## GENETIC MEDICINE

**Mani Foroohar, M.D.**
(212) 277-6089
mani.foroohar@svbleerink.com

**Rick Bienkowski, Ph.D.**
(212) 277-6109
rick.bienkowski@svbleerink.com

Greco Song, Ph.D.
(212) 277-6221
greco.song@svbleerink.com

## IMMUNOLOGY & METABOLISM

**Thomas J. Smith**
(212) 277-6069
thomas.smith@svbleerink.com

Nat Charoensook, Ph.D., CFA
(212) 277-6264
nat.charoensook@svbleerink.com

Michael D. Jones, Ph.D.
(212) 277-6185
michael.jones@svbleerink.com

Mike Kratky, CFA
(212) 277-6111
mike.kratky@svbleerink.com

## NEUROSCIENCE

**Marc Goodman**
(212) 277-6137
marc.goodman@svbleerink.com

Rudy Li, Ph.D.
(212) 277-6127
rudy.li@svbleerink.com

Madhu Yennawar, Ph.D.
(212) 277-6220
madhu.yennawar@svbleerink.com

## RARE DISEASE

**Joseph P. Schwartz**
(617) 918-4575
joseph.schwartz@svbleerink.com

Beth Feindt-Scott
(212) 277-6189
elizabeth.feindtscott@svbleerink.com

Joori Park, Ph.D.
(617) 918-4098
joori.park@svbleerink.com

Will Soghikian
(617) 918-4552
will.soghikian@svbleerink.com

## INFECTIOUS DISEASE, ENDOCRINE & CARDIOVASCULAR DISORDERS

**Roanna Ruiz, Ph.D.**
(212) 277-6144
roanna.ruiz@svbleerink.com

## LIFE SCIENCE TOOLS & DIAGNOSTICS

**Puneet Souda**
(212) 277-6091
puneet.souda@svbleerink.com

Michael Almisry
(212) 277-6048
michael.almisry@svbleerink.com

Chad Wiatrowski
(212) 277-6061
chad.wiatrowski@svbleerink.com

## MEDICAL DEVICES, CARDIOLOGY

**Danielle Antalffy**
(212) 277-6044
danielle.antalffy@svbleerink.com

Erin S. Fahey
(212) 277-6136
erin.fahey@svbleerink.com

Priya Sachdeva
(212) 277-6095
priya.sachdeva@svbleerink.com

## HEALTHCARE TECHNOLOGY & DISTRIBUTION

**Stephanie Davis, CFA**
(212) 277-6153
stephanie.davis@svbleerink.com

**Joy Zhang, CFA**
(212) 277-6021
joy.zhang@svbleerink.com

## HEALTHCARE PROVIDERS AND MANAGED CARE

**Whit Mayo**
(629) 802-2560
whit.mayo@svbleerink.com

Avi Dahan
(212) 277-6139
avi.dahan@svbleerink.com

John French
(212) 277-6225
john.french@svbleerink.com

Morgan T. McCarthy
(212) 277-6224
morgan.mccarthy@svbleerink.com

## EDITORIAL

### SR. EDITOR/SUPERVISORY ANALYST

Thomas A. Marsilio
(212) 277-6040
thomas.marsilio@svbleerink.com

### SUPERVISORY ANALYSTS

Robert Egan
bob.egan@svbleerink.com

Emily Singletary
(212) 277-6115
emily.singletary@svbleerink.com

Amy N. Sonne
amy.sonne@svbleerink.com

David A. Williamson, CFA
david.williamson@svbleerink.com

**BOSTON | NEW YORK | SAN FRANCISCO | CHARLOTTE | NASHVILLE**                    **AN SVB COMPANY**
© 2022 SVB Securities LLC. All rights reserved. Member FINRA/SIPC. SVB Securities LLC dba SVB Leerink. SVB Securities LLC is a member of SVB Financial Group.
**SVBLEERINK.COM**

SKINNER_0000450