# EXHIBIT 10

# Natera, Inc. (NTRA)

## Thoughts on Short Report



**Maintain Outperform rating.** Well, our cleanest diagnostics story just got messy. This morning Hindenburg Research published a short report on NTRA, mainly questioning NTRA's billing practices. The two main points were around 1) outsourced prior authorizations (specifically working with the company MGML) and 2) microdeletions billing. Of the two, we have some questions on the prior auth piece (discussed further below), but note NTRA management said it has had the process extensively reviewed by lawyers and does not think it constitutes as a kickback. We're buyers on the pullback.

- **The report (link) centers around two main points: 1) third-party prior authorization and 2) microdeletions ordering/billing.**
  - **Relationship with My Genome My Life (MGML).** Much of the report centers around NTRA's work with MGML, a company NTRA works with for third-party prior authorization assistance.
    - **Report claims:** The report cites little management/company information on MGML's website, a virtual, D.C.-based office, and conversations with competitors that suggest MGML has 1-2 clients. The report also alleges a personal relationship between MGML's operations manager and NTRA's former VP of Sales.
    - **Management response:** We spoke with management earlier today, and it stated 1) NTRA did not have a role in setting up MGML (doesn't have a stake in the company or anything like that), 2) did not know the extent of the former employee's relationship with the MGML leader; would prefer if employees did not have relationships with vendors but believes it does not have bearing on liability to the company.
    - **Our take:** Pseudonyms, outside relationships, company formation questions, "non-profit" vs "for-profit" status, etc. certainly all raise some eyebrows, but don't necessarily point to wrongdoing on NTRA's part.
  - **Outsourced prior auths a form of kickback?** The report argues that MGML's practices violate anti-kickback statutes.
    - **Report claims:** Hindenburg claims that MGML does not make it clear that a third party is submitting the prior-auth requests, going against OIG opinions that state transparency is necessary in these arrangements.
    - **Management response:** NTRA does give MGML money (noting it also gives money to other non-profits like 22q Foundation), but has extensively reviewed this with lawyers and their stance is that it is not a kickback to the doctor. Management also noted OIG advisory opinions are not binding legal opinions —they are letters specific to a specific situation related to the specific provider, and there are instances of conflicting OIG advisory opinions. NTRA states many labs use similar pre-auth services.
    - **Our take:** While free pre-auth services are murky, they're by no means a novel concept, nor unique to NTRA; the question is if MGML is doing them in a compliant way. Based on the OIG opinion letter Hindenburg itself is referencing, we don't think it's a foregone conclusion that MGML is operating outside its limits.
  - **Microdeletions billing practices.** We don't give this much merit. See next page for more.

**Natera, Inc. is a diagnostics company focused on non- or minimally invasive genetic tests for women's health, transplant, and oncology applications.**

### RESEARCH UPDATE

**1-Year Price Chart**



### Stock Data

| | |
|---|---|
| Rating: | Outperform |
| Suitability: | Speculative Risk |
| Price Target: | $100 |
| Price (3/9/22): | $30.52 |
| Market Cap (mil): | $2,896 |
| Shares Out (mil): | 94.9 |
| Average Daily Vol (mil): | 1.06 |
| Dividend Yield: | 0.0% |

### Estimates

| FY Dec | 2021A | 2022E | 2023E |
|---|---|---|---|
| Q1 | (0.74) A | (1.45) E | (1.40) E |
| Q2 | (1.32) A | (1.49) E | (1.36) E |
| Q3 | (1.63) A | (1.49) E | (1.27) E |
| Q4 | (1.48) A | (1.52) E | (1.17) E |
| **Fiscal EPS** | **(5.21) A** | **(5.95) E** | **(5.19) E** |
| Fiscal P/E | NM | NM | NM |

Chart/Table Sources: FactSet and Baird Data. Price chart reflects most recent closing price.

[ **Please refer to Appendix - Important Disclosures and Analyst Certification** ]

| | | |
|---|---|---|
| **Catherine Ramsey Schulte** | **Thomas Peterson** | **Anju Mampilly** |
| Sr. Research Analyst | Research Associate | Research Analyst |
| cschulte@rwbaird.com | tppeterson@rwbaird.com | amampilly@rwbaird.com |
| 312.609.5460 | 414.765.3672 | 414.765.7057 |

Property of Baird. Please contact Baird for permission to share.

SKINNER_0000478

**March 9, 2022  |  Natera, Inc.**

# Details

- **Our take on OIG opinion letter on free pre-auth services referenced by Hindenburg.** Free pre-authorization services are murky, but we note that in the OIG opinion letter Hindenburg references, the OIG states, "When a party in a position to benefit from referrals provides free administrative services to an existing or potential referral source, there is a risk that at least one purpose of providing the services is to influence referrals. For a combination of the following reasons, we conclude that the Proposed Arrangement presents a low level of such risk," citing *four* reasons, only one of which was related to the transparency comments. Others included 1) that the service was available to all patients/ providers regardless of any physician's overall volumes/expected value, 2) that no payments were being made to providers, and 3) that the requestor had a "legitimate business interest in offering uniform pre-authorization services" (not a "scheme to curry favor with referral sources"). Thus, while murky, we think it's not a foregone conclusion that MGML is operating outside its limits (assuming the service is universally offered to all providers/patients, no payments are being made, etc.; we plan to follow up with management).

- **Microdeletion screening and billing practices.**
  - **Report claims:** The report then pivots to inclusion of microdeletions screening alongside Panorama, including reference to the recent *New York Times'* article (link) suggesting accuracy/false positive issues with microdeletion screening (we continue to think the NYT article missed the mark on their analysis). Hindenburg reviewed FOIA data for Medicare claims in Pennsylvania and noted that NVTA and MYGN (neither covered by Baird) billed under one CPT code (for base NIPT), while NTRA billed under two codes (one for base NIPT, one for microdeletions). In the authors' view, this allowed Natera to allegedly "unbundle" each test, which doubled the amount billed and led to higher (and unexpected) out-of-pocket costs for patients. It also notes that NTRA should have opt-in (vs. opt-out) for ordering microdeletions.
  - **Our take:** Base NIPT and microdeletions have two separate codes, so it shouldn't be a surprise that they're billed separately. We don't think there's much more to say there.

- **Government investigations.**
  - **Report claims:** Hindenburg notes that in 2018 NTRA agreed to pay ~$11M to settle DOJ fraud allegations relating to improper sales/billing of Panorama between 2013 and 2016; it also noted multiple submitted FOIA requests regarding potential investigations into NTRA returned just one response, from Michigan's Department of Attorney General, which declined their request on the grounds that, "the request seeks information related to an open and ongoing Department investigation."
  - **Management's response:** NTRA gets document requests from time to time (management wasn't specifically aware of Michigan because it gets document requests fairly regularly); NTRA has not received a civil investigative demand from Michigan.
  - **Our take:** Patient/healthcare system impact aside, billing probes are bad and create overhangs for stocks. We'd prefer not to see them. If any were to arise from this report, we think they'd likely focus on whether the prior-auth service violates anti-kickback statutes, which could result in settlements, other payments/billing oversight, etc. (but we don't think they'd come anywhere close to half the market cap of a $5B+ market-cap company as today's sell-off has reflected). Again, NTRA says it has extensively reviewed the arrangement with lawyers.

# Investment Thesis

- **Prenatal testing is a large market in need of better screening methods.** Management estimates the U.S. market opportunity for non-invasive prenatal testing (NIPT) is ~$3.8B (including microdeletions). There are ~4M births annually in the U.S., 8.5M+ in other developed countries, and

**Property of Baird. Please contact Baird for permission to share.**

SKINNER_0000479

16M+ in China. Current screening methods have high false positive rates, resulting in unnecessary invasive follow-up procedures, which are both costly and dangerous.

- **Panorama has advantages over existing methods.** Traditional screening methods (including non-screening) have ~65%-70% U.S. market share, leaving a long runway ahead for market conversion. We believe Panorama has workflow, economic, patient satisfaction, and accuracy advantages over traditional methods, and potential advantages over competing NIPTs.

- **Panorama has established reimbursement in high-risk screening; average-risk opportunities remain.** Several top payers, such as UnitedHealth, Aetna, Anthem, Humana, and Cigna, have covered NIPT in high-risk pregnancies for years. Guidelines from ACOG, SMFM, and others state that NIPT can be offered to all women, regardless of risk, which has catalyzed broad coverage for average-risk NIPT among payers.

- **Opportunities in oncology and transplant could provide long-term upside.** NTRA has developed/is developing oncology (Signatera/Altera) and transplant (Prospera) tests that leverage Panorama's technology. NTRA launched Prospera (kidney) in 2020 following Medicare coverage and Prospera Heart/Lung in 2021, and Signatera has seen strong interest from biopharma partners and early clinical adoption. NTRA is also pursuing Medicare coverage for additional Signatera clinical indications, and the test received CE mark in August 2020.

- **Valuation:** Our $100 price target applies a 9.0x EV/S multiple to our +1-year, +2-year, and CY27 revenue estimates (above the peer median of ~7x but below the three-year average of ~10.5x and some high-growth peers, which we view as appropriate given NTRA's growth outlook and pipeline/ TAM expansion potential), with the forward estimates discounted at 11% to reflect time and risk and averaged together. We believe taking a long-term outlook to valuation is appropriate, given the company's significant out-year growth drivers.

## ESG Considerations

NTRA's mission is to change the management of disease using its next-generation, cfDNA technology platform to develop noninvasive blood-based testing to improve patient outcomes in women's health, oncology, and organ health. On the social side, NTRA holds diversity as one of its core values; NTRA has two employee resource groups, Women of Natera and a Diversity & Inclusion Group, which serve as resources in fostering and strengthening a culture of inclusion and diversity. Finally, NTRA holds its employees, officers, and Board members to a Code of Conduct to ensure high standards of corporate governance.

## Risks & Caveats

- **Losses since inception.** NTRA has incurred losses since inception and expects to incur losses for the foreseeable future; profitability cannot be assured, and NTRA may need to raise more capital in the future.

- **Dependence on screening guidelines.** Screening guidelines are generally favorable for high-risk pregnancies, but they could change or NTRA could fail to receive favorable guideline treatment in new markets.

- **Reimbursement.** Coverage for NIPT in high-risk pregnancies is generally established, but reimbursement declined as NTRA entered in-network contracts with payers several years ago. Pricing has since stabilized, and NTRA has also made progress securing coverage for the average-risk population (~80% of market). NTRA could fail to obtain additional coverage, and reimbursement rates could decline more than expected. NTRA has been the subject of billing investigations in the past and could be in the future.

**Property of Baird. Please contact Baird for permission to share.**

SKINNER_0000480

- **Regulatory.** NTRA's tests are currently regulated as lab-developed tests ("LDTs"). Should the FDA decide to regulate LDTs, NTRA's business could be interrupted, and it could incur substantial costs obtaining FDA approval. NTRA could fail to receive FDA approval for its cloud platform, Constellation. NTRA could also fail to obtain regulatory clearance in additional geographies.

- **Competition.** NTRA's women's health business faces competition from Ariosa (Roche), Sequenom (LabCorp), Verinata (Illumina), Premaitha, Counsyl (MYGN), PROG, NVTA, and other NIPT players. There are many players in the oncology/transplant liquid biopsy space (GH, CDNA, etc.), and some have a head start on NTRA.

- **Intellectual property.** NTRA is dependent on its IP portfolio for growth and must successfully defend its current IP and expand its IP portfolio. NTRA currently has multiple lawsuits ongoing.

- **Customer disruption.** NTRA sells is products/services to a broad range of customers. NTRA's business could be adversely impacted if its customers are materially disrupted due to natural disasters, pandemics (e.g. COVID-19), and so on.

## Company Description

Natera, Inc. is a commercial-stage diagnostics company focused on non- or minimally invasive genetic tests for women's health, transplant, and oncology applications. NTRA's first main product was Panorama, a non-invasive prenatal test that analyzes fetal DNA in the maternal bloodstream for genetic disorder screening and sex determination. Management estimates that its U.S. women's health market opportunity is $15B+ (Panorama (base + microdeletions) ~$3.8B, carrier screening ~$3.1B, Vistara ~$2.5B, Anora/Spectrum ~$0.3B, other pipeline tests $5B+). The company is also applying the Panorama platform towards oncology applications, which management sizes as a ~$21B market opportunity (~$15B monitoring, ~$6B therapy selection), and transplant applications (management sizes as $2B+ U.S. TAM). NTRA has sales in 60+ countries and employs 1,000+ people. The company was founded in 2003 as "Gene Security Network" (renamed "Natera" in 2012) and is headquartered in San Carlos, California.

Property of Baird. Please contact Baird for permission to share.

SKINNER_0000481

# Appendix - Important Disclosures and Analyst Certification

Approved on 09 March 2022 12:44EST/ Published on 09 March 2022 12:49EST.



2 Robert W. Baird & Co. Incorporated and/or its affiliates managed or co-managed a public offering of securities of Natera, Inc. in the past 12 months.

3 Robert W. Baird & Co. Incorporated and/or its affiliates have received investment banking compensation from Natera, Inc. in the past 12 months.

1 Robert W. Baird & Co. Incorporated makes a market in the securities of NTRA.

Robert W. Baird & Co. Incorporated ("Baird") and/or its affiliates expect to receive or intend to seek investment-banking related compensation from the company or companies mentioned in this report within the next three months. Baird may not be licensed to execute transactions in all foreign listed securities directly. Transactions in foreign listed securities may be prohibited for residents of the United States. Please contact a Baird representative for more information.

**Investment Ratings: Outperform (O)** - Expected to outperform on a total return, risk-adjusted basis the broader U.S. equity market over the next 12 months. **Neutral (N)** - Expected to perform in line with the broader U.S. equity market over the next 12 months. **Underperform (U)** - Expected to underperform on a total return, risk-adjusted basis the broader U.S. equity market over the next 12 months.

**Risk Ratings: L - Lower Risk** – Higher-quality companies for investors seeking capital appreciation or income with an emphasis on safety. Company characteristics may include: stable earnings, conservative balance sheets, and an established history of revenue and earnings. **A - Average Risk** – Growth situations for investors seeking capital appreciation with an emphasis on safety. Company characteristics may include: moderate volatility, modest balance-sheet leverage, and stable patterns of revenue and earnings. **H - Higher Risk** – Higher-growth situations appropriate for investors seeking capital appreciation with the acceptance of risk. Company characteristics may include: higher balance-sheet leverage, dynamic business environments, and higher levels of earnings and price volatility. **S - Speculative Risk** – High growth situations appropriate only for investors willing to accept a high degree of volatility and risk. Company characteristics may include: unpredictable earnings, small capitalization, aggressive growth strategies, rapidly changing market dynamics, high leverage, extreme price volatility and unknown competitive challenges.

**Valuation, Ratings and Risks.** The recommendation and price target contained within this report are based on a time horizon of 12 months but there is no guarantee the objective will be achieved within the specified time horizon. Price targets are determined by a subjective review of fundamental and/or quantitative factors of the issuer, its industry, and the security type. A variety of methods may be used to determine the value of a security including, but not limited to, discounted cash flow, earnings multiples, peer group comparisons, and sum of the parts. Overall market risk, interest rate risk, and general economic risks impact all securities. Specific information regarding the price target and recommendation is provided in the text of our most recent research report.

**Distribution of Investment Ratings.** As of February 28, 2022, Baird U.S. Equity Research covered 749 companies, with 65% rated Outperform/Buy, 34% rated Neutral/Hold and 1% rated Underperform/Sell. Within these rating categories, 20% of Outperform/Buy-rated, 8% of Neutral/Hold-rated and 14% Underperform/Sell-rated companies have compensated Baird for investment banking services in the past 12 months and/or Baird managed or co-managed a public offering of securities for these companies in the past 12 months.

**Analyst Compensation.** Research analyst compensation is based on: (1) the correlation between the research analyst's recommendations and stock price performance; (2) ratings and direct feedback from our investing clients, our institutional and retail sales force (as applicable) and from independent rating services; (3) the research analyst's productivity, including the quality of such analyst's research and such analyst's contribution to the growth and development of our overall research effort; (4) compliance with all of Baird's internal policies and procedures; and (5) other considerations, such as Baird's assessment of the prevailing market rates for talent in the sector the research

Property of Baird. Please contact Baird for permission to share.

SKINNER_0000482

**March 9, 2022  |  Natera, Inc.**

analyst covers, but excluding the analyst's contributions to Baird's investment banking services activities. This compensation criteria and actual compensation is reviewed and approved on an annual basis by Baird's Research Oversight Committee. Analyst compensation is derived from all revenue sources of the firm, including revenues from investment banking. Baird does not compensate research analysts based on specific investment banking transactions.

A complete listing of all companies covered by Baird U.S. Equity Research and applicable research disclosures can be accessed at http://www.rwbaird.com/research-insights/research/coverage/third-party-research-disclosures.aspx. You can also call 800-792-2473 or write: Robert W. Baird & Co., Equity Research, 777 E. Wisconsin Avenue, Milwaukee, WI 53202.

**Analyst Certification**

The research analyst primarily responsible for the preparation of this research report certifies that the views expressed in this research report and/or financial model accurately reflect such research analyst's personal views about the subject securities or issuers and that no part of his or her compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in the research report.

**Disclaimers**

**Baird prohibits analysts from owning stock in companies they cover.**

This is not a complete analysis of every material fact regarding any company, industry or security. The opinions expressed here reflect our judgment at this date and are subject to change. The information has been obtained from sources we consider to be reliable, but we cannot guarantee the accuracy.

**ADDITIONAL INFORMATION ON COMPANIES MENTIONED HEREIN IS AVAILABLE UPON REQUEST**

The Dow Jones Industrial Average, S&P 500, S&P 400 and Russell 2000 are unmanaged common stock indices used to measure and report performance of various sectors of the stock market; direct investment in indices is not available. Baird is exempt from the requirement to hold an Australian financial services license. Baird is regulated by the United States Securities and Exchange Commission, FINRA, and various other self-regulatory organizations and those laws and regulations may differ from Australian laws. This report has been prepared in accordance with the laws and regulations governing United States broker-dealers and not Australian laws.

**Other Disclosures**

The information and rating included in this report represent the research analyst's views based on a time horizon of 12 months, as described above, unless otherwise stated. In our standard company-specific research reports, the subject company may be designated as a "Fresh Pick", representing that the research analyst believes the company to be a high-conviction investment idea based on a subjective review of one or more fundamental or quantitative factors until an expiration date specified by the analyst but not to exceed nine months. The Fresh Pick designation and specified expiration date will be displayed in standard company-specific research reports on the company until the occurrence of the expiration date or such time as the analyst removes the Fresh Pick designation from the company in a subsequent, standard company-specific research report. The research analyst(s) named in this report may, at times and at the request of clients or their Baird representatives, provide particular investment perspectives or trading strategies based primarily on the analyst's understanding of the individual client's objectives. These perspectives or trading strategies generally are responsive to client inquiries and based on criteria the research analyst considers relevant to the client. As such, these perspectives and strategies may differ from the research analyst's views contained in this report.

Baird and/or its affiliates may provide to certain clients additional or research supplemental products or services, such as outlooks, commentaries and other detailed analyses, which focus on covered stocks, companies, industries or sectors. Not all clients who receive our standard company-specific research reports are eligible to receive these additional or supplemental products or services. Baird determines in its sole discretion the clients who will receive additional or supplemental products or services, in light of various factors including the size and scope of the client relationships. These additional or supplemental products or services may feature different analytical or research techniques and information than are contained in Baird's standard research reports. Any ratings and recommendations contained in such additional or research supplemental products are consistent with the research analyst's ratings and recommendations contained in more broadly disseminated standard research reports. Baird disseminates its research reports to all clients simultaneously by posting such reports to Baird's password-protected client portal, https://bol.rwbaird.com/Login("BairdOnline"). All clients may access BairdOnline and at any time. All clients are advised to check BairdOnline for Baird's most recent research reports. After research reports are posted to BairdOnline, such reports may be emailed to clients, based on, among other things, client interest, coverage, stock ownership and indicated email preferences, and electronically distributed to certain third-party research aggregators, who may make such reports available to entitled clients on password-protected, third-party websites. Not all research reports posted to BairdOnline will be emailed to clients or electronically distributed to such research aggregators. To request access to Baird Online, please visit https://bol.rwbaird.com/Login/RequestInstLogin or contact your Baird representative.

**Dividend Yield.** As used in this report, the term "dividend yield" refers, on a percentage basis, to the historical distributions made by the issuer relative to its current market price. Such distributions are not guaranteed, may be modified at the issuer's discretion, may exceed operating cash flow, subsidized by borrowed funds or include a return of investment principal.

**United Kingdom ("UK") disclosure requirements for the purpose of distributing this research into the UK and other countries for which Robert W. Baird Limited holds a MiFID passport.**

The contents of this report may contain an "investment recommendation", as defined by the Market Abuse Regulation EU No 596/2014 ("MAR"). This report does not contain a "personal recommendation" or "investment advice", as defined by the Market in Financial Instruments Directive 2014/65/EU ("MiFID"). Please therefore be aware of the important disclosures outlined below. Unless otherwise stated, this report was completed and first disseminated at the date and time provided on the timestamp of the report. If you would like

**Property of Baird. Please contact Baird for permission to share.**

SKINNER_0000483

**March 9, 2022**  |  **Natera, Inc.**

further information on dissemination times, please contact us. The views contained in this report: (i) do not necessarily correspond to, and may differ from, the views of Robert W. Baird Limited or any other entity within the Baird Group, in particular Robert W. Baird & Co. Incorporated; and (ii) may differ from the views of another individual of Robert W. Baird Limited.

This material is distributed in the UK and the European Economic Area ("EEA") by Robert W. Baird Limited, which has an office at Finsbury Circus House, 15 Finsbury Circus, London EC2M 7EB and is authorized and regulated by the Financial Conduct Authority ("FCA") in the UK. For the purposes of the FCA requirements, this investment research report is classified as investment research and is objective. This material is only directed at and is only made available to persons in the EEA who would satisfy the criteria of being "Professional" investors under MiFID and to persons in the UK falling within Articles 19, 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). Accordingly, this document is intended only for persons regarded as investment professionals (or equivalent) and is not to be distributed to or passed onto any other person (such as persons who would be classified as Retail clients under MiFID).

All substantially material sources of the information contained in this report are disclosed. All sources of information in this report are reliable, but where there is any doubt as to reliability of a particular source, this is clearly indicated. There is no intention to update this report in future. Where, for any reason, an update is made, this will be made clear in writing on the research report. Such instances will be occasional only.

Please note that this report may provide views which differ from previous recommendations made by the same individual in respect of the same financial instrument or issuer in the last 12 months. Information and details regarding previous recommendations in relation to the financial instruments or issuer referred to in this report are available at https://baird.bluematrix.com/sellside/MAR.action.

Robert W. Baird Limited or one of its affiliates may at any time have a long or short position in the company or companies mentioned in this report. Where Robert W. Baird Limited or one of its affiliates holds a long or short position exceeding 0.5% of the total issued share capital of the issuer, this will be disclosed separately by your Robert W. Baird Limited representative upon request.

Investment involves risk. The price of securities may fluctuate and past performance is not indicative of future results. Any recommendation contained in the research report does not have regard to the specific investment objectives, financial situation and the particular needs of any individuals. You are advised to exercise caution in relation to the research report. If you are in any doubt about any of the contents of this document, you should obtain independent professional advice.

Robert W. Baird Limited and Robert W. Baird & Co. Incorporated have in place organisational and administrative arrangements for the prevention, avoidance, and disclosure of conflicts of interest with respect to research recommendations. Robert W. Baird Limited's Conflicts of Interest Policy, available here, outlines the approach Robert W. Baird Limited takes in relation to conflicts of interest and includes detail as to its procedures in place to identify, manage and control conflicts of interest. Robert W. Baird Limited and or one of its affiliates may be party to an agreement with the issuer that is the subject of this report relating to the provision of services of investment firms. Robert W. Baird & Co. Incorporated's policies and procedures are designed to identify and effectively manage conflicts of interest related to the preparation and content of research reports and to promote objective and reliable research that reflects the truly held opinions of research analysts. Robert W. Baird & Co. Incorporated's research analysts certify on a quarterly basis that such research reports accurately reflect their personal views.

This material is strictly confidential to the recipient and not intended for persons in jurisdictions where the distribution or publication of this research report is not permitted under the applicable laws or regulations of such jurisdiction.

Robert W. Baird Limited is exempt from the requirement to hold an Australian financial services license and is regulated by the FCA under UK laws, which may differ from Australian laws. As such, this document has not been prepared in accordance with Australian laws.

**Copyright 2022 Robert W. Baird & Co. Incorporated**

This information is prepared for the use of Baird clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of Baird. Any unauthorized use or disclosure is prohibited. Receipt and review of this information constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion, or information contained in this information (including any investment ratings, estimates or price targets) without first obtaining expressed permission from an authorized officer of Baird.

Ask the analyst a question                    Click here to unsubscribe

**Property of Baird. Please contact Baird for permission to share.**

SKINNER_0000484