**EXHIBIT 12**

Message

| | |
|---|---|
| **From:** | Minooka, Ashley [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=487A2F7F732347C0877FA252E4122855-MINOOKA, AS] |
| **Sent:** | 3/31/2022 10:09:44 PM |
| **To:** | Golden, Barrett B. [bgolden@joelefrank.com]; Natera-JF [natera-jf@joelefrank.com] |
| **Subject:** | RE: News? |

Hi Barrett – team is looking into it.

**Ashley Minooka**
Account Executive
Joele Frank, Wilkinson Brimmer Katcher
One California Street, Suite 2275, San Francisco, CA 94111
M 408.242.3227

---

**From:** Golden, Barrett B. <BGOLDEN@joelefrank.com>
**Sent:** Thursday, March 31, 2022 3:02 PM
**To:** Natera-JF <Natera-JF@joelefrank.com>
**Subject:** News?

Is there a release or something out on this stuff?

**Barrett Golden**
Partner
Joele Frank, Wilkinson Brimmer Katcher
622 Third Avenue, New York, NY 10017
D 212.895.8620    M 917.612.4489

 JOELE FRANK | WILKINSON | BRIMMER | KATCHER

Corporate Communications | Investor Relations | Transaction Communications | Shareholder Activism | Crisis Communications | Litigation Support | Restructuring & Bankruptcy | Private Equity

www.joelefrank.com

---

CONFIDENTIALITY NOTICE
This email and the attachments accompanying it may contain confidential information belonging to the sender which is protected by the attorney/client privilege or other privileges. The information is intended only for delivery to the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this email is strictly prohibited. If you have received this email in error, please immediately forward it back to the sender and delete it.

---

**From:** Steve Chapman <schapman@natera.com>
**Sent:** Thursday, March 31, 2022 5:16 PM
**To:** Paul Greenland <pgreenland@natera.com>
**Cc:** Repko, Jed <jrepko@joelefrank.com>; Jon Rabin <jrabin@natera.com>; Golden, Barrett B. <BGOLDEN@joelefrank.com>; Michael Brophy <mbrophy@natera.com>; Moore, Dan <dmoore@joelefrank.com>; Brian Symmons <bsymmons@natera.com>; Daniel Rabinowitz <drabinowitz@natera.com>
**Subject:** Re: Follow up

Attorney-Client Privilege

JFWBK_00001541

Turning attention to a more positive topic, we've just had 2 major publications hit. The first is in lung transplantation where we've shown for the first time our test can be used to detect patients who are experience a transplant rejection with high accuracy. Organ rejection is the biggest reason for a failed transplant. Second, we've just published the largest real world study showing the clinical utility of testing CKD patients for inherited genetic disorders. The results were incredible and showed that genetic testing can make a big impact on care; this will likely kick off a sea change in the field. Incredibly, 40 million Americans are affected by CKD, and its the largest bucked of medicare spending. On this same topic, this biggest key opinion leader in the field is in New York, at Columbia University, and is also the principal investigator of a large prospective trial we're conducing, which has now enrolled nearly 1,000 patients.

There's probably something cool we can do on these topics. Does any of this jump out at you as something you may be able to pursue with national media?

Steve

**Steve Chapman**
**Chief Executive Officer**
schapman@natera.com
(C) 917.854.9394
EA: Sarah Elliott selliott@natera.com

**natera**

Conceive. Deliver. Thrive.

Confidentiality Notice: This communication may contain confidential and/or privileged information or information that is protected from disclosure under HIPAA and/or other laws that is solely for use by the intended recipient. If you are not the intended recipient, promptly notify the sender and immediately delete all copies of this email and any attachments without disclosing or using any information contained therein.

On Thu, Mar 31, 2022 at 9:38 AM Paul Greenland <pgreenland@natera.com> wrote:

Attorney-Client Privilege

Paul

On Mar 31, 2022, at 9:29 AM, Repko, Jed <jrepko@joelefrank.com> wrote:

Attorney-Client Privilege

Attorney-Client Privilege

Jed

**From:** Steve Chapman <schapman@natera.com>
**Sent:** Thursday, March 31, 2022 9:02 AM
**To:** Jon Rabin <jrabin@natera.com>
**Cc:** Golden, Barrett B. <BGOLDEN@joelefrank.com>; Michael Brophy <mbrophy@natera.com>; Repko, Jed <jrepko@joelefrank.com>; Moore, Dan <dmoore@joelefrank.com>; Brian Symmons <bsymmons@natera.com>; Daniel Rabinowitz <drabinowitz@natera.com>; Paul Greenland <pgreenland@natera.com>
**Subject:** Re: Follow up

JFWBK_00001542

████████████████ Attorney-Client Privilege ████████████████
████████████████████████████████████████████
████████████████████████

████████████████ Attorney-Client Privilege ████████████████
████████████████

Steve

**Steve Chapman**
**Chief Executive Officer**
schapman@natera.com
(C) 917.854.9394
EA: Sarah Elliott selliott@natera.com
<image001.jpg>

Confidentiality Notice: This communication may contain confidential and/or privileged information or information that is protected from disclosure under HIPAA and/or other laws that is solely for use by the intended recipient. If you are not the intended recipient, promptly notify the sender and immediately delete all copies of this email and any attachments without disclosing or using any information contained therein.

On Thu, Mar 31, 2022 at 7:18 AM Jon Rabin <jrabin@natera.com> wrote:

Barrett-

████████████████ Attorney-Client Privilege ████████████████
████████████████████████████

Thanks,
-Jon

On Thu, Mar 31, 2022 at 10:15 AM Golden, Barrett B. <BGOLDEN@joelefrank.com> wrote:

████████████████ Attorney-Client Privilege ████████████████
██████████████████████████████████████████
████████████████████████

**Barrett Golden**
Partner
Joele Frank, Wilkinson Brimmer Katcher
622 Third Avenue, New York, NY 10017
D 212.895.8620    M 917.612.4489

<image002.jpg>

Corporate Communications | Investor Relations | Transaction Communications | Shareholder Activism | Crisis Communications | Litigation Support | Restructuring & Bankruptcy | Private Equity

www.joelefrank.com

CONFIDENTIALITY NOTICE
This email and the attachments accompanying it may contain confidential information belonging to the sender which is protected by the attorney/client privilege or other privileges. The information is intended only for delivery to the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this email is strictly prohibited. If you have received this email in error, please immediately forward it back to the sender and delete it.

**From:** Jon Rabin <jrabin@natera.com>
**Sent:** Thursday, March 31, 2022 10:11 AM
**To:** Golden, Barrett B. <BGOLDEN@joelefrank.com>
**Cc:** Michael Brophy <mbrophy@natera.com>; Repko, Jed <jrepko@joelefrank.com>; Moore, Dan <dmoore@joelefrank.com>; Brian Symmons <bsymmons@natera.com>; Steve Chapman <schapman@natera.com>; Daniel Rabinowitz <drabinowitz@natera.com>
**Subject:** Re: Follow up

Barrett-

Attorney-Client Privilege

Thanks,
-Jon

On Thu, Mar 31, 2022 at 9:57 AM Golden, Barrett B. <BGOLDEN@joelefrank.com> wrote:

Attorney-Client Privilege

**Barrett Golden**
Partner
Joele Frank, Wilkinson Brimmer Katcher
622 Third Avenue, New York, NY 10017
D 212.895.8620   M 917.612.4489

<image002.jpg>

Corporate Communications | Investor Relations | Transaction Communications | Shareholder Activism | Crisis Communications | Litigation Support | Restructuring & Bankruptcy | Private Equity

www.joelefrank.com

CONFIDENTIALITY NOTICE
This email and the attachments accompanying it may contain confidential information belonging to the sender which is protected by the attorney/client privilege or other privileges. The information is intended only for delivery to the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this email is strictly prohibited. If you have received this email in error, please immediately forward it back to the sender and delete it.

**From:** Jon Rabin <jrabin@natera.com>
**Sent:** Thursday, March 31, 2022 9:29 AM
**To:** Michael Brophy <mbrophy@natera.com>
**Cc:** Golden, Barrett B. <BGOLDEN@joelefrank.com>; Repko, Jed <jrepko@joelefrank.com>; Moore, Dan <dmoore@joelefrank.com>; Brian Symmons <bsymmons@natera.com>; Steve Chapman <schapman@natera.com>; Daniel Rabinowitz <drabinowitz@natera.com>
**Subject:** Re: Follow up

Feel free to conference me in as well.

Confidential

Thanks,
-Jon

617-913-6415

On Thu, Mar 31, 2022, 8:49 AM Michael Brophy <mbrophy@natera.com> wrote:

Great can you guys call my cell pls

Mike Brophy
Chief Financial Officer
Natera, Inc
Office: 650 249 9091x1471
Mobile: 415 629 5023

> On Mar 31, 2022, at 7:33 AM, Golden, Barrett B. <BGOLDEN@joelefrank.com> wrote:
>
>
> Good morning.  Let's shoot for 9:30 am ET if that works for you
>
>
> **Barrett Golden**
> Partner
> Joele Frank, Wilkinson Brimmer Katcher
> 622 Third Avenue, New York, NY 10017
> D 212.895.8620    M 917.612.4489
>
> Corporate Communications | Investor Relations | Transaction Communications | Shareholder Activism | Crisis
> Communications | Litigation Support | Restructuring & Bankruptcy | Private Equity
>
> www.joelefrank.com
>
> CONFIDENTIALITY NOTICE
> This email and the attachments accompanying it may contain confidential information belonging to the sender
> which is protected by the attorney/client privilege or other privileges. The information is intended only for
> delivery to the individual or entity named above. If you are not the intended recipient, you are hereby notified
> that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this email is
> strictly prohibited. If you have received this email in error, please immediately forward it back to the sender
> and delete it.

**From:** Michael Brophy <mbrophy@natera.com>
**Sent:** Thursday, March 31, 2022 8:18 AM
**To:** Repko, Jed <jrepko@joelefrank.com>
**Cc:** Golden, Barrett B. <BGOLDEN@joelefrank.com>; Moore, Dan
<dmoore@joelefrank.com>; Brian Symmons <bsymmons@natera.com>; Steve
Chapman <schapman@natera.com>; Daniel Rabinowitz
<drabinowitz@natera.com>; Jon Rabin <jrabin@natera.com>
**Subject:** Re: Follow up

Great- I'm free at 9 am or 10 am est if you have 15 minutes in there? Thanks

Mike Brophy
Chief Financial Officer
Natera, Inc
Office: 650 249 9091x1471

Mobile: 415 629 5023

On Mar 30, 2022, at 10:47 PM, Repko, Jed
<jrepko@joelefrank.com> wrote:

Thanks Mike, we should be able to hop on a call in the morning.
The good news is that Capitol Forum has a high paywall and strict
rules about sharing their research, so it's not likely that it would
get broad pickup. But being prepared with a reactive statement is
a good idea. It looks like it's a broader industry focus and they're
calling out that Natera will be mentioned. Can you send a couple
of windows tomorrow that work for you and when my colleagues
on the east coast are online tomorrow we can find one that
works? We'll also take a look at the statement.

**From:** Michael Brophy <mbrophy@natera.com>
**Sent:** Wednesday, March 30, 2022 8:21 PM
**To:** Repko, Jed <jrepko@joelefrank.com>
**Cc:** Golden, Barrett B. <BGOLDEN@joelefrank.com>; Moore, Dan
<dmoore@joelefrank.com>; Brian Symmons
<bsymmons@natera.com>; Steve Chapman
<schapman@natera.com>; Daniel Rabinowitz
<drabinowitz@natera.com>; Jon Rabin <jrabin@natera.com>
**Subject:** Re: Follow up

Great thanks- I've got this over to the team for review. We've got a
potential follow up from a short group tomorrow afternoon- the
Capitol Forum is holding a subscribers-only conference call
tomorrow at 1 pm et to review their past short reports on us (as
part of a broader agenda for the call- screenshot of the tweet
below).

we've drafted a holding statement for the website to post only in
case this gets broader attention in the afternoon tomorrow.

Can you guys spare a few minutes tomorrow am eastern time?
Bryan will share the draft statement gdoc for review. Thanks

Thanks

Mike

Mike Brophy
Chief Financial Officer
Natera, Inc
Office: 650 249 9091x1471
Mobile: 415 629 5023

Confidential                                                          JFWBK_00001546

On Mar 30, 2022, at 12:44 PM, Repko, Jed
<jrepko@joelefrank.com> wrote:

Mike, thanks again for the conversation yesterday.
Attached is our standard engagement agreement. It's
pretty straightforward as these things go, but here are
the high points:

- We bill hours against a quarterly minimum retainer of $60k. Clients are responsible for any overages.
- $60k hiring fee – we do not bill hours against this fee.
- In the event of M&A or a contest for board seats, we ask for a success fee. This is unlikely to be relevant for this engagement but it's a standard feature and I'm happy to discuss further with you.
- 30-day out. We like to build long term relationships but also recognize that clients prefer flexibility, so you're not locked in to a long engagement with us.

Happy to discuss further.

Jed, Barrett and Dan

**From:** Michael Brophy <mbrophy@natera.com>
**Sent:** Tuesday, March 29, 2022 4:44 PM
**To:** Repko, Jed <jrepko@joelefrank.com>
**Subject:** Re: Follow up

That was great. Can you send me a proposal please
thanks

Mike Brophy

Chief Financial Officer

Natera, Inc

Office: 650 249 9091x1471

Mobile: 415 629 5023

Confidential                                                                    JFWBK_00001547

On Mar 25, 2022, at 3:20 PM, Repko, Jed <jrepko@joelefrank.com> wrote:

Tina, that time will work. I will be joined by my partners Barrett Golden and Dan Moore.

Will you send a calendar invite or would you prefer that we do?

**From:** Tina Hickman <thickman@natera.com>
**Sent:** Friday, March 25, 2022 10:35 AM
**To:** Repko, Jed <jrepko@joelefrank.com>
**Cc:** Sarah Elliott <selliott@natera.com>; Michael Brophy <mbrophy@natera.com>; Frank, Joele <jfrank@joelefrank.com>; Tina Hickman <thickman@natera.com>
**Subject:** Re: Follow up

Good afternoon Jed,

Steve and Mike both are available on Tuesday, March 29 @ 4pm PT/6pm CT.

Please let me know if that works and I'll send a calendar invite with dial-in details.

Thank you kindly and I look forward to hearing from you.

Confidential

Best,


Tina Hickman
Executive Business Partner |
CFO, Finance & Business
Development
Natera Executive
Services Organization

thickman@natera.com

(o) 650.980.9190 x9146

(c) 512.922.3987

*Confidentiality Notice: This
communication may contain
confidential and/or privileged
information or information that is
protected from disclosure under
HIPAA and/or other laws that is
solely for use by the intended
recipient. If you are not the
intended recipient, promptly
notify the sender and immediately
delete all copies of this email and
any attachments without
disclosing or using any
information contained therein.*


On Fri, Mar 25, 2022 at 12:27 PM
Repko, Jed <jrepko@joelefrank.com>
wrote:

> Thanks very much Sarah.
>
>
> Tina, let us know some windows early
> next week that might work.
>
>
> Best,
>
> Jed
>
> ---
>
> **From:** Sarah Elliott
> <selliott@natera.com>
> **Sent:** Friday, March 25, 2022 10:23
> AM
> **To:** Repko, Jed
> <jrepko@joelefrank.com>

Confidential

**Cc:** Michael Brophy
<mbrophy@natera.com>; Frank,
Joele <jfrank@joelefrank.com>; Tina
Hickman <thickman@natera.com>
**Subject:** Re: Follow up

Hi Jed -

Tina, cc'd here will get a time set up
for early next week with Mike and
Steve.

Best,

Sarah

Sarah Elliott

415.608.0876

On Wed, Mar 23, 2022 at 10:56 AM
Repko, Jed <jrepko@joelefrank.com>
wrote:

Mike,

Thanks for reaching out – happy to
connect with you to hear a bit more.
Are there any times tomorrow or
Friday that work particularly well for
you?

Best,

Jed

**From:** Michael Brophy
<mbrophy@natera.com>
**Sent:** Wednesday, March 23, 2022
8:47 AM

Confidential

JFWBK_00001550

**To:** Repko, Jed
<jrepko@joelefrank.com>
**Cc:** Steve Chapman
<schapman@natera.com>; Frank,
Joele <jfrank@joelefrank.com>;
Sarah Elliott <selliott@natera.com>
**Subject:** Follow up

Jed, Joele, we'd like to circle back
here and discuss formalizing an
ongoing relationship- if you all are
available, we'd like to set up a call
this week to discuss. I'm happy to
discuss and provide more details if
you like. Sarah can help us with
scheduling, thanks

Mike

--

Mike Brophy

Chief Financial Officer

mbrophy@natera.com

(O) 650.249.9091 x1471

(M) 415.629.5023

Tina Hickman • Executive Assistant

C: 512.922.3987 |
E: thickman@natera.com

Confidentiality Notice: This communication
may contain confidential and/or privileged
information or information that is protected
from disclosure under HIPAA and/or other
laws that is solely for use by the intended
recipient. If you are not the intended
recipient, promptly notify the sender and
immediately delete all copies of this email
and any attachments without disclosing or
using any information contained therein.

--
Jonathan B. Rabin
Lead Counsel, Litigation & Regulatory Compliance
Natera, Inc.
Tel: 650-249-9091 x618

Confidential                                              JFWBK_00001551

E-mail: jrabin@natera.com
www.natera.com
<image003.png>

Confidentiality Notice: This communication may contain confidential and/or privileged information or information that is protected from disclosure under HIPAA and/or other laws that is solely for use by the intended recipient. If you are not the intended recipient, promptly notify the sender and immediately delete all copies of this email and any attachments without disclosing or using any information contained therein.


--
Jonathan B. Rabin
Lead Counsel, Litigation & Regulatory Compliance
Natera, Inc.
Tel: 650-249-9091 x618
E-mail: jrabin@natera.com
www.natera.com
<image004.png>

Confidentiality Notice: This communication may contain confidential and/or privileged information or information that is protected from disclosure under HIPAA and/or other laws that is solely for use by the intended recipient. If you are not the intended recipient, promptly notify the sender and immediately delete all copies of this email and any attachments without disclosing or using any information contained therein.

Confidential