**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

|  |  |  |
|---|---|---|
| JOHN HARVEY SCHNEIDER, Individually and on Behalf of All Others Similarly Situated, | § § § § | Case No. 1:22-cv-00398-DAE |
| Plaintiff, | § § § | |
| v. | § § | |
| NATERA, INC., STEVE CHAPMAN, MICHAEL BROPHY, MATTHEW RABINOWITZ, and RAMESH HARIHARAN, | § § § § § | |
| Defendants. | § § § § § | |

**DECLARATION OF CHRISTINA L. COSTLEY IN SUPPORT OF DEFENDANTS' SURREPLY IN OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**

1

**DECLARATION OF CHRISTINA L. COSTLEY**

I, Christina L. Costley, declare as follows:

1.      I am a partner at the law firm of Katten Muchin Rosenman LLP, counsel of record for Defendants Natera, Inc. ("Natera" or the "Company"), Steve Chapman, Michael Brophy, Matthew Rabinowitz, Paul Billings Roy Baynes, Monica Bertagnolli, Roelof F. Botha, Rowan Chapman, Todd Cozzens, James I. Healy, Gail Marcus, Herm Rosenman, and Jonathan Sheena (collectively, the "Natera Defendants") in the above-captioned action.  I respectfully make this declaration in support of Defendants' Surreply in Opposition to Lead Plaintiff's Motion for Class Certification and Appointment of Class Representative and Class Counsel (the "Surreply").

2.      I submit this declaration to put before the Court true and correct copies of certain documents that are cited in the Surreply.  Certain content in those documents to which the Surreply cites has been identified and marked in red boxes for the Court's convenience.

3.      Attached hereto as **Exhibit 38** is a true and correct copy of the Reply Expert Report of Douglas Skinner, dated October 25, 2024.

4.      Attached hereto as **Exhibit 39** is a true and correct copy of the Declaration of Trevor Baine, dated October 21, 2024.

5.      Attached hereto as **Exhibit 40** is a true and correct copy of an analyst report titled "Short Report Weakness Overblown, Reiterate Outperform Following Business Update," published by Cowen on March 10, 2022, bearing Bates NTRA_0000630.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 25, 2024

 /s/ *Christina L. Costley*
Christina L. Costley

2