# EXHIBIT 39

## DECLARATION OF TREVOR BAINE

I, Trevor Baine, declare as follows:

1.      I am Senior Editor and Chief Financial Officer of The Capitol Forum.  I submit this declaration in response to a Subpoena to Produce Documents, Information, or Objects that was issued at the request of the Natera Defendants in *Schneider v. Natera, Inc. et al.*, Civil Action No. 1:22-cv-00398-DAE, in the United States District Court for the Western District of Texas.

2.      The Capitol Forum is an investigative news organization that provides subscribers with detailed reporting on antitrust, merger control, corporate investigations, and energy.  Our subscribers include policymakers, investors and industry stakeholders, among others, and our reports are intended to inform those subscribers' policy and investment decisions.

3.      Throughout 2020, The Capitol Forum had ███████████ subscribers, including J.P. Morgan, each of whom was permitted to designate multiple individuals within the organization to receive Capitol Forum reports.

4.      From time to time, for marketing purposes, The Capitol Forum distributes excerpts from its reports, via email, at no charge, to individuals who are not paid subscribers.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

_____
Trevor Baine