# EXHIBIT 40

Life Science & Diagnostic Tools: Diagnostics

# COWEN

NATERA

## EQUITY RESEARCH

March 10, 2022

**Price: $36.80** (03/9/2022)
**Price Target: $110.00**

OUTPERFORM (1)

ESG SCORE: 68/100

---

**Max Masucci**
617 946 3737
max.masucci@cowen.com

**Stephanie Yan**
617 946 3743
stephanie.yan@cowen.com

Key Data
Symbol                NASDAQ: NTRA
Market Cap        $3.5B

## QUICK TAKE: COMPANY UPDATE

# SHORT REPORT WEAKNESS OVERBLOWN; REITERATE OUTPERFORM FOLLOWING BUSINESS UPDATE

---

### THE COWEN INSIGHT

This morning, NTRA hosted an Analyst call in response to a short report issued on Wednesday morning. We believe NTRA addressed the core allegations in the report, which centered around 1) its relationship with prior auth provider MGML; and 2) NIPT billing/coding allegations. We highlight key takeaways from this morning's call and expanded thoughts on the report's allegations on pages 2-3.

---

As a quick reminder, prior authorization is used by insurance companies to determine if a prescribed diagnostic, therapeutic, or other healthcare service will be covered for a patient. Traditional Medicare coverage does not require prior authorization for the vast majority of services. NTRA's Medicare-heavy Signatera (oncology) and Prospera (blood-based organ transplant rejection assessment) product lines both roughly 4x'ed volumes (Y/Y) in 2021.

### Key Allegations in Short Report

* Natera had an inappropriate relationship with an outside organization (MGML) that provides prior authorizations for its Women's Health test offerings. The report alleges that a NTRA employee (who departed the company 2+ years ago) had a personal relationship with a senior member of MGML.

* Natera's revenue growth has been fueled by deceptive sales and billing practices aimed at doctors insurance companies, and expectant mothers.

### Natera's Response:

* Natera indicated that it does not own, operate, or control MGML. The short report indicated that this outside organization provided prior authorization for 44% of Natera's TOTAL test volume. Natera indicated that the organization provided prior authorizations for 11% of its 2021 Women's Health volumes (Panorama + Horizon + Other).

* The short report indicated that NTRA was this outside organization's largest, if not only customer. MGML lists on its website that it has performed 1.8M prior auths. NTRA's internal data suggests that its tests represent 25% of MGML's 1.8M historical volume.

* NTRA had no knowledge of any personal relationships between MGML and an employee (of Natera) at the time it selected MGML as an outside prior auth vendor.

* NTRA could choose to perform prior authorizations in-house, but decided to select an outside vendor (in line with industry practices). NTRA is in a position to cease using MGML with minimal, if any, impact to its business (and any volume impact).

### Our Take:

* With the ability to bring prior authorizations in house or switch to another vendor, we believe any MGML-related issue (if any) could be resolved quickly and without any major impact to the business.

* Drawing comparisons to NTRA's $11M settlement with the DOJ is inaccurate, given that the relevant period was 2013-2016, the relevant issue was microdeletions CPT coding, and NTRA was granted a new CPT code by the AMA in March 2016.

Please see pages 4 to 10 of this report for important disclosures.        **COWEN**.COM

NTRA_0000630

COWEN
EQUITY RESEARCH

Natera
March 10, 2022

**Our Response to Select Allegations**

- **Opaque and deceptive billing practices have unleashed a tsunami of Better Business Bureau (BBB) complaints from patients, who have called the company's business practices "pure stealing" and "absolute fraud."** NTRA's 391 BBB complaints over the past 3 years is equal to 0.00012% of the 3.4M tests NTRA has processed over the same period.

- **NIPT represented 91% of 2021 Revenues.** Prospera (transplant rejection risk assessment) earned final Medicare Coverage in late December 2019. Signatera received final Medicare coverage for Signatera CRC (stage II-III) in September 2020. NTRA provided a volume breakout for Signatera + Altera (Signatera = majority) and Prospera + Renasight (Prospera = majority) during its Q4 call. 76k Signatera volumes at $500 ASP = $38M in revenues. 42,000 transplant volumes at $1,300 ASP (reaffirmed during Cowen Health Care Conference fireside) = $54.6M. Signatera revenues + Prospera Revenues +Licensing & Other Revenues = $150.9M, or 24.1% of total 2021 revenues.

- **Natera's revenue growth has been fueled by deceptive sales and billing practices aimed at doctors, insurance companies and expectant mothers.** Oncology + Transplant volumes represented 2.8% of 2020 total volumes, and 7.5% of 2021 volumes, driving major growth. The focus of NTRA's biopharma services and licensing deals (another growth driver) is not to deceive mothers. Our 2021 Panorama revenues represent 52% of 2021 total revenues.

- **The company is starkly unprofitable. We expect its "growth" and prospects will rapidly fizzle as payors and patients wise up to its practices.** EXAS IPO'd in 2001. NTRA IPO'd in 2015. GH IPO'd in 2018. None are profitable. All have structurally improved patient care. None have penetrated more than 5% of their addressable markets. All have market leading positions. Cologuard grew from $2M in revenues, to $810M 5-years later.

- **Natera bills BOTH insurers and expectant mothers, often collecting cash from both, then obfuscating the double billing**. If done often, this would imply Panorama ASPs closer to $800. Using our 2021 Panorama volume estimate, that implies $739.2M in revenues (excluding all other test offerings), or +18.1% above NTRA's 2021 revenues (audited by EY).

- **"Microdeletion testing was recently featured in a scathing New York Times exposé that reported how high rates of false positives result in tragic consequences."** The prevalence of a disease affects the PPV and NPV values. If a disease has a low prevalence and the test being used to assess disease in individuals is not 100% sensitive or 100% specific, false-positives will be high. If a disease with 1% prevalence is screened with a test that is 99% sensitive and 99% specific, screening of 10,000 patients would result in a PPV of 50%. A 2,400 patient breast cancer screening study (mammogram) featured on Cancer.gov demonstrated 6.3% PPV for women aged 40-49, 6.6% for women aged 50-59, and 7.8% for women aged 60-69. **Pre-test unbiased education and post-test genetic counseling allow for a more informed prenatal testing experience. NTRA offers both.**

- **Natera has no significant "moat."** NTRA's use of ILMN sequencers for NIPT applications is a material risk: NTRA's 20,000 patient, 5-year prospective, multi-center SMART Study is the largest study ever performed in NIPT, and the only to collect genetic confirmation of the outcomes on the vast majority of

COWEN.COM

NTRA_0000631



subjects. The combined market caps of specialty lab companies using ILMN NGS in the Masucci + Brennan coverages alone equals $20.6B. The FTC is challenging ILMN's acquisition of GRAIL because it could raise prices charged to GRAIL's competition.

NTRA_0000632

## VALUATION METHODOLOGY AND RISKS

### Valuation Methodology

### Diagnostics:

Price targets are based on several methodologies which may include: analysis of market risk, growth rate, revenue stream, discounted cash flows (DCF), EBITDA, EPS, cash flow (CF), free cash flow (FCF), EV/EBITDA, P/E, PE/growth, P/CF, P/FCF, premium (discount) / average group EV/EBITDA, premium (discount) / average group P/E, sum of the parts, net asset value, dividend returns, and return on equity (ROE) over the next 12 months.

We make investment recommendations on certain early stage, pre-revenue companies based upon an assessment of their business model, technology, probability of market success, and the potential market opportunity, balanced by an assessment of applicable risks. Such companies may not be assigned a price target.

### Investment Risks

### Diagnostics:

Risks to the Medical and Life Science Tools sector may include: reduction or delay in research and development budgets and government funding, reduced or delayed purchasing from health care / hospital customers, increased or extended regulatory hurdles or processes for regulated products, increased dependence on volatile emerging markets for revenues and profitability, and general macroeconomic challenges.

### Risks To The Price Target

Risks include but are not limited to: customer adoption could be slower than expected; average risk non-invasive prenatal testing reimbursement and clinical guideline hurdles; more intense competition than expected leading to greater than expected share loss and price erosion; less than expected contribution from non-Panorama products.

NTRA_0000633

# ADDENDUM

## Stocks Mentioned In Important Disclosures

| Ticker | Company Name |
| --- | --- |
| NTRA | Natera |

## Analyst Certification

Each author of this research report hereby certifies that (i) the views expressed in the research report accurately reflect his or her personal views about any and all of the subject securities or issuers, and (ii) no part of his or her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed in this report.

## Important Disclosures

Cowen and Company, LLC and or its affiliates make a market in the stock of Natera securities.

Cowen and Company, LLC managed or co-managed a public offering of Natera in the past 12 months.

Cowen and Company, LLC received compensation for investment banking services from Natera in the past 12 months.

Natera is or has been in the past 12 months a client of Cowen and Company, LLC; Cowen and Company, LLC has provided or is providing investment banking services during the past 12 months.

Cowen and Company, LLC compensates research analysts for activities and services intended to benefit the firm's investor clients. Individual compensation determinations for research analysts, including the author(s) of this report, are based on a variety of factors, including the overall profitability of the firm and the total revenue derived from all sources, including revenues from investment banking, sales and trading or principal trading revenues. Cowen and Company, LLC does not compensate research analysts based on specific investment banking transactions or specific sales and trading or principal trading revenues.

## Disclaimer

Cowen leverages technology from Truvalue Labs to generate our ESG scores. Truvalue Labs uses artificial intelligence to capture the stakeholder view of how companies are performing on ESG metrics, using the Sustainability Accounting Standards Board (SASB) materiality framework (www.sasb.org). (See below.) These data are leveraged to calculate a score for each company, which allows Cowen to have a **common framework** and uniform way to approach ESG discussions with our clients. Cowen ESG scores appear on Company and Company Quick Take notes and are updated daily.

The process begins with capturing unstructured data from more than 100,000 sources, in 14 languages. These data are culled from a wide range of sources with varied perspectives, including industry publications, news outlets, NGOs, trade unions, government sources, legal and regulatory filings, and academic publications.

Natural language processing is used to interpret semantic content from the original sources and generate analytics by applying criteria consistent with established sustainability and ESG frameworks. Performance is scored on a 0 to 100 scale. **A score of 50 represents a neutral impact**. Scores above 50 indicate more positive performance, and scores below reflect more negative performance. A score of NA means not enough data is available on the company to generate a score.

The algorithms are sensitive to both **intensity** and **frequency**. Truvalue Labs data contribute an indication of how stakeholder issues and potential controversies may affect a company, based on real-time information. Truvalue assesses positive and negative ESG events contained in unstructured data and assigns a score per topic for each passage based on the magnitude of sentiment. The score reflects not only whether performance is positive or negative, but also how positively or negatively the company is performing on the topic reflected in the datapoint. For example, the algorithms would assign a relatively more negative score to a catastrophic oil spill affecting multiple workers and communities than to a workplace incident that caused a minor injury to one worker. In both cases, the sentiment-based score would be negative, but performance would be evaluated as significantly more negative in the first case than in the second case.

Cowen introduced its own ESG scoring methodology because we believe that existing ratings systems are mostly backward-looking. Data are often supplied by companies and thus are subject to "greenwashing" (i.e., using data selectively to spin a story that is better than it actually is). In addition, most ratings systems generally don't align with SASB, which we think is emerging as a standard on the buy side.

Dynamic Materiality™ is Truvalue Labs' approach acknowledging that companies, industries, and sectors have unique materiality signatures that evolve over time, determined by factors such as shifts in business models, changing consumer preferences, emerging technologies, and new regulations. Dynamic Materiality™ is driven by how stakeholders respond to events, behaviors, and externalities experienced in relation to a company or an industry. This stands in contrast to the view that materiality is relatively static and can be defined by a company. For example, if a company appeared in 100 different sources over a trailing 12-month period, and 30 of the sources were related to the SASB Employee Health & Safety category, the Employee Health & Safety Dynamic Materiality™ would be 30%. Furthermore, 30% of the company's overall score would be driven by the Employee Health and Safety Insight Score.

Our research reports are simultaneously available to all clients are on our client website. Research reports are for our clients only. Not all research reports are disseminated, e-mailed or made available to third-party aggregators. Cowen and Company, LLC is not responsible for the redistribution of research by third party aggregators. Selected research reports are available in printed form in addition to an electronic form. All published research reports can be obtained on the firm's client website, https://cowenlibrary.bluematrix.com/client/library.jsp.

The information, opinions, estimates and forecasts are as of the date of this report and subject to change without prior notification. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Research reports are published at irregular intervals as appropriate in the analyst's judgement.

Further information on subject securities may be obtained from our offices. This research report is published solely for information purposes, and is not to be construed as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Other than disclosures relating to Cowen and Company, LLC, the information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete statement or summary of the available data. Any opinions expressed herein are statements of our judgment on this date and are subject to change without notice. The opinions and recommendations herein do not take into account individual client circumstances, objectives or needs and are not intended as recommendations of investment strategy. The recipients of this report must make their own independent decisions regarding any securities subject to this research report. In some cases, securities and other financial instruments may be difficult to value or sell and reliable information about the value or risks related to the security or financial instrument may be difficult to obtain. To the extent that this report discusses any legal proceedings or issues, it has not been prepared to express or intended to express any legal conclusion, opinion or advice. Our salespeople, traders and other professionals may provide oral or written market commentary or trading strategies to our clients that reflect opinions that are contrary to the opinions expressed in our research. Our principal trading area and investing businesses may make investment decisions that are inconsistent with recommendations or views expressed in our research. Cowen and Company, LLC maintains physical, electronic and procedural information barriers to address the flow of information between and among departments within Cowen and Company, LLC in order to prevent and avoid conflicts of interest with respect to analyst recommendations.

NTRA_0000634



For important disclosures regarding the companies that are the subject of this research report, please contact Compliance Department, Cowen and Company, LLC, 599 Lexington Avenue, 20th Floor, New York, NY 10022. In addition, the same important disclosures, with the exception of the valuation methods and risks, are available on the Firm's disclosure website at https://cowen.bluematrix.com/sellside/Disclosures.action.

**Equity Research Price Targets:** Cowen and Company, LLC assigns price targets on all companies covered in equity research unless noted otherwise. The equity research price target for an issuer's stock represents the value that the analyst reasonably expects the stock to reach over a performance period of twelve months. Any price targets in equity securities in this report should be considered in the context of all prior published Cowen and Company, LLC equity research reports (including the disclosures in any such equity report or on the Firm's disclosure website), which may or may not include equity research price targets, as well as developments relating to the issuer, its industry and the financial markets. For equity research price target valuation methodology and risks associated with the achievement of any given equity research price target, please see the analyst's equity research report publishing such targets.

**Cowen Cross-Asset Research:** Due to the nature of the fixed income market, the issuers or debt securities of the issuers discussed in "Cowen Cross-Asset Research" reports do not assign ratings and price targets and may not be continuously followed. Accordingly, investors must regard such branded reports as providing stand-alone analysis and reflecting the analyst's opinion as of the date of the report and should not expect continuing analysis or additional reports relating to such issuers or debt securities of the issuers.

From time to time "Cowen Cross-Asset Research" analysts provide investment recommendations on securities that are the subject of this report. These recommendations are intended only as of the time and date of publication and only within the parameters specified in each individual report. "Cowen Cross-Asset Research" investment recommendations are made strictly on a case-by-case basis, and no recommendation is provided as part of an overarching rating system or other set of consistently applied benchmarks. The views expressed in "Cross-Asset Research" report may differ from the views offered in the firm's equity research reports prepared for our clients.

**Notice to UK Investors:** This publication is produced by Cowen and Company, LLC which is regulated in the United States by FINRA. It is to be communicated only to persons of a kind described in Articles 19 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005. It must not be further transmitted to any other person without our consent.

**Notice to European Union Investors:** Individuals producing recommendations are required to obtain certain licenses by the Financial Regulatory Authority (FINRA). You can review the author's current licensing status and history, employment history and, if any, reported regulatory, customer dispute, criminal and other matters via "Brokercheck by FINRA" at http://brokercheck.finra.org/. An individual's licensing status with FINRA should not be construed as an endorsement by FINRA. General biographical information is also available for each Research Analyst at www.cowen.com.

Additionally, the complete preceding 12-month recommendations history related to recommendation in this research report is available at https://cowen.bluematrix.com/sellside/Disclosures.action

The recommendation contained in this report was produced at March 10, 2022, 09:50 ET. and disseminated at March 10, 2022, 09:50 ET.

**Copyright, User Agreement and other general information related to this report**

© 2022 Cowen and Company, LLC. All rights reserved. Member NYSE, FINRA and SIPC. This research report is prepared for the exclusive use of Cowen clients and may not be reproduced, displayed, modified, distributed, transmitted or disclosed, in whole or in part, or in any form or manner, to others outside your organization without the express prior written consent of Cowen. Cowen research reports are distributed simultaneously to all clients eligible to receive such research reports. Any unauthorized use or disclosure is prohibited. Receipt and/or review of this research constitutes your agreement not to reproduce, display, modify, distribute, transmit, or disclose to others outside your organization. All Cowen trademarks displayed in this report are owned by Cowen and may not be used without its prior written consent.

**Cowen and Company, LLC. New York** 646 562 1010 **Boston** 617 946 3700 **San Francisco** 415 646 7200 **Chicago** 312 577 2240 **Cleveland** 440 331 3531 **Atlanta** 866 544 7009 **Stamford** 646 616 3000 **Washington, D.C.** 202 868 5300 **London** (affiliate) 44 207 071 7500

**COWEN AND COMPANY EQUITY RESEARCH RATING DEFINITIONS**

**Outperform (1):** The stock is expected to achieve a total positive return of at least 15% over the next 12 months

**Market Perform (2):** The stock is expected to have a total return that falls between the parameters of an Outperform and Underperform over the next 12 months

**Underperform (3):** Stock is expected to achieve a total negative return of at least 10% over the next 12 months

**Assumption:** The expected total return calculation includes anticipated dividend yield

## Cowen and Company Equity Research Rating Distribution

**Distribution of Ratings/Investment Banking Services (IB) as of 12/31/21**

| Rating | Count | Ratings Distribution | Count | IB Services/Past 12 Months |
|---|---|---|---|---|
| Buy (a) | 694 | 72.14% | 227 | 32.71% |
| Hold (b) | 260 | 27.03% | 24 | 9.23% |
| Sell (c) | 8 | 0.83% | 0 | 0.00% |

(a) Corresponds to "Outperform" rated stocks as defined in Cowen and Company, LLC's equity research rating definitions. (b) Corresponds to "Market Perform" as defined in Cowen and Company, LLC's equity research ratings definitions. (c) Corresponds to "Underperform" as defined in Cowen and Company, LLC's equity research ratings definitions. Cowen and Company Equity Research Rating Distribution Table does not include any company for which the equity research rating is currently suspended or any debt security followed by Cowen Credit Research and Trading.

Note: "Buy", "Hold" and "Sell" are not terms that Cowen and Company, LLC uses in its ratings system and should not be construed as investment options. Rather, these ratings terms are used illustratively to comply with FINRA regulation.

NTRA_0000635

**COWEN**
EQUITY RESEARCH

Natera
March 10, 2022



**Legend for Price Chart:**

I = Initiation | 1 = Outperform | 2 = Market Perform | 3 = Underperform | UR = Price Target Under Review | T = Terminated Coverage | $xx = Price Target | NA = Not Available |
S=Suspended

NTRA_0000636

# COWEN ESG SCORES

## HOW ARE COWEN'S ESG SCORES CALCULATED?

Cowen leverages technology from Truvalue Labs to generate our ESG scores. Truvalue Labs uses artificial intelligence to capture the stakeholder view of how companies are performing on ESG metrics, using the Sustainability Accounting Standards Board (SASB) materiality framework (www.sasb.org). (See below.) These data are leveraged to calculate a score for each company, which allows Cowen to have a **common framework** and uniform way to approach ESG discussions with our clients. Cowen ESG scores appear on Company and Company Quick Take notes and are updated daily.

## UNIVERSE OF 26 SUSTAINABILITY ISSUES ACROSS 5 AREAS



## HOW DOES THE PROCESS WORK?

The process begins with capturing unstructured data from more than 100,000 sources, in 14 languages. These data are culled from a wide range of sources with varied perspectives, including industry publications, news outlets, NGOs, trade unions, government sources, legal and regulatory filings, and academic publications.

Natural language processing is used to interpret semantic content from the original sources and generate analytics by applying criteria consistent with established sustainability and ESG frameworks. Performance is scored on a 0 to 100 scale. **A score of 50 represents a neutral impact**. Scores above 50 indicate more positive performance, and scores below reflect more negative performance. A score of NA means not enough data is available on the company to generate a score.

The algorithms are sensitive to both **intensity** and **frequency**. Truvalue Labs data contribute an indication of how stakeholder issues and potential controversies may affect a company, based on real-time information. Truvalue assesses positive and negative ESG events contained in unstructured data and assigns a score per topic for each passage based on the magnitude of sentiment. The score reflects not only whether performance is positive or negative, but also how positively or negatively the company is performing on the topic reflected in the datapoint. For example, the algorithms would assign a relatively more negative score to a catastrophic oil spill affecting multiple workers and communities than to a workplace incident that caused a minor injury to one worker. In both cases, the sentiment-based score would be negative, but performance would be evaluated as significantly more negative in the first case than in the second case.

## WHY DO WE BELIEVE THAT OUR APPROACH IS BETTER THAN OTHERS?

Cowen introduced its own ESG scoring methodology because we believe that existing ratings systems are mostly backward-looking. Data are often supplied by companies and thus are subject to "greenwashing" (i.e., using data selectively to spin a story that is better than it actually is). In addition, most ratings systems generally don't align with SASB, which we think is emerging as a standard on the buy side.

## DYNAMIC MATERIALITY™

Dynamic Materiality™ is Truvalue Labs' approach acknowledging that companies, industries, and sectors have unique materiality signatures that evolve over time, determined by factors such as shifts in business models, changing consumer preferences, emerging technologies, and new regulations. Dynamic Materiality™ is driven by how stakeholders respond to events, behaviors, and externalities experienced in relation to a company or an industry. This stands in contrast to the view that materiality is relatively static and can be defined by a company. For example, if a company appeared in 100 different sources over a trailing 12-month period, and 30 of the sources were related to the SASB Employee Health & Safety category, the Employee Health & Safety Dynamic Materiality™ would be 30%. Furthermore, 30% of the company's overall score would be driven by the Employee Health and Safety Insight Score.

NTRA_0000637



ESG performance is scored on a 0 to 100 scale. A score of 50 represents a neutral impact. Scores above 50 indicate more positive performance, and scores below reflect more negative performance. A blank chart means the company has an ESG performance score of N/A. A score of N/A means not enough data is available on the company to generate a score.

Source: Truvalue Labs

NTRA_0000638

**COWEN**
EQUITY RESEARCH

Natera
March 10, 2022

# POINTS OF CONTACT

## Reaching Cowen

### Main U.S. Locations

**New York**
599 Lexington Avenue
New York, NY 10022
646 562 1010
800 221 5616

**Boston**
Two International Place
Boston, MA 02110
617 946 3700
800 343 7068

**Cleveland**
20006 Detroit Road
Suite 100
Rocky River, OH 44116
440 331 3531

**San Francisco**
One Maritime Plaza, 9th Floor
San Francisco, CA 94111
415 646 7200
800 858 9316

**Atlanta**
3424 Peachtree Road NE
Suite 2200
Atlanta, GA 30326
866 544 7009

**Chicago**
181 West Madison Street
Suite 3135
Chicago, IL 60602
312 577 2240

**Stamford**
262 Harbor Drive
Stamford, CT 06902
646 616 3000

**Washington, D.C.**
2900 K Street, NW
Suite 520
Washington, DC 20007
202 868 5300

### International Location

**Cowen International Limited**

**London**
1 Snowden Street - 11th Floor
London EC2A 2DQ
United Kingdom
44 20 7071 7500

  COWENRESEARCH     COWEN    COWEN INC.

NTRA_0000639