**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

|  |  |
|---|---|
| JOHN HARVEY SCHNEIDER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NATERA, INC., STEVE CHAPMAN, MICHAEL BROPHY, MATTHEW RABINOWITZ, and RAMESH HARIHARAN,<br><br>Defendants. | Case No. 1:22-cv-00398-DAE |

**DECLARATION OF JOSHUA E. D'ANCONA IN SUPPORT OF**
**PLAINTIFFS' RESPONSE TO DEFENDANTS' OBJECTIONS TO**
**REPORT AND RECOMMENDATION**

I, Joshua E. D'Ancona, hereby declare as follows:

1.      I am a partner at the law firm of Kessler, Topaz, Meltzer & Check, LLP, Court-appointed Lead Counsel for Lead Plaintiff British Airways Pension Trustees Limited in the above-captioned action. I am admitted to practice before this Court *pro hac vice.*

2.      I submit this declaration in support of the Response to Defendants' Objections to Report and Recommendation, and I have personal knowledge of or information bearing on the facts set forth herein.

3.      Attached are true and correct copies of the following exhibits:

Exhibit 1:    Excerpt of Transcript of November 19, 2024 Hearing on Motion to Certify Class.

1

2

Executed on this 7th day of March, 2025 in Radnor, Pennsylvania.


Dated: March 7, 2025                              */s/ Joshua E. D'Ancona*
                                                 Joshua E. D'Ancona

**<u>CERTIFICATE OF SERVICE</u>**

I certify a copy of the foregoing document was filed in accordance with the protocols for e-filing in the United States District Court for the Western District of Texas on March 7, 2025 and served on all counsel of record who have consented to electronic notification via ECF.

*/s/ Joshua E. D'Ancona*

Joshua E. D'Ancona

3