# United States Court of Appeals for the Fifth Circuit

---

No. 25-90009

---

JOHN HARVEY SCHNEIDER, *Individually and on behalf of all other similarly situated*; KEY WEST POLICE & FIRE PENSION FUND; UNIVERSITY OF PUERTO RICO RETIREMENT SYSTEM; BRITISH AIRWAYS PENSION TRUSTEES LIMITED,

*Plaintiffs—Respondents*,

*versus*

NATERA, INCORPORATED; STEVE CHAPMAN; MICHAEL BROPHY; MATTHEW RABINOWITZ; RAMESH HARIHARAN; SVB LEERINK, L.L.C.; ROY BAYNES, *care of* NATERA INCORPORATED; MONICA BERTAGNOLLI, *care of* NATERA INCORPORATED; JONATHAN SHEENA, *care of* NATERA INCORPORATED; ROW CHAPMAN, *care of* NATERA INCORPORATED; HERM ROSENMAN, *care of* NATERA INCORPORATED; ROBERT W. BAIRD, *care of* NATERA INCORPORATED; MORGAN STANLEY & COMPANY, L.L.C.; GAIL MARCUS, *care of* NATERA INCORPORATAED; JAMES I. HEALY, *Care of* NATERA INCORPORATED; GOLDMAN SACHS AND COMPANY, L.L.C.; CRAIG-HALLUM CAPITAL GROUP, L.L.C.; TODD CAZZENS; COWEN AND COMPANY, L.L.C.; BTIG, L.L.C.; ROELO F. BOTHA, *care of* NATERA INCORPORATED; PAUL R. BILINGS; ROBERT W. BAIRD COMPANY, INCORPORATED,

*Defendants—Petitioners*.

---

Motion for Leave to Appeal
under FED. R. CIV. P. 23(f)
USDC No. 1:22-CV-398

---

No. 25-90009

<u>UNPUBLISHED ORDER</u>

Before STEWART, HAYNES, and HIGGINSON, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that the motion for leave to appeal under FED. R. CIV. P. 23(f) is GRANTED.