# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 09, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 25-90009   Schneider v. Natera, Incorporated
                USDC No. 1:22-CV-398

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Jasmine J. Forman, Deputy Clerk

Mr. Jeffrey John Angelovich
Mr. Danny Scot Ashby
Mr. Joshua E. D'Ancona
Mr. Philip Devlin
Ms. Barbara A. Schwartz
Mr. Johnny Sutton
Ms. Jessica Elaine Underwood
Mr. Bruce G. Vanyo