**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

|  |  |
|---|---|
| JOHN HARVEY SCHNEIDER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NATERA, INC., STEVE CHAPMAN, MICHAEL BROPHY, MATTHEW RABINOWITZ, and RAMESH HARIHARAN, <br><br> Defendants. | Case No. 1:22-cv-00398-DAE |

**DECLARATION OF EVAN R. HOEY IN SUPPORT OF PLAINTIFFS' OPPOSED MOTION TO COMPEL THE NATERA DEFENDANTS TO CONDUCT SEARCHES FOR CUSTODIAL DOCUMENTS RESPONSIVE TO PLAINTIFFS' DOCUMENT REQUESTS**

I, Evan R. Hoey, hereby declare as follows:

1.      I am an associate at the law firm of Kessler, Topaz, Meltzer & Check, LLP, Court-appointed Counsel for Lead Plaintiff and Class Representative British Airways Pension Trustees Limited and Class Counsel in the above-captioned action. I am admitted to practice before this Court *pro hac vice*.

2.      I submit this declaration in support of Plaintiffs' Opposed Motion to Compel the Natera Defendants to Conduct Searches for Custodial Documents Responsive to Plaintiffs' Document Requests ("Motion")[1], and I have personal knowledge of or information bearing on the facts set forth herein.

---

[1]      Unless otherwise noted, capitalized terms used herein have the meanings ascribed to them in the Motion.

1

3.     Attached are true and correct copies of the following exhibits:

**Exhibit 1:**   Plaintiffs' First Set of Requests for Production of Documents to the Natera Defendants, served November 16, 2023.

**Exhibit 2:**   Letter from Joshua E. D'Ancona to Christina L. Costley, dated March 4, 2025.

**Exhibit 3:**   Letter from Evan R. Hoey to Christina L. Costley, dated May 15, 2024.

**Exhibit 4:**   Letter from Christina L. Costley to Evan R. Hoey, dated July 9, 2024.

**Exhibit 5:**   Email from Thomas Artaki to Evan R. Hoey, dated July 25, 2024.

**Exhibit 6:**   Letter from Christina L. Costley to Evan R. Hoey, dated May 24, 2024.

**Exhibit 7:**   Letter from Christina L. Costley to Joshua E. D'Ancona, dated April 2, 2025.

**Exhibit 8:**   Email from Thomas Artaki to Evan R. Hoey, dated May 9, 2025.

**Exhibit 9:**   The Natera Defendants' Amended Objections and Responses to Plaintiffs' First Set of Interrogatories to the Natera Defendants, served December 4, 2024.

4.     The Natera Defendants have represented that they produced, in total, nearly 60,000 documents during Phase 1 of discovery. *See* Exhibit 8 (listed above) at 2. Based on a reasonable review of available metadata for documents produced by the Natera Defendants, approximately 30,500 of those documents are dated from within the Class Period in this case (February 27, 2020 to March 8, 2022, inclusive).

5.     During the parties' April 15, 2025 meet and confer, the Natera Defendants stated that, based on their Phase 1 productions, they considered their obligation to search for and produce documents was satisfied with respect to 31 of 47 Plaintiffs' Requests for Production—specifically, Request for Production Nos. 1, 2, 4, 12, 13, 16-27, 28-39, 42, and 44.

2

\*          \*          \*

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on: May 14, 2025                          /s/ Evan R. Hoey
                                                   Evan R. Hoey