# EXHIBIT 4

# Katten

**2121 Avenue of the Stars**
**Suite 1100**
**Los Angeles, CA  90067-5010**
**+1.310.788.4400 tel**
**katten.com**

**CHRISTINA L. COSTLEY**
christina.costley@katten.com
+1.310.788.4485 direct
+1.310.712.8235 fax

_**Via Email**_

July 9, 2024

Evan Hoey
280 King of Prussia Road
Radnor, Pennsylvania 19087
ehoey@ktmc.com

**Re:**    _**Schneider v. Natera, Inc., et al.**_**, No. 1:22-cv-00398-DAE (W.D. Tex.)**

Counsel:

We write in response to your June 12, 2024 letter (the "Letter").  As an initial matter, we disagree with the Letter's various arguments and characterizations about the June 11, 2024 meet and confer (the "Meet and Confer")—including, but not limited to, your representations about the purported scope of Phase One discovery.  Nonetheless, in an effort to move the ball forward, we address below only those items in the Letter for which a response was specifically requested.

Additionally, we seek clarification on a few issues relating to Lead Plaintiffs' document production.

## 1.   SEC Materials

We can confirm there is some small overlap between the documents that Natera, Inc. ("Natera") produced to the SEC as part of its investigation, and the materials reviewed and found responsive by the Special Committee.  For example, certain Natera policies appear as part of both document sets.  We intend to produce those agreed-upon documents such that it will be apparent to Plaintiffs which documents are in each respective set.

## 2.   Additional Sources, Custodians, and Search Terms

### a.  Natera Defendants' Search and Production re Plaintiffs

With respect to the documents concerning Plaintiffs, we will run the following search terms in Natera's email server, over a date range of January 1, 2019 to September 30, 2022.

- "british airways" AND pension
- "british airways" AND fund
- "BA Pension"
- BAPTL
- "Key West P&F"

# Katten

July 9, 2024
Page 2

- "Key West Pension"
- "Key West Police & Fire Pension Fund"
- "Key West Police and Fire Pension Fund"
- "Key West Police Fire Pension Fund"

We will produce any responsive, non-privileged documents.

**b. Custodian Mike Brophy**

Our understanding is that Plaintiffs' proposed custodians #9-30 would not have communicated about the Capitol Forum Reports or the Hindenburg Report without Brophy's involvement (if at all).

Accordingly, our position remains that Brophy is the relevant "additional" custodian for Phase One discovery. Given that Brophy is both a named defendant in this action and Natera's Chief Financial Officer (CFO), his documents are proportional and sufficient for Phase One discovery.

Relatedly, our understanding is that Brophy's communications about matters relevant to the Capitol Forum Reports and Hindenburg Report were limited to email. Thus, Brophy's email box is the relevant source for the additional searches for Phase One discovery. Although our understanding is that it is unlikely that Brophy's Google Chats will be relevant to the additional Phase One matters, we can also agree to search Brophy's collected Google Chats.

Our proposed edits and additional search terms to be run over custodian Brophy for Phase One discovery are included in Attachment 1. The relevant date range for these searches is January 1, 2020 to September 30, 2022, which accounts for the three months before Capitol Forum began its reporting on issues relevant to this case and six months after the Hindenburg Report.

**3. Lead Plaintiffs' June 26, 2024 Document Production**

We appreciate that Lead Plaintiff has begun its production of documents in response to the Natera Defendants' first set of requests for production. Although we are still reviewing and analyzing the documents produced thus far, we have a couple points that we would like clarification on:

- Lead Plaintiff produced documents in two sets with two different Bates-prefixes: "LP" and "BAPTL." Can you please clarify any difference between these two document sets (if any), and your rationale for having two different Bates-prefixes.

# Katten

July 9, 2024
Page 3

- Lead Plaintiff has produced documents indicating Blackrock was its investment manager for the period beginning in or around April 2021. *See, e.g.*, BAPTL-000043. Can you clarify whether Blackrock (or another entity) served as Lead Plaintiff's investment manager between February 26, 2020 (the start of the putative class period) and April 2021; and, if so, whether Lead Plaintiff intends to produce further documents regarding this investment manager and time period?

- Can you confirm the timing for Lead Plaintiff's next rolling production of documents and when we can expect the full document production to be completed?

Sincerely,

Christina L. Costley