# EXHIBIT 5

| | |
|---|---|
| **From:** | Artaki, Thomas <thomas.artaki@katten.com> |
| **Sent:** | Thursday, July 25, 2024 9:46 AM |
| **To:** | Evan Hoey; Yong, Paul S.; Vanyo, Bruce G.; Costley, Christina L.; Knoll, Lucas; Huffman, Ted; McKennon, Megan; lwagner@omm.com; Ashby, Danny S.; Quaye, Kobina A.; Hail, Eric R.; Rosenberg, Jonathan |
| **Cc:** | Gregory Castaldo; Josh D'Ancona; Josh Materese; Vanessa Milan; Jesse Jensen; Cody Hill; Jessica Underwood; Wilson, Brett |
| **Subject:** | RE: Schneider v. Natera, Inc., et al., No. 1:22-cv-00398-DAE (W.D. Tex.) |

**\*External E-Mail\***

Hi Evan,

A few responses to your emails below.

First, we are fine with limiting those five Mike Brophy search terms in the manner you propose below, and extending the date range for his custodial documents to October 31, 2022.

Second, after running the BAPTL search terms, we did not identify any responsive and non-privileged documents concerning BAPTL.

Finally, we did not "confirm" that Mike Brophy "does not have a single text message relevant to this case," and we do not appreciate your misrepresentation that we did so. As my email made clear, our understanding of the extent to which Mr. Brophy used text message for work purposes is based on our conversations with our client, including Mr. Brophy. In the absence of any obligation to collect or produce Mr. Brophy's text messages, Katten has not reviewed them and, therefore, we are not in a position to provide the type of confirmation suggested in your email.

Thanks,
Tom

**Thomas Artaki**
Associate

**Katten**
Katten Muchin Rosenman LLP
50 Rockefeller Plaza | New York, NY 10020-1605
direct +1.212.940.6606
thomas.artaki@katten.com | katten.com

---

**From:** Evan Hoey
**Sent:** Wednesday, July 24, 2024 4:15 PM
**To:** Artaki, Thomas ; Yong, Paul S. ; Vanyo, Bruce G. ; Costley, Christina L. ; Knoll, Lucas ; Huffman, Ted ; McKennon, Megan ; lwagner@omm.com; Ashby, Danny S. ; Quaye, Kobina A. ; Hail, Eric R. ; Rosenberg, Jonathan
**Cc:** Gregory Castaldo ; Josh D'Ancona ; Josh Materese ; Vanessa Milan ; Jesse Jensen ; Cody Hill ; Jessica Underwood ; Wilson, Brett
**Subject:** RE: Schneider v. Natera, Inc., et al., No. 1:22-cv-00398-DAE (W.D. Tex.)

*EXTERNAL EMAIL – EXERCISE CAUTION*
Counsel,

1

Please let us know when we can expect a response to the below. Separately, based on our review, to date the Natera Defendants have not produced any documents hitting on the BAPTL-related search terms included in their July 9 letter. Please let us know whether any such documents are forthcoming and, if so, when they will be produced.

Regards,
Evan

---

**From:** Evan Hoey
**Sent:** Friday, July 19, 2024 7:01 PM
**To:** Artaki, Thomas <thomas.artaki@katten.com>; Yong, Paul S. <paul.yong@katten.com>; Vanyo, Bruce G. <bruce@katten.com>; Costley, Christina L. <christina.costley@katten.com>; Knoll, Lucas <lucas.knoll@katten.com>; Huffman, Ted <ted.huffman@katten.com>; McKennon, Megan <megan.mckennon@katten.com>; lwagner@omm.com; Ashby, Danny S. <dashby@omm.com>; Quaye, Kobina A. <kquaye@omm.com>; Hail, Eric R. <eric.hail@katten.com>; Rosenberg, Jonathan <jrosenberg@omm.com>
**Cc:** Gregory Castaldo <gcastaldo@ktmc.com>; Josh D'Ancona <jdancona@ktmc.com>; Josh Materese <jmaterese@ktmc.com>; Vanessa Milan <VMilan@ktmc.com>; Jesse Jensen <Jesse.Jensen@blbglaw.com>; Cody Hill <codyhill@nixlaw.com>; Jessica Underwood <junderwood@nixlaw.com>; Wilson, Brett <brett.wilson@katten.com>
**Subject:** RE: Schneider v. Natera, Inc., et al., No. 1:22-cv-00398-DAE (W.D. Tex.)

Counsel,

Thank you for confirming that Mr. Brophy does not have a single text message relevant to this case. As for your claim that collecting and producing text messages would be unduly burdensome or beyond the scope of Phase One discovery, you have provided no factual basis for that position to date. This is unsurprising—during the parties' July 11 meet and confer you stated that you have not inquired (and do not intend to inquire) whether any of the seven additional Special Committee custodians (not to mention any of Plaintiffs' additional proposed custodians) used text messaging or other forms of non-email electronic communication for business purposes. Without conducting that threshold inquiry, the Natera Defendants cannot substantiate claims of undue burden.

Regarding the search terms we discussed during the July 11 meet and confer, Plaintiffs propose the following date range limitations for the search terms (1) market*, (2) stock OR share*, (3) investor*, and (4) analyst* from Plaintiffs' search term proposal:

- Feb. 26-Mar. 2, 2020
- May 6-11, 2020
- Aug. 5-10, 2020
- Jan. 12-15, 2021
- Feb. 25-Mar. 2, 2021
- May 6-11, 2021
- Aug. 5-16, 2021
- Sept. 10-16, 2021
- Nov. 4-9, 2021
- Mar. 9-14, 2022

As for the search string (amar OR Kamath), as we explained, given that Mr. Kamath's employment at Natera ended before January 1, 2020 (i.e., the start of the date range the Natera Defendants are using for the additional search of Mr. Brophy's Natera email account and Google Chats), we ask that you run that string as-is.

As stated during the July 11 meet and confer, to the extent the Natera Defendants raise a burden argument with respect to any of these terms and/or date range parameters, please provide us with hit counts to substantiate those claims and to facilitate further productive discussions between the parties.

2

Finally, please confirm whether the Natera Defendants will extend the end of the date range for the additional Brophy custodial search by one month, to October 31, 2022, as we discussed during our July 11 call.

Regards,
Evan

---

**From:** Artaki, Thomas <thomas.artaki@katten.com>
**Sent:** Thursday, July 18, 2024 7:12 PM
**To:** Evan Hoey <EHoey@ktmc.com>; Yong, Paul S. <paul.yong@katten.com>; Vanyo, Bruce G. <bruce@katten.com>; Costley, Christina L. <christina.costley@katten.com>; Knoll, Lucas <lucas.knoll@katten.com>; Huffman, Ted <ted.huffman@katten.com>; McKennon, Megan <megan.mckennon@katten.com>; lwagner@omm.com; Ashby, Danny S. <dashby@omm.com>; Quaye, Kobina A. <kquaye@omm.com>; Hail, Eric R. <eric.hail@katten.com>; Rosenberg, Jonathan <jrosenberg@omm.com>
**Cc:** Gregory Castaldo <gcastaldo@ktmc.com>; Josh D'Ancona <jdancona@ktmc.com>; Josh Materese <jmaterese@ktmc.com>; Vanessa Milan <VMilan@ktmc.com>; Jesse Jensen <Jesse.Jensen@blbglaw.com>; Cody Hill <codyhill@nixlaw.com>; Jessica Underwood <junderwood@nixlaw.com>; Wilson, Brett <brett.wilson@katten.com>
**Subject:** RE: Schneider v. Natera, Inc., et al., No. 1:22-cv-00398-DAE (W.D. Tex.)

**\*External E-Mail\***

---

Counsel:

Following our recent meet and confer, we further conferred with our client about whether Mike Brophy may have sent text messages concerning issues relevant to this case. We have determined that he occasionally used text messages for work purposes; however, we are not aware at this time of any such messages relevant to this case or otherwise responsive to Plaintiffs' document requests. Regardless, as stated in Christina's letter dated May 24, 2024, our position remains that the collection and production of text messages is unduly burdensome and outside the scope of this phase of discovery.

In addition, our understanding from our July 11 meet-and-confer is that Plaintiffs will send us proposed edits (whether to syntax or to time period) to the five search terms that were discussed on that call: (1) "market," (2) "investor," (3) "analyst," (4) "stock OR share," and (5) "Amar OR Kamath." Please let us know when you expect to send us those proposed edits.

Thanks,
Tom

**Thomas Artaki**
Associate

**Katten**
Katten Muchin Rosenman LLP
50 Rockefeller Plaza | New York, NY 10020-1605
direct +1.212.940.6606
thomas.artaki@katten.com | katten.com

---

**From:** Evan Hoey <EHoey@ktmc.com>
**Sent:** Wednesday, July 10, 2024 3:29 PM
**To:** Artaki, Thomas <thomas.artaki@katten.com>; Yong, Paul S. <paul.yong@katten.com>; Vanyo, Bruce G. <bruce@katten.com>; Costley, Christina L. <christina.costley@katten.com>; Knoll, Lucas <lucas.knoll@katten.com>; Huffman, Ted <ted.huffman@katten.com>; McKennon, Megan <megan.mckennon@katten.com>; lwagner@omm.com;

Ashby, Danny S. <dashby@omm.com>; Quaye, Kobina A. <kquaye@omm.com>; Hail, Eric R. <eric.hail@katten.com>; Rosenberg, Jonathan <jrosenberg@omm.com>
**Cc:** Gregory Castaldo <gcastaldo@ktmc.com>; Josh D'Ancona <jdancona@ktmc.com>; Josh Materese <jmaterese@ktmc.com>; Vanessa Milan <VMilan@ktmc.com>; Jesse Jensen <Jesse.Jensen@blbglaw.com>; Cody Hill <codyhill@nixlaw.com>; Jessica Underwood <junderwood@nixlaw.com>; Wilson, Brett <brett.wilson@katten.com>
**Subject:** RE: Schneider v. Natera, Inc., et al., No. 1:22-cv-00398-DAE (W.D. Tex.)

*EXTERNAL EMAIL – EXERCISE CAUTION*
Thanks, Tom. Please circulate an invite.


Regards,
Evan


**From:** Artaki, Thomas <thomas.artaki@katten.com>
**Sent:** Wednesday, July 10, 2024 2:17 PM
**To:** Evan Hoey <EHoey@ktmc.com>; Yong, Paul S. <paul.yong@katten.com>; Vanyo, Bruce G. <bruce@katten.com>; Costley, Christina L. <christina.costley@katten.com>; Knoll, Lucas <lucas.knoll@katten.com>; Huffman, Ted <ted.huffman@katten.com>; McKennon, Megan <megan.mckennon@katten.com>; lwagner@omm.com; Ashby, Danny S. <dashby@omm.com>; Quaye, Kobina A. <kquaye@omm.com>; Hail, Eric R. <eric.hail@katten.com>; Rosenberg, Jonathan <jrosenberg@omm.com>
**Cc:** Gregory Castaldo <gcastaldo@ktmc.com>; Josh D'Ancona <jdancona@ktmc.com>; Josh Materese <jmaterese@ktmc.com>; Vanessa Milan <VMilan@ktmc.com>; Jesse Jensen <Jesse.Jensen@blbglaw.com>; Cody Hill <codyhill@nixlaw.com>; Jessica Underwood <junderwood@nixlaw.com>; Wilson, Brett <brett.wilson@katten.com>
**Subject:** RE: Schneider v. Natera, Inc., et al., No. 1:22-cv-00398-DAE (W.D. Tex.)

**\*External E-Mail\***

Hi Evan,

We would be available at 10:30am ET tomorrow. Let us know if you'd like us to circulate a Zoom invite.


Thanks,
Tom


**Thomas Artaki**
Associate

**Katten**
Katten Muchin Rosenman LLP
50 Rockefeller Plaza | New York, NY 10020-1605
direct +1.212.940.6606
thomas.artaki@katten.com | katten.com


**From:** Evan Hoey <EHoey@ktmc.com>
**Sent:** Tuesday, July 9, 2024 9:47 PM
**To:** Yong, Paul S. <paul.yong@katten.com>; Vanyo, Bruce G. <bruce@katten.com>; Costley, Christina L. <christina.costley@katten.com>; Artaki, Thomas <thomas.artaki@katten.com>; Knoll, Lucas <lucas.knoll@katten.com>; Huffman, Ted <ted.huffman@katten.com>; McKennon, Megan <megan.mckennon@katten.com>; lwagner@omm.com; Ashby, Danny S. <dashby@omm.com>; Quaye, Kobina A. <kquaye@omm.com>; Hail, Eric R. <eric.hail@katten.com>; Rosenberg, Jonathan <jrosenberg@omm.com>
**Cc:** Gregory Castaldo <gcastaldo@ktmc.com>; Josh D'Ancona <jdancona@ktmc.com>; Josh Materese <jmaterese@ktmc.com>; Vanessa Milan <VMilan@ktmc.com>; Jesse Jensen <Jesse.Jensen@blbglaw.com>; Cody Hill

<codyhill@nixlaw.com>; Jessica Underwood <junderwood@nixlaw.com>; Wilson, Brett <brett.wilson@katten.com>
**Subject:** RE: Schneider v. Natera, Inc., et al., No. 1:22-cv-00398-DAE (W.D. Tex.)

*EXTERNAL EMAIL – EXERCISE CAUTION*
Counsel,

We would like to meet and confer to discuss the below. Please let us know the Natera Defendants' availability this Thursday (7/11) from 9am-12pm ET or 1pm-3pm ET, or Friday (7/12) between 10am ET and 4pm ET.

We can also discuss whether the Coffman deposition can proceed remotely during that call.

Regards,
Evan

---

**From:** Yong, Paul S. <paul.yong@katten.com>
**Sent:** Tuesday, July 9, 2024 12:56 PM
**To:** Evan Hoey <EHoey@ktmc.com>; Vanyo, Bruce G. <bruce@katten.com>; Costley, Christina L. <christina.costley@katten.com>; Artaki, Thomas <thomas.artaki@katten.com>; Knoll, Lucas <lucas.knoll@katten.com>; Huffman, Ted <ted.huffman@katten.com>; McKennon, Megan <megan.mckennon@katten.com>; lwagner@omm.com; Ashby, Danny S. <dashby@omm.com>; Quaye, Kobina A. <kquaye@omm.com>; Hail, Eric R. <eric.hail@katten.com>; Rosenberg, Jonathan <jrosenberg@omm.com>
**Cc:** Gregory Castaldo <gcastaldo@ktmc.com>; Josh D'Ancona <jdancona@ktmc.com>; Josh Materese <jmaterese@ktmc.com>; Vanessa Milan <VMilan@ktmc.com>; Jesse Jensen <Jesse.Jensen@blbglaw.com>; Cody Hill <codyhill@nixlaw.com>; Jessica Underwood <junderwood@nixlaw.com>; Wilson, Brett <brett.wilson@katten.com>
**Subject:** RE: Schneider v. Natera, Inc., et al., No. 1:22-cv-00398-DAE (W.D. Tex.)

**\*External E-Mail\***

---

Counsel – Please see attached. Thanks.

**Paul S. Yong**
Associate (he | him)

**Katten**
Katten Muchin Rosenman LLP
2121 Avenue of the Stars, Suite 1100 | Los Angeles, CA 90067-5010
direct +1.310.788.4464
paul.yong@katten.com | katten.com

---

**From:** Yong, Paul S.
**Sent:** Monday, July 8, 2024 2:16 PM
**To:** 'Evan Hoey' <EHoey@ktmc.com>; Vanyo, Bruce G. <bruce@katten.com>; Costley, Christina L. <christina.costley@katten.com>; Artaki, Thomas <thomas.artaki@katten.com>; Knoll, Lucas <lucas.knoll@katten.com>; Huffman, Ted <ted.huffman@katten.com>; McKennon, Megan <megan.mckennon@katten.com>; lwagner@omm.com; Ashby, Danny S. <dashby@omm.com>; Quaye, Kobina A. <kquaye@omm.com>; Hail, Eric R. <eric.hail@katten.com>; Rosenberg, Jonathan <jrosenberg@omm.com>
**Cc:** Gregory Castaldo <gcastaldo@ktmc.com>; Josh D'Ancona <jdancona@ktmc.com>; Josh Materese <jmaterese@ktmc.com>; Vanessa Milan <VMilan@ktmc.com>; Jesse Jensen <Jesse.Jensen@blbglaw.com>; Cody Hill <codyhill@nixlaw.com>; Jessica Underwood <junderwood@nixlaw.com>
**Subject:** RE: Schneider v. Natera, Inc., et al., No. 1:22-cv-00398-DAE (W.D. Tex.)

5

Hi Evan – We intend to send over our response later today or first thing tomorrow morning. Apologies for the slight delay – the Fourth of July holiday slowed things down for us.

**Paul S. Yong**
Associate (he | him)

**Katten**
Katten Muchin Rosenman LLP
2121 Avenue of the Stars, Suite 1100 | Los Angeles, CA 90067-5010
direct +1.310.788.4464
paul.yong@katten.com | katten.com

---

**From:** Evan Hoey <EHoey@ktmc.com>
**Sent:** Monday, July 8, 2024 1:35 PM
**To:** Vanyo, Bruce G. <bruce@katten.com>; Costley, Christina L. <christina.costley@katten.com>; Yong, Paul S. <paul.yong@katten.com>; Artaki, Thomas <thomas.artaki@katten.com>; Knoll, Lucas <lucas.knoll@katten.com>; Huffman, Ted <ted.huffman@katten.com>; McKennon, Megan <megan.mckennon@katten.com>; lwagner@omm.com; Ashby, Danny S. <dashby@omm.com>; Quaye, Kobina A. <kquaye@omm.com>; Hail, Eric R. <eric.hail@katten.com>; Rosenberg, Jonathan <jrosenberg@omm.com>
**Cc:** Gregory Castaldo <gcastaldo@ktmc.com>; Josh D'Ancona <jdancona@ktmc.com>; Josh Materese <jmaterese@ktmc.com>; Vanessa Milan <VMilan@ktmc.com>; Jesse Jensen <Jesse.Jensen@blbglaw.com>; Cody Hill <codyhill@nixlaw.com>; Jessica Underwood <junderwood@nixlaw.com>
**Subject:** RE: Schneider v. Natera, Inc., et al., No. 1:22-cv-00398-DAE (W.D. Tex.)

*EXTERNAL EMAIL – EXERCISE CAUTION*
Counsel,

We understood that the Natera Defendants would be responding to Plaintiffs' June 12 letter by last Friday, July 5. We have not received that response. Please let us know today when the Natera Defendants will respond to the June 12 letter.

Regards,
Evan

---

**From:** Evan Hoey
**Sent:** Friday, June 28, 2024 11:54 AM
**To:** Vanyo, Bruce G. <bruce@katten.com>; Costley, Christina L. <christina.costley@katten.com>; Yong, Paul S. <paul.yong@katten.com>; Artaki, Thomas <thomas.artaki@katten.com>; Knoll, Lucas <lucas.knoll@katten.com>; Huffman, Ted <ted.huffman@katten.com>; McKennon, Megan <megan.mckennon@katten.com>; lwagner@omm.com; Ashby, Danny S. <dashby@omm.com>; Quaye, Kobina A. <kquaye@omm.com>; Hail, Eric R. <eric.hail@katten.com>; Rosenberg, Jonathan <jrosenberg@omm.com>
**Cc:** Gregory Castaldo <gcastaldo@ktmc.com>; Josh D'Ancona <jdancona@ktmc.com>; Josh Materese <jmaterese@ktmc.com>; Vanessa Milan <VMilan@ktmc.com>; Jesse Jensen <Jesse.Jensen@blbglaw.com>; Cody Hill <codyhill@nixlaw.com>; Jessica Underwood <junderwood@nixlaw.com>
**Subject:** RE: Schneider v. Natera, Inc., et al., No. 1:22-cv-00398-DAE (W.D. Tex.)

Counsel,

You have not responded to the June 24 email below, nor to our June 12 letter. The Natera Defendants' dilatory approach in providing critical information about their collection, search, and production efforts for Phase One discovery is unacceptable. Plaintiffs have been requesting answers to such questions for months, and the information that Plaintiffs have requested and the Natera Defendants have agreed to provide is, or already should be, known to the Natera

Defendants or their counsel. We request that the Natera Defendants end this delay and provide the information Plaintiffs noted in their June 12 letter today.

Regards,
Evan

---

**From:** Evan Hoey
**Sent:** Monday, June 24, 2024 9:55 AM
**To:** Vanyo, Bruce G. <bruce@katten.com>; Costley, Christina L. <christina.costley@katten.com>; Yong, Paul S. <paul.yong@katten.com>; Artaki, Thomas <thomas.artaki@katten.com>; Knoll, Lucas <lucas.knoll@katten.com>; Huffman, Ted <ted.huffman@katten.com>; McKennon, Megan <megan.mckennon@katten.com>; lwagner@omm.com; Ashby, Danny S. <dashby@omm.com>; Quaye, Kobina A. <kquaye@omm.com>; Hail, Eric R. <eric.hail@katten.com>; Rosenberg, Jonathan <jrosenberg@omm.com>
**Cc:** Gregory Castaldo <gcastaldo@ktmc.com>; Josh D'Ancona <jdancona@ktmc.com>; Josh Materese <jmaterese@ktmc.com>; Vanessa Milan <VMilan@ktmc.com>; Jesse Jensen <Jesse.Jensen@blbglaw.com>; Cody Hill <codyhill@nixlaw.com>; Jessica Underwood <junderwood@nixlaw.com>
**Subject:** RE: Schneider v. Natera, Inc., et al., No. 1:22-cv-00398-DAE (W.D. Tex.)

Counsel,

It has been nearly two weeks and we still have not received a response to the below. We reiterate our request that the Natera Defendants timely provide the information they agreed to follow up on and all other information noted in our letter, particularly in light of the fast-approaching Phase One discovery substantial completion deadline.

Regards,
Evan

---

**From:** Evan Hoey
**Sent:** Wednesday, June 12, 2024 9:17 PM
**To:** Vanyo, Bruce G. <bruce@katten.com>; Costley, Christina L. <christina.costley@katten.com>; Yong, Paul S. <paul.yong@katten.com>; Artaki, Thomas <thomas.artaki@katten.com>; Knoll, Lucas <lucas.knoll@katten.com>; Huffman, Ted <ted.huffman@katten.com>; McKennon, Megan <megan.mckennon@katten.com>; lwagner@omm.com; Ashby, Danny S. <dashby@omm.com>; Quaye, Kobina A. <kquaye@omm.com>; Hail, Eric R. <eric.hail@katten.com>; Rosenberg, Jonathan <jrosenberg@omm.com>
**Cc:** Gregory Castaldo <gcastaldo@ktmc.com>; Josh D'Ancona <jdancona@ktmc.com>; Josh Materese <jmaterese@ktmc.com>; Vanessa Milan <VMilan@ktmc.com>; Jesse Jensen <Jesse.Jensen@blbglaw.com>; Cody Hill <codyhill@nixlaw.com>; Jessica Underwood <junderwood@nixlaw.com>
**Subject:** Schneider v. Natera, Inc., et al., No. 1:22-cv-00398-DAE (W.D. Tex.)

Counsel,

Please see the attached.

Regards,
Evan

_____

**Evan Hoey, Associate**

7



280 King of Prussia Road
Radnor, Pennsylvania 19087
Direct Dial: 484-270-1438
General Firm Phone: 610-667-7706
General Firm Fax: 610-667-7056
e-mail: ehoey@ktmc.com
Internet: www.ktmc.com

CONNECT WITH KTMC

   

PRIVILEGED ATTORNEY/CLIENT, ATTORNEY WORK PRODUCT

The information in this transmittal may include privileged and confidential material and is intended for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify the sender immediately at Kessler Topaz Meltzer & Check, LLP at (610) 667-7706 or via return e-mail.

```
=============================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the
exclusive
use of the individual or entity to whom it is addressed and may contain information that
is
proprietary, privileged, confidential and/or exempt from disclosure under applicable law.
If you
are not the intended recipient, you are hereby notified that any viewing, copying,
disclosure or
distribution of this information may be subject to legal restriction or sanction.  Please
notify
the sender, by electronic mail or telephone, of any unintended recipients and delete the
original
message without making any copies.
=============================================================
NOTIFICATION:  Katten Muchin Rosenman LLP is an Illinois limited liability partnership
that has
elected to be governed by the Illinois Uniform Partnership Act (1997).
=============================================================
```