**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

|  |  |
|---|---|
| JOHN HARVEY SCHNEIDER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br>    v. <br><br> NATERA, INC., STEVE CHAPMAN, MICHAEL BROPHY, MATTHEW RABINOWITZ, and RAMESH HARIHARAN, <br><br> Defendants. | Case No. 1:22-cv-00398-DAE |

**[PROPOSED] ORDER GRANTING MOTION TO COMPEL**

It is hereby ORDERED that Plaintiffs' Opposed Motion to Compel the Natera Defendants to Conduct Searches for Custodial Documents Responsive to Plaintiffs' Document Requests is hereby GRANTED.

The Natera Defendants are to conduct searches for custodial documents responsive to Plaintiffs' document requests in all relevant sources using Plaintiffs' proposed document custodians and search terms.

SO ORDERED this _____ day of _____ 2025.

_____
DAVID A. EZRA
SENIOR UNITED STATES DISTRICT JUDGE