**FILED**

May 15, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: ___Christian Rodriguez___
DEPUTY

## *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 15, 2025

TO:  All Counsel and Parties Listed Below

     Misc. No. 25-90009  Schneider v. Natera
              USDC No. 1:22-CV-398

Enclosed is a copy of the court's order granting the motion(s) for leave to appeal.  The case is transferred to the court's general docket.  All future inquiries should refer to docket No. 25-50375.

Unless the district court has granted you leave to proceed on appeal in forma pauperis, the appellant(s) should immediately pay the court of appeals' $605.00 docketing fee to the clerk of the district court, and notify this office of your payment within 14 days from the date of this letter.  If you do not, we will dismiss the appeal, see 5th Cir. R. 42.3.

By copy of this letter, I am requesting the district court to send the electronic record on appeal immediately.

Counsel desiring to appear in this case must electronically file a "Form for Appearance of Counsel", naming each party you represent, within 14 days from the date of this letter.  The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov. If you fail to electronically file the form, we will remove your name from the docket.  Pro se parties do not need to file an appearance form.

     Sincerely,

     LYLE W. CAYCE, Clerk

     By: _____
     Casey A. Sullivan, Deputy Clerk
     504-310-7642

Mr. Jeffrey John Angelovich
Mr. Danny Scot Ashby
Mr. Joshua E. D'Ancona
Mr. Johnny Sutton
Mr. Bruce G. Vanyo

Enclosure(s)
cc:
    Mr. Philip Devlin