**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

|  |  |  |
|---|---|---|
| JOHN HARVEY SCHNEIDER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>NATERA, INC., STEVE CHAPMAN, MICHAEL BROPHY, MATTHEW RABINOWITZ, and RAMESH HARIHARAN,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § | Case No. 1:22-cv-00398-DAE |

**DECLARATION OF CHRISTINA L. COSTLEY IN SUPPORT OF THE NATERA DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL SEARCHES FOR CUSTODIAL DOCUMENTS RESPONSIVE TO PLAINTIFFS' DOCUMENT REQUESTS AND MOTION FOR PROTECTIVE ORDER**

I, Christina L. Costley, declare as follows:

1.     I am a partner at the law firm of Katten Muchin Rosenman LLP, counsel of record for Defendants Natera, Inc., Steve Chapman, Michael Brophy, Matthew Rabinowitz, Roy Baynes, Monica Bertagnolli, Roelof F. Botha, Rowan Chapman, Todd Cozzens, James I. Healy, Gail Marcus, Herm Rosenman, and Jonathan Sheena (collectively, the "Natera Defendants") in the above-captioned action.  I respectfully make this declaration in support of the Natera Defendants' Opposition to Plaintiffs' Motion to Compel Searches for Custodial Documents Responsive to Plaintiffs' Document Requests and Motion for Protective Order (the "Opposition").

2.     I submit this declaration to put before the Court a true and correct copy of a document cited in the Opposition.

3.     Attached hereto as **Exhibit 1** is a true and correct copy of an email from Thomas Artaki of Katten Muchin Rosenman LLP to Evan Hoey of Kessler Topaz Meltzer & Check, LLP, among others, dated May 28, 2025.

1

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 28, 2025

 /s/ *Christina L. Costley*
Christina L. Costley

2