UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JOHN HARVEY SCHNEIDER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, ET AL., *Plaintiffs* § § § § § § | |
| v. § | No. 1:22-CV-00398-DAE |
| § NATERA, INC., ET AL., *Defendants* § § § | |

## ORDER

Before the Court is Plaintiffs' Motion to Compel the Natera Defendants to Conduct Searches for Custodial Documents Responsive to Plaintiffs' Document Requests, Dkt. 183. The District Judge referred the motion to the undersigned for disposition. The Court set the motion for hearing, and after considering the parties' filings, the record as a whole, the applicable law, and the arguments made at the hearing, the Court announced its ruling, and the reasons for that ruling, on the record. This written order memorializes that oral ruling.

For the reasons stated on the record, the Court **GRANTS** Plaintiffs' Motion to Compel the Natera Defendants to Conduct Searches for Custodial Documents Responsive to Plaintiffs' Document Requests, Dkt. 183. The Court **FURTHER ORDERS** the parties to confer in good faith regarding the procedures to be used in Defendants' production, including, if necessary, time parameters governing negotiations over proposed custodians and search terms.

1

SIGNED July 2, 2025.

                                      DUSTIN M. HOWELL
                                      UNITED STATES MAGISTRATE JUDGE