**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| JOHN HARVEY SCHNEIDER, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:22-cv-00398-DAE |
| Plaintiff, | |
| v. | |
| NATERA, INC., STEVE CHAPMAN, MICHAEL BROPHY, MATTHEW RABINOWITZ, and RAMESH HARIHARAN, | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO VOLUNTARILY DISMISS SECTION 12(a)(2) CLAIMS**

Before the Court is Plaintiffs' Unopposed Motion to Voluntarily Dismiss Section 12(a)(2) Claims ("Motion"). Upon consideration of said motion, it is hereby ORDERED that Plaintiffs' Motion is GRANTED.

ORDERED this day_____ of _____, 2025.

_____
DAVID A. EZRA
SENIOR UNITED STATES DISTRICT JUDGE