

A True Copy
Certified order issued Sep 08, 2025

*Lyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
## for the Fifth Circuit

————————————

No. 25-50375

————————————

United States Court of Appeals
Fifth Circuit

**FILED**

September 8, 2025

Lyle W. Cayce
Clerk

**FILED**

September 08, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ pg
                    DEPUTY

JOHN HARVEY SCHNEIDER, *Individually and on behalf of all others similarly situated*; KEY WEST POLICE & FIRE PENSION FUND; BRITISH AIRWAYS PENSION TRUSTEES LIMITED,

*Plaintiffs—Appellees*,

*versus*

NATERA, INCORPORATED; STEVE CHAPMAN; MICHAEL BROPHY; MATTHEW RABINOWITZ; RAMESH HARIHARAN; SVB LEERINK, L.L.C.; ROY BAYNES, *c/o Natera, Incorporated*; MONICA BERTAGNOLLI, *c/o Natera, Incorporated*; JONATHAN SHEENA, *c/o Natera, Incorporated*; ROW CHAPMAN, *c/o Natera, Incorporated*; HERM ROSENMAN, *c/o Natera, Incorporated*; ROBERT W. BAIRD, *c/o Natera, Incorporated*; MORGAN STANLEY & COMPANY, L.L.C.; GAIL MARCUS, *c/o Natera, Incorporated*; JAMES I. HEALY, *c/o Natera Incorporated*; GOLDMAN SACHS AND COMPANY, L.L.C.; CRAIG-HALLUM CAPITAL GROUP, L.L.C.; TODD CAZZENS; COWEN AND COMPANY, L.L.C.; BTIG, L.L.C.; ROELOF F. BOTHA, *c/o Natera, Incorporated*; PAUL R. BILINGS; ROBERT W. BAIRD COMPANY, INCORPORATED,

*Defendants—Appellants*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:22-CV-398

_____

No. 25-50375

ORDER:

ON CONSIDERATION of the motion to stay proceedings in this cause, IT IS ORDERED that pursuant to 5TH CIR. R.42.4 this appeal is hereby dismissed without prejudice to the right of either party to reinstate the appeal by letter to the Clerk of this Court within 180 days from this date. Unless the appeal is reinstated within that time, or the foregoing 180 day time period is extended, the appeal will be considered dismissed with prejudice.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT

2