# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 08, 2025

Mr. Philip Devlin
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 25-50375    Schneider v. Natera
                USDC No. 1:22-CV-398

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

          Sincerely,

          LYLE W. CAYCE, Clerk

          By: _____
          Lisa E. Ferrara, Deputy Clerk
          504-310-7675

cc w/encl:
    Mr. Jeffrey John Angelovich
    Mr. Danny Scot Ashby
    Mr. Joshua E. D'Ancona
    Mr. Matthew Goldstein
    Mr. Salvatore Graziano
    Mr. James Harrod
    Mr. Edwin A. Huffman
    Mr. Jesse Jensen
    Mr. Anton Metlitsky
    Mr. Jonathan Rosenberg
    Mr. Bruce G. Vanyo