**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| JOHN HARVEY SCHNEIDER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NATERA, INC., STEVE CHAPMAN, MICHAEL BROPHY, MATTHEW RABINOWITZ, and RAMESH HARIHARAN, <br><br> Defendants. | Case No. 1:22-cv-00398-DAE |

**REPLY IN FURTHER SUPPORT OF PLAINTIFFS' MOTION TO APPROVE**
**THE FORM AND MANNER OF CLASS NOTICE**

Class Representatives British Airways Pension Trustees Limited and Key West Police and Fire Pension Fund ("Plaintiffs") respectfully submit this reply in further support of their Motion to Approve the Form and Manner of Class Notice (Dkt. No. 210) ("Notice Motion"), filed on September 3, 2025. The Underwriter Defendants[1] filed a response to Plaintiffs' Notice Motion on September 17, 2025 (Dkt. No. 217) ("Response"). The Natera Defendants[2] joined in the Underwriter Defendants' Response. Dkt. No. 218.

As Defendants' Response confirms, the parties agree that the Court should issue notice to the Class pursuant to Federal Rule of Civil Procedure 23(c), but only after a preliminary determination as to whether Plaintiffs' Motion to Voluntarily Dismiss Section 12(a)(2) Claims (Dkt. No. 206) ("Dismissal Motion") should be granted with or without prejudice. The Dismissal Motion, which was fully briefed as of September 5, 2025, is currently pending before Judge Ezra. To the extent Judge Ezra preliminarily determines that the Dismissal Motion should be granted with prejudice, Plaintiffs will conform the contents of the proposed Notices to reflect this determination.[3] Defendants do not otherwise object to the form or manner of class notice as set forth in the Notice Motion. *See* Dkt. Nos. 210, 217, 218.

Plaintiffs are available to provide any additional information that would facilitate a preliminary determination with respect to Plaintiffs' Dismissal Motion, or the subsequent consideration of the Notice Motion.

---

[1]     The Underwriter Defendants are Morgan Stanley & Co. LLC, Goldman Sachs & Co. LLC, Cowen and Company, LLC, SVB Leerink LLC, Robert W. Baird & Co. Inc., BTIG, LLC, and Craig-Hallum Capital Group LLC.

[2]     The Natera Defendants are Natera, Inc., Steve Chapman, Michael Brophy, Matthew Rabinowitz, Roy Baynes, Monica Bertagnolli, Roelof F. Botha, Rowan Chapman, Todd Cozzens, James I. Healy, Gail Marcus, Herm Rosenman, and Jonathan Sheena.

[3]     As drafted, the proposed Notices filed with the Notice Motion reflect a preliminary determination that the Dismissal Motion should be granted without prejudice.

Dated: September 24, 2025

Respectfully submitted,

**NIX PATTERSON, LLP**

*/s/ Jessica Underwood*
Jessica Underwood (State Bar No. 24093291)
8701 Bee Cave Road
Building 1, Suite 500
Austin, TX 78746
Tel: (512) 328-5333
Fax: (512) 328-5335
junderwood@nixlaw.com

*Liaison Class Counsel*

**KESSLER TOPAZ
MELTZER & CHECK, LLP**
Gregory M. Castaldo (admitted *pro hac vice*)
Joshua E. D'Ancona (admitted *pro hac vice*)
Margaret E. Mazzeo (admitted *pro hac vice*)
Jennifer L. Enck (admitted *pro hac vice*)
Evan R. Hoey (admitted *pro hac vice*)
Vanessa M. Milan (admitted *pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
gcastaldo@ktmc.com
jdancona@ktmc.com
mmazzeo@ktmc.com
jenck@ktmc.com
ehoey@ktmc.com
vmilan@ktmc.com

*Counsel for Lead Plaintiff and Class
Representative British Airways Pension Trustees
Limited and Class Counsel*

**BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP**
Salvatore J. Graziano (admitted *pro hac vice*)
James A. Harrod (admitted *pro hac vice*)
Matthew S. Goldstein (admitted *pro hac vice*)
1251 Avenue of the Americas, 44th Floor

3

New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1400
salvatore@blbglaw.com
jim.harrod@blbglaw.com
matthew.goldstein@blbglaw.com

*Counsel for Additional Plaintiff and Class Representative Key West Police & Fire Pension Fund and Class Counsel*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 24, 2025, I caused a true and correct copy of the foregoing Reply in Further Support of Plaintiffs' Motion to Approve the Form and Manner of Class Notice to be filed electronically with the Clerk of the Court using the ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

Dated: September 24, 2025

*/s/ Jessica Underwood*
Jessica Underwood