**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| JOHN HARVEY SCHNEIDER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>NATERA, INC., STEVE CHAPMAN, MICHAEL BROPHY, MATTHEW RABINOWITZ, and RAMESH HARIHARAN,<br><br>Defendants. | Case No. 1:22-cv-00398-DAE |

**DECLARATION OF EVAN R. HOEY IN SUPPORT OF PLAINTIFFS' OPPOSED MOTION TO COMPEL THE NATERA DEFENDANTS TO ANSWER INTERROGATORY NO. 6**

I, Evan R. Hoey, hereby declare as follows:

1. I am counsel at the law firm of Kessler Topaz Meltzer & Check, LLP, Court-appointed Counsel for Lead Plaintiff and Class Representative British Airways Pension Trustees Limited and Class Counsel in the above-captioned action. I am admitted to practice before this Court *pro hac vice*.

2. I submit this declaration in support of Plaintiffs' Opposed Motion to Compel the Natera Defendants to Answer Interrogatory No. 6, and I have personal knowledge of or information bearing on the facts set forth herein.

3. Attached are true and correct copies of the following exhibits:

**Exhibit 1:** Plaintiffs' Second Set of Interrogatories to the Natera Defendants, served November 25, 2025.

**Exhibit 2:** The Natera Defendants' Objections to Plaintiffs' Second Set of Interrogatories, served December 26, 2025.

**Exhibit 3:** Letter from Vanessa M. Milan to Christina L. Costley, dated January 22, 2026.

**Exhibit 4:** Letter from Christina L. Costley to Vanessa M. Milan, dated February 9, 2026.

**Exhibit 5:** Natera, Inc.'s First Set of Interrogatories to Lead Plaintiff British Airways Pension Trustees Limited, served February 10, 2026.

**Exhibit 6:** Selected Entries from Privilege Log for Phase 1 Discovery Productions of the Natera Defendants.

* * *

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on: February 19, 2026

*/s/ Evan R. Hoey*
Evan R. Hoey