# EXHIBIT 6

*Schneider v. Natera, Inc., et al.* , No. 1:22-cv-00398-DAE (W.D. Tex.)

Privilege Log for Phase 1 Discovery Productions of the Natera Defendants

| Log # | Date | Author | Recipient | CC | Email Subject | File Name | Document Type | Description | Privilege Basis | Beginning Bates |
|---|---|---|---|---|---|---|---|---|---|---|
| 515 | 7/2/2019 | Sara Keese <skeese@natera.com> | Lev Grodzinsky <lgrodzinskiy@natera.com>; Sara Keese <skeese@natera.com> | N/A | MGML PA Form Signature | N/A | EMAIL | Email chain reflecting legal advice of Natera in-house counsel concerning compliance with healthcare regulations. | A-C Privilege | N/A |
| 538 | 7/10/2019 | Jennifer O'Neill <joneill@natera.com> | Jon Rabin* <jrabin@natera.com>;Jerry Diffley <jdiffley@natera.com> | Lev Grodzinskiy <lgrodzinskiy@natera.com> | FW: MGML PA Form Signature | N/A | Email | Email chain reflecting legal advice of Natera in-house counsel concerning compliance with insurer contractual obligations. | A-C Privilege | N/A |
| 1146 | 2/13/2020 | Lev Grodzinskiy <lgrodzinskiy@natera.com> | Jerry Diffley <jdiffley@natera.com>; Jon Rabin* <jrabin@natera.com> | Charlotte Nicholas <cnicholas@natera.com>; Walton Williams <wawilliams@natera.com> | List Price Billing Practice | N/A | EMAIL | Email seeking legal advice from Natera in-house counsel concerning compliance with insurer contractual obligations. | A-C Privilege | N/A |
| 1153 | 2/14/2020 | Jon Rabin* <jrabin@natera.com> | Lev Grodzinskiy <lgrodzinskiy@natera.com> | Charlotte Nicholas <cnicholas@natera.com>; Jerry Diffley <jdiffley@natera.com>; Walton Williams <wawilliams@natera.com> | Re: List Price Billing Practice | N/A | EMAIL | Email providing and seeking legal advice from Natera in-house counsel concerning compliance with insurer contractual obligations. | A-C Privilege | N/A |
| 1158 | 2/16/2020 | Lev Grodzinskiy <lgrodzinskiy@natera.com> | Olesya Anisimova <oanisimova@natera.com>; Vikram Shah <vshah@natera.com> | N/A | Fwd: List Price Billing Practice | N/A | EMAIL | Email providing and seeking legal advice from Natera in-house counsel concerning compliance with insurer contractual obligations. | A-C Privilege | N/A |
| 1763 | 8/4/2020 | Walton Williams <wawilliams@natera.com> | Hisham Ilyas <hisham.i@synergenhealth.com>; Michael Brophy <mbrophy@natera.com> | financehelpdesk@natera.com; Jerry Diffley <jdiffley@natera.com>; Lev Grodzinskiy <lgrodzinskiy@natera.com>; Pete Malyak <pmalyak@natera.com> | Re: pano | N/A | EMAIL | Email chain providing information for purposes of seeking legal advice from Natera in-house counsel concerning compliance with healthcare regulations. | A-C Privilege | N/A |
| 1764 | 8/4/2020 | Walton Williams <wawilliams@natera.com> | Financial Systems Support <finance_helpdesk@natera.com>; Hisham Ilyas <hisham.i@synergenhealth.com>; Michael Brophy <mbrophy@natera.com> | financehelpdesk@natera.com; Jerry Diffley <jdiffley@natera.com>; Lev Grodzinskiy <lgrodzinskiy@natera.com>; Pete Malyak <pmalyak@natera.com> | Re: pano | N/A | EMAIL | Email providing and seeking legal advice from Natera in-house counsel concerning compliance with insurer contractual obligations. | A-C Privilege | N/A |
| 2139 | 12/15/2020 | Daniel Rabinowitz* <drabinowitz@natera.com> | Jon Rabin* <jrabin@natera.com> | Michael Brophy <mbrophy@natera.com>; Steve Chapman <schapman@natera.com> | FW: Natera: Charity Apparently Established to Process Insurance Prior Authorizations has Close Ties to Former Senior VP of Natera | N/A | EMAIL | Email chain providing and seeking legal advice from Natera in-house counsel concerning an investigation into the company. | A-C Privilege | N/A |
| 2140 | 12/15/2020 | Jon Rabin* <jrabin@natera.com> | Daniel Rabinowitz* <drabinowitz@natera.com> | Michael Brophy <mbrophy@natera.com>; Steve Chapman <schapman@natera.com> | Re: FW: Natera: Charity Apparently Established to Process Insurance Prior Authorizations has Close Ties to Former Senior VP of Natera | N/A | EMAIL | Email chain providing and seeking legal advice from Natera in-house counsel concerning an investigation into the company. | A-C Privilege | N/A |
| 2141 | 12/15/2020 | Daniel Rabinowitz* <drabinowitz@natera.com> | Jon Rabin* <jrabin@natera.com> | Michael Brophy <mbrophy@natera.com>; Steve Chapman <schapman@natera.com> | Re: Natera: Charity Apparently Established to Process Insurance Prior Authorizations has Close Ties to Former Senior VP of Natera | N/A | EMAIL | Email chain providing and seeking legal advice from Natera in-house counsel concerning an investigation into the company. | A-C Privilege | N/A |
| 2143 | 12/15/2020 | Michael Brophy <mbrophy@natera.com> | Daniel Rabinowitz* <drabinowitz@natera.com>; Jon Rabin* <jrabin@natera.com>; Steve Chapman <schapman@natera.com> | N/A | Fwd: Natera: Charity Apparently Established to Process Insurance Prior Authorizations has Close Ties to Former Senior VP of Natera | N/A | EMAIL | Email chain providing information for purposes of seeking legal advice from Natera in-house counsel concerning media coverage about the company. | A-C Privilege | N/A |
| 4004 | 4/19/2022 | Jerry Diffley <jdiffley@natera.com> | Michael Brophy <mbrophy@natera.com> | drabinowitz@natera.com; jrabin@natera.com; schapman@natera.com | Document shared with you: "Questions for discussion with Wilmerhale.docx" | N/A | EMAIL | Email and attachment providing information for purposes of seeking legal advice from Natera outside counsel concerning an investigation into the company. | A-C Privilege | N/A |
| 4005 | 4/19/2022 | Jerry Diffley <jdiffley@natera.com> | Michael Brophy <mbrophy@natera.com> | drabinowitz@natera.com; jrabin@natera.com; schapman@natera.com | Document shared with you: "Questions for discussion with Wilmerhale - Privileged and Confidential" | N/A | EMAIL | Email and attachment providing information for purposes of seeking legal advice from Natera outside counsel concerning an investigation into the company. | A-C Privilege | N/A |
| 4006 | 4/19/2022 | Paul Greenland <pgreenland@natera.com> | Daniel Rabinowitz* <drabinowitz@natera.com>; Jon Rabin* <jrabin@natera.com>; Michael Brophy <mbrophy@natera.com>; Thomas DeBourcy <tdebourcy@natera.com> | N/A | Fwd: Request for Comment | N/A | EMAIL | Email chain providing information for purposes of seeking legal advice from Natera in-house counsel concerning Natera's response to media reports concerning the company. | A-C Privilege | N/A |
| 4007 | 4/19/2022 | Jerry Diffley <jdiffley@natera.com> | Steve Chapman <schapman@natera.com> | drabinowitz@natera.com; jrabin@natera.com; mbrophy@natera.com | Document shared with you: "Questions for discussion with Wilmerhale.docx" | N/A | EMAIL | Email and attachment providing information for purposes of seeking legal advice from Natera in-house counsel concerning an investigation into the company. | A-C Privilege | N/A |
| 4008 | 4/19/2022 | Jerry Diffley (via Google Docs) <drive-shares-dm-noreply@google.com> | Steve Chapman <schapman@natera.com> | drabinowitz@natera.com; jrabin@natera.com; mbrophy@natera.com | Document shared with you: "Questions for discussion with Wilmerhale - Privileged and Confidential" | N/A | EMAIL | Email and attachment providing information for purposes of seeking legal advice from Natera in-house counsel concerning an investigation into the company. | A-C Privilege | N/A |
| 4396 | 6/28/2022 | Michael Brophy <mbrophy@natera.com> | Olesya Anisimova <oanisimova@natera.com> | Daniel Rabinowitz* <drabinowitz@natera.com> | Re: SEC request | N/A | EMAIL | Email chain providing information for purposes of seeking legal advice from Natera in-house counsel concerning an investigation into the company. | A-C Privilege | N/A |
| 4470 | 7/21/2022 | Daniel Rabinowitz* <drabinowitz@natera.com> | Michael Brophy <mbrophy@natera.com> | Jerry Diffley <jdiffley@natera.com>; Jon Rabin* <jrabin@natera.com> | Fwd: Natera - Notes from SEC Call | N/A | EMAIL | Email chain conveying legal advice from Natera outside counsel concerning a regulatory investigation into the company | A-C Privilege | N/A |
| 4535 | 8/1/2022 | Susan Muck* <Susan.Muck@wilmerhale.com> | Gonzalez, Amanda <Amanda.Gonzalez@wilmerhale.com>; Olesya Anisimova <oanisimova@natera.com> | N/A | FW: Audit Letter Response from WilmerHale - Natera, Inc. | N/A | EMAIL | Email chain and attachments reflecting legal advice of Natera in-house counsel concerning an investigation into the company. | A-C Privilege | N/A |