## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

|  |  |
|---|---|
| JOHN HARVEY SCHNEIDER, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>   v.<br><br>NATERA, INC., STEVE CHAPMAN, MICHAEL BROPHY, MATTHEW RABINOWITZ, and RAMESH HARIHARAN,<br><br>              Defendants. | Case No. 1:22-cv-00398-DAE |

## [PROPOSED] ORDER GRANTING MOTION TO COMPEL

It is hereby ORDERED that Plaintiffs' Opposed Motion to Compel the Natera Defendants to Answer Interrogatory No. 6 is hereby GRANTED.

The Natera Defendants shall answer Plaintiffs' Interrogatory No. 6 within 10 days of the date of this Order.

SO ORDERED this _____ day of _____ 2026.

_____
DAVID A. EZRA
SENIOR UNITED STATES DISTRICT JUDGE