**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **BRITISH AIRWAYS PENSION TRUSTEES LIMITED and KEY WEST POLICE & FIRE PENSION FUND, individually, and on behalf of all others similarly situated,** | § § § § § § | |
| ***Plaintiffs*,** | § § | |
| v. | § § | **Case No. 1:22-cv-00398-DAE** |
| **NATERA, INC., et al.,** | § § § | |
| ***Defendants*.** | § | |

**DECLARATION OF CHRISTINA L. COSTLEY IN SUPPORT OF
THE NATERA DEFENDANTS' OPPOSITION TO PLAINTIFFS'
MOTION TO COMPEL THE NATERA DEFENDANTS
TO ANSWER PLAINTIFFS' INTERROGATORY NO. 6**

1

**DECLARATION OF CHRISTINA L. COSTLEY**

I, Christina L. Costley, declare as follows:

1. I am a partner at the law firm of Katten Muchin Rosenman LLP, counsel of record for Defendants Natera, Inc., Steve Chapman, Michael Brophy, Matthew Rabinowitz, Roy Baynes, Monica Bertagnolli, Roelof F. Botha, Rowan Chapman, Todd Cozzens, James I. Healy, Gail Marcus, Herm Rosenman, and Jonathan Sheena (collectively, the "Natera Defendants") in the above-captioned action. I respectfully make this declaration in support of the Natera Defendants' Opposition to Plaintiffs' Motion to Compel the Natera Defendants to Answer Plaintiffs' Interrogatory No. 6 (the "Opposition").

2. I submit this declaration to put before the Court true and correct copies of certain documents that are cited in the Opposition.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the short seller report titled "Natera: Pioneers in Deceptive Medical Billing," published by Hindenburg Research LLC on March 9, 2022, and updated on March 11, 2022.

4. Attached hereto as **Exhibit 2** is a true and correct copy of an email chain including an email dated September 24, 2025 from Vanessa Milan of Kessler Topaz Meltzer & Check, LLP, and the attachment thereto.

5. Attached hereto as **Exhibit 3** is a true and correct copy of an email chain including emails dated October 24 and 27, 2025 between Thomas Artaki of Katten Muchin Rosenman LLP and Evan Hoey of Kessler Topaz Meltzer & Check, LLP, among others.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 5, 2026

/s/ *Christina L. Costley*
Christina L. Costley