**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| BRITISH AIRWAYS PENSION TRUSTEES LIMITED & KEY WEST POLICE AND FIRE PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATERA, INC., et al.,<br><br>Defendants. | Case No. 1:22-cv-00398-DAE-DMH |

## ORDER APPROVING THE FORM AND MANNER OF CLASS NOTICE

WHEREAS, by Order dated March 21, 2025 (Dkt. No. 178), the Court adopted the Report and Recommendations of United States Magistrate Judge Dustin M. Howell and certified the above-captioned action ("Action") to proceed as a class action on behalf of the following class: all persons and entities who purchased or otherwise acquired Natera, Inc. ("Natera") common stock between February 27, 2020, and March 8, 2022, inclusive, and were damaged thereby ("Class");[1]

WHEREAS, Court-appointed Class Representatives British Airways Pension Trustees Limited and Key West Police & Fire Pension Fund (together, "Class Representatives" or "Plaintiffs") have moved the Court, pursuant to Federal Rule of Civil Procedure ("Rule") 23, for an Order approving the proposed form and content of notices to be disseminated to the Class as well as the proposed method for dissemination of the notices ("Motion"); and

---

[1]    Excluded from the Class are Defendants, the officers and directors of Natera, members of their immediate families and their legal representatives, heirs, agents, affiliates, successors or assigns, Defendants' liability insurance carriers, and any affiliates or subsidiaries thereof, and any entity in which Defendants or their immediate families have or had a controlling interest.

WHEREAS, the Court has reviewed and considered Plaintiffs' Motion and is otherwise fully advised of the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.      The Motion is **GRANTED**.

2.      The proposed Postcard Notice, the proposed Notice of Pendency of Class Action and Preliminarily Granted Motion to Voluntarily Dismiss Section 12(a)(2) Claims from Action Without Prejudice ("Notice"), the proposed Summary Notice of Pendency of Class Action and Preliminarily Granted Motion to Voluntarily Dismiss Section 12(a)(2) Claims from Action Without Prejudice ("Summary Notice") and the proposed methods and schedule for notifying the Class of the pendency of the Action as a class action and Plaintiffs' preliminarily granted dismissal of the Section 12(a)(2) claims from the Action without prejudice ("Notice Plan"), attached hereto as Exhibits 1 through 4, respectively, meet the requirements of Rule 23 and due process, constitute the best notice practicable under the circumstances, and shall constitute due and sufficient notice to all persons and entities entitled thereto.

3.      Specifically, the proposed form and content of the Postcard Notice, Notice and Summary Notice meet the requirements of Rule 23(c)(2)(B) as they collectively, clearly and concisely state in plain and easily understood language all of the following: (a) the nature of the Action; (b) the definition of the Class certified by the Court; (c) the Class's claims, issues or defenses; (d) a Class member's right to enter an appearance through his, her or its own attorney if the Class member so desires; (e) a Class member's right to be excluded from the Class; (f) the time and manner for requesting exclusion; (g) a Class member's right to object to Plaintiffs' preliminarily granted motion to voluntarily dismiss 12(a)(2) claims from the Action without prejudice; (h) that dismissal of the 12(a)(2) claims will result in dismissal without prejudice of the

Underwriter Defendants;[2] and (i) the binding effect of a class judgment on Class members under Rule 23(c)(3).

4.      The Court hereby approves the form, substance and requirements of the Postcard Notice, the Notice, and the Summary Notice, attached as Exhibits 1 through 3 hereto, and the methods for disseminating notice to the Class as set forth in the Notice Plan, attached as Exhibit 4 hereto.

5.      The Court hereby orders that, for purposes of providing notice, Natera shall, within ten (10) calendar days following the entry of this Order, produce or cause to be produced, at no cost to Plaintiffs, any other Class member, or their attorneys, a list of the holders of record (consisting of shareholder names, mailing addresses, and, if available, email addresses) who purchased or otherwise acquired Natera common stock between February 27, 2020, and March 8, 2022, inclusive, in an electronically searchable form, such as an Excel spreadsheet.

6.      The Court hereby orders Plaintiffs to provide notice to the Class in substantially the same forms submitted as Exhibits 1 through 3 hereto and using the methods set forth in Exhibit 4 hereto.

**IT IS SO ORDERED.**

Dated: March 13, 2026.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE

---

[2] Capitalized terms not defined herein shall have the meanings assigned to them in the Notice of Pendency of Class Action.