**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| BRITISH AIRWAYS PENSION TRUSTEES LIMITED and KEY WEST POLICE & FIRE PENSION FUND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATERA, INC., et al.,<br><br>Defendants. | Case No. 1:22-cv-00398-DAE |

**DECLARATION OF EVAN R. HOEY IN SUPPORT OF PLAINTIFFS' OPPOSED MOTION TO AMEND THE SCHEDULING ORDER TO SET A DEADLINE FOR DEFENDANTS TO INVOKE OR DISCLAIM RELIANCE ON COUNSEL**

I, Evan R. Hoey, hereby declare as follows:

1. I am Counsel at the law firm of Kessler Topaz Meltzer & Check, LLP, Court-appointed Counsel for Lead Plaintiff and Class Representative British Airways Pension Trustees Limited ("BAPTL") and Class Counsel in the above-captioned action. I am admitted to practice before this Court *pro hac vice*.

2. I submit this declaration in support of Plaintiffs' Opposed Motion to Amend the Scheduling Order to Set a Deadline for Defendants to Invoke or Disclaim Reliance on Counsel, and I have knowledge of or information bearing on the facts set forth herein.

3. Attached are true and correct copies of the following exhibits:

**Exhibit 1:** Email chain between Plaintiffs' counsel and Defendants' counsel dated between June 8, 2026 and May 11, 2026.

**Exhibit 2:** A chart containing excerpts of BAPTL's amended responses to six interrogatories propounded by Defendant Natera, Inc.

**Exhibit 3:** A document produced in discovery in this action bearing bates numbers EY-NTRA-00178706 – EY-NTRA-00178777

**Exhibit 4:** Order, *In re Allergan, Inc. Sec. Litig.*, No. 14-cv-02004 (C.D. Cal. Sep. 23, 2016), Dkt. 219

**Exhibit 5:** Order, *In re Dexilant Antitrust Litig.*, No. 25-cv-02785 (N.D. Cal. Apr. 2, 2026), Dkt. 183

**Exhibit 6:** Order, *In re HealthSouth Corp. Sec. Litig.*, No. 2:03-cv-01500 (N.D. Ala. Oct. 26, 2007), Dkt. 973

**Exhibit 7:** Electronic Clerk's Notes for proceedings, *Iron Workers Dist. Council of New Eng. Health & Welfare Fund v. Teva Pharm. Indus., Ltd.*, No. 23-cv-11131 (D. Mass. June 25, 2024), Dkt. 72

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on: June 11, 2026.

*/s/ Evan R. Hoey*
Evan R. Hoey