# EXHIBIT 5

Case 3:25-cv-02785-JSC Document 136 Filed 04/02/26 Page 2 of 3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE DEXILANT (DEXLANSOPRAZOLE) ANTITRUST LITIGATION

This Document Applies to:

ALL CASES

Case No. 25-cv-02785-JSC

**PRETRIAL ORDER NO. 1: CASE SCHEDULE**

Following the Case Management Conference held on April 1, 2026, the Court ORDERS the following schedule:

- Deadline for Defendants to disclose, with respect to the allegations, claims, and theories in the operative complaints as of the entry of the scheduling order, (i) whether they intend to assert a reliance of counsel defense, (ii) whether they intend to rely on or elect to waive privilege as to their subjective beliefs at trial, and/or (iii) whether they intend to waive privilege in any way: **September 1, 2026**
- Substantial Completion of Document Productions: **October 1, 2026**
- Deadline for final privilege logs: **November 2, 2026**
- Parties to File Amended Rule 26(a) Disclosures: **December 1, 2026**
- Last Day to Move to Amend Pleadings: **December 4, 2026**
- Close of Fact Discovery: **February 23, 2027**
- Opening Merits and Class Certification Expert Reports (Party with the Burden of Proof): **March 5, 2027**
- Rebuttal Merits and Class Expert Reports: **April 30, 2027**
- Reply Merits and Class Expert Reports: **June 4, 2027**

United States District Court
Northern District of California

United States District Court
Northern District of California

- Close of Expert Discovery: **July 2, 2027**
- Plaintiffs' Motion for Class Certification: **July 21, 2027**
- Defendants' Opposition to Motion for Class Certification and Defendants' Motion to Exclude Class Plaintiffs' Expert Opinions Regarding Class Certification: **September 1, 2027**
- Class Plaintiffs' Reply in Support of Motion for Class Certification; Class Plaintiffs' Opposition to Defendants' Motion to Exclude Class Plaintiffs' Expert Opinions Regarding Class Certification Issues, and Class Plaintiffs' Motion to Exclude Defendants' Expert Opinions Regarding Class Certification Issues: **September 29, 2027**
- Defendants' Opposition to Class Plaintiffs' Motion to Exclude Defendants' Expert Opinions Regarding Class Certification Issues; and Defendants' Reply in Support of Motion to Exclude Class Plaintiffs' Expert Opinions Regarding Class Certification Issues: **October 13, 2027**
- Plaintiffs' Reply in Support of Motion to Exclude Defendants' Expert Opinions Regarding Class Certification Issues: **October 20, 2027**
- Hearing on Class Certification: **November 18, 2027**

While the Court did not set a summary judgment filing deadline, summary judgment motions will likely be due within 30 days of resolution of the class certification motion. The Court sets a further Case Management Conference for **Wednesday, May 6, 2026** at 2:00 p.m. via Zoom video. An updated joint case management statement is due one week in advance.

**IT IS SO ORDERED**.

Dated: April 2, 2026

JACQUELINE SCOTT CORLEY
United States District Judge