# EXHIBIT 7

MIME-Version:1.0
From:ECFnotice@mad.uscourts.gov
To:CourtCopy@localhost.localdomain
Message-Id:<10898274@mad.uscourts.gov>
Subject:Activity in Case 1:23-cv-11131-NMG Iron Workers District Council of New England Health and Welfare Fund v. Teva Pharmaceutical Industries Ltd. et al Order on Motion for Extension of Time to File
Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States District Court**

**District of Massachusetts**

## Notice of Electronic Filing

The following transaction was entered on 6/25/2024 at 3:46 PM EDT and filed on 6/25/2024

| | |
|---|---|
| **Case Name:** | Iron Workers District Council of New England Health and Welfare Fund v. Teva Pharmaceutical Industries Ltd. et al |
| **Case Number:** | 1:23-cv-11131-NMG |
| **Filer:** | |
| **Document Number:** | 72(No document attached) |

**Docket Text:**
**Electronic Clerk's Notes for proceedings held before Judge Nathaniel M. Gorton: Scheduling Conference held by telephone on 6/25/2024. Court discusses the related cases. 23cv11198-NMG is consolidated at this time, but 24cv11320-NMG and 24cv11312-NMG are not. Defendants believe that the 2 cases that are not consolidated should be, but they prefer to have the Court resolve the dispositive motions first. If they are denied, they will then seek consolidation. Plaintiff does not object to the consolidation at that time. Court addresses the pending motion for Judgment on the Pleadings (Document No. 63) and Motion to Stay (Document No. 66). Court is disinclined at this time to stay the proceedings, but will decide the motions promptly once the Plaintiff responds. Court grants, in part [68] Motion for Extension of Time to File and will allow Plaintiff until 7/9/24 to respond. Court sets schedule: Automatic Discovery to be completed by 7/9/24; Defendants to notify Plaintiff if they will assert the advice of counsel defense by 11/30/24; Amendments and/or Supplements to the Pleadings due by 4/30/2025; written discovery to be served by 4/30/25, answered by 5/31/25; all fact depositions and fact Discovery to be completed by 6/30/2025; experts designated and Rule 26 Reports to be exchanged by 7/31/25; responsive experts designated and Rule 26 Reports exchanged by 9/30/25; expert depositions to be completed by 10/31/25; deadline to add or substitute named plaintiffs with regards to class certification by 7/31/25; close of fact discovery by 8/15/25; Plaintiff to file its Motion for Class Certification by 8/31/25, Defendants' opposition to be filed by 9/30/25, Plaintiff's reply by 10/15/25. Hearing on class certification set for 11/5/2025 02:00 PM in Courtroom 4 (In person only) before Judge Nathaniel M. Gorton. Court to decide class certification by 12/31/25l. Dispositive Motions due by 2/28/2026, oppositions by 3/31/25, replies by 4/15/26. Final Pretrial Conference set for 5/27/2026 03:00 PM in Courtroom 4 (In person only) before Judge Nathaniel M. Gorton. Jury Trial set for**

**6/1/2026 09:00 AM in Courtroom 4 (In person only) before Judge Nathaniel M. Gorton. Case to be referred to Mediation Program: October, 2025. (Court Reporter: Kristin Kelley at kmob929@gmail.com.)/(Attorneys present: Vanek, Groopman, Seaver, Albert, Allon) (Lima, Christine)**

**1:23-cv-11131-NMG Notice has been electronically mailed to:**

Kathleen M. Donovan-Maher kdonovanmaher@bermantabacco.com, bdentremont@bermantabacco.com, ecf@bermantabacco.com

Leslie R. Stern lstern@bermantabacco.com, bdentremont@bermantabacco.com, ecf@bermantabacco.com

Todd A Seaver tseaver@bermantabacco.com, sfservice@bermantabacco.com

Lee Albert lalbert@glancylaw.com

Devora Allon devora.allon@kirkland.com, kenymanagingclerk@kirkland.com

Joseph M. Vanek jvanek@sperling-law.com

Steven Lev Groopman sgroopman@bermantabacco.com, bdentremont@bermantabacco.com, kdonovanmaher@bermantabacco.com

Carl Nils Hammarskjold chammarskjold@bermantabacco.com, sfservice@bermantabacco.com

Tiffany Marie Knapp tiffany.knapp@kirkland.com, kenymanagingclerk@kirkland.com, tiffany-knapp-8056@ecf.pacerpro.com

Christina Louise Gregg cgregg@bermantabacco.com

Gilad Bendheim gilad.bendheim@kirkland.com, gilad-bendheim-8366@ecf.pacerpro.com

Tasha Gerasimow tasha.gerasimow@kirkland.com

**1:23-cv-11131-NMG Notice will not be electronically mailed to:**

Andrew McCarty
Kirkland & Ellis LLP
601 Lexington Ave.
New York, NY 10022