**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| BRITISH AIRWAYS PENSION TRUSTEES LIMITED and KEY WEST POLICE & FIRE PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiffs*,<br>v.<br><br>NATERA, INC., et al.,<br><br>*Defendants*. | Case No. 1:22-cv-00398-DAE |

**[PROPOSED] ORDER GRANTING OPPOSED MOTION TO AMEND THE SCHEDULING ORDER TO SET A DEADLINE FOR DEFENDANTS TO INVOKE OR DISCLAIM RELIANCE ON COUNSEL**

It is hereby ORDERED that Plaintiffs' Opposed Motion to Amend the Scheduling Order to Set a Deadline for Defendants to Invoke or Disclaim Reliance on Counsel is GRANTED.

By August 14, 2026, Defendants shall declare, explicitly and unambiguously, whether they will or will not reference advice, opinions, or communications from counsel in defending this action, with a negative response barring Defendants from relying on any aspect of their attorneys' legal advice, opinions, or communications at summary judgment and trial.

SO ORDERED this ____ day of _______ 2026.

______________________________
DAVID A. EZRA
SENIOR UNITED STATES DISTRICT JUDGE