**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **BRITISH AIRWAYS PENSION TRUSTEES LIMITED and KEY WEST POLICE & FIRE PENSION FUND, individually, and on behalf of all others similarly situated,** | § | |
| ***Plaintiffs*,** | § | |
| **v.** | § | **Case No. 1:22-cv-00398-DAE** |
| **NATERA, INC., et al.,** | § | |
| ***Defendants*.** | § | |

**DECLARATION OF PATRICK MCCUSKER IN SUPPORT OF DEFENDANTS' OPPOSED MOTION FOR JUDICIAL INTERVENTION PURSUANT TO FED. R. CIV. P. 16**

## DECLARATION OF PATRICK MCCUSKER

I, Patrick McCusker, declare as follows:

1. I am an associate at the law firm of Katten Muchin Rosenman LLP, counsel of record for Defendants Natera, Inc. ("Natera"), Steve Chapman, Michael Brophy, Matthew Rabinowitz, Roy Baynes, Monica Bertagnolli, Roelof F. Botha, Rowan Chapman, Todd Cozzens, James I. Healy, Gail Marcus, Herm Rosenman, and Jonathan Sheena (collectively, the "Defendants") in the above-captioned action. I respectfully make this declaration in support of the Defendants' Opposed Motion for Judicial Intervention Pursuant to Federal Rule of Civil Procedure 16 (the "Motion").

2. I submit this declaration to set forth certain facts, and put before the Court true and correct copies of certain documents, that are referenced in the Motion.

3. Attached hereto as **Exhibit A** are excerpts from the Abridged Interrogatory 7 chart Plaintiffs submitted with their Second Amended Responses and Objections to Natera, Inc.'s Interrogatories 1–10, served on July 13, 2026. The complete chart can be found at Dkt. 262-1 at 112–82.

4. Attached hereto as **Exhibit B** is a true and correct copy of Exhibit A to Lead Plaintiff BAPTL's Response to Natera, Inc.'s Interrogatory 7.

5. Attached hereto as **Exhibit C** is a screenshot of the Yahoo! Finance landing page for Natera, Inc. (NTRA), taken following the market close on August 20, 2026, showing Natera's stock price at $324.84 (over ten times the "intra-day low of $26.10 per share on March 9, 2022," *see* Dkt. 60 ¶ 173).

6. Attached hereto as **Exhibit D** is a screenshot of the Yahoo! Finance Historical Data page for Natera, Inc. (NTRA). This screenshot shows that Natera's stock price closed at $165.60 on August 22, 2025, the date on which Plaintiffs filed their Unopposed Motion to Voluntarily Dismiss Section 12(a)(2) Claims.

7. Attached hereto as **Exhibit E** is an excerpt from Natera's August 6, 2026 press release, which reported revenue of $752.8 million (as compared to $86.5 million in revenue

reported on August 5, 2020). *See* Dkt. 155-35; *see also* Dkt. 60 ¶ 11 (quoting from Aug. 5, 2020 press release).

8. On August 17, 2026, counsel for Plaintiffs and Defendants met and conferred in good faith over Zoom in an effort to resolve the issues raised in this motion without court intervention. The parties were unable to resolve these issues.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 21, 2026

/s/ ______________________
Patrick McCusker