**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| BRITISH AIRWAYS PENSION TRUSTEES LIMITED and KEY WEST POLICE & FIRE PENSION FUND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATERA, INC., et al.,<br><br>Defendants. | Case No. 1:22-cv-00398-DAE |

**DECLARATION OF DANIEL A. FRIEDMAN IN OPPOSITION TO DEFENDANTS' OPPOSED MOTION FOR JUDICIAL INTERVENTION PURSUANT TO FED. R. CIV. P. 16**

I, Daniel A. Friedman, hereby declare as follows:

1. I am a Partner at the law firm of Kessler Topaz Meltzer & Check, LLP, Court-appointed Counsel for Lead Plaintiff and Class Representative British Airways Pension Trustees Limited ("BAPTL") and Class Counsel in the above-captioned action. I am admitted to practice before this Court *pro hac vice*.

2. I submit this declaration in opposition to Defendants' Opposed Motion for Judicial Intervention Pursuant to Fed. R. Civ. P. 16, and I have knowledge of or information bearing on the facts set forth herein.

3. Attached are true and correct copies of the following exhibits:

**Exhibit 1:** Hindenburg Research, *Natera: Pioneers In Deceptive Medical Billing* (Mar. 9. 2022)

**Exhibit 2:** Excerpts from the Deposition Transcript of Melissa Pizor, dated July 15, 2026

**Exhibit 3:** Excerpts from the Deposition Transcript of Nidhi Maheshwari, dated August 25, 2026

**Exhibit 4:** U.S. Department of Health and Human Services, Office of Inspector General Advisory Opinion No. 12-10

**Exhibit 5:** Document bearing Bates numbers NTRA_0965939-48, marked as Deposition Exhibit PX 19

**Exhibit 6:** Document bearing Bates number NTRA_0153151, marked as Deposition Exhibit PX 31

**Exhibit 7:** Lead Plaintiff British Airways Pension Trustees Limited's Amended Objections and Responses to Natera, Inc.'s Interrogatories 1-10, dated April 23, 2026

**Exhibit 8:** Lead Plaintiff British Airways Pension Trustees Limited's Second Amended Objections and Responses to Natera, Inc.'s Interrogatories 1-10, dated July 13, 2026

**Exhibit 9:** Document bearing Bates numbers EY-NTRA-00178706-77

**Exhibit 10:** Chart identifying the deceptive or improper practices at issue and corresponding citations to Amended Complaint and Hindenburg Report

**Exhibit 11:** Document bearing Bates number NTRA_0247941

Executed on: August 28, 2026

*<u>/s/ Daniel A. Friedman</u>*
Daniel A. Friedman