# EXHIBIT 6
# FILED UNDER SEAL