# EXHIBIT 9
# FILED UNDER SEAL