**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| BRITISH AIRWAYS PENSION TRUSTEES LIMITED and KEY WEST POLICE & FIRE PENSION FUND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATERA, INC., et al.,<br><br>Defendants. | Case No. 1:22-cv-00398-DAE |

**DECLARATION OF DANIEL A. FRIEDMAN IN SUPPORT OF PLAINTIFFS' OPPOSED MOTION TO COMPEL DEFENDANTS TO CURE DOCUMENT PRODUCTION DEFICIENCIES**

I, Daniel A. Friedman, hereby declare as follows:

1. I am a Partner at the law firm of Kessler Topaz Meltzer & Check, LLP, Court-appointed Counsel for Lead Plaintiff and Class Representative British Airways Pension Trustees Limited ("BAPTL") and Class Counsel in the above-captioned action. I am admitted to practice before this Court *pro hac vice*.

2. I submit this declaration in support of Plaintiffs' Opposed Motion to Compel Defendants to Cure Document Production Deficiencies, and I have knowledge of or information bearing on the facts set forth herein.

3. Attached are true and correct copies of the following exhibits:

| | |
|---|---|
| **Exhibit 1:** | Plaintiffs' First Set of Requests for Production of Documents to the Natera Defendants, dated November 16, 2023 |
| **Exhibit 2:** | May 7, 2026 Letter from V. Milan to C. Costley |
| **Exhibit 3:** | May 29, 2026 Letter from V. Milan to C. Costley |

| | |
|---|---|
| **Exhibit 4:** | June 17, 2026 Letter from V. Milan to C. Costley |
| **Exhibit 5:** | Chart Identifying Documents Requested and Applicable RFPs |
| **Exhibit 6:** | July 22, 2026 Letter from D. Friedman to C. Costley |
| **Exhibit 7:** | August 4, 2026 Letter from C. Costley to V. Milan |
| **Exhibit 8:** | August 28, 2026 Email from P. McCusker to V. Milan |
| **Exhibit 9:** | Document bearing Bates numbers NTRA_0489995-96 |
| **Exhibit 10:** | Document bearing Bates numbers NTRA_0004095-107 |
| **Exhibit 11:** | Document bearing Bates number NTRA_0312762 |
| **Exhibit 12:** | Document bearing Bates number NTRA_0241892 |
| **Exhibit 13:** | Excerpts from the Deposition Transcript of Melissa Pizor, dated July 15, 2026 |
| **Exhibit 14:** | Document bearing Bates numbers NTRA_0965939-48, and marked as Deposition Exhibit PX 19 |
| **Exhibit 15:** | Document bearing Bates number NTRA_0153151, and marked as Deposition Exhibit PX 31 |
| **Exhibit 16:** | Document bearing Bates numbers EY-NTRA-2022-WP-00025251-80 |
| **Exhibit 17:** | Document bearing Bates numbers NTRA_1002861-65 |
| **Exhibit 18:** | March 28, 2018 Letters from CareSource to Natera, Inc. |
| **Exhibit 19:** | Document bearing Bates numbers EY-NTRA-00082573-74 |

Executed on: September 3, 2026

*/s/ Daniel A. Friedman*
Daniel A. Friedman