# EXHIBIT 3

KESSLERTOPAZ MELTZERCHECK LLP
ATTORNEYS AT LAW

Writer's Direct Dial: 484-270-1486
Email: vmilan@ktmc.com
*Please reply to the Radnor Office*

May 29, 2026

Christina L. Costley
Katten Muchin Rosenman LLP
2121 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Tel: (310) 788-4400
Christina.costley@katten.com

**Re: Schneider v. Natera, Inc., et al., No. 1:22-cv-00398-DAE (W.D. Tex.)**

Counsel,

We write regarding the Natera Defendants' production of documents in response to Plaintiffs' First Set of Requests for Production ("RFPs"), dated November 16, 2023. In the course of Plaintiffs' ongoing review of the documents produced thus far, Plaintiffs have identified a deficiency related to RFP No. 27(i), which requests "All Documents concerning Medicare or Medicaid billing practices for Panorama including: [] Documents concerning billing records submitted to Medicare or Medicaid related to Panorama including copies of claims submitted by, or on behalf of, the Company to Medicare or Medicaid." Plaintiffs have been unable to locate copies of claims submitted to Medicare or Medicaid for Panorama.

Therefore, Plaintiffs request that, in response to RFP No. 27, the Natera Defendants promptly produce all claims for Panorama submitted by or on behalf of Natera during the Relevant Time Period to Medicare or Medicaid. Alternatively, and preferably, this RFP can be satisfied through the production of a spreadsheet or database output containing all information included in the claims, including, for example: the type of test, the amount the payor paid, patient demographics, insurance plan information, provider information, dates, diagnosis codes, procedure codes, modifier codes, and lab-specific codes.

Plaintiffs request that the Natera Defendants produce these documents by June 12, 2026. If the Natera Defendants are unable to produce these documents by June 12, 2026, please inform us by June 5, 2026 when you will be able to produce these documents. To the extent the Natera Defendants believe that they have already produced documents responsive to this RFP, please identify them by Bates number(s). Plaintiffs are available to meet and confer regarding this request during the week of June 1, 2026.

Plaintiffs reserve all rights.

Regards,

*/s/ Vanessa Milan*

Vanessa Milan