# EXHIBIT 4
# FILED UNDER SEAL