# EXHIBIT 5

| **Documents Requested** | **Applicable Requests for Production ("RFPs") and Relevant Text** |
|---|---|
| Documents Concerning MGML | RFP 30 ("All Documents concerning the Company's use of prior authorization providers, including My Genome My Life ('MGML'), to submit prior authorizations for Panorama testing, including… Documents concerning any contracts, agreements, or Communications between the Company and prior authorization providers"). |
| Documents Concerning Natera's Compliance Review | RFPs 26 ("All Documents concerning the use of Current Procedural Terminology ('CPT'), International Classification of Diseases ('ICD'), or Healthcare Common Procedure Common System ('HCPCS') codes associated with the billing, reimbursement, and financial reporting processes for Panorama"), 27(iii) ("Documents concerning the Company's compliance with applicable Medicare or Medicaid billing regulations"), 28 ("All Documents concerning the Company's Policies and compliance with applicable regulations"), and 38 ("All Documents concerning any inspection, investigation, examination, audit, review, whistleblower report, or inquiry, including ethics, compliance, and internal audit inquiry, whether formal or informal, internal or external, concerning Panorama"). |
| Panorama Claims Data | RFPs 27(i) ("All Documents concerning Medicare or Medicaid billing practices for Panorama including: . . . Documents concerning billing records submitted to Medicare or Medicaid related to Panorama including copies of claims submitted by, or on behalf of, the Company to Medicare or Medicaid") and 48 ("Documents sufficient to show the data included on all claims related to Panorama submitted by, or on behalf of, the Company, to any Health Insurance Provider"). |
| Records of Insurer Investigations | RFPs 18 ("All Documents concerning the projected and actual sales, profits, profit margins and revenues (specifically including Documents concerning factors or drivers that could influence these metrics) related to Panorama [in] FY 2019, FY 2020, FY2021 and FY2022"), 27 ("All Documents concerning Medicare or Medicaid billing practices for Panorama"), 37 ("All Documents concerning any investigation by any Governmental Agency, including the SEC, DOJ and Michigan AG, whether formal or informal, concerning Panorama"), and 38 ("All Documents concerning any inspection, investigation, examination, audit, review, whistleblower report, or inquiry, including ethics, compliance, and internal audit inquiry, whether formal or informal, internal or external, concerning Panorama"). |

| Documents Requested | Applicable Requests for Production ("RFPs") and Relevant Text |
|---|---|
| Documents Related to Failure to Collect Copays and Deductibles | RFPs 16 ("All Documents concerning the Company's projected and actual sales, profits, revenues, and earnings (specifically including Documents concerning factors or drivers that could influence these metrics) in FY2019, FY2020, FY2021, and FY2022"); 17 ("All Documents concerning the projected and actual sales, profits, revenues, and cash flows (specifically including Documents concerning factors or drivers that could influence these metrics) for the Company's Women's Health business in FY2019, FY2020, FY2021, and FY2022"); 18 ("All Documents concerning the projected and actual sales, profits, profit margins and revenues (specifically including Documents concerning factors or drivers that could influence these metrics) related to Panorama FY2019, FY2020, FY2021, and FY2022"); 22 ("All Documents concerning the Company's Policies regarding billing practices and procedures, including the Company's Policies concerning invoices, receipts, and billing records related to Panorama and any changes to, or violations of, those Policies"); 23 ("All Documents concerning the Company's Policies regarding discounts for patients and payment options"); 32(ii) ("Documents concerning the Company's Policies with respect to interactions between the Company's Employees and patients"); 35 ("All Documents concerning the Hindenburg Research report titled 'Natera: Pioneers In Deceptive Medical Billing'"). |