# EXHIBIT 8
# FILED UNDER SEAL