# EXHIBIT 10
# FILED UNDER SEAL