# EXHIBIT 12
# FILED UNDER SEAL