# EXHIBIT 14
# FILED UNDER SEAL