# EXHIBIT 15
# FILED UNDER SEAL