# EXHIBIT 17
# FILED UNDER SEAL