# EXHIBIT 18
# FILED UNDER SEAL