# EXHIBIT 19
# FILED UNDER SEAL