**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| BRITISH AIRWAYS PENSION TRUSTEES LIMITED and KEY WEST POLICE & FIRE PENSION FUND, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATERA, INC., et al.,<br><br>Defendants. | Case No. 1:22-cv-00398-DAE |

**[PROPOSED] ORDER GRANTING MOTION TO COMPEL**

It is hereby ORDERED that Plaintiffs' Opposed Motion to Compel Defendants to Cure Document Production Deficiencies is hereby GRANTED.

The Natera Defendants shall produce the categories of documents identified in Plaintiffs' Motion within 10 days of the date of this Order.

SO ORDERED this ____ day of _______ 2026.

________________________________
DAVID A. EZRA
SENIOR UNITED STATES DISTRICT JUDGE